Oregon State Hospital



## Oregon State Hospital – Department of Admissions

Tina Kotek, Governor

Date: 2/3/2026

Name:

Case #:

Honorable,

Oregon State Hospital (OSH) is notifying the court and parties that pursuant to this court's Order of Commitment to OSH of ___ issued on ___, OSH requested ____ County Sheriff's Office to transport _____for admission on ___. The ___ County Sheriff's Office declined to transport on the day the bed was available. To comply with the OSH's obligations under the federal order in the Mink-Bowman case, OSH is required to offer the bed to another person on the list. *See Oregon Advocacy Center, et al. v. Mink, et al.*, Oregon District Court case no. 3:02-cv-00339-MO. We will offer a new date for ____ when the next bed becomes available.

Thank you,

*Brandy Seab on behalf of*

James A. Diegel, Interim Superintendent
Oregon State Hospital

2600 Center St. NE, Salem, OR, 97301

Exhibit 3
Page 1 of 1