**Eric J. Neiman, OSB #823513**
Eric.Neiman@lewisbrisbois.com
**Emma P. Pelkey, OSB #144029**
Emma.Pelkey@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

**Thomas R. Johnson, #010645**
TRJohnson@perkinscoie.com
**Alex Van Rysselberghe, OSB #174836**
AVanRysselberghe@perkinscoie.com
PERKINS COIE, LLP
1120 NW Couch 10th Floor
Portland, OR 97209
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Intervenors and Plaintiffs*

Honorable Michael W. Mosman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case)<br><br>**DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION** |

4878-5446-4327.1

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION
1

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM,<br><br>        Intervenors. | |
| METROPOLITAN PUBLIC DEFENDERS INCORPORATED, JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>        Defendants,<br><br>    and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, PEACEHEALTH, PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM,<br><br>        Intervenors. | Case No. 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM<br><br>        Plaintiffs, | Case No. 6:22-cv-01460-MO (Member Case) |

4878-5446-4327.1

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION
2

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

|   |
|---|
| v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,<br><br>        Defendant. |

I, Eric J. Neiman, declare:

1. I am one of the attorneys of record for Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health; Legacy Health System; PeaceHealth; Providence Health & Services – Oregon, and St. Charles Health System ("Intervenor-Plaintiffs") in this case. I make this declaration based on personal knowledge and am competent to testify to the matters stated here.

2. On December 22, 2022, the Oregon Health Authority filed a Motion to Dismiss the *Legacy* matter. On December 23, 2022, Disability Rights Oregon and Metropolitan Public Defender, as Plaintiffs in the *Mink-Bowman* matter, filed a Motion to Clarify Order on Intervention in the *Mink-Bowman* matter.

3. Intervenor-Plaintiffs' response to the Motion to Clarify Order on Intervention is due January 6, 2023. Intervenor-Plaintiffs' response to the Motion to Dismiss is due January 26, 2023.

4. Intervenor-Plaintiffs request a 20-day extension of time, from January 6, 2023 to January 26, 2023, to respond to Plaintiffs' Motion to Clarify Order on Intervention.

5. This extension will permit Intervenor-Plaintiffs to file responses to both motions at the same time. This extension will provide adequate time to prepare a proper responsive pleading.

6. This motion is brought in good faith and not for the purpose of delay.

7. On December 30, 2022, as counsel for Intervenor-Plaintiffs, I conferred with counsel for Plaintiffs and Defendants, who do not oppose this motion.

4878-5446-4327.1

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION

3

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

I hereby declare that the above statement is true to the best of my knowledge and belief, and I understand this declaration is made for use as evidence in court and is subject to penalty for perjury.

DATED this 4th day of January, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *s/ Eric J. Neiman*
Eric J. Neiman, OSB #823513
Telephone: 971.712.2800
Facsimile: 971.712.2801

4878-5446-4327.1

DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION
4

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2023, I electronically filed the foregoing **DECLARATION OF ERIC J. NEIMAN IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO CLARIFY ORDER ON INTERVENTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiffs:*

Emily R. Cooper
Kathleen L. Wilde
Thomas Stenson
Disability Rights Oregon
511 SW 10th Avenue
Suite 200
Portland, OR 98104
ecooper@droregon.org
kwilde@droregon.org
tstenson@droregon.org

Jesse A. Merrithew
Metropolitan Public Defenders Incorporated
Levi Merrithew Horst LLP
610 SW Alder St.
Suite 415
Portland, OR 97205
jesse@lmhlegal.com

*Attorneys for Defendants:*

Carla Scott
Craig M. Johnson
Oregon Department of Justice
100
SW Market Street
Portland, OR 97201
carla.a.scott@doj.state.or.us
craig.m.johnson@doj.state.or.us

4878-5446-4327.1

CERTIFICATE OF SERVICE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222

*Attorneys for Amicus Washington County:*

Thomas A. Carr
Washington County Counsel
155 N. First Avenue
MS 24
Suite 340
Hillsboro, OR 97124
tom_carr@co.washington.or.us

*Attorneys for Amicus Marion County:*

Jane E. Vetto
Marion County Legal Counsel
PO Box 14500
Salem, OR 97309
jvetto@co.marion.or.us

*Attorneys for Amicus Washington, Clackamas and Marion County District Attorney:*

Billy Williams
Josh Newton
Best & Krieger LLP
360 SW Bond St., Ste. 400
Bend, OR 97702
billy.williams@bbklaw.com
josh.newton@bbklaw.com

                              LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By:   *s/ Eric J. Neiman*
                                   Eric J. Neiman, OSB #823513
                                   Emma P. Pelkey, OSB #144029
                                   *Attorneys for Intervenors*

                              PERKINS COIE, LLP
                              Thomas R. Johnson, #010645
                              Alex Van Rysselberghe, OSB #174836
                              Telephone: 503.727.2000
                              Facsimile:  503.727.2222
                              *Attorneys for Intervenors and Plaintiffs*

4878-5446-4327.1

CERTIFICATE OF SERVICE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000 • Fax: +1.503.727.2222