**Oregon Health Authority –
Health Systems Division (HSD)
500 Summer Street, NE
Salem, OR   97301**

**RENEWAL  APPLICATION  FOR CERTIFICATION  OF REGIONAL
PSYCHIATRIC  SERVICES  HOSPITAL  FOR ADUTLS
Hospital Hold and Seclusion Room Services (5-day Hold)**

*As defined in Oregon Administrative Rules (OAR) 309-033-0200 through 309-033-0740 and Oregon
Revised Statute 426.000 through 426.760*

**Hospital/ Program/Facility:** Legacy Emanuel Hospital Unity Center

# Of Beds 107  # of Hold rooms in facility 14 seclusion rooms and 8 single

occupancy rooms.

**Facility Address:** 1225 N.E. 2nd Avenue City: Portland, Oregon Zip: 97232

**Website:** https://www.unityhealthcenter.org
**Contact Person for renewal coordination:**

**Name:** Lita Maffi   **Email:** lmaffi@lhs.org   **Phone:** 503-415-8472

| Sections | Please submit the following information |
|---|---|
| Section 1 | Submit the name and contact information, as well as documentation of the credentials/qualifications and job description for the following positions; <br><br> **1. The Administrator (Director of the Facility)** <br><br> **Name:** Melissa Eckstein, Hospital President   **Contact information:** meckstei@lhs.org <br><br> **2.  The Medical Director** <br><br> **Name:**  Anne Gross, Chief Medical Officer    **Contact information:** afgross@lhs.org <br><br> **3.  The Health Care Supervisor (Individual who reviews and approves policies and procedures relating to the curriculum of staff training and reporting indicators of medical problems to a physician)** <br><br> **Name:** Kari Howard, Chief Nursing Officer  **Contact information**: kihoward@lhs.org |

Exhibit 1
Page 1 of 4

**4.  A Psychiatrist or Psychiatric consultant**

**Name:** Dr. Judith Marcus **Contact information:** jmarcus@lhs.org

**5.  The Unit Manager (if applicable)**

**Name:** Ron Lagergren  **Contact information:** rlagergr@lhs.org

All personnel responsible for administering the delivery of behavioral health services for the agency (as applicable please include such positions as the Medical Director, Program Director or Administrator, Psychiatrist, Psychiatric Consultant, License Medical Practitioner and Clinical Supervisor(s). For each personnel listed, include verification of their credentials relative to their position.

| Title | Name, Credentials | Phone | Email |
|---|---|---|---|
| Nurse education practice specialist | Joseph Gundlach | 503-944-8019 | jgundlac@lhs.org |
| Nurse education practice specialist (WELLE Coordinator) | Rebecca Pauba | 503-413-1036 | rapauba@lhs.org |
| Clinical Nurse Specialist (Restraint & Seclusion content expert) | Beth Norman | 503-413-3236 | bnorman@lhs.org |
| Chief Medical Officer | Anne Gross | 503-94408024 | afgross@lhs.org |
| Chief Nursing Officer | Kari Howard | 503-944-8022 | kihoward@lhs.org |
| Director of Clinical Operations | Ron Lagergren | 503-944-8023 | rlagergr@lhs.org |
| Hospital President | Melissa Eckstein | 503-944-8021 | meckstei@lhs.org |
| PES Manager | Rachel Keeton | 503-944-7717 | Rkeeton.lhs.org |

Exhibit 1
Page 2 of 4

## SECTION IV – RENEWAL APPLICATION QUESTIONAIRE
### - please use a separate document to answer these questions and attach to the application -

1. Describe any changes in administration positions relating to program management including, Program Director or Administrator, Medical Director (if applicable), License Medical Practitioner and Clinical Supervisor(s).
   - *Yes, please see titles and contact information listed above.*

2. Describe any physical facility changes to the psychiatric treatment unit, emergency department, hold rooms or common areas relative to patient safety and security.
   - *Recessed smoke heads in our hold rooms.*

3. Describe any changes in policies and procedures relating to the care, custody, and treatment of persons in custody, with a summary of what was changed since the last review.
   - *No changes to policy.*

4. Describe any changes in training relating to managing individuals in crisis and the use of seclusion and restraint.
   - *During our last survey, Legacy had a training program called Management of Aggressive Behavior (MOAB) to teach staff MOAB principles, techniques, and skills to recognize, reduce and de-escalate anxious, aggressive, and violent behavior. This program also taught staff to minimize potential for injury to the staff member, bystanders, and the individual that is escalated if the staff member had to use physical intervention.*
   - *Legacy adopted and began implementing the Welle Behavioral Safety Management for Healthcare training program. Welle provides practical and effective de-escalation skills, and teaches physical interventions that are safe, recovery-based, and trauma informed, promotes partnerships between staff and patients, and emphasizes proactive assessments. Welle is built on S.M.A.R.T. Principles that translate to a physical sense as well. These principles improve trauma-informed care and awareness and can help make staff feel safer in any situation. This program focuses on the adoption of a common language through what they entitle the "Lalemand Red Behavior Scale." This scale creates this common language and guides effective communication and documentation throughout the system. This scale trains the staff member to identify the risk level of any behavior, explore the nonverbal message the individual is trying to convey through those behaviors and safe, trauma informed ways to respond accordingly. This scale is a foundational element of this program and allows Legacy staff to work cohesively, especially during restraint events. Various modules are taught to the staff that teach them humane and effective response options, how to defuse the violent incident, how to generate cooperation, and how to develop a culture of partnership. Emphasis is placed on developing a culture of partnership and the humane and effective response options, something that Legacy felt was missing from the MOAB curriculum.*

5. If applicable, describe any changes or updates to existing memorandums of understanding (MOU) or contracts relating to individuals in custody or on a hold.
   - *We are contracted Clackamas County. We are requesting other MOUs with other counties.*

6. Since the last site review, has the agency's professional liability insurance ever been terminated, denied renewal, restricted, or modified (e.g., reduced limits, restricted coverage, surcharged)? *N/A*

7. Does the agency have any variances approved by HSD? if yes, please include a copy of the current variance. If requesting a renewal of the variance, also include a new variance request form and an update on the condition or reasons as to why the variance continues to be needed.
   - *Variance provided with our applications.*

Following the review of these materials, an appointment will be scheduled to conduct an on-site inspection of the facility, review program, personnel and client

Exhibit 1
Page 3 of 4

records and interview with staff.

If you have any questions or want additional information about the recertification process or the requested information, please contact Sam Dickson, Civil Commitment Specialist, at (503) 449-6915 or email at
Terry.Schroeder@dhsoha.state.or.us

Exhibit 1
Page 4 of 4