IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Oregon Advocacy Center, Metropolitan Public Defender Services, Inc., and A.J. Madison, | ) ) ) ) | Civ. No. 02-339-PA |
| Plaintiffs, | ) ) | JUDGMENT |
| | ) ) | |
| Bobby Mink, Director of the Department of Human Services, in his official capacity, and Stanley Mazur-Hart, Superintendent of Oregon State Hospital, in his official capacity, | ) ) ) ) ) ) | |
| Defendants. | ) | |

PANNER, Judge:

    Based on this court's findings of fact and conclusions of law, judgment is entered for plaintiffs. This court retains continuing jurisdiction to enforce the injunction entered.

    This court orders defendants to ensure that persons who are declared unable to proceed to trial pursuant to ORS § 161.370(2) be committed to the custody of the superintendent of a state hospital designated by the Department of Human Services as soon as practicable. This shall be fulfilled by providing full admission of such persons into a state mental hospital or other treatment facility so

1 - JUDGMENT

designated by the Department of Human Services, in accordance with Oregon's existing applicable statutory provisions. These admissions must be done in a reasonably timely manner, and completed not later than seven days after the issuance of an order determining a criminal defendant to be unfit to proceed to trial because of mental incapacities under ORS § 161.370(2).

DATED this 15th day of May, 2002.

      /s/ Owen M. Panner
Owen M. Panner
United States District Court Judge

2 - JUDGMENT