Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

Jesse Merrithew OSB #074564
jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
(971) 229-1241
*Counsel for Plaintiff, Metropolitan Public Defender*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES SCHROEDER, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br>Case No. 6:22-cv-01460-MO (Member Case)<br><br>JOINT STATUS REPORT |

JOINT STATUS REPORT - 1
(Case No. 3:02-cv-00339-MO)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

| | |
|---|---|
| HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES,<br><br>Intervenors.<br><br>JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, JAMES SCHROEDER, Direction of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES SCHROEDER, in his official capacity as Director of Oregon Health Authority,<br><br>Defendant. | Case No. 3:21-cv-01637-MO (Member Case)<br><br><br><br><br><br><br><br><br><br>Case No. 6:22-cv-01460-MO (Member Case) |

The parties, party-intervenors, and amici continue to engage in discussions facilitated by Magistrate Judge Beckerman. The parties believe that significant progress is being made on identifying areas of conceptual agreement among the parties, intervenors, and amici. Part of that

JOINT STATUS REPORT - 2
(Case No. 3:02-cv-00339-MO)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

progress are the two unopposed motions for amendments to the Court's September order. Those amendments represent areas of common agreement; the changes contemplated in them simply require an order from the Court before they can be implemented.

The parties, party-intervenors, and amici continue to discuss 1) whether there are ways to create short-term expansions of community behavioral health capacity as a way to help alleviate capacity pressure at the state hospital, 2) what would be the least restrictive form of any further remedial order to continue to move the state hospital toward compliance, and 3) what other changes may be necessary to the September remedial order to insure that the state courts have the information they want to make appropriate discharge decisions and whether certain categories of patients ought to be allowed more time in the hospital.

This third item significantly overlaps with the two issues the Court requested further briefing on. The parties are hopeful that these discussions could result in an agreement that moots or resolves the legal issues without a need for adversarial briefing. The parties understand that Marion County nonetheless intends to brief the issue today. The parties remain committed to seeing this issue through in mediation and ask the Court to allow briefing from them on these points only if and when the mediation fails. The parties and amici are at an impasse with respect to the transport language and will submit competing proposals today.

DATED this 9th day of May, 2023.

| LEVI MERRITHEW HORST PC | DISABILITY RIGHTS OREGON |
|---|---|
| /s *Jesse Merrithew* <br> Jesse Merrithew OSB # 074564 <br> jesse@lmhlegal.com <br> 610 SW Alder Street, Suite 415 <br> Portland, Oregon 97205 <br> Telephone: (971) 229-1241 <br> Facsimile: (971) 544-7092 | /s *Emily Cooper* <br> Emily Cooper OSB # 182254 <br> ecooper@droregon.org <br> Thomas Stenson, OSB # 152894 <br> tstenson@droregon.org <br> 511 SW 10th, Suite 200 <br> Portland OR 97205 <br> Telephone: (503) 243 2081 |

JOINT STATUS REPORT - 3
(Case No. 3:02-cv-00339-MO)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

| | |
|---|---|
| *Counsel for Plaintiffs Metropolitan Public Defender, Jarrod Bowman, and Joshawn Douglas-Simpson* | Facsimile: (503) 243 1738<br>*Counsel for Plaintiff Disability Rights Oregon* |

DEPARTMENT OF JUSTICE

/s *Carla Scott*
Carla Scott OSB # 054725
Carla.A.Scott@doj.state.or.us
100 SW Market Street
Portland, Oregon 97201
Telephone: (971) 673-1880
Facsimile: (971) 673-5000
*Counsel for Defendants*

JOINT STATUS REPORT - 4
(Case No. 3:02-cv-00339-MO)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092