AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon ▼

| | |
|---|---|
| Oregon Advocacy Center et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 02-00339 |
| Mink et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Disability Rights Oregon, formerly known as the Oregon Advocacy Center.

Date:   05/09/2019

*Attorney's signature*

Thomas Stenson, OSB #152894
*Printed name and bar number*
DIsability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland OR 97205

*Address*

tstenson@droregon.org
*E-mail address*

(503) 243-2081
*Telephone number*

(503) 243-1738
*FAX number*