DAVID DOYLE, OSB #901477
Deschutes County Legal Counsel
david.doyle@deschutes.org
1300 NW Wall Street, Suite 205
Bend, OR 97703
 (541) 388-6623
Of Attorneys for Deschutes County

KATHLEEN J. RASTETTER, OSB #931145
Sr. Assistant County Counsel
kathleenras@clackamas.us
2051 Kaen Road
Oregon City, OR  97045
503-655-8362
Of Attorneys for Clackamas County

CHRISTIAN BOENISCH, OSB #972170
County Counsel
boenischc@co.yamhill.or.us
535 NE 5th Street
McMinnville, OR 97128
503-434-7502
Of Attorneys for Yamhill County

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON PORTLAND

DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | 3:02-cv-00339-MO (Lead Case)<br>3:21-cv-01637-MO (Member Case)<br>6:22-cv-01460-MO (Member Case) |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| JAMES SCHROEDER, in his official capacity as head of the Oregon health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | |
| Defendants, | |
| and | |

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,

Intervenors.

No. 3:21-cv-01637-MO (Member Case)

JARROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON

Plaintiffs,

v.

DOLORES MATTEUCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,

               Defendants,

and

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,

Intervenors.

No. 6:22-cv-01460-MO (Member Case)

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,

Plaintiffs,

v.

JAMES SCHROEDER, in his official capacity as Director of Oregon Health

Authority,

Defendants.

**PLEASE TAKE NOTICE** Christian Boenisch, County Counsel, hereby enters her appearance on behalf of Yamhill County, in the above entitled lawsuit.

DATED: May 25, 2023.

                                                  /s/ *Christian Boenisch*
                                                CHRISTIAN BOENISCH, OSB: 972170
                                                County Counsel
                                                boenischc@co.yamhill.or.us

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I caused true and correct copies of the foregoing **NOTICE OF APPEARANCE** to be served upon the following listed party(ies) by:

  XX     NOTICE OF ELECTRONIC FILING USING THE Cm/ECF SYSTEM upon the following parties to the above entitled action on the date set forth below:

_____U.S. Mail, Second Class, Postage Prepaid on the date set forth below.

| | |
|---|---|
| **Emily R. Cooper**<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 98104<br>503-243-2081<br>Email: ecooper@droregon.org<br>Of Attorneys for Plaintiffs | **Jesse A. Merrithew**<br>Levi Merrithew Horst LLP<br>610 SW Alder St.<br>Suite 415<br>Portland, OR 97205<br>971-229-1241<br>Fax: 971-544-7092<br>Email: jesse@lmhlegal.com<br>Of Attorneys for Plaintiffs |
| **Thomas Stenson**<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 97205<br>503-243-2081<br>Fax: 503-243-1738<br>Email: tstenson@droregon.org<br>Of Attorneys for Plaintiffs | **Carla Scott**<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>Fax: 971-673-5000<br>Email: carla.a.scott@doj.state.or.us<br>Of Attorneys for Defendants |
| **Craig M. Johnson**<br>Oregon Department of Justice<br>Assistant Attorney General<br>1162 Court St. NE<br>Salem, OR 97301<br>503-947-4700<br>Fax: 503-947-4792<br>Email: craig.m.johnson@doj.state.or.us<br>Of Attorneys for Defendants | **Sheila H. Potter**<br>Oregon Department of Justice<br>Trial Division<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>Fax: 971-673-5000<br>Email: sheila.potter@doj.state.or.us<br>Of Attorneys for Defendants |
| **Thomas A. Carr**<br>Washington County Counsel<br>155 N First Avenue<br>MS 24<br>Suite 340<br>Hillsboro, OR 97124<br>503-846-8605 | **Jane E. Vetto**<br>Marion County Legal Counsel<br>PO Box 14500<br>Salem, OR 97309<br>503-588-5220<br>Fax: 503-373-4367 |

| | |
|---|---|
| Fax: 503-846-8636<br>Email: tom_carr@washingtoncountyor.gov<br>Of Attorneys for Washington County | Email: jvetto@co.marion.or.us<br>Of Attorneys for Marion County |
| **Billy Williams**<br>Best Best & Krieger LLP<br>360 SW Bond Street<br>Suite 400<br>Bend, OR 97702<br>541-382-3011<br>Email: billy.williams@bbklaw.com<br>Of Attorneys for Washington, Clackamas and Marion County District Attorneys | **Josh Newton**<br>Best Best & Krieger LLP<br>360 SW Bond St., Ste. 400<br>Bend, OR 97702<br>541-382-3011<br>Fax: 541-388-5410<br>Email: josh.newton@bbklaw.com<br>Of Attorneys for Washington, Clackamas and Marion County District Attorneys |
| **Keith M. Garza**<br>Law Office of Keith M. Garza<br>PO Box 68106<br>Oak Grove, OR 97268<br>503-344-4766<br>Fax: 503-344-4767<br>Email: keithgarza@comcast.net<br>Of Attorneys for Judge Matthew J. Donohue, Judge Audrey J. Broyles, Judge Jonathan R. Hill, Judge Kathleen Proctor and Judge Nan. G. Waller | **Emma P. Pelkey**<br>Lewis Brisbois Bisgaard & Smith LLP<br>888 SW Fifth Avenue<br>Suite 900<br>Portland, OR 97204-2025<br>971-712-2800<br>Fax: 971-712-2801<br>Email: Emma.Pelkey@lewisbrisbois.com<br>Of Attorneys for Legacy Emanuel Hospital, Providence Health & Services, Legacy Health Systems, PeaceHealth and St. Charles |
| **Eric J. Neiman**<br>Lewis Brisbois Bisgaard & Smith LLP<br>888 SW Fifth Avenue<br>Suite 900<br>Portland, OR 97204-2025<br>971-712-2800<br>Fax: 971-712-2801<br>Email: eric.neiman@lewisbrisbois.com<br>Of Attorneys for Legacy Emanuel Hospital, Providence Health & Services, Legacy Health Systems, PeaceHealth and St. Charles | **Thomas R. Johnson**<br>Stoel Rives LLP<br>760 S.W. Ninth Ave.<br>Suite 3000<br>Portland, OR 97205<br>503-220-2480<br>Email: tom.johnson@stoel.com<br>Of Attorneys for Legacy Emanuel Hospital, Providence Health & Services, Legacy Health Systems, PeaceHealth and St. Charles |

DATED: May 25, 2023.

/s/ *Christian Boenisch*
CHRISTIAN BOENISCH, OSB: 972170
County Counsel
boenischc@co.yamhill.or.us