ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.state.or.us
Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No. 3:02-cv-00339-PA<br><br>DECLARATION OF PATRICK ALLEN |

I, Patrick Allen, declare:

1. I am the Director of the Oregon Health Authority (OHA) and have served in this position since September 2017. Before then, I was the Director of the Oregon Department of Consumer and Business Services from 2011 to 2017, and before then I served the State of

Oregon in various other management positions. I hold a Bachelor's Degree in Economics from Oregon State University.

2. I make this declaration based upon a combination of personal knowledge and in reliance upon records of OHA and Oregon State Hospital (OSH) and information provided by the agencies' employees regarding their business activities.

**OVERVIEW OF OSH AND THE POPULATIONS IT SERVES**

3. OSH is part of OHA and provides patient-centered psychiatric treatment for adults from throughout the state who need hospital-level care. Hospital-level care includes: 24-hour care, on-site nursing, psychiatric and other credentialed professional staff, treatment planning, pharmacy, laboratory, food and nutritional services, and vocational and educational services. Services provided by OSH include psychiatric evaluation, diagnosis, and treatment, as well as community outreach and peer support.

4. People are admitted to the hospital under three types of commitments: (1) Civil commitments, people who have been found by the court to be an imminent danger to themselves or others, or who are unable to provide for their own basic health and safety needs due to their mental illness; (2) Guilty Except for Insanity, people who committed a crime related to their mental illness; and (3) Aid and Assist, people who have been arrested but are not able to participate in their defense because of a mental illness. The Aid and Assist patients at issue in this case have been ordered to OSH under ORS 161.370 (.370) for stabilization and mental health treatment to enable them to understand the criminal charges against them and "aid and assist" in their own defense. Treatment provided under .370 orders are most often provided by OSH, but in many instances can be provided in the community.

5. Individuals who have been civilly committed and those determined guilty except for insanity receive the most comprehensive array of services, including robust treatment and discharge planning with the goal of safe and successful community reintegration. The hospital's primary goal is to help these patients recover from their mental illness and return to the



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

community. The focus of treatment for the Aid and Assist patients is competency restoration to enable the individual to return to court for legal proceedings in which they can aid and assist in their own defense.

6. OSH has two campuses, one in Salem and one in Junction City. OSH serves more than 1,565 people per year and employs more than 2,000 staff. The campuses are broken down into units containing various numbers of beds. Units are licensed as either secure residential treatment facility (SRTF), or hospital-level-of-care. Within the hospital-level-of-care designation, units are designed to provide progressive care, intensive care, and high-acuity psychiatric care.

**OSH CAPACITY TO SERVE AID AND ASSIST PATIENTS HAS INCREASED OVER TIME**

7. Since 2012, Oregon has experienced a sharp increase in the number of people referred for Aid and Assist treatment, the burden of which has fallen on OSH, with the average daily population more than doubling in the last seven years. Average admissions per month have increased, as shown in Exhibit 1 (OSH Aid & Assist Admissions/Order by Month since 2012 – All Counties) and Exhibit 2 (Aid & Assist Admissions/Orders per Month by Year since 2012).

8. As of June 6, the Aid and Assist population is 264 with 40 people waiting for admission, as shown in Exhibit 3 (OSH .370 Admissions List). None of those waiting to be admitted can be admitted to OSH today without (a) exceeding the appropriate occupancy limits for the type of care prescribed for the defendant, or (b) inappropriately discharging one or more person(s) currently admitted to OSH.

9. OSH has created additional capacity to serve the Aid and Assist population over time. This additional capacity was created by opening full or partial new units within OSH, consolidating populations served within existing units, or converting existing units to serve the Aid and Assist patients.

10. For example, in December 2013, OSH raised the number of total available beds to 132; in April 2014, OSH raised the number of total available beds to 159; in November 2015,



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

OSH raised the number of total available beds to 184; in May 2016, OSH raised the number of total available beds to 197; in September 2016, OSH raised the number of total available beds to 210.

11. In August 2018, demand for Aid and Assist beds increased to record levels. January 2019 set a new record, with 71 orders under .370, and in March 2019 the hospital received 70 orders under .370. Orders remain at high levels even in the months that do not set new records for the hospital.

12. OSH responded to the surge in late 2018 by taking more steps to consolidate treatment units and open up a new unit to be dedicated entirely to Aid and Assist treatment. As a result of that work, in November 2018, OSH raised the number of total available beds to 236, which allowed the hospital to admit its patients under .370 orders within an average of 6.5 days from the date that the order was signed.

