




Exhibit 1 to the Declaration of Patrick Allen