




Exhibit 2 to the Declaration of Patrick Allen