# OSH .370 Admissions List

| Name | County | Date Signed | Date received | 7th day | Number of days on admit list | Scheduled for admission |
|---|---|---|---|---|---|---|
| [redacted] | Marion | 5/8/2019 | 5/9/2019 | 5/15/2019 | 26 | 6/4/2019 |
| [redacted] | Lane | 5/8/2019 | 5/9/2019 | 5/15/2019 | 26 | 6/4/2019 |
| [redacted] | Josephine | 5/10/2019 | 5/17/2019 | 5/17/2019 | 19 | 6/5/2019 |
| [redacted] | Jackson | 5/10/2019 | 5/14/2019 | 5/17/2019 | 22 | 6/5/2019 |
| [redacted] | Washington | 5/10/2019 | 5/14/2019 | 5/17/2019 | 23 | 6/6/2019 |
| [redacted] | Coos | 5/11/2019 | 5/13/2019 | 5/18/2019 | 24 | 6/6/2019 |
| [redacted] | Tillamook | 5/13/2019 | 5/14/2019 | 5/20/2019 | 23 | 6/10/2019 |
| [redacted] | Multnomah | 5/14/2019 | 5/14/2019 | 5/21/2019 | 22 | |
| [redacted] | Multnomah | 5/14/2019 | 5/14/2019 | 5/21/2019 | 22 | |
| [redacted] | Multnomah | 5/14/2019 | 5/14/2019 | 5/21/2019 | 22 | |
| [redacted] | Yamhill | 5/14/2019 | 5/15/2019 | 5/21/2019 | 21 | |
| [redacted] | Lane | 5/14/2019 | 5/14/2019 | 5/21/2019 | 22 | |
| [redacted] | Lane (Muni and Circuit) | 5/14/2019 | 5/14/2019 | 5/21/2019 | 22 | |
| [redacted] | Baker | 5/16/2019 | 5/16/2019 | 5/23/2019 | 20 | |
| [redacted] | Lane | 5/16/2019 | 5/16/2019 | 5/23/2019 | 20 | |
| [redacted] | Lane (Muni) | 5/16/2019 | 5/16/2019 | 5/23/2019 | 20 | |
| [redacted] | Polk | 5/17/2019 | 5/17/2019 | 5/24/2019 | 19 | |
| [redacted] | Linn | 5/17/2019 | 5/20/2019 | 5/24/2019 | 16 | |
| [redacted] | Douglas | 5/20/2019 | 5/20/2019 | 5/27/2019 | 16 | |
| [redacted] | Clackamas | 5/20/2019 | 5/20/2019 | 5/27/2019 | 16 | |
| [redacted] | Washington | 5/20/2019 | 5/21/2019 | 5/27/2019 | 15 | |
| [redacted] | Jackson | 5/20/2019 | 5/21/2019 | 5/27/2019 | 15 | |
| [redacted] | Multnomah | 5/21/2019 | 5/22/2019 | 5/28/2019 | 14 | |
| [redacted] | Multnomah | 5/21/2019 | 5/22/2019 | 5/28/2019 | 14 | |
| [redacted] | Lane | 5/22/2019 | 5/22/2019 | 5/29/2019 | 14 | |
| [redacted] | Coos | 5/22/2019 | 5/23/2019 | 5/29/2019 | 13 | |
| [redacted] | Marion | 5/23/2019 | 5/23/2019 | 5/30/2019 | 13 | |
| [redacted] | Clackamas | 5/23/2019 | 5/24/2019 | 5/30/2019 | 12 | |
| [redacted] | Lake | 5/23/2019 | 5/24/2019 | 5/30/2019 | 12 | |
| [redacted] | Linn | 5/23/2019 | 5/29/2019 | 5/30/2019 | 7 | |
| [redacted] | Clatsop | 5/28/2019 | 5/29/2019 | 6/4/2019 | 7 | |
| [redacted] | Marion | 5/29/2019 | 5/29/2019 | 6/5/2019 | 7 | |
| [redacted] | Lane (Muni) | 5/29/2019 | 5/30/2019 | 6/5/2019 | 6 | |
| [redacted] | Curry | 5/29/2019 | 5/30/2019 | 6/5/2019 | 6 | |
| [redacted] | Washington | 5/30/2019 | 5/30/2019 | 6/6/2019 | 6 | |
| [redacted] | Marion | 5/30/2019 | 5/30/2019 | 6/6/2019 | 6 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | Jackson | 5/30/2019 | 5/30/2019 | 6/6/2019 | 6 | |
| [redacted] | Jackson | 5/30/2019 | 5/30/2019 | 6/6/2019 | 6 | |
| [redacted] | Jackson | 5/30/2019 | 6/3/2019 | 6/6/2019 | 2 | |
| [redacted] | Deschutes | 5/30/2019 | 6/3/2019 | 6/6/2019 | 2 | |
| [redacted] | Washington | 5/30/2019 | 6/3/2019 | 6/6/2019 | 2 | |
| [redacted] | Yamhill | 5/31/2019 | 5/31/2019 | 6/7/2019 | 5 | |
| [redacted] | Washington | 5/31/2019 | 6/3/2019 | 6/7/2019 | 2 | |
| [redacted] | Washington | 5/31/2019 | 6/4/2019 | 6/7/2019 | 1 | |
| [redacted] | Lane | 6/3/2019 | 6/4/2019 | 6/10/2019 | 1 | |
| [redacted] | Umatilla | 6/4/2019 | 6/5/2019 | 6/11/2019 | 0 | |
| [redacted] | Multnomah | 6/4/2019 | 6/5/2019 | 6/11/2019 | 0 | |
| [redacted] | Multnomah | 6/4/2019 | 6/5/2019 | 6/11/2019 | 0 | |
| [redacted] | Washington | 6/5/2019 | 6/5/2019 | 6/12/2019 | 0 | |
| [redacted] | Clackamas | 6/5/2019 | 6/5/2019 | 6/12/2019 | 0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |