




Exhibit 4 to the Declaration of Patrick Allen