OREGON STATE HOSPITAL
Legal Affairs

Kate Brown, Governor

Oregon Health Authority

2600 Center Street NE
Salem, OR, 97301
B01-242
Voice: 503-947-2934
Fax: 503-391-2728
osh.oregon.gov

# REQUEST FOR EXPEDITED ADMISSION INTO OREGON STATE HOSPITAL

Jails may request expedited admission for any defendant on a .370 court order awaiting admission for forensic services from the Oregon State Hospital (OSH) whom the staff believes requires priority psychiatric intervention because the individual is currently at serious risk of harm to self, related to:

- Psychotic symptoms compromising the immediate health and safety of the defendant; and/or
- Active suicidal intent, actions, or serious self-injury* – as differentiated from suicidal ideation without intent or self-harm not resulting in serious injury.

*Serious injury as defined by injury requiring immediate medical attention or would have required such intervention if not for the action of the jail staff.

To make a request for expedited admission: Requests will be reviewed by the Forensic Evaluation Service (FES) during business hours Monday through Friday.

Please submit a brief summary of the clinical concerns that may require immediate admission along with an explanation of what need is not currently met by the facility the individual is currently in. This should include a description of interventions and supports that have already been implemented or attempted. After the request has been made it will be reviewed by FES the next business day.

Documentation required:

- Medical and Psychiatric Records from the jail facility;
- Medication administration records; and
- Logs for the duration of the inmate's current stay at the jail facility detailing restraint and seclusion/special observation/administrative segregation/or disciplinary segregation.

OREGON STATE HOSPITAL
HOPE · SAFETY · RECOVERY

During the review, the Director of FES, or designee, may contact the submitting jail to arrange a case consult by phone or video if additional information is needed.

If the Director of FES, or designee, assesses that the individual meets criteria for potential expedited admission services, they will immediately submit a copy of the referring information to the Chief Medical Officer for consideration.

The Chief Medical Officer, or designee, will make the final determination about the need for immediate admission within 24-hours of the report and will direct the Admissions Coordinator to do one of the following:

- Approve expedited admission and admit the patient as soon as an appropriate bed is available; OR
- Deny expedited admission and continue with OSH's protocol for .370 admissions.

Requests for expedited admission is to facilitate priority admission for those defendants who have a completed packet that has been reviewed and a previously scheduled admission.

The request for priority admission is not meant to replace services that are currently available in the jail facility or emergency medical care. In a life-threatening emergency, the individual should be taken for emergency medical care.

The Forensic Evaluation Service contact information:
FES main: 503-945-9276.
Email: OSH.FESDirector@state.or.us

Hours of operation:
Monday through Friday
8:00 AM to 5:00 PM

12/22/18