## .370 PATIENTS DESIGNATED COMMUNITY PLACEMENT READY

| County | Name | Admission Date | Unit | Avatar | Misd. | Felony | Patient Discharged via FES Eval or 6b Notice | PET RCP Date | Notification to Court | Court Signed Date | Discharge Date | Internal: # of Days | Discharge: Total Days | Pending to Discharge: Total Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multnomah | [redacted] | | BD1 | 87040 | A | | | 12/04/18 | 12/07/18 | | | 3 | | 185 | |
| Coos | [redacted] | | BY1 | 87091 | A | | | 02/14/19 | 02/22/19 | | | 8 | | 113 | |
| Tillamook | [redacted] | | BD2 | 81816 | A | | | 02/19/19 | 02/22/19 | | | 3 | | 108 | |
| Marion | [redacted] | | TR1 | 85059 | A | | | 03/21/19 | 03/22/19 | | | 1 | | 78 | |
| Lane | [redacted] | | LF2 | 87055 | A | | | 03/26/19 | 04/01/19 | | | 6 | | 73 | |
| Coos | [redacted] | | LF1 | 86830 | A | | | 04/12/19 | 04/19/19 | | | 7 | | 56 | |
| Washington | [redacted] | | BD1 | 87080 | A | | | 04/12/19 | 04/19/19 | | | 7 | | 56 | |
| Deschutes | [redacted] | | TR1 | 85867 | A | | | 04/16/19 | 04/19/19 | | | 3 | | 52 | |
| Josephine | [redacted] | | BD3 | 87148 | A | | | 04/16/19 | 04/19/19 | | | 3 | | 52 | |
| Polk | [redacted] | | TR3 | 82774 | A | | | 04/18/19 | 04/24/19 | | | 6 | | 50 | |
| | [redacted] | | TR1 | 87351 | A | | | 04/18/19 | 04/24/19 | | | 6 | | 50 | (Eugene Municipal Court) |
| Coos | [redacted] | | BD2 | 83535 | A | | | 04/18/19 | 04/24/19 | | | 6 | | 50 | |
| Multnomah | [redacted] | | LF1 | 87314 | A | | | 04/25/19 | 05/02/19 | | | 7 | | 43 | |
| Clackamas | [redacted] | | TR1 | 87324 | A | | | 05/02/19 | 05/14/19 | | | 12 | | 36 | |
| Coos | [redacted] | | TR1 | 87358 | A | | | 05/02/19 | 05/14/19 | | | 12 | | 36 | |
| Marion | [redacted] | | LF2 | 87002 | A | | | 05/09/19 | 05/14/19 | | | 5 | | 29 | |
| Deschutes | [redacted] | | LF1 | 84798 | A | | | 05/14/19 | 05/16/19 | | | 2 | | 24 | |
| Jackson | [redacted] | | FW3 | 81253 | A | | | 05/16/19 | 05/28/19 | | | 12 | | 22 | |
| Clackamas | [redacted] | | TR1 | 87397 | A | | | 05/16/19 | 05/28/19 | | | 12 | | 22 | |
| Multnomah | [redacted] | | TR1 | 83993 | A | | | 05/16/19 | 05/28/19 | | | 12 | | 22 | |
| Marion | [redacted] | | TR1 | 87474 | A | | | 05/21/19 | 05/30/19 | | | 9 | | 17 | |
| Clackamas | [redacted] | | LF2 | 85623 | A | | | 05/23/19 | 05/30/19 | | | 7 | | 15 | |
| Deschutes | [redacted] | | LF1 | 87401 | A | | | 05/23/19 | 05/30/19 | | | 7 | | 15 | |
| Josephine | [redacted] | | FW3 | 84312 | A | | | 05/23/19 | 05/30/19 | | | 7 | | 15 | |
| Lincoln | [redacted] | | TR3 | 85735 | A | | | 05/30/19 | 06/05/19 | | | 6 | | 8 | |
| Marion | [redacted] | | TR1 | 86278 | A | | | 05/30/19 | 06/05/19 | | | 6 | | 8 | |
| Polk | [redacted] | | FW3 | 86109 | A | | | 05/30/19 | | | | #VALUE! | | 8 | |







Exhibit 6 to the Declaration of Patrick Allen