







Exhibit 7 to the Declaration of Patrick Allen