OREGON STATE HOSPITAL
HOPE • SAFETY • RECOVERY

# E-Board Aid & Assist Funding Project Close Out A3

**Sponsor(s):** Dawn Jagger, Margie Stanton, Dolly Matteucci
**Team Lead:** Cody Gabel
Date: 04/29/2019

## BACKGROUND

State of Oregon 2018 Legislative Emergency Board allocated $1.5 Million in targeted funding to help alleviate the Aid & Assist crisis at the Oregon State Hospital (OSH). Oregon Health Authority responded by assigning a project team to contract with prioritized counties and their community partners for alternative services (e.g.: SRTF and community-based restoration services) with the intent to reduce Aid & Assist admissions at OSH.

## CURRENT STATE

The following three (3) counties were prioritized to implement and contract for services below:

### Multnomah County

- $600,000 contracted
- +10 bed capacity
- Collect & report baseline data
- Monthly stakeholder meetings
- Provide 6b court consultations to court
- +1 QMHP
- +8 Rapid Evaluations per month
- +1 Case Manager for Aid & Assist
- Reduce A&A avg. census by 10%+
- Monthly metrics reporting

### Lane County

- $650,000 contracted
- +$50,000 OSH facilities upgrades
- +16 bed capacity (8 SRTF/8 Community Diversion)
- Collect & report baseline data
- Monthly stakeholder meetings
- Provide 6b consultations to court
- +1 QMHP
- Reduce A&A avg. census by 10%+
- Monthly metrics reporting

### Coos County

- $200,000 contracted
- +7 beds (3 program/4 rental assistance)
- Collect & report baseline data
- Monthly stakeholder meetings
- Provide 6b consultations to court
- +.25 FTE QMHP
- +.5 FTE QMHA
- .5 FTE Peer Support Specialist
- Reduce A&A avg. census by 10%+
- Monthly metrics reporting

## RESULTS

OHA project team successfully contracted with targeted counties to provide community-based restoration services for individuals who have been found unfit to proceed in their criminal proceedings (Aid & Assist). In total, an additional 33 beds capacity were contracted.

## OPPORTUNITIES

- Future partnerships with community stakeholders and providers
- Potential for new opportunities in community restoration services
- Metrics tied to evidence-based best practices
- Regional options identified as a potential opportunity
- Capacity building for community-based services

## BARRIERS

- Short timelines limited options for services and metrics development
- Difficulty finding providers with resources to serve population
- Limited capacity of community partners (Coos/Lane)
- Lack of community service infrastructure
- Contracting requirements posed significant challenges to timeliness
- Funding to maintain programs into 2019-2021 (>June 2019)