Representative Williamson

## SUBCOMMITTEE RECOMMENDATION

## Item 11: Oregon Health Authority
## Oregon State Hospital New Unit

The Human Services Subcommittee recommends that the Emergency Board allocate $1,500,000 from the special purpose appropriation made to the Emergency Board for the Oregon Health Authority or the Department of Human Services for caseload costs or other budget challenges, to invest in community programs aimed at reducing the number of Aid and Assist patients sent to the Oregon State Hospital.

After another spike in the numbers of Aid and Assist patients at the Oregon State Hospital, the agency requested funding to open an empty ward. Aid and Assist patients are sent by the courts to be stabilized at the hospital so they can aid in their own defense. After working with the agency, the final recommendation was to provide $1.5 million General Fund to invest in community programs aimed at reducing the number of Aid and Assist patients sent to the hospital.

The Subcommittee recommends approval.