Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
Victoria K. Baker, OSB No. 225400
vbaker@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR 97201-3412
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

*Special Assistant Attorneys General for Defendant Sejal Hathi, MD, in her official capacity as Director of the Oregon Health Authority*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants.<br>(*caption continued next page*) | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>**Case No. 6:22-cv-01460-AN (Member Case)**<br><br>**STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Page 1 - STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT

| | |
|---|---|
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity; DOLORES MATTEUCCI, in her individual capacity; SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity; and PATRICK ALLEN, in his individual capacity, <br><br> Defendants. | Case No.: 3:21-cv-01637-AN (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SEJAL HATHI, MD, in her official capacity as Director of Oregon Health Authority, <br><br> Defendant. | Case No.: 6:22-cv-01460-AN (Member Case) |

**STIPULATED MOTION**

Pursuant to Fed. R. Civ. P 6(b), the parties, by and through the undersigned counsel, have agreed to and move this court to modify the briefing schedule on Defendant's forthcoming Motion to Dismiss the Second Amended Complaint as indicated in the chart below. The parties agreed to this modified schedule to accommodate work conflicts, the need for additional time for client review, and various scheduling issues.

Page 2 - STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Motion to Dismiss | November 8, 2024 | November 12, 2024 |
| Response to Motion to Dismiss | November 27, 2024 | December 11, 2024 |
| Reply ISO Motion to Dismiss | December 18, 2024 | January 8, 2025 |

**IT IS SO STIPULATED.**

DATED: November 8, 2024

    CABLE HUSTON LLP

    s/ Jon W. Monson
    Jon W. Monson, OSB No. 102650
    jmonson@cablehuston.com
    Nicole M. Swift, OSB No. 141419
    nswift@cablehuston.com
    Victoria K. Baker, OSB No. 225400
    vbaker@cablehuston.com

    *Special Assistant Attorneys General for Defendant Sejal Hathi, MD, in her official capacity as Director of Oregon Health Authority*

    LEWIS BRISBOIS BISGAARD & SMITH LLP

    s/ Eric J. Neiman
    Eric J. Neiman, OSB No. 823513
    ENeiman@ebglaw.com
    Emma P. Pelkey, OSB No. 144029
    EPelkey@ebglaw.com

    *Attorneys for Plaintiffs*

    STOEL RIVES LLP

    s/ Thomas R. Johnson
    Thomas R. Johnson, OSB No. 010645
    Tom.Johnson@stoel.com
    Alex Van Rysselberghe, OSB No. 174836
    Alex.VanRysselberghe@stoel.com

    *Attorneys for Plaintiffs*