Eric J. Neiman, OSB #823513
eneiman@ebglaw.com
Emma P. Pelkey, OSB #144029
epelkey@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch St., Suite 500
Portland, OR  97209
Telephone:  503.343.6475

Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Hon. Adrienne Nelson

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON, <br><br> Plaintiffs, <br> v. <br><br> SEJAL HATHI, in her official capacity as Director of Oregon Health Authority; and SARA WALKER, in her official capacity as Superintendent of the Oregon State Hospital, <br><br> Defendants, <br><br> and <br><br> LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY | Case No.:  3:02-cv-00339-AN (Lead Case) <br><br><br> NOTICE OF CHANGE OF ADDRESS |

Page 1- NOTICE OF CHANGE OF ADDRESS

HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES –
OREGON,

        Intervenors.

JAROD BOWMAN; and JOSHAWN
DOUGLAS SIMPSON,

        Plaintiffs,

v.

SARA WALKER, Superintendent of the
Oregon State Hospital, in her individual and
official capacity; SEJAL HATHI, Director of
the Oregon Health Authority, in her individual
and official capacity,

,

        Defendants,
and

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES –
OREGON,

        Intervenors.

Case No.: 3:21-cv-01637-AN (Member Case)

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH;
PROVIDENCE HEALTH & SERVICES –
OREGON; and ST. CHARLES HEALTH
SYSTEM,

        Plaintiffs,

v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No.: 6:22-cv-01460-AN (Member Case)

Page 2- NOTICE OF CHANGE OF ADDRESS

TO:          ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD

AND TO:      CLERK OF THE ABOVE-ENTITLED COURT

**PLEASE TAKE NOTICE**, that effective immediately, the firm address of Epstein

Becker & Green, P.C., attorneys of record for Plaintiffs Legacy Emanuel Hospital & Health

Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth,

Providence Health & Services – Oregon, and St. Charles Health System, has changed.

You are further notified that Eric J. Neiman (OSB #823513) and Emma P. Pelkey (OSB

#144029) will continue as counsel. This notice shall apply to the Lead Case as well as any

Member Case.

Please include the following address for any future communications and filings:

Eric J. Neiman, OSB No. 823513
Emma P. Pelkey, OSB No. 144029
EPSTEIN BECKER & GREEN, P.C.
1125 NW Couch Street, Suite 500
Portland, OR  97209
Email: eneiman@ebglaw.com
        epelkey@ebglaw.com


DATED:  November 13, 2024             EPSTEIN BECKER & GREEN, P.C.


                                      *s/ Eric J. Neiman, OSB No. 823513*
                                      Eric J. Neiman, OSB No. 823513
                                      Emma P. Pelkey, OSB No. 144029
                                      eneiman@ebglaw.com
                                      epelkey@ebglaw.com


Page 3- NOTICE OF CHANGE OF ADDRESS