ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, <br><br>Plaintiffs, <br><br>v. <br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital, <br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case) <br> Case No.  3:21-cv-01637-AN (Member Case) <br> Case No.  6:22-CV-01460-AN (Member Case) <br><br> SUBSTITUTION OF COUNSEL |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, <br><br>Plaintiffs, <br><br>v. <br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -   SUBSTITUTION OF COUNSEL
        CAS/a3m/978544181

| | |
|---|---|
| capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>        Defendants. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>        Plaintiffs,<br>   v.<br><br>SAJEL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No. 6:22-CV-01460-AN (Member Case) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants Sara Walker, Sajel Hathi, Dolores Matteucci, and Patrick Allen hereby gives notice that Jill O. Conbere, Assistant Attorney General, is now counsel of record in this proceeding in place of Shaunee Morgan, Assistant Attorney General.

The address for the receipt of all correspondence and pleadings remains the same.

DATED November  18 , 2024.

                                                  Respectfully submitted,

                                                  ELLEN F. ROSENBLUM
                                                  Attorney General

                                                  *s/ Jill O. Conbere*
                                                  CARLA A. SCOTT #054725
                                                  CRAIG M. JOHNSON #080902
                                                  SHEILA H. POTTER #993485

Page 2 -   SUBSTITUTION OF COUNSEL
             CAS/a3m/978544181

                                         Department of Justice
                                         100 SW Market Street
                                         Portland, OR 97201
                         (971) 673-1880 / Fax: (971) 673-5000

        Senior Assistant Attorneys General
        JILL CONBERE #193430
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov
        Of Attorneys for Defendants

Page 3 -    SUBSTITUTION OF COUNSEL
    CAS/a3m/978544181

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000