ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT  #054725
SHEILA H. POTTER #993485
Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
          Sheila.Potter@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, <br><br> Defendants. | Case No.  3:02-cv-00339-PA <br><br> DECLARATION OF CARLA A. SCOTT IN SUPPORT OF MOTION FOR MODIFICATION OF INJUNCTION |

I, Carla A. Scott, declare:

1.    I am an Assistant Attorney General at the Oregon Department of Justice.  I am

one of the Assistant Attorney Generals representing the Oregon Health Authority

(OHA) and the Oregon State Hospital (OSH) in this matter.

Page 1 -    DECLARATION OF CARLA A. SCOTT IN SUPPORT OF MOTION FOR
            MODIFICATION OF INJUNCTION
            CAS/a3m/10192193-v1

2.      Attached as Exhibit 1 is a true and correct copy of an email from Assistant

Attorney General Carla Scott to Judge Mosman dated March 16, 2020.

3.      Attached as Exhibit 2 is a true and correct copy of a news article titled "Patient,

worker at state psychiatric hospital have COVID-19," dated March 19, 2020,

retrieved April 16, 2020, which is accessible at

https://q13fox.com/2020/03/19/patient-at-washington-psychiatric-hospital-has-

covid-19/.

4.      Attached as Exhibit 3 is a true and correct copy of a news article titled "More

than 30 have COVID-19 at Western State Hospital," dated April 14, 2020,

retrieved April 16, 2020, which is accessible at

https://q13fox.com/2020/04/14/more-than-30-have-covid-19-at-western-state-

hospital/.

5.      Attached as Exhibit 4 is a true and correct copy of a news article titled

"Psychiatric Hospital In Springfield Facing COVID-19 Cases In Close

Quarters," dated April 8, 2020, retrieved April 16, 2020, accessible at

https://www.nepr.net/post/psychiatric-hospital-springfield-facing-covid-19-

cases-close-quarters.

6.      Attached as Exhibit 5 is a true and correct copy of a news article titled "Data:

COVID-19 decimates Trenton Psychiatric Hospital, impacts all state-run mental

facilities," dated April 11, 2020, retrieved April 16, 2020, accessible at

https://www.trentonian.com/news/data-covid-19-decimates-trenton-psychiatric-

hospital-impacts-all-state-run-mental-facilities/article_8d02f1b0-7c56-11ea-

8c48-03e35633cebd.html.

Page 2 -   DECLARATION OF CARLA A. SCOTT IN SUPPORT OF MOTION FOR
           MODIFICATION OF INJUNCTION
CAS/a3m/10192193-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

7.     Attached as Exhibit 6 is a non-exhaustive list of other examples of COVID-19 at

state psychiatric hospitals.


**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on April __17__, 2020.


       *s/ Carla A. Scott*

CARLA A. SCOTT
Senior Assistant Attorney General

Page 3 -   DECLARATION OF CARLA A. SCOTT IN SUPPORT OF MOTION FOR
MODIFICATION OF INJUNCTION
CAS/a3m/10192193-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| **From:** | Scott Carla A |
| **Sent:** | Monday, March 16, 2020 10:56 AM |
| **To:** | Chambers_Mosman@ord.uscourts.gov |
| **Cc:** | 'Emily Cooper'; jesse@lmhlegal.com; Stineman Renee |
| **Subject:** | RE: 3:02-cv-00339-MO Oregon Advocacy Center et al v. Mink et al:  Notice of Emergency Action |
| **Attachments:** | 20200315163954653.pdf; 2020_03-14 OSH MEMO to stakeholders re admission restrictions COVID 19 FINAL.pdf |

This time with the attachments.  My apologies.

