ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.state.or.us
Sheila.Potter@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,

Plaintiffs,

v.

PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,

Defendants.

Case No. 3:02-cv-00339-MO

PROGRESS REPORT JUNE 2, 2020

Page 1 - PROGRESS REPORT JUNE 2, 2020
CAS/a3m/10307056-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Pursuant to this Court's May 13, 2020, Order of Modification to Injunction, attached is Defendants' June 2, 2020 Progress Report.

DATED June __25__, 2020.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Carla A. Scott*

CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.state.or.us
Sheila.Potter@doj.state.or.us
Of Attorneys for Defendants

***Oregon Advocacy Center et al. v. Mink et al.***
**Case No. 3:02-cv-00339-MO**
**Progress Report**
**June 2, 2020**

**1. Update on our progress toward eliminating the backlog of patients awaiting restoration at OSH.**

The Oregon State Hospital is making substantial progress toward eliminating the backlog of patients awaiting admission under ORS 161.370 orders. OSH expanded admissions beginning April 13, 2020, and has subsequently admitted 101 patients under ORS 161.370 orders between April 13 and June 1, 2020. As of June 2, 2020, there have been no patients admitted to the hospital who have tested positive for COVID-19.

**2. The number of patients who have been admitted since the date of the ruling.**

Between the date of the May 12 hearing and June 1, OSH has admitted 57 more patients under an ORS 161.370 court order.

**3. The county of origin and wait time for each patient admitted.**

| Admission Number | County of Origin | Days from Signature of Court Order to Admission | Days from Receipt of Court Order to Admission |
|---|---|---|---|
| 1 | Multnomah | 28 | 27 |
| 2 | Lincoln | 26 | 26 |
| 3 | Linn | 25 | 22 |
| 4 | Washington | 25 | 21 |
| 5 | Clackamas | 23 | 23 |
| 6 | Lincoln | 23 | 23 |
| 7 | Deschutes | 23 | 23 |
| 8 | Multnomah | 22 | 21 |
| 9 | Coos | 3* | 3* |
| 10 | Multnomah | 23 | 22 |
| 11 | Multnomah | 23 | 22 |
| 12 | Multnomah | 23 | 22 |
| 13 | Multnomah | 24 | 23 |
| 14 | Hood River | 23 | 23 |
| 15 | Linn | 22 | 21 |
| 16 | Lincoln | 5* | 5* |
| 17 | Lincoln | 3* | 3* |
| 18 | Morrow | 24 | 24 |
| 19 | Curry | 24 | 21 |
| 20 | Coos | 22 | 22 |
| 21 | Lane | 21 | 21 |
| 22 | Multnomah | 21 | 20 |
| 23 | Multnomah | 21 | 20 |
| 24 | Multnomah | 22 | 21 |
| 25 | Multnomah | 21 | 21 |
| 26 | Washington | 21 | 20 |
| 27 | Washington | 21 | 20 |

| | | | |
|---|---|---|---|
| 28 | Multnomah | 21 | 21 |
| 29 | Josephine | 21 | 20 |
| 30 | Washington | 21 | 20 |
| 31 | Linn | 26 | 25 |
| 32 | Jackson | 25 | 25 |
| 33 | Lane | 25 | 25 |
| 34 | Lane | 25 | 25 |
| 35 | Multnomah | 21 | 20 |
| 36 | Multnomah | 22 | 21 |
| 37 | Deschutes | 22 | 16 |
| 38 | Deschutes | 20 | 16 |
| 39 | Marion | 20 | 19 |
| 40 | Clatsop | 20 | 20 |
| 41 | Deschutes | 21 | 17 |
| 42 | Washington | 20 | 20 |
| 43 | Marion | 20 | 23 |
| 44 | Jackson | 20 | 17 |
| 45 | Clackamas | 17 | 17 |
| 46 | Marion | 18 | 18 |
| 47 | Marion | 18 | 18 |
| 48 | Umatilla | 17 | 17 |
| 49 | Tillamook | 17 | 16 |
| 50 | Deschutes | 18 | 18 |
| 51 | Columbia | 18 | 18 |
| 52 | Deschutes | 17 | 17 |
| 53 | Marion | 17 | 17 |
| 54 | Multnomah | 13 | 12 |
| 55 | Multnomah | 13 | 12 |
| 56 | Multnomah | 13 | 12 |
| 57 | Multnomah | 13 | 6 |

*Indicates return on previous .370 order (Sell order) or admitted under expedited admission protocol

**4. The average wait time for all patients admitted.**

The average wait was **20 days**, measured from the date each order was signed to the date of admission, for the 57 patients admitted from May 12 through June 1. (The average time was 19.1 days, if measured from the date that OSH actually received the order.)

**5. The number of patients remaining in the backlog.**

As of the close of business on June 1, there are 13 patients for whom OSH has received an ORS 161.370 court order and who have yet to be admitted to OSH.

**6. Any other information relevant to Defendants' ability to achieve compliance.**

OSH has no other information to report, but would be happy to address any questions the Court may have.