FILED

MAY 7 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OREGON ADVOCACY CENTER; METROPOLITAN PUBLIC DEFENDER SERVICES, INC., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> A. J. MADISON, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK ALLEN, Director of the Department of Human Services, in his official capacity; DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity, <br><br> Defendants-Appellees. | No.   20-35540 <br><br> D.C. No. 3:02-cv-00339-MO <br> District of Oregon, <br> Portland <br><br> ORDER |

Before:  W. FLETCHER and FRIEDLAND, Circuit Judges, and BLOCK,* District Judge.

The panel believes this case may be appropriate for mediation and therefore refers this matter to the court's Mediation Office. The Circuit Mediator will contact the parties to explore mediation and provide a status report to the panel within

---

*     The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.

twenty (20) days of the date of this order.

Submission is withdrawn pending further order of the court.