## Oregon State Hospital Census by Unit Type    May 24, 2021    page 1

| Unit Type | Number of Units | Total Beds | Managed Occupancy | Current Population | Aid & Assist Population | Civil Population | PSRB & GEI Population | Scheduled Admissions |
|---|---|---|---|---|---|---|---|---|
| **SALEM CAMPUS** | | | | | | | | |
| Progressive Care A&A | 7 | 182 | 175 | 174 | 167 | 1 | 6 | |
| Progressive Care (Civil, A&A) | 2 | 52 | 50 | 50 | 49 | 0 | 1 | |
| Progressive Care (PSRB, A&A) | 3 | 72 | 69 | 69 | 45 | 1 | 23 | |
| CV-19 Protective Units (PSRB, A&A, Civil) | 3 | 68 | 65 | 63 | 30 | 6 | 27 | |
| CV-19 Admission Monitoring Units | 3 | 64 | 61 | 48 | 45 | 2 | 1 | |
| CV-19 PUI/COVID+ Unit (PSRB, A&A, Civil) | *1 | 20 | 19 | 0 | 0 | 0 | 0 | |
| High-Acuity (PSRB, A&A, Civil) | 2 | 40 | 35 | 35 | 32 | 1 | 2 | |
| SRTF PSRB | 3 | 90 | 87 | 87 | 0 | 0 | 87 | |
| **JUNCTION CITY CAMPUS** | | | | | | | | |
| Progressive Care (PSRB, Civil) | 3 | 75 | 72 | 72 | 0 | 5 | 67 | |
| SRTF PSRB | 1 | 25 | 24 | 24 | 0 | 0 | 24 | |
| SRTF Totals | 4 Units | 115 Beds | 111 (96.5%) | 111 (96.5%) | 368 | 16 | 238 | Total Pop 622 |
| Available Hospital Level of Care Totals | 23 Units | 553 Beds | 527 (95.3%) | 511 (92.4%) | | | | Total scheduled 0 |
| Total Beds | 27 Units | 668 Beds | 635 (95%) | 622 (93.1%) | +21 A&A unscheduled | +27 Civil unscheduled | +10 PSRB/GEI unscheduled | Total Waiting 58 |

EXHIBIT 1, Page 1 of 2
WEHR DECLARATION

# Oregon State Hospital Census by Unit Type      May 24, 2021          page 2

**Description of units that are specialized due to COVID-19 (orange section on page 1).**

**Three Protective Units:** These units are used for patients who are at-risk of severe illness if they become infected with COVID-19, due to their physical condition or age.
- Prior to the Pandemic, these three units functioned as Neuro-Gero units.

**Three Admissions Monitoring Units:** These units are used to admit new patients in a manner that's safe for both patients and staff, a place to quarantine and be tested for COVID-19 before mixing with the rest of the hospital population.
- Prior to the Pandemic, one of these three units was used as a High Acuity unit, and the other two were used as an Intensive Care Aid & Assist unit.

**One Quarantine Unit:** This unit is used for any presumptive or confirmed cases of COVID-19, to keep these patients from infecting others.
- Prior to the Pandemic, this unit was used as one of the four Intensive Care Aid & Assist units.
- Opening this unit reduced the overall number of available Hospital Level of Care beds under managed capacity, from **543 to 524**.