FILED

OCT 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OREGON ADVOCACY CENTER; METROPOLITAN PUBLIC DEFENDER SERVICES, INC., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> A. J. MADISON, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK ALLEN, Director of the Department of Human Services, in his official capacity; DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity, <br><br> Defendants-Appellees. | No.   20-35540 <br><br> D.C. No. 3:02-cv-00339-MO District of Oregon, Portland <br><br> ORDER |

Before:  W. FLETCHER and FRIEDLAND, Circuit Judges, and BLOCK,[*] District Judge.

Appellants' motion for attorneys' fees (Dkt. 49) is GRANTED IN PART.

Appellants are awarded attorneys' fees in the amount equal to the lodestar

calculated in their motion ($53,005) less the amount billed for settlement talks

---

[*] The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.

before the district court following release from this court's Mediation Program on

June 7, 2021 ($9,460), for a total award of $43,545.

**GRANTED IN PART.**