ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
        Sheila.Potter@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-MO<br><br>ORDER APPOINTING A NEUTRAL EXPERT |

This matter comes before me on the parties' Joint Stipulation to Appointment of a Neutral Expert and Interim Agreement.  Consistent with their stipulation and agreement:

1. I consolidate the *Mink* (3:02-cv-00339-MO) and *Bowman* (3:21-cv-01637-HZ) cases.

Page 1 -   ORDER APPOINTING A NEUTRAL EXPERT
           CAS/a3m/229052715

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

2. I hereby appoint Dr. Debra Pinals as a neutral expert in this matter, to make recommendations to address capacity issues at the Oregon State Hospital.

3. If Dr. Pinals becomes unavailable, the parties shall agree upon another neutral expert to serve in the same role.

4. I direct the Oregon Health Authority to enter into a contract with Dr. Pinals and provide for her payment for the work involved.

5. Defendants will provide Dr. Pinals with monthly reports throughout her engagement. Defendants first report is due January 3, 2022, and must include a summary of their recent actions to achieve compliance, actions planned to achieve compliance, and barriers to completing those actions.

6. In addition to the information that Defendants are required to provide to Dr. Pinals under this order, Defendants shall provide to Dr. Pinals any other information that Dr. Pinals informs Defendants is necessary for her to fully review Defendants' actions and advise the Court.

7. Dr. Pinals shall not be employed or otherwise retained by any of the parties in any capacity except as provided for in this Order.

8. Dr. Pinals shall review the monthly reports that the Defendants are required to prepare under this Court's order. Dr. Pinals's first report and recommendation is due to the Court by January 31, 2022. That report shall include suggested admissions protocol that addresses the admission of patients found unable to aid and assist in their own defense under ORS 161.370 (.370 patients) as well as patients found to be Guilty Except for Insanity (GEI patients).

Page 2 -   ORDER APPOINTING A NEUTRAL EXPERT
           CAS/a3m/229052715

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

9.    Dr. Pinals's second report is due to this Court by April 29, 2022, and shall include a short report and recommendations for a proposed long-term compliance plan for OSH.

DATED: _____

_____<br>
HONORABLE MICHAEL W. MOSMAN<br>
U. S. District Court Judge

Submitted by:   Carla A. Scott
                Senior Assistant Attorney General
                Attorneys for Defendants

Page 3 -   ORDER APPOINTING A NEUTRAL EXPERT
           CAS/a3m/229052715

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000