Emily Cooper OSB# 182254
ecooper@droregon.org
**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,** & **A.J. MADISON,**<br>Plaintiffs,<br>v.<br>**PAT ALLEN,** in his official capacity as head of the Oregon Health Authority, & **DOLORES MATTEUCCI**, in her official capacity as Superintendent of the Oregon State Hospital,<br>Defendants. | Case No.: 3:02-cv-00339-MO<br><br>DECLARATION OF EMILY COOPER IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM |
| **JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON**,<br>Plaintiffs,<br>**v.**<br>**PAT ALLEN,** in his official capacity as head of the Oregon Health Authority, & **DOLORES MATTEUCCI,** in her official capacity as Superintendent of the Oregon State Hospital,<br>Defendants. | Case No. 3:21-cv-01637-MO<br>(Member Case) |

I, Emily Cooper, declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters contained herein, and am competent to testify thereto.

2. I am the Legal Director at Disability Rights Oregon ("DRO"), the designated Protection and Advocacy system for Oregon and a Plaintiff in the above captioned matter.

Declaration of Emily Cooper in Support
of Plaintiffs' Supplemental Memorandum
Page 1

Disability Rights Oregon
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081

3. Attached as Exhibit A is a true and accurate copy of the Court's neutral expert Dr. Debra Pinals, M.D., First Report dated January 30, 2022.

4. Attached as Exhibit B is a true and accurate copy of the Court's neutral expert Dr. Debra Pinals, M.D., First Report dated June 5, 2022.

DATED this 25th day of August 2022 in Portland, Oregon.

  /s/ Emily Cooper  
Emily Cooper, OSB #182254
Disability Rights Oregon

Declaration of Emily Cooper in Support
of Plaintiffs' Supplemental Memorandum
Page 2

Disability Rights Oregon
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081