```
1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF OREGON

3   OREGON ADVOCACY CENTER,      )
    et al.,                      )
4                                )
              Plaintiffs,        )  Case No. 3:02-cv-00339-MO
5                                )
        v.                       )
6                                )
    PATRICK ALLEN, et al.,       )  August 29, 2022
7                                )
              Defendants.        )  Portland, Oregon
8   _____)

9

10

11

12

13

14                         Hearing

15              TRANSCRIPT OF PROCEEDINGS

16      BEFORE THE HONORABLE MICHAEL W. MOSMAN

17      UNITED STATES DISTRICT COURT SENIOR JUDGE

18

19

20

21

22

23

24

25
```

```
 1
 2                            APPEARANCES
 3

 4   FOR THE PLAINTIFFS:      Ms. Emily R. Cooper
                             Disability Rights Oregon
 5                           511 S.W. Tenth Avenue, Suite 200
                             Portland, OR 97205
 6

 7                           Mr. Jesse A. Merrithew
                             Levi Merrithew Horst LLP
 8                           610 S.W. Alder Street, Suite 415
                             Portland, OR 97205
 9

10

11   FOR THE DEFENDANTS:     Ms. Sheila H. Potter
                             Ms. Carla Scott
12                           Oregon Department of Justice
                             Trial Division
13                           100 S.W. Market Street
                             Portland, OR 97201
14

15   FOR AMICUS
     WASHINGTON COUNTY:      Mr. Thomas A. Carr
16                           Washington County Counsel
                             155 N. First Avenue, Suite 340
17                           Hillsboro, OR 97124

18

19

20   FOR AMICUS MARION
     COUNTY:                 Ms. Jane E. Vetto
21                           Marion County Legal Counsel
                             P.O. Box 14500
22                           Salem, OR 97124

23

24

25
```

```
 1   FOR AMICI WASHINGTON
     COUNTY DISTRICT
 2   ATTORNEY, CLACKAMAS
     COUNTY DISTRICT
 3   ATTORNEY, AND MARION
     COUNTY DISTRICT
 4   ATTORNEY:                Mr. Billy Williams
                              Best Best Krieger LLP
 5                            360 S.W. Bond Street, Suite 400
                              Bend, OR 97702
 6

 7

 8   COURT REPORTER:          Bonita J. Shumway, CSR, RMR, CRR
                              United States District Courthouse
 9                            1000 S.W. Third Ave., Room 301
                              Portland, OR  97204
10                            (503) 326-8188

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (P R O C E E D I N G S)

 2                 (August 29, 2022; 1:35 p.m.)

 3                     * * * * * * * * *

 4          THE COURTROOM DEPUTY:  We are here this afternoon for

 5   a hearing in Case No. 3:02-cv-339-MO, Oregon Advocacy Center,

 6   et al. v. Mink, et al.

 7          Counsel, please state your name for the record,

 8   beginning with plaintiffs.

 9          MR. MERRITHEW:  Good afternoon, Your Honor.  Jesse

10   Merrithew here on behalf of Metropolitan Public Defender.

11          MS. COOPER:  Good afternoon, Your Honor.  Emily

12   Cooper on behalf of Plaintiff Disability Rights Oregon.

13          MS. POTTER:  Your Honor, Sheila Potter with the

14   Oregon Department of Justice for Defendants Patrick Allen and

15   Dolores Matteucci.

16          MS. SCOTT:  Carla Scott also for the same defendants.

17          THE COURT:  And you?

18          MR. WILLIAMS:  Good afternoon, Your Honor.  Billy

19   Williams on behalf of the three named district attorneys in

20   Washington, Clackamas, and Marion Counties.

21          THE COURT:  Thank you.

22          MR. CARR:  Good afternoon, Your Honor.  Thomas Carr

23   for Amicus Washington County and Marion County.

24          MS. VETTO:  Jean Vetto here on behalf of Marion

25   County.
```

1          THE COURT:  The two of you represent the same set of

2     clients, and you represent the DA's themselves?

3          MR. WILLIAMS:  Yes, Your Honor.

4          THE COURT:  And I have from each of you, or joint at

5     least, motions to appear as amicus.  I grant those motions.

6     And so you're here, and so you'll be able to appear in this

7     hearing as amicus.  I've reviewed what you submitted already,

8     and we'll take up in a minute not only your appearance as

9     amicus but your arguments, and I'll allow you to make oral

10    argument.

11         What I thought I'd do at the start was to give you my

12    tentative thoughts about where we are and then see where oral

13    argument should go from there.

14         So I want to do this sort of telescopically, meaning

15    that I will start with some broader principles and try to drill

16    down to the specific question and the test for answering that

17    question that I have in front of me today.  So, of course,

18    we're starting with a constitutional provision embodied in a

19    permanent injunction and its enforcement.  That's the backdrop

20    for this case.  And I like to think of typical cases, the way

21    things typically play out, and then try to frame this as to

22    where we are in between sort of more well-known situations.

23         So it's common when there is a permanent injunction

24    embodying a constitutional provision to have enforcement

25    questions, and it's fairly common for those enforcement

1    questions to take a couple of different forms.  One, of course,

2    is enforcement through finding a defendant in such a case to be

3    in contempt and issuing fines.  That's not the only enforcement

4    mechanism.  Federal courts enforcing injunctions that embody

5    constitutional provisions also do other things.  They require,

6    you know, training seminars.  They require alterations in test

7    questions.  They can do a number of things beyond just

8    financial sanctions through contempt that bring about

9    compliance with an injunction that embodies a constitutional

10   provision.

11          Shifting gears somewhat, there's another fairly

12   common scenario in terms of federal courts' power in permanent

13   injunctions that embody U.S. constitutional provisions

14   vis-a-vis state law, and that is that it's not unheard of

15   certainly for a federal court in such a situation to invalidate

16   either directly or indirectly state law.  The most common

17   scenario where that occurs is where the state law by itself by

18   its text violates the Constitution.  So if there's an

19   injunction regarding, say, a voting, polling practices, and

20   there is a state law that says you, you know, have to have a

21   college degree to vote, then a federal court enforcing the

22   constitutional provision could find the text of that statute in

23   violation of the Constitution and invalidate it.

