**Thomas Carr**, OSB No. 212598
County Counsel
tom_carr@co.washington.or.us
Office of Washington County Counsel
155 N First Avenue, Suite 340, MS #24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636

**Jane Vetto,** OSB No. 914564
Marion County Legal Counsel
jvetto@co.marion.or.us
**Nicholas Pileggi,** OSB No. 194367
npileggi@co.marion.or.us
Assistant Legal Counsel
555 Court St NE
PO Box 14500
Salem OR  97309
503 588-5220

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON PORTLAND

DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | 3:02-cv-00339-MO (Lead Case) -00339-MO (Lead Case) |
| Plaintiffs, | 3:21-cv-01637-MO (Trailing Case) |
| v. | **AMICI REQUEST FOR JUDICIAL NOTICE** |
| PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JARROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON | |

| |
|---|
| Plaintiffs,<br>v.<br>DOLORES MATTEUCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>       Defendants. |

Amici Curiae Marion and Washington Counties respectfully request that the Court take judicial notice of four exhibits. Each exhibit is a government record accessible by the public on government websites.

I. LEGAL STANDARD

Federal courts may grant judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Documents available on government websites are appropriate subjects for judicial notice. *See, e.g., Dudum v. Arntz*, 640 F.3d 1098, 1101 n.6 (9th Cir. 2011); *Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir.2010) (taking judicial notice of official information posted on a governmental website, the accuracy of which was undisputed); United States v. Camp, 723 F.2d 741, 744 n. \*\* (9th Cir.1984) (taking judicial notice of a verifiable public record).

The documents presented are public records, verifiable with certainty, and of the same type as other governmental documents which courts have judicially noticed. *See, e.g., Roemer v. Board of Public Works of Maryland*, 426 U.S. 736, 742 n. 4, 96 S.Ct. 2337, 2343, 49 L.Ed.2d 179 (1976) (state regulations implementing public aid statute); *Interstate Natural Gas Co. v. Southern Calif. Gas Co.*, 209 F.2d 380, 385 (9th Cir.1953) (Federal Power Commission report); *City of Wilcox v. F.P.C.*, 567 F.2d 394, 426 (D.C.Cir.1977) (Federal Power Commission order); *Dispatch, Inc. v. City of Erie*, 364 F.2d 539, 541 (3rd Cir.1966) (Federal Communications

Commission bulletin); *McNeil v. McDonough*, 515 F.Supp. 113, 147 (D.N.J.1980), aff'd, 648 F.2d 178 (3rd Cir.1981) (Attorney General's announced policy to eliminate state-required price fixing in alcoholic beverage field).

II. EXHIBITS A-D

Exhibit A. Exhibit A consists of the indictment and docket from *State v. Martinez-Romero*, Case No. 19CR82213, which are publicly available on the Oregon State Court Website. https://publicaccess.courts.oregon.gov.

Exhibit B. Exhibit B A consists of the indictment and docket from *State v. Epling*, Case No. 21CR9175, which are publicly available on the Oregon State Court Website. https://publicaccess.courts.oregon.gov.

Exhibit C. Exhibit C is a copy of a PowerPoint presentation posted by the Oregon Health Authority on the Oregon State Legislature's website. https://olis.oregonlegislature.gov/liz/2021I1/Downloads/CommitteeMeetingDocument/256973

Exhibit D. Exhibit D is a copy of a Dr. Debra Pinals Third Report issued September 15, 2022. It can be found on the Oregon Health Authority's website at: https://www.oregon.gov/oha/OSH/Documents/Oregon_Mink-Bowman_3rd_Neutral_Expert_Pinals_Report.pdf

DATED: September 28, 2022.

    *s/Thomas Carr*
Thomas Carr, OSB No. 212598
Washington County Counsel
tom_carr@co.washington.or.us
Attorney for Amicus Washington County

    *s/Jane Vetto*
Jane E. Vetto, OSB No. 914564

Marion County Counsel
jvetto@co.marion.or.us
Attorney for Amicus Marion County

,