BILLY J. WILLIAMS, Bar No. 901366
billy.williams@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
SARAH MONKTON, Bar No. 196018
sarah.monkton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Amici Curiae Washington County
District Attorney, Clackamas County District Attorney,
and Marion County District Attorney*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.:  3:02-cv-00339-MO (Lead Case) Case No.:  3:21-cv-01637-MO (Member Case) Case No.:  6:22-cv-01460-MO (Member Case) |
| Plaintiffs, | |
| v. | **AMICI DISTRICT ATTORNEYS' JOINDER IN JUDGES' AMICUS BRIEF PURSUANT TO APRIL 3, 2023, MINUTE ORDER** |
| DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES, | |
| Invervenors. | |

JARROD BOWMAN, JOSHAWN
DOUGLAS-SIMPSON,

Case No.:  3:21-cv-01637-MO (Member Case)

        Plaintiffs,

    v.

DOLORES MATTEUCCI, Superintendent of
the Oregon State Hospital, in her individual
and official capacity, DAVID BADEN,
Director of the Oregon Health Authority, in his
individual and official capacity, and PATRICK
ALLEN in his individual capacity,

        Defendants,

    and

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH LEGACY
HEALTH SYSTEM, PEACEHEALTH, and
PROVIDENCE HEALTH & SERVICES,

        Intervenors.

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

Case No.: 6:22-cv-01460-MO (Member Case)

        Plaintiffs,

    v.

DAVID BADEN, in his official capacity as
Director of the Oregon Health Authority,

        Defendant.

Amici District Attorneys respectfully join Amici Judges brief to the court in addressing

the two questions posed in the Court's April 3, 2023, minute order (Dkt.368).

Page 2 – AMICI DISTRICT ATTORNEYS' JOINDER IN JUDGES' AMICUS BRIEF
PURSUANT TO APRIL 3, 2023, MINUTE ORDER
13914.00001\41304225.1

Dated:        May 9, 2023

BEST BEST & KRIEGER LLP


By: *s/ Billy J. Williams*
    BILLY J. WILLIAMS, Bar No. 901366
    billy.williams@bbklaw.com
    JOSH NEWTON, Bar No. 983087
    josh.newton@bbklaw.com
    SARAH MONKTON, Bar No. 196018
    sarah.monkton@bbklaw.com

    Attorneys for Amicus Curiae
    Washington County District Attorney,
    Clackamas County District Attorney, and
    Marion County District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 9ᵗʰ day of May, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

BEST BEST & KRIEGER LLP

*s/ Billy J. Williams*

BILLY J. WILLIAMS, Bar No. 901366
billy.williams@bbklaw.com

*Of Attorneys for Amici Curiae*