**Thomas Carr**, OSB No. 212598
County Counsel
tom_carr@washingtoncountyor.gov
Office of Washington County Counsel
155 N First Avenue, Suite 340, MS 24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636
Attorney for Amicus Washington County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES SCHROEDER, in his official capacity as head of the Oregon health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>Intervenors. | No. 3:02-cv-00339-MO (Lead Case)<br>No. 3:21-cv-01637-MO (Member Case)<br>No. 6:22-cv-01460-MO (Member Case)<br><br>**BRIEF OF AMICUS WASHINGTON COUNTY IN SUPPORT OF MARION COUNTY'S PROPOSED AMENDMENT LANGUAGE [ECF 383] OR IN THE ALTERNATIVE SEEKING AN ORDER THAT THE PARTIES, INTERVERNORS AND AMICI CONTINUE TO MEDIATE THIS ISSUE** |

Page 1 – BRIEF OF AMICUS WASHINGTON COUNTY IN SUPPORT OF MARION COUNTY'S PROPOSED AMENDMENT LANGUAGE [ECF 383] OR IN THE ALTERNATIVE SEEKING AN ORDER THAT THE PARTIES, INTERVERNORS AND AMICI CONTINUE TO MEDIATE THIS ISSUE

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | No. 3:21-cv-01637-MO (Member Case) |
| Plaintiffs, | |
| v. | |
| DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity, | |
| Defendants, | |
| and | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON, | |
| Intervenors. | |

| | |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES OREGON, | No. 6:22-cv-01460-MO (Member Case) |
| Plaintiffs, | |
| v. | |
| JAMES SCHROEDER, in his official capacity as Director of Oregon Health Authority, | |
| Defendants. | |

Page 2 – BRIEF OF AMICUS WASHINGTON COUNTY IN SUPPORT OF MARION COUNTY'S PROPOSED AMENDMENT LANGUAGE [ECF 383] OR IN THE ALTERNATIVE SEEKING AN ORDER THAT THE PARTIES, INTERVERNORS AND AMICI CONTINUE TO MEDIATE THIS ISSUE

For the reasons stated in Marion County's Memorandum of Law Regarding Amendment to Order to Implement Neutral Expert's Recommendations [ECF 384] Washington County respectfully requests that the Court adopt Marion County's Proposed Amendments to Order to Implement Neutral Expert's Recommendations [ECF 383].

In the alternative, if the Court intends to adopt the language proposed by the plaintiffs, Washington County respectfully requests that the Court direct the parties, intervenors and amici to continue to attempt to mediate these issues. In the Joint Status Report [ECF 381], the parties wrote "The parties and amici (sic) are at an impasse with respect to the transport language and will submit competing proposals today." Washington County believes that it is possible to reach an amicable resolution of this issue through further discussions. Before issuing an extraordinary order directing all sheriffs in the state, who are not parties to this litigation, to ignore state court orders, every possible alternative should be exhausted. The plaintiffs have not shown, as ordered by this Court, that their proposed language is the least restrictive alternative or that this issue presents an immediate crisis. The only evidence in the record is that three patients have been the subject of orders precluding transport in the absence of a report on the patient's current condition. A short delay to allow for further discussion should not materially interfere with the progress on compliance.

DATED: May 15, 2023.

       *s/Thomas Carr*
Thomas Carr, OSB No. 212598
County Counsel
tom_carr@washingtoncountyor.gov
Attorney for Amicus Washington County