Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

Jesse Merrithew OSB #074564
jesse@lmhlegal.com
**Levi Merrithew Horst PC**
610 SW Alder Street, Suite 415
Portland, Oregon 97205
(971) 229-1241
*Counsel for Plaintiff, Metropolitan Public Defender*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DISABLITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No. 3:02-cv-00339-MO (Lead Case)<br>Case No. 3:21-cv-01637-MO (Member Case)<br><br>DECLARATION OF THOMAS STENSON IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MARION COUNTY'S MOTION TO INTERVENE |

Declaration of Thomas Stenson In Support of Plaintiffs' Response in Opposition to Marion County's Motion to Intervene
Page 1

**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205

| | |
|---|---|
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>       Plaintiffs,<br><br>     v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>       Defendants. | Case No. 3:21-cv-01637-MO (Member Case) |

## DECLARATION OF THOMAS STENSON IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MARION COUNTY'S MOTION TO INTERVENE

I, Thomas Stenson, declare as follows:

1. I am over the age of eighteen, have personal knowledge of the matters contained herein, and am competent to testify thereto.

2. I am the Deputy Legal Director at Disability Rights Oregon ("DRO"), the designated Protection and Advocacy system for Oregon and am attorney for Plaintiff Disability Rights Oregon in the above captioned matter.

3. Attached as Exhibit A is a true copy of a standardized form used by the state courts of the state of Oregon, entitled "Order Finding the Defendant Unable to Aid and Assist and Order to Transport In-Custody Defendant to the Oregon State Hospital for Treatment (ORS 161.370)."

4. Exhibit A is a public record, available for download and review through the state of Oregon's public website at

Declaration of Thomas Stenson In Support of
Plaintiffs' Response in Opposition to Marion County's
Motion to Intervene
Page 1

**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205

http://www.oregon.gov/oha/OSH/LEGAL/Documents/Pleading_Paper_ORDER_FOR_COMMITMENT_TO_OSH_TRANSPORT_IN_CUSTODY_370.docx (last visited June 19, 2023).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED this 20th day of June 2023 in Portland, Oregon.

                                _/s/ Thomas Stenson_____

                                Thomas Stenson, OSB #152894

                                Disability Rights Oregon

Declaration of Thomas Stenson In Support of Plaintiffs' Response in Opposition to Marion County's Motion to Intervene
Page 1

**Disability Rights Oregon**
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205