Eric J. Neiman, OSB #823513
eneiman@ebglaw.com
Emma P. Pelkey, OSB #144029
epelkey@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
3439 NE Sandy Blvd., #802
Portland, OR 97232
Telephone:  503.343.6475

Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Hon. Michael W. Mosman

*Attorneys for Plaintiffs and Amici*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON, | Case No.:  3:02-cv-00339-MO (Lead Case) |
| Plaintiffs, | |
| v. | |
| PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority; and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | NOTICE OF CHANGE OF FIRM |
| Defendants, | Case No.: 3:02-cv-00339-MO (Lead Case) |
| and | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER | |

Page 1- NOTICE OF CHANGE OF FIRM

FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES –
OREGON,

        Intervenors.

JAROD BOWMAN; and JOSHAWN
DOUGLAS SIMPSON,

        Plaintiffs,

v.

DOLORES MATTEUCCI, Superintendent of
the Oregon State Hospital, in her individual and
official capacity; PATRICK ALLEN, Director
of the Oregon Health Authority, in his
individual and official capacity,

        Defendants,

and

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES –
OREGON,

        Intervenors.

Case No.: 3:21-cv-01637-MO (Member Case)

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH;
PROVIDENCE HEALTH & SERVICES –
OREGON; and ST. CHARLES HEALTH
SYSTEM,

        Plaintiffs,

v.

PATRICK ALLEN, in his official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No.: 6:22-cv-01460-MO (Member Case)

TO:         ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD

AND TO:     CLERK OF THE ABOVE-ENTITLED COURT

      **PLEASE TAKE NOTICE**, that effective immediately, the firm and contact information for the attorneys of record for Plaintiffs/Amici Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services – Oregon, and St. Charles Health System have changed to Epstein Becker & Green, P.C.

      You are further notified that Eric J. Neiman (OSB #823513) and Emma P. Pelkey (OSB #144029) will continue as counsel, now with the law firm Epstein Becker & Green, P.C. This notice shall apply to the Lead Case as well as any Member Case.

      Please include the following address for any future communications and filings:

Eric J. Neiman, OSB No. 823513
Emma P. Pelkey, OSB No. 144029
EPSTEIN BECKER & GREEN, P.C.
3439 NE Sandy Blvd., #802
Portland, OR 97232
Email: eneiman@ebglaw.com
       epelkey@ebglaw.com

DATED:  July 10, 2023            EPSTEIN BECKER & GREEN, P.C.

                          s/ Eric J. Neiman
                       Eric J. Neiman, OSB No. 823513
                       Emma P. Pelkey, OSB No. 144029
                       eneiman@ebglaw.com
                       epelkey@ebglaw.com