ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT  #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
        Sheila.Potter@doj.state.or.us
        Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants David Baden and Dolores Matteucci

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-MO (Lead Case)<br>Case No.  3:21-cv-01637-MO (Member Case)<br><br>NOTICE OF SUBSTITUTION OF THE OFFICIAL CAPACITY OHA DIRECTOR DEFENDANT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, DAVID BADEN, Interim Director of the Oregon Health | Case No.  3:21-cv-01637-MO |

Page 1 -   NOTICE OF SUBSTITUTION OF THE OFFICIAL CAPACITY OHA DIRECTOR DEFENDANT
    CAS/a3m/876210756

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Authority, in his official capacity, and
PATRICK ALLEN in his individual capacity,

        Defendants,

      Defendants provide notice that pursuant to FRCP 25(d), Defendant Patrick Allen in his prior official capacity as Director of the Oregon Health Authority (OHA) is automatically substituted with his successor, OHA Interim Director David Baden.

      DATED July 14, 2023.

                                        Respectfully submitted,

                                        ELLEN F. ROSENBLUM
                                        Attorney General

                                        *s/ Carla A. Scott*
                                        CARLA A. SCOTT #054725
                                        Senior Assistant Attorney General
                                        SHEILA H. POTTER #993485
                                        Deputy Chief Trial Counsel
                                        CRAIG M. JOHNSON #080902
                                        Senior Assistant Attorney General
                                        Trial Attorneys
                                        Tel (971) 673-1880
                                        Fax (971) 673-5000
                                        Carla.A.Scott@doj.state.or.us
                                        Sheila.Potter@doj.state.or.us
                                        Craig.M.Johnson@doj.state.or.us
                                        Of Attorneys for Defendants

Page 2 -   NOTICE OF SUBSTITUTION OF THE OFFICIAL CAPACITY OHA DIRECTOR DEFENDANT
        CAS/a3m/876210756

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000