Eric J. Neiman, OSB #823513
eneiman@ebglaw.com
Emma P. Pelkey, OSB #144029
epelkey@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
920 SW 6th Avenue, Suite 1200
Portland, OR  97204
Telephone:  503.343.6475

Thomas R. Johnson, OSB #010645
Tom.Johnson@stoel.com
Alex Van Rysselberghe, OSB #174836
Alex.VanRysselberghe@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Plaintiffs and Amici*

Hon. Michael W. Mosman

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON; METROPOLITAN PUBLIC DEFENDERS INCORPORATED; and A.J. MADISON,<br><br>Plaintiffs,<br>v.<br><br>DAVID BADEN, in his official capacity as Director of Oregon Health Authority; and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER | Case No.:  3:02-cv-00339-MO (Lead Case)<br><br>NOTICE OF CHANGE OF ADDRESS<br><br><br><br>Case No.: 3:02-cv-00339-MO (Lead Case) |

Page 1- NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>        Intervenors. | |
| JAROD BOWMAN; and JOSHAWN DOUGLAS SIMPSON,<br><br>        Plaintiffs,<br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity; PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>        Defendants,<br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>        Intervenors. | Case No.: 3:21-cv-01637-MO (Member Case) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON; and ST. CHARLES HEALTH SYSTEM,<br><br>        Plaintiffs,<br>v.<br><br>DAVID BADEN, in his official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No.: 6:22-cv-01460-MO (Member Case) |

Page 2- NOTICE OF CHANGE OF ADDRESS

FIRM:59359064v1

TO:	ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD

AND TO:	CLERK OF THE ABOVE-ENTITLED COURT

**PLEASE TAKE NOTICE**, that effective immediately, the firm address for the attorneys of record for Plaintiffs/Amici Legacy Emanuel Hospital & Health Center d/b/a Unity Center for Behavioral Health, Legacy Health System, PeaceHealth, Providence Health & Services – Oregon, and St. Charles Health System has changed.

You are further notified that Eric J. Neiman (OSB #823513) and Emma P. Pelkey (OSB #144029) will continue as counsel. This notice shall apply to the Lead Case as well as any Member Case.

Please include the following address for any future communications and filings:

Eric J. Neiman, OSB No. 823513
Emma P. Pelkey, OSB No. 144029
EPSTEIN BECKER & GREEN, P.C.
920 SW 6th Avenue, Suite 1200
Portland, OR  97204
Email: eneiman@ebglaw.com
          epelkey@ebglaw.com


DATED:  July 21, 2023			EPSTEIN BECKER & GREEN, P.C.

					 *s/ Eric J. Neiman, OSB No. 823513*
					Eric J. Neiman, OSB No. 823513
					Emma P. Pelkey, OSB No. 144029
					eneiman@ebglaw.com
					epelkey@ebglaw.com

Page 3- NOTICE OF CHANGE OF ADDRESS

FIRM:59359064v1