JANE E. VETTO, OSB 914564
Marion County Legal Counsel
jvetto@co.marion.or.us
555 Court Street N.E.
P.O. Box 14500
Salem, OR 97309
Telephone No.: (503) 588-5220
Facsimile No.: (503) 373-4367
Attorney for Marion County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital<br><br>    *Defendants*. | 3:02-cv-00339-MO<br><br>**NOTICE OF APPEAL** |

  Notice is given that Marion County hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying its motion to intervene (ECF No. 415) entered in this matter on June 29, 2023. Attached to this notice is the representation statement required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2.

Page **1** of **2** – **NOTICE OF APPEAL**

Dated this 27th day of July , 2023

Respectfully submitted,

JANE E. VETTO
MARION COUNTY LEGAL COUNSEL

/s/Jane Vetto
Jane E. Vetto, OSB #914564
Marion County Legal Counsel
Attorney for Defendants Marion County

Page **2** of **2** – **NOTICE OF APPEAL**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Marion County

Name(s) of counsel (if any):
Jane E. Vetto

Address: 555 Court St. NE, Ste. 5242 Salem, OR 97301

Telephone number(s): (503) 588-5220

Email(s): jvetto@co.marion.or.us

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Disability Rights Oregon

Name(s) of counsel (if any):
Emily Cooper
Thomas Stenson

Address: 511 SW 10th Ave., Ste. 200 Portland, OR 97205

Telephone number(s): (503) 243-2081

Email(s): ecooper@droregon.org, tstenson@droregon.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                    *1*                                       *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Metropolitan Public Defender
A. J. Madison

Name(s) of counsel (if any):
Jesse Merrithew

Address: 610 SW Alder St., Ste. 415 Portland, OR 97205

Telephone number(s): (971) 229-1241

Email(s): jesse@lmhlegal.com

Name(s) of party/parties:
Patrick Allen
Dolores Matteucci

Name(s) of counsel (if any):
Sheila Potter, Carla Scott, Craig Johnson

Address: 100 SW Market St. Portland, OR 97201

Telephone number(s): (971) 673-1880, (503) 947-4700

Email(s): sheila.potter/carla.a.scott/craig.m.johnson@doj.state.or.us

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　*2*　　　　　　　　　　　*New 12/01/2018*