Keith M. Garza, OSB No. 940773
Law Office of Keith M. Garza
P.O. Box 68106
Oak Grove, Oregon  97268
(503) 344-4766
keithgarza@comcast.net

Attorney for *Amici* Judges Audrey Broyles, Matthew Donohue, Jonathan Hill, Kathleen Proctor, and Nan Waller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No. 3:02-cv-00339-MO (Lead Case) <br> Case No. 3:21-cv-01637-MO (Member Case) <br> Case No. 6:22-cv-01460-MO (Member Case) |
| Plaintiffs, | |
| v. | *AMICI* JUDGES' MOTION FOR WITHDRAWAL OF JUDGE BROYLES AS *AMICUS CURIAE* |
| DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN and JOSHAWN DOUGLAS-SIMPSON, | Case No. 3:21-cv-01637-MO (Member Case) |
| Plaintiffs, | |
| v. | |

Page 1 – *AMICI* JUDGES' MOTION FOR WITHDRAWAL OF JUDGE BROYLES AS *AMICUS CURIAE*

| | |
|---|---|
| DOLORES MATTEUCII, Superintendent of the Oregon State Hospital, in her official capacity, and DAVID BADEN, Interim Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN, in his individual capacity, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON, and ST. CHARLES HEALTH SYSTEM, | ) ) ) ) ) ) ) )     Case No. 6:22-cv-01460-MO (Member Case) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DAVID BADEN, in his official capacity as Director of Oregon Health Authority, | ) ) ) |
| Defendant. | ) |

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for movants certifies that he has conferred, or attempted to confer, in good faith with counsel for plaintiffs, defendants, and the other *amici curiae* through personal communication in an effort to resolve the matters at issue in this motion, with the following results:   Plaintiffs, defendants, and all other *amici* have indicated through counsel that they either do not oppose or have no objection to this motion.

Page 2 – *AMICI* JUDGES' MOTION FOR WITHDRAWAL OF JUDGE BROYLES AS *AMICUS CURIAE*

## MOTION

The Honorable Audrey J. Broyles no longer wishes to continue as an *amicus curiae* in these consolidated matters. *Amici* judges, therefore, move the Court for entry of an order withdrawing her as one of the *amici* state court judges.

Respectfully submitted this 11th day of August 2023.

        */s/ Keith M. Garza*
Keith M. Garza, OSB No. 940773
Law Office of Keith M. Garza
P.O. Box 68106
Oak Grove, Oregon  97268
(503) 344-4766
keithgarza@comcast.net

Attorney for *Amici* Judges