JANE E. VETTO, OSB 914564
Marion County Legal Counsel
Jvetto@co.marion.or.us
555 Court Street N.E.
P.O. Box 14500
Salem, OR 97309
Telephone No.: (503) 588-5220
Facsimile No.: (503) 373-4367
Attorney for Amicus Marion County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | 3:02-cv-00339-MO (Lead Case) |
| | 3:21-cv-01637-MO (Trailing Case) |
| Plaintiffs, | |
| v. | DECLARATION OF COMMANDER TAD LARSON |
| PATRICK ALLEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JARROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON | |
| Plaintiffs, | |
| v. | |
| DOLORES MATTEUCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, PATRICK ALLEN, Director of the Oregon Health Authority, in his individual and official capacity, | |
| Defendants. | |

I, Tad Larson, under penalty of perjury declare that the following is true and based upon my personal knowledge:

1. I serve as the Marion County Sheriff's Office Institutions Commander. My job duties include overseeing and managing all jail operations.

2. MCSO employs Institutions deputies whose duties include transporting adults in custody to and from the Oregon State Hospital (OSH) who have been determined to be unable to "aid and assist" in their criminal cases and have been ordered by state circuit court judges to OSH for in patient restoration services.

3. MCSO is not affiliated in any way with OSH. To the extent that we work with OSH to coordinate transports, those transports are pursuant to court order. In September of 2022, the MCSO was notified that the timelines for restoration of individuals at the OSH had been shortened. The transport deputies incorporated these shortened timelines into their tracking sheets, but otherwise the process of arranging classification and transport to and from OSH has not changed.

4. Both transport from the jail to OSH and transport back to the jail from OSH of "aid and assist" individuals is conducted pursuant to court order. I am aware that the parties in a federal lawsuit have stated in a pending motion that there is a federal order in place which orders MCSO to transport these individuals from the Oregon State Hospital and that the Marion County Sheriff's Office is "actively thwarting" this order.

5. The September 1, 2022, order did not address the transport issue. All orders the Sheriff's Office has received regarding transport of "aid and assist" individuals to OSH since September 1, 2022, have been issued by state circuit court judges.

6. Upon receipt of these orders, deputies work to immediately conduct transports. Since September 22, 2022, the MCSO has transported approximately 121 individuals to OSH and approximately 101 individuals from OSH back to the Marion County jail, totaling approximately 222 separate transports. Our most recent transport from OSH back to the jail occurred on August 9, 2023.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty of perjury.**

DATED this 17th day of August, 2023 in Salem, Oregon.

_____
Tad Larson
Institutions Commander
Marion County Sheriff's Office