**Thomas Carr**, OSB No. 212598
County Counsel
tom_carr@washingtoncountyor.gov
Office of Washington County Counsel
155 N First Avenue, Suite 340, MS #24
Hillsboro, OR 97124
Phone (503) 846-8747
Fax (503) 846-8636

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON PORTLAND

DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants.<br><br>JARROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON<br><br>Plaintiffs,<br>v.<br>DOLORES MATTEUCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, DAVID BADEN, Director of the Oregon Health Authority, in his individual and official capacity,<br><br>Defendants. | 3:02-cv-00339-MO (Lead Case)<br><br>3:21-cv-01637-MO (Trailing Case)<br><br>**JOINDER OF WASHINGTON COUNTY IN SUPPORT OF RESPONSE FILED BY MARION COUNTY**<br><br>**ORAL ARGUMENT REQUESTED** |

Page 1 – JOINDER OF WASHINGTON COUNTY

Washington County respectfully joins in Marion County's Response to Plaintiff's Motion to Compel Compliance with this Court's Orders and Determine Supremacy Clause Issue (ECF 429) and the declarations filed in support thereof (ECF 430, 431, 432, 433).

DATED: August 17, 2023.

        *s/Thomas Carr*
Thomas Carr, OSB No. 212598
Washington County Counsel
tom_carr@co.washington.or.us
Attorney for Amicus Washington County

## CERTIFICATE OF SERVICE

I certify that on August 17, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

WASHINGTON COUNTY

*s/ Thomas Carr*

THOMAS. CARR, OSB No. 212598
Washington County Counsel
tom_carr@co.washington.or.us

Attorney for Amicus Washington County