JANE E. VETTO, OSB 914564
Marion County Legal Counsel
jvetto@co.marion.or.us
555 Court Street N.E.
P.O. Box 14500
Salem, OR 97309
Telephone No.: (503) 588-5220
Facsimile No.: (503) 373-4367
Attorney for Marion County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>                    *Plaintiffs*,<br><br>  v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital<br><br>                    *Defendants*. | 3:02-cv-00339-MO (Lead Case)<br>3:21-cv-01637-MO (Member Case)<br><br>**MARION COUNTY'S OBJECTION TO PLAINTIFFS' PROPOSED ORDER** |
| JAROD BOWMAN and JOSHAWN DOUGLAS-SIMPSON,<br><br>                    *Plaintiffs*,<br><br>  v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, DAVID BADEN, Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,<br><br>                    *Defendants*. | 3:21-CV-01637-MO (Member Case) |

Page **1 of 2** - **MARION COUNTY'S OBJECTION TO PLAINTIFFS' PROPOSED ORDER**

Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220 | Fax: 503-373-4367

## OBJECTION

*Amicus* Marion County, by and through counsel, respectfully submits the following objection to Plaintiffs' Proposed Order Determining Supremacy Clause Issues. (Dkt. No. 442). Although the proposed order indicates that the motion was granted only in part, it is not explicit about which portions of their request were denied by the Court—specifically, that the request to compel the Marion County Sheriff's Office to conduct transport of individuals back from the Oregon State Hospital was denied. Accordingly, Marion County requests that the Court include a provision in its final order explicitly memorializing its ruling on the transport issue. Attached to this objection is a copy of Marion County's proposed edits to the Plaintiffs' order adding the requested language.

Dated this 7th day of September, 2023

Respectfully submitted,

JANE E. VETTO
MARION COUNTY LEGAL COUNSEL

Jane E. Vetto, OSB #914564
Marion County Legal Counsel
Attorney for Amicus Marion County

Page **2** of **2** - **MARION COUNTY'S OBJECTION TO PLAINTIFFS' PROPOSED ORDER**

Marion County Legal Counsel
555 Court Street NE · P.O. Box 14500 · Salem, OR 97309
Telephone: 503-588-5220 | Fax: 503-373-4367