JANE E. VETTO, OSB 914564
Marion County Legal Counsel
jvetto@co.marion.or.us
555 Court Street N.E.
P.O. Box 14500
Salem, OR 97309
Telephone No.: (503) 588-5220
Facsimile No.: (503) 373-4367
Attorney for Marion County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital<br><br>*Defendants*. | 3:02-cv-00339-MO (Lead Case)<br>3:21-cv-01637-MO (Member Case)<br><br>**MARION COUNTY'S MOTION TO SET BRIEFING SCHEDULE** |
| JAROD BOWMAN and JOSHAWN DOUGLAS- SIMPSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, DAVID BADEN, Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,<br><br>*Defendants*. | 3:21-CV-01637-MO (Member Case) |

## LR 7-1 CERTIFICATION

Undersigned counsel for Amicus Marion County ("the County") hereby certifies that Marion County conferred with counsel for all parties and amici via e-mail on December 20, 2023, prior to filing this motion. Counsel for Disability Rights Oregon and the State defendants did not respond. Counsel for Metropolitan Public Defender Services responded, and in his motion notified the court of the county's request.

## MOTION

On December 20, 2023, Plaintiffs filed a motion seeking an order extending the current remedial order (ECF No. 416), which is set to expire on December 31, 2023, for a period of one year. Unopposed Mot. to Extend Remedial Order (ECF No. 455). The County now moves this Court for an order setting a briefing schedule for it to file a response in opposition and for any reply thereto. The County respectfully requests until January 22, 2024, to file a response in opposition to the motion and proposes a deadline for any reply of February 5, 2024.

Dated this 21st day of December, 2023.

Respectfully submitted,

JANE E. VETTO
MARION COUNTY LEGAL COUNSEL

*/s/ Jane E. Vetto*
Jane E. Vetto, OSB #914564
Marion County Legal Counsel
Attorney for Defendants Marion County