13. As the number of orders maintained the new and higher pace, the wait began to grow. OSH has no more units available to open. So, OSH is now also mixing populations within units to facilitate additional Aid and Assist beds and has trained its staff and clinicians to treat a broader array of patients. These changes have allowed OSH to serve the current total of 264.

14. OSH has also refined its bed management to enhance treatment and capacity across a continuum of care, utilizing a hospital-wide managed occupancy tool. While the industry standard for managed hospital occupancy is generally considered to be a maximum of 85 percent of beds filled, OSH is maintaining a much higher occupancy in order to accommodate as many Aid and Assist patients as it can safely treat. Hospital occupancy is now maintained at approximately 95 percent of beds filled, leaving only one bed available in most units for the sudden and acute needs that the hospital encounters. (Common acute needs include patients revoked by the Psychiatric Security Review Board (PSRB), patients who require emergency admission from jails, and patients who cannot or should not remain in their current unit.)



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**OSH'S PRESENT CAPACITY TO SERVE THE AID AND ASSIST POPULATION**

15. In the second half of 2018, demand for Aid and Assist beds increased significantly.

16. The attached Exhibit 4 (Percent of ORS 161.370 Admissions Less Than 7 Days from Order Signed Date by Month Since 2018) shows the percentage of .370 admissions completed in seven or fewer days from the order signed date, by month, since 2018. That exhibit also shows percentage of .370 admissions in seven or fewer days from the order signed for the same period, excluding delays outside of OSH's control, specially, delays in transport of the patient to OSH and delivery of the order to OSH.

17. OSH maintains a list of people to be admitted to OSH pursuant to ORS 161.370. Those on that Admissions List are admitted in the order they are added to the list, by order date, as soon as an appropriate bed becomes available. One exception to this order of priority is when a jail requests expedited admission for a defendant pursuant to OHA's procedure for Request for Expedited Admissions into Oregon State Hospital (Procedure to Expedite), on the grounds that the inmate is at serious and immediate risk of harm, and that request is granted by OSH. A true and correct copy of the Procedure to Expedite is attached as Exhibit 5 (Procedure to Expedite).

18. As of June 7, there are 260 patients admitted to OSH under .370 orders currently receiving treatment. None of those people are eligible to be released today because (a) their treatment has not yet been completed or (b) no placement has been identified to which they can be transferred to continue treatment or restoration services outside OSH.

19. As shown in Exhibit 6 (.370 Patients Designed Community Placement Ready), there are also 26 patients at the hospital who have been determined to be appropriate for community restoration, under ORS 161.370(6)(b). (See also, Exhibit 7, 6b Notices (Patients Ready for Community Restoration – Discharged Patients and – Current Patients)). Each of those patients is occupying a bed that could be used by a new patient, but OSH has no authority to release any of those patients in the absence of a state court's order that it do so. That statute directs the hospital superintendent to file a notice with the court when a determination is made



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

that the services and supervision necessary to restore the patient's fitness to proceed are available in the community. Before OSH may discharge that patient, though, the court must order the person released into community supervision.

**OHA IS FACILITATING NEW COMMUNITY CAPACITY IN MULTNOMAH, LANE, AND COOS COUNTIES BY DECEMBER 2019**

20. In this biennium, OHA has provided nearly $5.8 million to Oregon's counties to fund community restoration services for patients under .370 orders. OHA has also sought and obtained additional funding, described below.

21. All treatments units in the Salem campus are in use and at capacity. In October 2018, OHA submitted a budget request to the Legislative Emergency Board for $2.7 million in emergency funding and staffing allowances necessary to open a fifth 25-bed unit on the Junction City campus, to allow the hospital to serve more patients and build patient population demand flexibility. (The estimated cost of opening the unit was $2.7 million for the remainder of the 2017-19 biennium. OHA would then have needed the legislature to provide $12.5 million in additional funding to operate the unit once it opened in the new biennium.)

22. After careful consideration and work with community stakeholders, the legislative fiscal office instead granted OHA $1.5 million in funding to invest in the community mental health system, and directed OHA to focus on community solutions that would alleviate the pressure on OSH over time. This funding was directed to those counties sending large volumes of patients or higher than expected number of patients to the state hospital – Multnomah, Lane and Coos. Exhibits 8 (E-Board Aid and Assist Funding) and 9 (Subcommittee Recommendation) provide more information about how these funds are being used.

23. With this additional investment from OHA, Lane County leased one of the three cottages on the Junction City campus to use as a secure residential treatment facility (SRTF). Once in use, the eight SRTF beds would be used for Lane County patients who do not require a hospital level of care.



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

24. The additional new investment in Multnomah County has gone to short-term crisis stabilization beds to be used for Multnomah County patients, which are now in operation.