**Carla Scott**
**Oregon Department of Justice**
**971.673.1915**

**From:** Scott Carla A
**Sent:** Monday, March 16, 2020 10:50 AM
**To:** Chambers_Mosman@ord.uscourts.gov
**Cc:** 'Emily Cooper' <ecooper@droregon.org>; jesse@lmhlegal.com; Stineman Renee <renee.stineman@doj.state.or.us>
**Subject:** 3:02-cv-00339-MO Oregon Advocacy Center et al v. Mink et al: Notice of Emergency Action

Dear Judge Mosman:

I am writing on behalf of the Oregon State Hospital (OSH) and Oregon Health Authority (OHA) to inform the Court of emergency action they have taken in light of the Corona Virus Disease 2019 (COVID-19) that is likely to affect OSH's ability to comply with the injunction in this case.  That injunction requires OSH to admit defendants to the hospital within seven days of a court order finding the defendant is unable to aid and assist in his or her own defense.  We have also notified state courts, local government agencies, jails, opposing counsel, and other stakeholders of the emergency action being taken.

As this Court knows, the President has declared a national public health emergency, and the Governor of the State of Oregon has declared a public health emergency throughout the state, both in response to the spread of the Corona virus Disease 2019 (COVID-19) and because the CDC and other health authorities have advised people to take precautions to reduce the exposure to COVID-19 and to slow the spread of the disease.

Due to these unforeseen circumstances, and for the reasons set out in more detail in the attached directives, OHA and OSH have implemented a policy to limit new admissions to the hospital to only patients under Guilty Except for Insanity (GEI) revocations and those who OSH determines meet the criteria for expedited Aid and Assist admissions under ORS 161.365 and 161.370. OSH's expedited admission protocol has been shared with jails and public defenders throughout the state, and it has been in use since 2018.  Under this policy, we expect that OSH may become unable to temporarily comply with the injunction in this matter.

OSH plans to submit a formal motion asking for a limited modification of the injunction later this week after conferring with counsel for plaintiffs.  There is ample authority for a modification in these circumstances.  *In Rufo v. Inmates of Suffolk Cty. Jail*, 502 U.S. 367, 383–86 (1992), for example, the Supreme Court established the standard for when a court order may be modified on one party's request.  The requesting party bears the burden of establishing that a significant change in circumstances (either in fact or law) warrants a revision.  *Id*.  A modification may be appropriate when a

Exhibit 1 to Scott Declaration
Page 1 of 5

"decree proves to be ***unworkable because of unforeseen obstacles***" or "when enforcement of the decree without modification ***would be detrimental to the public interest***." *Id.* (emphasis added). Where the moving party meets its burden, the court should consider whether the proposed modification is suitably tailored to the changed circumstance. *Id*.

We will work closely with counsel for plaintiffs to propose an appropriate modification to the injunction narrowly tailored to the circumstances.

Best regards,

Carla

**Carla Scott**
Assistant Attorney General | Special Litigation Unit | Trial Division
Oregon Department of Justice
100 SW Market, Portland OR 97201
971.673.1915 (direct) | 971.673.5000 (fax)

Exhibit 1 to Scott Declaration
Page 2 of 5



## OREGON STATE HOSPITAL
### Office of the Superintendent

Kate Brown, Governor

2600 Center Street NE
Salem, OR, 97301
Voice: 503-945-2800
FAX: 503-947-2900
osh.oregon.gov

# Memorandum

To: Partners of Oregon State Hospital (OSH)

From: Dolly Matteucci, OSH Superintendent/Chief Executive Officer

Date: March 14, 2020

Subject: Emergency, Temporary Restriction of Oregon State Hospital (OSH)
Admissions related to Coronavirus Disease 2019 (COVID-19)

---

The President has declared a national emergency, and the Governor of the State of Oregon has declared an emergency throughout the state, both in response to the spread of COVID-19. Oregon has recently seen COVID-19 cases in people without high-risk exposures (i.e., travel to affected regions or contact with known cases). This means COVID-19 is spreading within communities in Oregon.

To protect the health and safety of patients and staff, the Oregon Health Authority (OHA) imposed new visitation restrictions for Psychiatric Inpatient Care Programs on March 14. Also on March 14, OHA ordered OSH to temporarily restrict admissions. Both of these actions are consistent with the declaration of emergency in Executive Order 20-03 issued by the Governor on March 8, 2020, as well as the key goals for the U.S. healthcare system in response to the COVID-19 outbreak:

1. Reduce morbidity and mortality
2. Minimize disease transmission
3. Protect healthcare personnel
4. Preserve healthcare system functioning

As a result, and to protect its most vulnerable patients, **effective Monday, March 16, 2020,** OSH will implement an emergency, temporary restriction on admissions to both Salem and Junction City campuses.