24          We're sort of in between that here, and what we have

25   here is a request that would indirectly affect the

1  defendants' -- Well, let me put it this way.  A request that in

2  a way -- and we'll come back to that -- in a sense operates

3  against current state laws but not because the laws themselves

4  are textually in violation of the Constitution but because

5  obedience to those state laws results in a violation to the

6  Constitution.  I'm aware there's an argument that there's not

7  even that sort of conflict is at least part of what's in front

8  of me today, but I want to still keep it at more general

9  principles.

10        So I guess the first question before me is sort of an

11  abstract question, and that is if one assumes just for purposes

12  of argument that a federal court has in front of it a defendant

13  for whom obeying state law causes federal constitutional

14  violations, then can -- is it within the power of the federal

15  court in that situation to order noncompliance with the state

16  law, in derogation of that state law.

17        And in my mind, the parties here have adequately

18  briefed the proposition such that to me the answer is yes.

19  That's on the assumption that obedience to the state law causes

20  disobedience to the federal Constitution.  And I think the

21  abstract proposition, is that even possible, can a federal law

22  court even do that, I think the answer to that question is yes.

23        And boiled down, that actually ends up being

24  relatively straightforward.  You end up with a choice.  Does a

25  federal court allow obedience to state law and disobedience to

1  the U.S. Constitution or allow obedience to the U.S.

2  Constitution and possible disobedience to state law?  And this

3  supremacy clause answers that question as to what ought to

4  happen.  So I think to sort of the philosophical question here,

5  the answer is yes.

6          So then we come to the factual question, and that is

7  did the parties in this case adequately demonstrate that that's

8  the lay of the land in front of me, that in fact it is

9  defendants' required obedience to certain state laws that

10  results in its inability to obey the U.S. Constitution?  Some

11  cases call that a sort of a necessary prong, is the relief

12  sought necessary to obey the U.S. Constitution.

13          And you can think of it in two directions.  Is the

14  state law a causal factor or at least a major causal factor in

15  the resulting disobedience to the U.S. Constitution, or to flip

16  it around, is it necessary for the state actor defendant in my

17  case to be excused from state law in order to be able to obey

18  the U.S. Constitution?  And that's a factual question, and it's

19  one I had you brief in a more supplemental way.  I appreciate

20  the supplemental briefing.  It made me far more comfortable

21  with the answer to that question.

22          And my tentative view -- again, I'm willing to hear

23  from amicus on this -- is that the answer to that is yes, that

24  diligent work, really remarkable efforts by all the parties

25  involved to sort through this complex hydraulic system of

1  inputs and outputs has for at least present purposes identified

2  certain state laws that affect both input and output at OSH as

3  the causal factors for current noncompliance with the U.S.

4  Constitution.

5          So I think -- again, I'll hear from parties and

6  amicus, but I think the answer to the factual question is yes.

7          So that leaves me, I think, since the parties are in

8  agreement, I should start before I turn to amicus and just ask

9  whether given my tentative views, either side, either

10  parties -- any of the parties to the case wish to add anything

11  further.

12          MR. MERRITHEW:  Plaintiffs do not, Your Honor.

13          THE COURT:  Ms. Cooper?

14          MS. COOPER:  No, Your Honor.

15          THE COURT:  Ms. Potter or Ms. Scott?

16          MS. SCOTT:  Defendants have nothing to add.

17          THE COURT:  So then here are my tentative views

18  regarding amicus.  You said two things.  One, you said I

19  shouldn't do this, and it would be wrong to do it; and two,

20  you've said -- you've made a point with which I'm even much

21  more sympathetic, and that is you've barely had time to get up

22  to speed on this.

23          And so I'm willing to hear you out, but I'm concerned

24  that you might not have fired your best shot at this point, and

25  so I've raised two questions.  One, as I say, is a doctrinal

1    question, and that's far more urgent.  If you had argument to

2    the effect that the answer to the first question, does a

3    federal court even have the power to do what I'm about to do

4    here, the more abstract doctrinal question, then I'd be

5    interested in hearing you more quickly on that.

6           If the crux of your argument is that in this complex

7    hydraulic scheme of things that has painted this factual

8    picture of necessity, I'm missing pieces or I'm -- I don't have

9    enough full information to know the factual answer, then that's

10   one I probably want to hear from further down the road, both to

11   give you time to get to speed, and then to see how this plays

12   out, because I think a few months down the line, your argument

13   would be more accurate, and so would the parties' arguments be

14   more accurate.

15          So what I had sort of tentatively in my head was to,

16   if you had an argument you wanted to make about the first what

17   I'll call the more doctrinal question, I'd want to resolve that

18   one pretty quickly and maybe in 30 days or so.  If what you

19   really want to make is the more complex factual argument, that

20   this is a mistake and that there's more I need to understand

21   about how this all affects other people and parties and -- then

22   I'd want to hear that further down the line, January or

23   something like that, after this has played out for a while and

24   you have had a chance to see whether your potential parade of

25   horribles also pans out or not.

1        Does that work?

2            MR. CARR:  Yes, Your Honor.

3            THE COURT:  Do you have a doctrinal argument you want

4    to make in 30 days or more a factual argument?

5            MR. CARR:  Your Honor, I'd appreciate the 30 days to

6    at least research the question.  I'm not prepared to make that

7    argument today.

8            THE COURT:  Mr. Williams, same thing?

9            MR. WILLIAMS:  Agreed.

10            THE COURT:  All right.  Well, then my tentative views

11    will be finalized.  For today's purposes, I am going to adopt

12    the suggested rulings as my own.  I believe that the doctrinal

13    answer is yes, and I believe a compelling case has been made

14    for a factual crisis requiring immediate action in these

15    things, that even as this has played out while diligent people

16    have worked hard to get to this point, you know, lives have

17    been lost.  And so I view it as of the utmost importance to

18    undertake this drastic step, one that for someone of my

19    judicial philosophy is a very drastic step, but it has been

20    compelled by facts on the ground.

21        So I will issue that order.  And then in

22    approximately 30 days -- Mr. Harper will help us out with this

23    in just a moment.  In approximately 30 days, I'll receive

24    briefing, if you decide to do so, on the question that I'll

25    face somewhat as follows:  assuming that the answer to the

1   factual question is in the parties' favor; that is, assume that

2   it is obedience to state laws that is causing our defendants'

3   inability to adhere to the U.S. Constitution, the identified

4   state laws in this case, then in that situation does a court in

5   my shoes, a federal court in my shoes have the power to order

6   noncompliance with what I'll call textually neutral state laws?