25. The additional new investment in Coos County will be used to increase community-based restoration services for the Aid and Assist population and to increase the availability of beds that are below hospital-level-of care, to reduce admissions to OSH.

**OHA HAS TAKEN AND CONTINUES TO TAKE NUMEROUS STEPS TO BRING OSH BACK INTO COMPLIANCE WITH THE INJUNCTION**

26. **Funding**. As explained above, OHA has obtained and allocated funding each biennium to Oregon counties to provide services to restore a patient's capacity to stand trial. OHA is currently allocating funding of approximately $29 million for counties to provide services to reduce the need to arrest mentally ill persons, including but not limited to jail diversion, Aid and Assist treatment, and crisis treatment services. Jail diversion services provide mental health services to individuals with serious and persistent mental illness and are involved with justice or law enforcement solely due to a mental health reason and who are charged with low level crimes. Those services result in the reduction or avoidance of arrests, jail admissions, lengths of stay in jail, and recidivism through the availability of alternative community-based services, programs or treatments. For the upcoming biennium, OHA has requested a total of $7.6 million to invest in additional community services to allow more patients to be restored in the community, as well as additional community facility placements that will allow for community restoration and allow for OSH patients to transition out of the hospital. This request is in addition to almost $5.8 million per biennium that is already part of OHA's requested budget, for a total of more than $13 million for community services.

27. **Increased services.** Since 2013, OHA has been working with community partners to address the statewide need for alternative services in the community, such as crisis centers, assertive community treatment teams, and mobile crisis teams. OSH has recently hired two full-time Forensic Evaluator positions to address the increased demand for evaluations done by the hospital.



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

28. **County assistance.** OHA is conducting semi-monthly Aid and Assist liaison meetings, which are designed to provide information, increase collaboration between counties, and discuss ongoing obstacles to Aid and Assist restoration within the community or hospital. It is conducting trainings for county stakeholders on Aid and Assist best practices, requirements, processes, and insights into what other counties have found helpful. OHA is also providing technical assistance to counties to overcome statewide and local system obstacles.

29. **Improved policies and practices**. OHA developed a Procedure to Expedite Admissions (Exhibit 5) to allow expedited admission for those with the most acute need. OHA is also developing and implementing a process to provide written notification to circuit courts when Aid and Assist patients could be treated in the community under ORS 161.370(6)(b). OSH is also engaging in meetings with counties' Local Public Safety Coordinating Council (LPSCC) to explore local barriers and possible solutions within specific counties.

30. **Adding capacity for Aid and Assist population**. OSH has continued to address the increasing demand for the Aid and Assist population through adding additional beds. Most recently, OSH converted another 26-bed civil commitment unit to a 26-bed Aid and Assist unit to address increased demand of .370 patients.

31. **Legislation**. OHA has proposed legislative changes (SB 24) in the 2019 legislative session to reduce the number of patients committed to the state hospital and to instead emphasize community restoration treatment in appropriate cases. SB 24 would eliminate the ability to refer misdemeanants and municipal violators to OSH pursuant to ORS 161.370. If amended as legislative leadership has proposed and passed, courts could not order a defendant to OSH if the most serious offense in the charging instrument is a misdemeanor, or if a defendant is charged only with one or more violations of a municipal ordinance. Given that a significant percentage of the Aid and Assist patients at OSH are only charged with misdemeanors, this proposed legislation could have a significant impact. SB 24 would also make the results of



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

consultation with the community mental health program binding in the court and make "6(b)" letters issued by OSH pursuant to ORS 161.370(6)(b) enforceable.

32. **Behavioral Health Justice Reinvestment Project.** OHA, together with others, and under a grant from the council of state governments, convened dozens of stakeholders to formulate policies and actions designed to reduce criminal justice and emergency department utilization by a targeted population of people with mental illness. The task force issued recommendations earlier this year. Legislation has been introduced (SB 973) and is pending, which is expected to allocate approximately $10 million to local grants for these projects.

33. **Coordinated Care Organizations (CCOs**). CCOs deliver care to 85 percent of members of the Oregon Health Plan. A new round of contracts for CCOs will commence in January of 2020. These contracts will include provisions designed to improve CCO accountability for delivery of behavioral health services throughout the community, and to improve the integration of behavioral health with physical health.

34. **Ongoing development of solutions.** OHA and OSH continue to develop and explore new possibilities for additional solutions. As of the date of this declaration, significant additional plans are being developed and implemented, details of which I will provide by live testimony.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED June _7_, 2019.

*s/ Patrick Allen*
Patrick Allen



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000