If you need this letter in an alternate format, please call 503-945-2870 or TTY:711     *An Equal Opportunity Employer*

Exhibit 1 to Scott Declaration
Page 3 of 5

Under the emergency temporary restrictions, admissions will be limited to patients under Guilty Except for Insanity (GEI) revocations and those who OSH determines meet the criteria for expedited Aid and Assist admissions under ORS 161.365 and 161.370. OSH's expedited admission protocol has been shared with jails and public defenders throughout the state, and it has been in use since 2018.

As of March 14, there are currently no patients who are being monitored or patients who have tested positive for COVID-19. However, the OSH Chief Medical Officer has identified 251 patients at risk for serious illness related to COVID-19 infection. There are shortages of personal protective equipment and medical equipment needed to protect individuals from COVID-19 and to respond to the disease itself. Healthcare staff, beds, quarantine or isolation areas and medicines and other treatments to treat persons currently admitted to the hospital are also limited, and they will become more scarce as COVID-19 spreads and if COVID-19 cases present in the hospital.

As recommended by the state Epidemiologist and State Health Officer, and in consultation with the State Behavioral Health Director, OSH is working to designate protective units for all patients at high risk for COVID-19 and specialized units to treat monitored and positive COVID-19 cases as those occur. The emergency, temporary restriction on admissions has been implemented to allow OSH to complete this work. These changes will severely limit the ability for OSH to admit new patients, due to reduced capacity.

OSH continues to work closely with the state's Behavioral Health Director, the Epidemiologist and State Health Officer, and the OHA Public Health division to ensure the health and safety of its patients. OSH will continually assess its capacity to accept admissions on a weekly basis and communicate with stakeholders weekly.



OFFICE OF THE DIRECTOR

Kate Brown, Governor

500 Summer St NE E20
Salem OR 97301
Voice: 503-947-2340
Fax: 503-947-2341
www.Oregon.Gov/OHA
www.health.oregon.gov

March 15, 2020

To:    Steven Allen, Behavioral Health Director
       Dolores Matteucci, OSH Superintendent

From:  Patrick M. Allen, Director

Re:    Order Restricting Admissions to the Oregon State Hospital

Pursuant to Executive Order 20-03 issued by the Governor on March 8, 2020, declaring a statewide emergency due to the coronavirus (COVID-19), I am ordering the Oregon State Hospital to temporarily restrict all new admissions. This order is necessary to protect both patients and staff.

The World Health Organization has declared COVID-19 a global pandemic. On March 13, 2020, the President of the United States declared a national emergency due to the severity and magnitude of COVID-19. There are shortages of personal protective equipment and medical equipment needed to protect individuals from COVID-19 and to respond to the disease itself.

Oregon has recently seen COVID-19 cases in people without high-risk exposures (i.e., travel to affected regions or contact with known cases). COVID-19 is spreading in communities in Oregon. Restricting admissions is consistent with the key goals for the U.S. healthcare system in response to the COVID-19 outbreak, which are:

1.    Reducing morbidity and mortality
2.    Minimizing disease transmission
3.    Protecting healthcare personnel
4.    Preserving healthcare system functioning

The Health Systems Division and the Oregon State Hospital should take all steps necessary to effectuate this order, including but not limited to adopting temporary rules that might conflict with this order, as permitted by the Governor's Executive Order.

This order is effective on March 15, 2020 and is in effect until revoked.