7           Does that question make sense to you?

8           MR. CARR:  Sure.

9           THE COURT:  All right.  And then in approximately mid

10  January or so, I'll receive briefing on the underlying factual

11  question:  Did the parties, have the parties made a case, and

12  has that case panned out over the fall for the state laws in

13  question, for the defendants' obedience to the state laws in

14  question being the factual cause of defendants' inability to

15  adhere to the U.S. Constitution, or, as I've said, to flip it

16  around, is it necessary to excuse compliance with those state

17  laws in order for defendants to be able to come into compliance

18  with the U.S. Constitution?

19          And for today's purposes, I'm simply punting what I

20  view as a serious argument that in at least the outgoing

21  statutes, the statutes that govern release, I'm not actually

22  ordering noncompliance with state law but something different

23  than that.  I think that's not important to resolve for today's

24  purposes.

25          Mr. Harper.

| | |
|---|---|
| 1 | THE COURTROOM DEPUTY:  Thirty days is September 28th. |
| 2 | THE COURT:  So that's the date briefing would come |
| 3 | in.  And then if it does come in, then I'll set up a hearing |
| 4 | date shortly after we receive the briefing. |
| 5 | Yes, sir? |
| 6 | MR. MERRITHEW:  Would you also set a date for our -- |
| 7 | some sort of responsive brief if it does come in? |
| 8 | THE COURT:  So yes.  Since you've had a chance to |
| 9 | brief it already, then if that comes in, then I'm going to set |
| 10 | a ten-day response. |
| 11 | Is that a weekday, Mr. Harper, ten days later? |
| 12 | THE COURTROOM DEPUTY:  Yes, sir. |
| 13 | THE COURT:  So that date, sir? |
| 14 | THE COURTROOM DEPUTY:  It's also a holiday, but |
| 15 | Tuesday, October 11th. |
| 16 | THE COURT:  Monday being a holiday? |
| 17 | THE COURTROOM DEPUTY:  Yes, sir. |
| 18 | THE COURT:  So that will be the date for response. |
| 19 | And because that will be an urgent question, then I'll just |
| 20 | take a motion and -- a filing and a response, no reply.  We'll |
| 21 | just hold a hearing as quickly after that as possible. |
| 22 | Now for the January date? |
| 23 | THE COURTROOM DEPUTY:  January 13th.  It's a Friday, |
| 24 | January 13th. |
| 25 | THE COURT:  Friday the 13th would be a good day for |

1    that briefing.

2           For plaintiffs, it won't be quite as urgent at that

3    point if I will have concluded that there's no doctrinal bar,

4    and therefore how long would you like to try to respond?  By

5    that point I'll expect -- just to be clear, I won't want an

6    analysis of whether as of today the parties have made a case

7    for the factual showing, but rather as of the date of the

8    filing, as close to it as you can.  In other words, I want you

9    to incorporate what you learn from the fall.

10          With that in mind, with some new information that

11   would have to be briefed, how long would you want to respond?

12          MR. MERRITHEW:  If we could have three weeks, Your

13   Honor.

14          THE COURT:  That's fine.

15          So three weeks later, Mr. Harper?

16          THE COURTROOM DEPUTY:  February 3rd, Friday.

17          THE COURT:  So same routine there.  We'll have those

18   two rounds of briefing, now three, and I'll set up a hearing as

19   soon after that as possible.

20          I know the parties need to move ahead.  I know that

21   my ruling on allowing amicus to do this creates some level of

22   uncertainty, but I intend for you to just charge ahead because

23   that is my ruling as of today.  It's not a provisional ruling,

24   it's just one I'm willing to entertain reopening upon further

25   briefing, but it is my full formal ruling today.  So I want you

1  to just charge ahead.

2  Any questions?

3  MS. POTTER:  Your Honor, just a matter for the Court.

4  I am advised that OJD has retained counsel and will seek to

5  appear, I believe as amicus, to address the portion of your

6  previous order enjoining state court actions arising out of a

7  contempt proceeding.  So I wanted to let you know that.  They

8  are not in the position yet to provide that briefing, but I

9  told them that I would be sure to let you know that that

10  briefing is going to be coming from OJD.

11  THE COURT:  I don't want to preview too much on this,

12  but I'll say that it is likely that they'll be granted amicus

13  status.  That's highly likely, and then I will do what I can

14  just for all of our sakes to try to shoehorn that into the

15  existing urgent schedule.

16  MS. POTTER:  Thank you, Your Honor.

17  THE COURT:  Anything else from any plaintiff counsel?

18  MR. MERRITHEW:  Nothing further.

19  THE COURT:  From any amicus, any further questions

20  about this?

21  MR. CARR:  No, Your Honor.

22  THE COURT:  Thank you all.  We'll be in recess.

23  THE COURTROOM DEPUTY:  Court is in recess.

24  (Proceedings concluded at 1:55 p.m.)

25

--oOo--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


/s/Bonita J. Shumway                    September 9, 2022
_____               _____
BONITA J. SHUMWAY, CSR, RMR, CRR        DATE
Official Court Reporter

MR. CARR: **[5]**  4/22 11/2 11/5 12/8 15/21
MR. MERRITHEW: **[5]**  4/9 9/12 13/6 14/12 15/18
MR. WILLIAMS: **[3]**  4/18 5/3 11/9
MS. COOPER: **[2]**  4/11 9/14
MS. POTTER: **[3]**  4/13 15/3 15/16
MS. SCOTT: **[2]**  4/16 9/16
MS. VETTO: **[1]**  4/24
THE COURT: **[23]**
THE COURTROOM DEPUTY: **[8]**  4/4 13/1 13/12 13/14 13/17 13/23 14/16 15/23

**-**

**--o0o [1]**  16/2

**/**

**/s/Bonita [1]**  16/9

**1**

**100 [1]**  2/13
**1000 [1]**  3/9
**11th [1]**  13/15
**13th [3]**  13/23 13/24 13/25
**14500 [1]**  2/21
**155 [1]**  2/16
**1:35 [1]**  4/2
**1:55 [1]**  15/24