Thank you,

Patrick M. Allen
Director

Exhibit 1 to Scott Declaration
Page 5 of 5

# Patient, worker at state psychiatric hospital have COVID-19

POSTED 1:17 PM, MARCH 19, 2020, BY ASSOCIATED PRESS, *UPDATED AT 03:27PM, MARCH 19, 2020*



**Isolation advice from Seattleite in China: 'Say sorry. Have a cry. Reset.'**



SEATTLE - A patient and a worker at Washington state's largest psychiatric hospital have tested positive for coronavirus, and workers at the facility fear the number of cases will increase due to a lack of protective gear and new policies that force them to crowd together as they try to get into the building.

The Western State Hospital patient was at a Pierce County hospital for surgery last week and developed a fever, according to officials. The patient still had a fever when returned to the psychiatric hospital on Sunday, so he went back to the medical center and tested positive for COVID-19, according to Kelly Von Holtz, a spokesperson for the Department of Health and Human Services.

Exhibit 2 to Scott Declaration
Page 1 of 3

The employee last worked March 8 and has not been at the facility since, so health officials don't think other hospital staff were impacted. The worker has since recovered and is symptom-free, Holtz said Thursday.

The patient and employee are among more than 1,100 people who have tested positive for the disease in Washington state, which leads the country in fatalities. About half of the 67 deaths were associated with a long-term care facility in Kirkland.

---

**RELATED STORY**

**Family of 4 could get $3,000 under coronavirus relief plan**

---

The 850-bed Lakewood facility has been the target of state and federal investigations for safety violations in recent years. It lost its accreditation and federal funding from the Centers of Medicare and Medicaid Services after it continually failed health and safety inspections.

Sean Murphy, Behavioral Health Assistant Secretary, told The Associated Press Thursday that they've taken steps to protect the hospital's 2,500 staff members and 770 patients against a spread of the highly contagious disease.

Staff have been ordered to self-screen for coughs or fevers and stay home if they're sick, Murphy said. They screening patients daily and have prohibited patients from leaving hospital grounds unless it's for a medical appointment, he said.

No visitors are allowed inside.

Officials placed new locks on the doors into the hospital so all staff must enter through one door. They've erected tents near the entry ways that will be used to screen each staff member before going into the building, Murphy said. Staff will need to fill out a form about their health and they'll have their temperature taken, he said.

---

**RELATED STORY**

**President Trump announces FDA is fast-tracking anti-viral treatments for coronavirus patients**

---

That process is expected to begin Friday, he said. But workers are highly critical of the plan.

Locking doors into the large brick building forces workers to walk long distances to get inside, Nursing Supervisor Paul Vilja told the AP. Workers with disabilities don't have enough parking spaces near the front entrance and forced to walk long distances from handicap parking, sometimes on streets that are not lighted or don't have sidewalks, he said.

A bigger concern during this COVID-19 pandemic is the more than 100 employees who arrive at work at the same time are forced to congregate at one or two entry points on the sprawling campus, he said.

Exhibit 2 to Scott Declaration

Page 2 of 3

"Everybody's trying to get to work on time and they have to stand in line in the cold, making social distancing impossible," he said. It will be worse when the screening tents are operating because groups of workers will be filling out forms and getting their temperatures taken inside the tent, he said.

---

**RELATED STORY**

**$10 toilet paper? Coronavirus gouging complaints surge in US**

---

The hospital received a supply of thermometers for the testing, but were warned that they don't work accurately when used in the cold, he said.

"The screening will be worthless," he said. "There'll be false negatives because of the cold temperatures outside."

For most people, the new coronavirus causes only mild or moderate symptoms, such as fever and cough. For some, especially older adults and people with existing health problems, it can cause more severe illness, including pneumonia. The vast majority of people recover from the new virus

The nursing staff was told that they must run the tent tests, but they have not received the personal protection equipment to keep screeners safe, and have not been trained for the job, Vilja said.

"We're out of surgical masks on many wards and don't have any of the N-95 masks, and we're almost out of sanitary wipes," he said.

Murphy said the hospital has the personal protection equipment needed and they're following the protocol outlined by health officials, but they're also being conservative.

"People want to use more PPE than is required," he said. "There are complications with using too much PPE."

Maria Claudio, a social worker at Western State, said she's worried about worker safety, but also fears for the older patients and those who are taking psychotropic medications that compromise immune systems.