**2**

**200 [1]**  2/5
**2022 [3]**  1/6 4/2 16/9
**28th [1]**  13/1
**29 [2]**  1/6 4/2

**3**

**30 [5]**  10/18 11/4 11/5 11/22 11/23
**301 [1]**  3/9
**326-8188 [1]**  3/10
**340 [1]**  2/16
**360 [1]**  3/5
**3:02-cv-00339-MO [1]**  1/4
**3:02-cv-339-MO [1]**  4/5
**3rd [1]**  14/16

**4**

**400 [1]**  3/5
**415 [1]**  2/8

**5**

**503 [1]**  3/10
**511 [1]**  2/5

**6**

**610 [1]**  2/8

**8**

**8188 [1]**  3/10

**9**

**97124 [2]**  2/17 2/22
**97201 [1]**  2/13
**97204 [1]**  3/9
**97205 [2]**  2/5 2/8
**97702 [1]**  3/5

**A**

**able [3]**  5/6 8/17 12/17
**about [6]**  5/12 6/8 10/3 10/16 10/21 15/20
**above [1]**  16/6
**above-entitled [1]**  16/6
**abstract [3]**  7/11 7/21 10/4
**accurate [2]**  10/13 10/14
**action [1]**  11/14
**actions [1]**  15/6
**actor [1]**  8/16
**actually [2]**  7/23 12/21
**add [2]**  9/10 9/16
**address [1]**  15/5
**adequately [2]**  7/17 8/7
**adhere [2]**  12/3 12/15
**adopt [1]**  11/11
**advised [1]**  15/4
**ADVOCACY [2]**  1/3 4/5
**affect [2]**  6/25 9/2
**affects [1]**  10/21
**after [4]**  10/23 13/4 13/21 14/19
**afternoon [5]**  4/4 4/9 4/11 4/18 4/22
**again [2]**  8/22 9/5
**against [1]**  7/3
**Agreed [1]**  11/9
**agreement [1]**  9/8
**ahead [3]**  14/20 14/22 15/1
**al [3]**  1/3 1/6 4/6 4/6
**Alder [1]**  2/8
**all [6]**  8/24 10/21 11/10 12/9 15/14 15/22
**ALLEN [2]**  1/6 4/14
**allow [3]**  5/9 7/25 8/1
**allowing [1]**  14/21
**already [2]**  5/7 13/9

**also [5]**  4/16 6/5 9/25 13/6 13/14
**alterations [1]**  6/6
**am [2]**  11/11 15/4
**AMICI [1]**  3/1
**amicus [14]**  2/15 2/20 4/23 5/5 5/7 5/9 8/23 9/6 9/8 9/18 14/21 15/5 15/12 15/19
**analysis [1]**  14/6
**another [1]**  6/11
**answer [10]**  7/18 7/22 8/5 8/21 8/23 9/6 10/2 10/9 11/13 11/25
**answering [1]**  5/16
**answers [1]**  8/3
**any [5]**  9/10 15/2 15/17 15/19 15/19
**anything [2]**  9/10 15/17
**appear [3]**  5/5 5/6 15/5
**appearance [1]**  5/8
**APPEARANCES [1]**  2/2
**appreciate [2]**  8/19 11/5
**approximately [3]**  11/22 11/23 12/9
**are [7]**  4/4 5/12 5/22 7/4 9/7 9/17 15/8
**argument [13]**  5/10 5/13 7/6 7/12 10/1 10/6 10/12 10/16 10/19 11/3 11/4 11/7 12/20
**arguments [2]**  5/9 10/13
**arising [1]**  15/6
**around [2]**  8/16 12/16
**as [24]**
**ask [1]**  9/8
**assume [1]**  12/1
**assumes [1]**  7/11
**assuming [1]**  11/25
**assumption [1]**  7/19
**ATTORNEY [3]**  3/2 3/3 3/4
**attorneys [1]**  4/19
**August [2]**  1/6 4/2
**Ave [1]**  3/9
**Avenue [2]**  2/5 2/16
**aware [1]**  7/6

**B**

**back [1]**  7/2
**backdrop [1]**  5/19
**bar [1]**  14/3
**barely [1]**  9/21
**be [20]**
**because [5]**  7/3 7/4 10/12 13/19 14/22
**been [3]**  11/13 11/17 11/19
**before [3]**  1/16 7/10 9/8
**beginning [1]**  4/8

## B

**behalf [4]**  4/10 4/12 4/19 4/24
**being [3]**  7/23 12/14 13/16
**believe [3]**  11/12 11/13 15/5
**below [1]**  16/4
**Bend [1]**  3/5
**best [3]**  3/4 3/4 9/24
**between [2]**  5/22 6/24
**beyond [1]**  6/7
**Billy [2]**  3/4 4/18
**boiled [1]**  7/23
**Bond [1]**  3/5
**Bonita [3]**  3/8 16/9 16/10
**both [2]**  9/2 10/10
**Box [1]**  2/21
**brief [3]**  8/19 13/7 13/9
**briefed [2]**  7/18 14/11
**briefing [10]**  8/20 11/24 12/10
 13/2 13/4 14/1 14/18 14/25
 15/8 15/10
**bring [1]**  6/8
**broader [1]**  5/15

## C

**call [3]**  8/11 10/17 12/6
**can [6]**  6/7 7/14 7/21 8/13 14/8
 15/13
**Carla [2]**  2/11 4/16
**Carr [2]**  2/15 4/22
**case [12]**  1/4 4/5 5/20 6/2 8/7
 8/17 9/10 11/13 12/4 12/11
 12/12 14/6
**cases [2]**  5/20 8/11
**causal [3]**  8/14 8/14 9/3
**cause [2]**  12/14 16/6
**causes [2]**  7/13 7/19
**causing [1]**  12/2
**CENTER [2]**  1/3 4/5
**certain [2]**  8/9 9/2
**certainly [1]**  6/15
**certified [1]**  16/7
**certify [1]**  16/4
**chance [2]**  10/24 13/8
**charge [2]**  14/22 15/1
**choice [1]**  7/24
**CLACKAMAS [2]**  3/2 4/20
**clause [1]**  8/3
**clear [1]**  14/5
**clients [1]**  5/2
**close [1]**  14/8
**college [1]**  6/21
**come [6]**  7/2 8/6 12/17 13/2
 13/3 13/7
**comes [1]**  13/9