One staff member who was in physical contact with the patient who tested positive for COVID-19 was sent home, but not the rest of the staff, she said. In another case, the husband of a worker who had tested positive continued to come to work, she said.

"There's no protocols, no accountability, no plan," Claudio said. "It's haphazard and reckless. It's causing a lot of anxiety."

**RELATED STORIES**

**Italy passes China for most coronavirus-related deaths**

Exhibit 2 to Scott Declaration

Page 3 of 3

# More than 30 have COVID-19 at Western State Hospital

POSTED 5:15 PM, APRIL 14, 2020, BY ASSOCIATED PRESS



**Thousands waiting for unemployment benefits in Washington state**



SEATTLE -- The number of staff at a Washington state psychiatric hospital who have tested positive for the new coronavirus increased in April, but only two patients have been tested this month, despite recommendations from health officials.

At least 27 workers at Western State Hospital have the disease, while six patients have tested positive so far and one died. The facility is home to 735 patients and 17 were recently moved to group or family homes to ease the pressure from the COVID-19 outbreak, officials said.

When the COVID-19 hit the facility toward the end of March, they sought help from the state health department. At that time 17 workers and six patients had the disease. State epidemiologist Dr. Scott Lindquist toured the facility and made a list of recommendations, including testing the staff and patients on

Exhibit 3 to Scott Declaration
Page 1 of 3

certain wards.

As of Tuesday, only two patients had been tested this month, according to Kelly Von Holtz, spokesperson for the Department of Social and Health Services. She said the low number was because few had shown any symptoms, but Lindquist said testing should be happening and any new positive patients should be isolated.

**RELATED STORY**

**As many as 319,000 waiting or denied unemployment benefits in Washington state**

"Due to widespread community transmission of COVID-19 in Washington, it is very likely that some staff were infected in the community, worked while infectious, and were a source of infection to patients and other staff people," he said in his letter to hospital officials.

All staff on a ward that had eight cases should be tested and patients on another ward that had a positive case should also be tested, he said. Holtz said there are 28 patients on ward S-7. A note to staff said the patients had previously been tested and their incubation period was ending on Wednesday.

"A single new case in a patient on any ward should be considered a new 'outbreak' and be attributed to staff transmitting to patients," he said. "At that time, all patients should on the affected ward be tested and mask all staff. Please be aware that this recommendation may change going forward."

Workers say the testing process for staff has been problematic. Maria Claudio, a psychiatric social worker, said the numbers aren't adding up. Out of 414 tests, six workers were positive and 39 were rejected and have to be retested, according to a note sent to staff.

"The validity of the testing is questionable," she said. "We're likely getting false negatives."

**RELATED STORY**

**President Donald Trump announces immediate halt of funding to World Health Organization**

Justin Lee, a spokesman for the union that represents hospital employees, said staff were initially told that they would be tested in a drive-through, but instead they gathered workers in a small room where they were tested simultaneously. One worker said someone sneezed on her during the process.

he health department's recommendations said staff should test themselves using a new protocol for collecting samples.

Instead reaching far back in the nasal cavity with a long swab, health officials told them to do a "shallow nasal swab," said Lisa Stromme, a spokesperson for the health department. The process involves swirling the cotton tip inside the nose and then putting the swab into a container, according to the health department's website.

Exhibit 3 to Scott Declaration

Page 2 of 3

The shallow process saves on PPE and a recent study out of Everett found it to be as accurate as the deep nasal cavity test, Stromme said.

**RELATED STORY**

**Coronavirus-infected Washington state woman gives birth while in induced coma**

"Bad idea," said Paul Vilja, a nursing supervisor. "We need trained personnel with proper PPE to perform the test and package the specimen to prevent further exposure of others."

The health department also said the patients can test themselves if a staff member is present, but staff said that's unworkable.

"That's the stupidest thing I've ever heard in my life," Claudio said.

Many patients are not able to bathe themselves and in some cases, it would take several staff members to hold a patient down to get a proper sample, she said.