**comfortable [1]**  8/20
**coming [1]**  15/10
**common [4]**  5/23 5/25 6/12
 6/16
**compelled [1]**  11/20
**compelling [1]**  11/13
**complex [3]**  8/25 10/6 10/19
**compliance [3]**  6/9 12/16
 12/17
**concerned [1]**  9/23
**concluded [2]**  14/3 15/24
**conflict [1]**  7/7
**conformed [1]**  16/7
**Constitution [15]**  6/18 6/23 7/4
 7/6 7/20 8/1 8/2 8/10 8/12 8/15
 8/18 9/4 12/3 12/15 12/18
**constitutional [7]**  5/18 5/24
 6/5 6/9 6/13 6/22 7/13
**contempt [3]**  6/3 6/8 15/7
**Cooper [3]**  2/4 4/12 9/13
**correct [1]**  16/5
**could [2]**  6/22 14/12
**counsel [5]**  2/16 2/21 4/7 15/4
 15/17
**Counties [1]**  4/20
**COUNTY [10]**  2/15 2/16 2/20
 2/21 3/1 3/2 3/3 4/23 4/23 4/25
**couple [1]**  6/1
**course [2]**  5/17 6/1
**court [16]**  1/1 1/1 1/7 3/8 6/15
 6/21 7/12 7/15 7/22 7/25 10/3
 12/4 12/5 15/3 15/6 15/23
 16/11
**Courthouse [1]**  3/8
**courts [1]**  6/4
**courts' [1]**  6/12
**creates [1]**  14/21
**crisis [1]**  11/14
**CRR [2]**  3/8 16/10
**crux [1]**  10/6
**CSR [2]**  3/8 16/10
**current [2]**  7/3 9/3
**cv [2]**  1/4 4/5

## D

**DA's [1]**  5/2
**date [8]**  13/2 13/4 13/6 13/13
 13/18 13/22 14/7 16/10
**day [2]**  13/10 13/25
**days [7]**  10/18 11/4 11/5 11/22
 11/23 13/1 13/11
**decide [1]**  11/24
**defendant [3]**  6/2 7/12 8/16
**defendants [6]**  1/7 2/11 4/14
 4/16 9/16 12/17

**defendants' [5]**  7/1 8/9 12/2
 12/13 12/14
**Defender [1]**  4/10
**degree [1]**  6/21
**demonstrate [1]**  8/7
**Department [2]**  2/12 4/14
**derogation [1]**  7/16
**did [2]**  8/7 12/11
**different [2]**  6/1 12/22
**diligent [2]**  8/24 11/15
**directions [1]**  8/13
**directly [1]**  6/16
**Disability [2]**  2/4 4/12
**disobedience [4]**  7/20 7/25 8/2
 8/15
**district [8]**  1/1 1/2 1/17 3/1 3/2
 3/3 3/8 4/19
**Division [1]**  2/12
**do [14]**  5/11 5/14 6/5 6/7 7/22
 9/12 9/19 9/19 10/3 10/3 11/3
 11/24 14/21 15/13
**doctrinal [6]**  9/25 10/4 10/10
 11/3 11/12 14/3
**does [7]**  7/24 10/2 11/1 12/4
 12/7 13/3 13/7
**Dolores [1]**  4/15
**don't [2]**  10/8 15/11
**down [5]**  5/16 7/23 10/10
 10/12 10/22
**drastic [2]**  11/18 11/19
**drill [1]**  5/15

## E

**each [1]**  5/4
**effect [1]**  10/2
**efforts [1]**  8/24
**either [3]**  6/16 9/9 9/9
**else [1]**  15/17
**embodied [1]**  5/18
**embodies [1]**  6/9
**embody [2]**  6/4 6/13
**embodying [1]**  5/24
**Emily [2]**  2/4 4/11
**end [1]**  7/24
**ends [1]**  7/23
**enforcement [5]**  5/19 5/24
 5/25 6/2 6/3
**enforcing [2]**  6/4 6/21
**enjoining [1]**  15/6
**enough [1]**  10/9
**entertain [1]**  14/24
**entitled [1]**  16/6
**et [4]**  1/3 1/6 4/6 4/6
**even [6]**  7/7 7/21 7/22 9/20
 10/3 11/15

**E**

excuse **[1]** 12/16
excused **[1]** 8/17
existing **[1]** 15/15
expect **[1]** 14/5

**F**

face **[1]** 11/25
fact **[1]** 8/8
factor **[2]** 8/14 8/14
factors **[1]** 9/3
facts **[1]** 11/20
factual **[12]** 8/6 8/18 9/6 10/7
  10/9 10/19 11/4 11/14 12/1
  12/10 12/14 14/7
fairly **[2]** 5/25 6/11
fall **[2]** 12/12 14/9
far **[2]** 8/20 10/1
favor **[1]** 12/1
February **[1]** 14/16
February 3rd **[1]** 14/16
federal **[12]** 6/4 6/12 6/15 6/21
  7/12 7/13 7/14 7/20 7/21 7/25
  10/3 12/5
few **[1]** 10/12
filing **[2]** 13/20 14/8
finalized **[1]** 11/11
financial **[1]** 6/8
find **[1]** 6/22
finding **[1]** 6/2
fine **[1]** 14/14
fines **[1]** 6/3
fired **[1]** 9/24
first **[4]** 2/16 7/10 10/2 10/16
flip **[2]** 8/15 12/15
follows: **[1]** 11/25
follows:  assuming **[1]** 11/25
foregoing **[1]** 16/4
formal **[1]** 14/25
forms **[1]** 6/1
frame **[1]** 5/21
Friday **[3]** 13/23 13/25 14/16
front **[4]** 5/17 7/7 7/12 8/8
full **[2]** 10/9 14/25
further **[6]** 9/11 10/10 10/22
  14/24 15/18 15/19

**G**

gears **[1]** 6/11
general **[1]** 7/8
get **[3]** 9/21 10/11 11/16
give **[2]** 5/11 10/11
given **[1]** 9/9
go **[1]** 5/13
going **[3]** 11/11 13/9 15/10

good **[5]** 4/9 4/11 4/18 4/22
  13/25
govern **[1]** 12/21
grant **[1]** 5/5
granted **[1]** 15/12
ground **[1]** 11/20
guess **[1]** 7/10