Most won't even put a mask on, which was another recommendation.

"On our ward, not a single patient has a mask on," she said. "You're not going to get a good sample if the patient self-administers the test."

For most people, the new coronavirus causes mild or moderate symptoms, such as fever and cough that clear up in two to three weeks. For some, especially older adults and people with existing health problems, it can cause more severe illness, including pneumonia and death.

**RELATED STORIES**

**Health care workers are 10%-20% of US coronavirus cases**

NEWS

Exhibit 3 to Scott Declaration
Page 3 of 3



Donate (https://be.nepm.org/nepr/index.html)

 

Live Radio · NEPR
**Classical Music with Walter Carroll**     LOADING...

# Psychiatric Hospital In Springfield Facing COVID-19 Cases In Close Quarters

By KAREN BROWN (/PEOPLE/KAREN-BROWN)  •  APR 8, 2020

Share (http://facebook.com/sharer.php?
u=http%3A%2F%2Ftinyurl.com%2Fspae9pf&t=Psychiatric%20Hospital%20In%20Springfield%20Facing%20COVID-
19%20Cases%20In%20Close%20Quarters)

Tweet (http://twitter.com/intent/tweet?
url=http%3A%2F%2Ftinyurl.com%2Fspae9pf&text=Psychiatric%20Hospital%20In%20Springfield%20Facing%20COVID-
19%20Cases%20In%20Close%20Quarters)

Email (mailto:?subject=Psychiatric%20Hospital%20In%20Springfield%20Facing%20COVID-
19%20Cases%20In%20Close%20Quarters&body=http%3A%2F%2Ftinyurl.com%2Fspae9pf)

Exhibit 4 to Scott Declaration

Page 1 of 4



(//www.nepr.net/sites/wfcr/files/styles/x_large/public/202004/vibra_photo_-_don_treeger.jpg)

*Vibra Hospital in Springfield, Mass.*

DON TREEGER / THE SPRINGFIELD REPUBLICAN

A state-affiliated psychiatric hospital in Springfield, Massachusetts, is dealing with several COVID-19 cases.

Exhibit 4 to Scott Declaration
Page 2 of 4

Thirty people with severe mental illness live at Vibra hospital — all by court order, and overseen by the Massachusetts Department of Mental Health.

As of Wednesday, the state said three patients had tested positive for COVID-19. Staff said several more patients are showing symptoms.

Now the sick patients are on a separate floor, though staff member Ronald Timothy said most patients in the regular unit still share rooms and communal bathrooms.

"People are trying their best to have social distancing or some kind of distancing which could prevent more exposure or even transmission," he said, "but I personally believe that it's very difficult."

In a statement, the Department of Mental Health said the facility has been following government safety guidelines – and that all DMH facilities have been restricting visitors, screening staff and quarantining potential COVID cases since March 19.

Timothy said Vibra did increase safety measures, but only after the first test came back positive.

"I believe we responded too late," he said. "But I also believe we as a nation responded too late."

A recreational therapist at the hospital, Hollis Graham, said he learned that one employee has tested positive for COVID-19, though DMH said Wednesday there were no positive cases among staff.

Graham also said four other staff members are out because they have symptoms of the virus or believe they were exposed to a sick patient.

"One real concern now is that staffing is beginning to be an issue, as nurses and counselors have had to call out due to becoming symptomatic themselves," Graham said.

Graham said all staff wear N95 masks, but because of the nationwide supply shortage, they wear the same mask for several days.

Exhibit 4 to Scott Declaration
Page 3 of 4

Timothy said he has no plans to stop working at Vibra. He said the patients, despite their disabilities, are mostly calm.

"I love my job and I like helping people out," he said. "So for the most part, I'm not that worried."

Timothy said, because of the risks, the union negotiated with Vibra to give the entire staff hazard pay — at $50 extra per shift.

Calls to Vibra were not returned.

The psychiatric unit occupies one floor of what used to be a much larger hospital. Vibra is required by a state contract to keep the unit open, even though the company shut down the rest of the hospital several years ago.