**H**

had **[7]** 8/19 9/21 10/1 10/15
  10/16 10/24 13/8
happen **[1]** 8/4
hard **[1]** 11/16
Harper **[4]** 11/22 12/25 13/11
  14/15
has **[9]** 7/12 9/1 10/7 10/23
  11/13 11/15 11/19 12/12 15/4
have **[22]**
head **[1]** 10/15
hear **[5]** 8/22 9/5 9/23 10/10
  10/22
hearing **[7]** 1/14 4/5 5/7 10/5
  13/3 13/21 14/18
help **[1]** 11/22
here **[10]** 4/4 4/10 4/24 5/6
  6/24 6/25 7/17 8/4 9/17 10/4
highly **[1]** 15/13
Hillsboro **[1]** 2/17
hold **[1]** 13/21
holiday **[2]** 13/14 13/16
Honor **[14]** 4/9 4/11 4/13 4/18
  4/22 5/3 9/12 9/14 11/2 11/5
  14/13 15/3 15/15 15/21
HONORABLE **[1]** 1/16
horribles **[1]** 10/25
Horst **[1]** 2/7
how **[4]** 10/11 10/21 14/4 14/11
hydraulic **[2]** 8/25 10/7

**I**

I'd **[5]** 5/11 10/4 10/17 10/22
  11/5
I'll **[12]** 5/9 9/5 10/17 11/23
  11/24 12/6 12/10 13/3 13/19
  14/5 14/18 15/12
I'm **[13]** 7/6 8/22 9/20 9/23 9/23
  10/3 10/8 10/8 11/6 12/19
  12/21 13/9 14/24
I've **[3]** 5/7 9/25 12/15
identified **[2]** 9/1 12/3
immediate **[1]** 11/14
importance **[1]** 11/17
important **[1]** 12/23
inability **[3]** 8/10 12/3 12/14
incorporate **[1]** 14/9

indirectly **[2]** 6/16 6/25
information **[2]** 10/9 14/10
injunction **[4]** 5/19 5/23 6/9
  6/19
injunctions **[2]** 6/4 6/13
input **[1]** 9/2
inputs **[1]** 9/1
intend **[1]** 14/22
interested **[1]** 10/5
invalidate **[2]** 6/15 6/23
involved **[1]** 8/25
is **[43]**
issue **[1]** 11/21
issuing **[1]** 6/3
it **[24]**
it's **[8]** 5/23 5/25 6/14 8/18
  13/14 13/23 14/23 14/24
its **[3]** 5/19 6/18 8/10
itself **[1]** 6/17

**J**

Jane **[1]** 2/20
January **[5]** 10/22 12/10 13/22
  13/23 13/24
January 13th **[2]** 13/23 13/24
Jean **[1]** 4/24
Jesse **[2]** 2/7 4/9
joint **[1]** 5/4
JUDGE **[1]** 1/17
judicial **[1]** 11/19
just **[12]** 6/7 7/11 9/8 11/23
  13/19 13/21 14/5 14/22 14/24
  15/1 15/3 15/14
Justice **[2]** 2/12 4/14

**K**

keep **[1]** 7/8
know **[8]** 6/6 6/20 10/9 11/16
  14/20 14/20 15/7 15/9
known **[1]** 5/22
Krieger **[1]** 3/4

**L**

land **[1]** 8/8
later **[2]** 13/11 14/15
law **[14]** 6/14 6/16 6/17 6/20
  7/13 7/16 7/16 7/19 7/21 7/25
  8/2 8/14 8/17 12/22
laws **[11]** 7/3 7/3 7/5 8/9 9/2
  12/2 12/4 12/6 12/12 12/13
  12/17
lay **[1]** 8/8
learn **[1]** 14/9
least **[6]** 5/5 7/7 8/14 9/1 11/6
  12/20

## L

leaves [1] 9/7
Legal [1] 2/21
let [3] 7/1 15/7 15/9
level [1] 14/21
Levi [1] 2/7
like [3] 5/20 10/23 14/4
likely [2] 15/12 15/13
line [2] 10/12 10/22
lives [1] 11/16
LLP [2] 2/7 3/4
long [2] 14/4 14/11
lost [1] 11/17

## M

made [5] 8/20 9/20 11/13 12/11
 14/6
major [1] 8/14
make [6] 5/9 9/10 10/16 10/19 11/4
 11/6 12/7
MARION [6] 2/20 2/21 3/3 4/20
 4/23 4/24
Market [1] 2/13
matter [1] 15/3
Matteucci [1] 4/15
maybe [1] 10/18
me [8] 5/17 7/1 7/8 7/10 7/18
 8/8 8/20 9/7
meaning [1] 5/14
mechanism [1] 6/4
Merrithew [3] 2/7 2/7 4/10
Metropolitan [1] 4/10
MICHAEL [1] 1/16
mid [1] 12/9
might [1] 9/24
mind [2] 7/17 14/10
Mink [1] 4/6
minute [1] 5/8
missing [1] 10/8
mistake [1] 10/20
MO [2] 1/4 4/5
moment [1] 11/23
Monday [1] 13/16
months [1] 10/12
more [14] 5/22 7/8 8/19 8/20
 9/21 10/1 10/4 10/5 10/13
 10/14 10/17 10/19 10/20 11/4
MOSMAN [1] 1/16
most [1] 6/16
motion [1] 13/20
motions [2] 5/5 5/5
move [1] 14/20
Mr [3] 2/7 2/15 3/4
Mr. [5] 11/8 11/22 12/25 13/11
 14/15
Mr. Harper [4] 11/22 12/25
 13/11 14/15
Mr. Williams [1] 11/8
Ms [6] 2/4 2/11 2/11 2/20 9/13
 9/15
Ms. [1] 9/15
Ms. Scott [1] 9/15
much [2] 9/20 15/11
my [15] 5/11 7/17 8/16 8/22 9/9
 9/17 10/15 11/10 11/12 11/18
 12/5 12/5 14/21 14/23 14/25

## N

name [1] 4/7
named [1] 4/19
necessary [4] 8/11 8/12 8/16
 12/16
necessity [1] 10/8
need [2] 10/20 14/20
neutral [1] 12/6
new [1] 14/10
no [6] 1/4 4/5 9/14 13/20 14/3
 15/21
noncompliance [4] 7/15 9/3
 12/6 12/22
not [14] 5/8 6/3 6/14 7/3 7/6
 9/12 9/24 10/25 11/6 12/21
 12/23 14/23 15/8 16/7
nothing [2] 9/16 15/18
now [2] 13/22 14/18
number [1] 6/7