**TAGS:**   REGIONAL NEWS (/TERM/REGIONAL-NEWS-0)   CORONAVIRUS (/TERM/CORONAVIRUS)

HEALTH (/TERM/HEALTH)   MENTAL HEALTH (/TERM/MENTAL-HEALTH)   HOSPITALS (/TERM/HOSPITALS)

f   **Share (http://facebook.com/sharer.php?**
**u=http%3A%2F%2Ftinyurl.com%2Fspae9pf&t=Psychiatric%20Hospital%20In%20Springfield%20Facing%20COVID-**
**19%20Cases%20In%20Close%20Quarters)**

🐦   **Tweet (http://twitter.com/intent/tweet?**
**url=http%3A%2F%2Ftinyurl.com%2Fspae9pf&text=Psychiatric%20Hospital%20In%20Springfield%20Facing%20COVID-**
**19%20Cases%20In%20Close%20Quarters)**

✉   **Email (mailto:?subject=Psychiatric%20Hospital%20In%20Springfield%20Facing%20COVID-**
**19%20Cases%20In%20Close%20Quarters&body=http%3A%2F%2Ftinyurl.com%2Fspae9pf)**

**RELATED CONTENT**



Springfield Schools Provides Laptops To Thousands Of Students During COVID-19 Crisis (/post/springfield-schools-provides-laptops-thousands-students-during-covid-19-crisis)

APR 8, 2020 🔊

(/post/springfield-schools-provides-laptops-thousands-students-during-covid-19-crisis)

(/post/what-hell-happened-coronavirus-deaths-reported-holyoke-soldiers-home)

What The Hell Happened: Coronavirus Deaths Reported At Holyoke Soldiers' Home (/post/what-hell-happened-coronavirus-deaths-reported-holyoke-soldiers-home)

MAR 31, 2020 🔊

Exhibit 4 to Scott Declaration
Page 4 of 4

https://www.trentonian.com/news/data-covid-19-decimates-trenton-psychiatric-hospital-impacts-all-state-run-mental-facilities/article_8d02f1b0-7c56-11ea-8c48-03e35633cebd.html

# Data: COVID-19 decimates Trenton Psychiatric Hospital, impacts all state-run mental facilities

By Sulaiman Abdur-Rahman and Isaac Avilucea sulaiman@trentonian.com iavilucea@trentonian.com @Sabdurr on Twitter
Apr 11, 2020



Screenshot from Google Maps of Trenton Psychiatric Hospital in West Trenton, Ewing Township.

Want local news?
## Sign up for our newsletter and stay informed

Enter your email to subscribe

**SIGN UP**

TRENTON — The deadly COVID-19 pandemic continues to spread inside state-owned mental health institutions, killing one of the patients at Trenton Psychiatric Hospital, officials confirmed.

Exhibit 5 to Scott Declaration
Page 1 of 3

Within the four psychiatric hospitals in the Garden State, new data show dozens of patients and staff have been sickened with the novel coronavirus disease, killing five patients as of Friday afternoon.

The patient who died at Trenton Psych had been on a breathing machine and was known to workers at the facility as a chain smoker, sources said, speaking on condition of anonymity. The sources identified the patient as Ed Gorecki, saying he was schizophrenic, but had no known criminal history, and had been at TPH for as long as decades.

The state has not released the identities of New Jersey's deceased COVID-19 victims, but *The Trentonian* has obtained data showing the extent of the coronavirus outbreak within the state's psychiatric hospital system.

At least 147 staff members and 71 patients have tested positive for COVID-19 across the four hospitals, according to the New Jersey Department of Health.

In an email obtained by *The Trentonian*, DOH spokesperson Dawn Thomas confirmed there have been five deaths among the 71 psychiatric patients who had tested positive for the respiratory illness.

"We are working with the hospitals," Thomas said, "to conduct surveillance and implement infection control protocols to reduce exposure."

## Data explained

• Trenton Psychiatric Hospital in Ewing Township had 81 staff and 23 patients test positive for COVID-19 as of Friday afternoon. One of those patients has died.