## O

o0o [1] 16/2
obedience [7] 7/5 7/19 7/25
 8/1 8/9 12/2 12/13
obey [3] 8/10 8/12 8/17
obeying [1] 7/13
occurs [1] 6/17
October [1] 13/15
October 11th [1] 13/15
Official [1] 16/11
OJD [2] 15/4 15/10
one [9] 6/1 7/11 8/19 9/18 9/25
 10/10 10/18 11/18 14/24
only [2] 5/8 6/3
operates [1] 7/2
oral [2] 5/9 5/12
order [6] 7/15 8/17 11/21 12/5
 12/17 15/6
ordering [1] 12/22
OREGON [8] 1/2 1/3 1/7 2/4
 2/12 4/5 4/12 4/14
original [1] 16/6

## OSH [1] 9/2

other [3] 6/5 10/21 14/8
ought [1] 8/3
our [3] 12/2 13/6 15/14
out [9] 5/21 9/23 10/12 10/23
 10/25 11/15 11/22 12/12 15/6
outgoing [1] 12/20
output [1] 9/2
outputs [1] 9/1
over [1] 12/12
own [1] 11/12

## P

p.m [1] 4/2 15/24
P.O [1] 2/21
painted [1] 10/7
panned [1] 12/12
pans [1] 10/25
parade [1] 10/24
part [1] 7/7
parties [12] 7/17 8/7 8/24 9/5
 9/7 9/10 9/10 10/21 12/11
 12/11 14/6 14/20
parties' [2] 10/13 12/1
PATRICK [2] 1/6 4/14
people [2] 10/21 11/15
permanent [3] 5/19 5/23 6/12
philosophical [1] 8/4
philosophy [1] 11/19
picture [1] 10/8
pieces [1] 10/8
plaintiff [2] 4/12 15/17
plaintiffs [5] 1/4 2/4 4/8 9/12
 14/2
play [1] 5/21
played [2] 10/23 11/15
plays [1] 10/11
please [1] 4/7
point [5] 9/20 9/24 11/16 14/3
 14/5
polling [1] 6/19
portion [1] 15/5
Portland [5] 1/7 2/5 2/8 2/13
 3/9
position [1] 15/8
possible [4] 7/21 8/2 13/21
 14/19
potential [1] 10/24
Potter [3] 2/11 4/13 9/15
power [4] 6/12 7/14 10/3 12/5
practices [1] 6/19
prepared [1] 11/6
present [1] 9/1
pretty [1] 10/18
preview [1] 15/11

**P**

**previous** [1]  15/6
**principles** [2]  5/15 7/9
**probably** [1]  10/10
**proceeding** [1]  15/7
**proceedings** [3]  1/15 15/24
 16/5
**prong** [1]  8/11
**proposition** [2]  7/18 7/21
**provide** [1]  15/8
**provision** [4]  5/18 5/24 6/10
 6/22
**provisional** [1]  14/23
**provisions** [2]  6/5 6/13
**Public** [1]  4/10
**punting** [1]  12/19
**purposes** [5]  7/11 9/1 11/11
 12/19 12/24
**put** [1]  7/1

**Q**

**question** [22]
**question:** [1]  12/11
**question: Did** [1]  12/11
**questions** [6]  5/25 6/1 6/7 9/25
 15/2 15/19
**quickly** [3]  10/5 10/18 13/21
**quite** [1]  14/2

**R**

**raised** [1]  9/25
**rather** [1]  14/7
**really** [2]  8/24 10/19
**receive** [3]  11/23 12/10 13/4
**recess** [2]  15/22 15/23
**record** [2]  4/7 16/5
**regarding** [2]  6/19 9/18
**relatively** [1]  7/24
**release** [1]  12/21
**relief** [1]  8/11
**remarkable** [1]  8/24
**reopening** [1]  14/24
**reply** [1]  13/20
**REPORTER** [2]  3/8 16/11
**represent** [2]  5/1 5/2
**request** [2]  6/25 7/1
**require** [2]  6/5 6/6
**required** [1]  8/9
**requiring** [1]  11/14
**research** [1]  11/6
**resolve** [2]  10/17 12/23
**respond** [2]  14/4 14/11
**response** [3]  13/10 13/18
 13/20
**responsive** [1]  13/7

**resulting** [1]  8/15
**results** [2]  7/5 8/10
**retained** [1]  15/4
**reviewed** [1]  5/7
**right** [2]  11/10 12/9
**Rights** [2]  2/4 4/12
**RMR** [2]  3/8 16/10
**road** [1]  10/10
**Room** [1]  3/9
**rounds** [1]  14/18
**routine** [1]  14/17
**ruling** [4]  14/21 14/23 14/23
 14/25
**rulings** [1]  11/12

**S**

**S.W** [5]  2/5 2/8 2/13 3/5 3/9
**said** [4]  9/18 9/18 9/20 12/15
**sakes** [1]  15/14
**Salem** [1]  2/22
**same** [4]  4/16 5/1 11/8 14/17
**sanctions** [1]  6/8
**say** [3]  6/19 9/25 15/12
**says** [1]  6/20
**scenario** [2]  6/12 6/17
**schedule** [1]  15/15
**scheme** [1]  10/7
**Scott** [3]  2/11 4/16 9/15
**see** [3]  5/12 10/11 10/24
**seek** [1]  15/4
**seminars** [1]  6/6
**SENIOR** [1]  1/17
**sense** [2]  7/2 12/7
**September** [2]  13/1 16/9
**September 28th** [1]  13/1
**serious** [1]  12/20
**set** [5]  5/1 13/3 13/6 13/9 14/18
**Sheila** [2]  2/11 4/13
**Shifting** [1]  6/11
**shoehorn** [1]  15/14
**shoes** [2]  12/5 12/5
**shortly** [1]  13/4
**shot** [1]  9/24
**should** [2]  5/13 9/8
**shouldn't** [1]  9/19
**showing** [1]  14/7
**Shumway** [3]  3/8 16/9 16/10
**side** [1]  9/9
**signature** [2]  16/7 16/7
**signing** [1]  16/4
**simply** [1]  12/19
**since** [2]  9/7 13/8
**sir** [4]  13/5 13/12 13/13 13/17
**situation** [3]  6/15 7/15 12/4
**situations** [1]  5/22