• Ann Klein Forensic Center in Trenton had six staff members and nine patients test positive for the new disease as of Friday afternoon.

• Ancora Psychiatric Hospital in Winslow Township, Camden County, had 16 staff and nine patients test positive for coronavirus as of Friday afternoon.

• Greystone Park Psychiatric Hospital in Parsippany-Troy Hills Township, Morris County, had 44 staff and 30 patients test positive for COVID-19 as of Friday afternoon. Four of those patients have died.

Exhibit 5 to Scott Declaration

Page 2 of 3

Trenton Psych, a 400-bed hospital facility, has the highest number of COVID-19 cases among the four state-run institutions providing mental health care services. As recently reported by *The Trentonian*, a number of TPH employees blame their CEO, Robyn Wramage-Caporoso, saying she wasn't doing enough to keep employees safe.

"It is of the utmost importance," Wramage-Caporoso said in a community letter dated April 2, "to secure the safety of our employees and patients while providing continuity of care to our patients during this public health, State and national emergency."

Individuals in the psychiatric hospitals who test positive for COVID-19 are being quarantined or isolated pursuant to the guidelines established by the Centers for Disease Control and Prevention, according to Wramage-Caporoso's letter, which acknowledges the impact of COVID-19 across the state's four mental health institutions.

"Further," she said, "the hospitals have increased sanitation procedures at the hospitals and started rotating employees offsite to the extent possible to minimize unnecessary contact with patients/patient units while still providing continuity of care. They have also obtained additional masks for use in the hospitals."

Days after Gov. Phil Murphy declared a public health emergency on March 9, the four psychiatric hospitals in the Garden State immediately banned family and friend visits until further notice.

Ann Klein Forensic Center is a highly secure psychiatric hospital for the criminally insane. It houses approximately 200 patients, most of whom come from county jails or state prisons, and each patient receives structured treatment for severe mental illnesses.

Greystone is a 552-bed psychiatric hospital in North Jersey, while Ancora is a 600-bed adult inpatient facility strategically located in South Jersey.

Statewide, New Jersey continues to be negatively impacted by the fearsome pandemic. The Garden State had more than 58,000 positive cases of COVID-19 and 2,183 deaths as of Saturday afternoon, according to state data.

---

**SPONSORED CONTENT**

## 4 Signs Your Heart Is Quietly Failing You

Exhibit 5 to Scott Declaration
Page 3 of 3

Additional State Hospitals with COVID-19 Outbreaks

(Massachusetts) 37 Patients, 100 Staff Test Positive In COVID-19 Outbreaks At Two State-Run Hospitals
https://www.wbur.org/commonhealth/2020/04/16/shattuck-tewksbury-state-hospitals-coronavirus-outbreaks

(Georgia) 12 patients and 24 staff test positive for COVID-19 at Central State Hospital, second employee dies
https://www.13wmaz.com/article/news/health/coronavirus/central-state-hospital-covid-19-patient-dies/93-b7128651-6d5f-401f-ac73-c62fd6909dae

(Kentucky) Coronavirus cases up to 29 at Western State Hospital; 16 employees among those testing positive
https://hoptownchronicle.org/covid-19-cases-up-to-29-at-western-state-hospital-16-employees-among-those-testing-positive/

(Missouri) More staffers at CenterPointe Hospital test positive for COVID-19
https://fox2now.com/news/missouri/more-staffers-at-centerpointe-hospital-test-positive-for-covid-19/

(Florida) Nine Florida staffers with DCF test positive for COVID-19
https://www.tampabay.com/news/health/2020/04/10/nine-florida-staffers-with-dcf-tests-positive-for-covid-19/

(Wash DC) After Four Deaths, Patients At D.C.'s Public Psychiatric Hospital Say They Aren't Being Protected From Coronavirus
https://wamu.org/story/20/04/16/patients-at-d-c-s-public-psychiatric-hospital-are-suing-over-being-at-high-risk-for-covid-19/

Exhibit 6 to Scott Declaration
Page 1 of 1