**so** [29]
**some** [5]  5/15 8/10 13/7 14/10
 14/21
**someone** [1]  11/18
**something** [2]  10/23 12/22
**somewhat** [2]  6/11 11/25
**soon** [1]  14/19
**sort** [10]  5/14 5/22 6/24 7/7
 7/10 8/4 8/11 8/25 10/15 13/7
**sought** [1]  8/12
**specific** [1]  5/16
**speed** [2]  9/22 10/11
**start** [3]  5/11 5/15 9/8
**starting** [1]  5/18
**state** [26]
**STATES** [3]  1/1 1/17 3/8
**status** [1]  15/13
**statute** [1]  6/22
**statutes** [2]  12/21 12/21
**step** [2]  11/18 11/19
**still** [1]  7/8
**straightforward** [1]  7/24
**Street** [3]  2/8 2/13 3/5
**submitted** [1]  5/7
**such** [3]  6/2 6/15 7/18
**suggested** [1]  11/12
**Suite** [4]  2/5 2/8 2/16 3/5
**supplemental** [2]  8/19 8/20
**supremacy** [1]  8/3
**sure** [2]  12/8 15/9
**sympathetic** [1]  9/21
**system** [1]  8/25

**T**

**take** [3]  5/8 6/1 13/20
**telescopically** [1]  5/14
**ten** [2]  13/10 13/11
**ten-day** [1]  13/10
**tentative** [5]  5/12 8/22 9/9 9/17
 11/10
**tentatively** [1]  10/15
**Tenth** [1]  2/5
**terms** [1]  6/12
**test** [2]  5/16 6/6
**text** [2]  6/18 6/22
**textually** [2]  7/4 12/6
**than** [1]  12/23
**Thank** [3]  4/21 15/16 15/22
**that** [93]
**that's** [11]  5/19 6/3 7/19 8/7
 8/18 10/1 10/9 12/23 13/2
 14/14 15/13
**them** [1]  15/9
**themselves** [2]  5/2 7/3
**then** [20]

## T

**there [4]** 5/13 5/23 6/20 14/17
**there's [6]** 6/11 6/18 7/6 7/6 10/20 14/3
**therefore [1]** 14/4
**these [1]** 11/14
**They [4]** 6/5 6/6 6/7 15/7
**they'll [1]** 15/12
**thing [1]** 11/8
**things [6]** 5/21 6/5 6/7 9/18 10/7 11/15
**think [10]** 5/20 7/20 7/22 8/4 8/13 9/5 9/6 9/7 10/12 12/23
**Third [1]** 3/9
**Thirty [1]** 13/1
**this [27]**
**Thomas [2]** 2/15 4/22
**those [5]** 5/5 5/25 7/5 12/16 14/17
**thought [1]** 5/11
**thoughts [1]** 5/12
**three [4]** 4/19 14/12 14/15 14/18
**through [3]** 6/2 6/8 8/25
**time [2]** 9/21 10/11
**today [6]** 5/17 7/8 11/7 14/6 14/23 14/25
**today's [3]** 11/11 12/19 12/23
**told [1]** 15/9
**too [1]** 15/11
**training [1]** 6/6
**transcript [3]** 1/15 16/5 16/6
**Trial [1]** 2/12
**try [4]** 5/15 5/21 14/4 15/14
**Tuesday [1]** 13/15
**turn [1]** 9/8
**two [6]** 5/1 8/13 9/18 9/19 9/25 14/18
**typical [1]** 5/20
**typically [1]** 5/21

## U

**U.S [11]** 6/13 8/1 8/1 8/10 8/12 8/15 8/18 9/3 12/3 12/15 12/18
**uncertainty [1]** 14/22
**underlying [1]** 12/10
**understand [1]** 10/20
**undertake [1]** 11/18
**unheard [1]** 6/14
**UNITED [3]** 1/1 1/17 3/8
**up [6]** 5/8 7/23 7/24 9/21 13/3 14/18
**upon [1]** 14/24
**urgent [4]** 10/1 13/19 14/2

**us [1]** 11/22
**utmost [1]** 11/17

## V

**very [1]** 11/19
**Vetto [2]** 2/20 4/24
**view [3]** 8/22 11/17 12/20
**views [3]** 9/9 9/17 11/10
**violates [1]** 6/18
**violation [3]** 6/23 7/4 7/5
**violations [1]** 7/14
**vis [2]** 6/14 6/14
**vote [1]** 6/21
**voting [1]** 6/19

## W

**want [12]** 5/14 7/8 10/10 10/17 10/19 10/22 11/3 14/5 14/8 14/11 14/25 15/11
**wanted [2]** 10/16 15/7
**was [2]** 5/11 10/15
**WASHINGTON [5]** 2/15 2/16 3/1 4/20 4/23
**way [4]** 5/20 7/1 7/2 8/19
**we [7]** 4/4 5/12 5/22 6/24 8/6 13/4 14/12
**we'll [5]** 5/8 7/2 13/20 14/17 15/22
**we're [2]** 5/18 6/24
**weekday [1]** 13/11
**weeks [2]** 14/12 14/15
**well [3]** 5/22 7/1 11/10
**well-known [1]** 5/22
**what [12]** 5/7 5/11 6/24 8/3 10/3 10/15 10/16 10/18 12/6 12/19 14/9 15/13
**what's [1]** 7/7
**when [1]** 5/23
**where [5]** 5/12 5/12 5/22 6/17 6/17
**whether [3]** 9/9 10/24 14/6
**which [1]** 9/20
**while [2]** 10/23 11/15
**whom [1]** 7/13
**will [9]** 5/15 11/11 11/21 11/22 13/18 13/19 14/3 15/4 15/13
**Williams [3]** 3/4 4/19 11/8
**willing [3]** 8/22 9/23 14/24
**wish [1]** 9/10
**within [1]** 7/14
**without [1]** 16/6
**won't [2]** 14/2 14/5
**words [1]** 14/8
**work [2]** 8/24 11/1

**worked [1]** 11/16
**would [11]** 6/25 9/19 10/13 10/13 13/2 13/6 13/25 14/4 14/11 14/11 15/9
**wrong [1]** 9/19

## Y

**yes [12]** 5/3 7/18 7/22 8/5 8/23 9/6 11/2 11/13 13/5 13/8 13/12 13/17
**yet [1]** 15/8
**you [42]**
**you'll [1]** 5/6
**you're [1]** 5/6
**you've [4]** 9/20 9/20 9/21 13/8
**your [22]**