Keith M. Garza, OSB No. 940773
Law Office of Keith M. Garza
P.O. Box 68106
Oak Grove, Oregon  97268
(503) 344-4766
keithgarza@comcast.net

Attorney for *Amici* Judges Matthew
Donohue, Jonathan Hill, Kathleen
Proctor, and Nan Waller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | ) ) ) ) | Case No. 3:02-cv-00339-MO (Lead Case) Case No. 3:21-cv-01637-MO (Member Case) |
| Plaintiffs, | ) | |
| v. | ) ) | *AMICI* JUDGES' UNOPPOSED MOTION FOR WITHDRAWAL OF JUDGE |
| DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital, | ) ) ) ) ) ) | PROCTOR AS *AMICUS CURIAE* |
| Defendants. | ) ) ) | ) |
| JAROD BOWMAN and JOSHAWN DOUGLAS-SIMPSON, | ) ) ) | Case No. 3:21-cv-01637-MO (Member Case) |
| Plaintiffs, v. | ) ) ) ) | |

Page 1 – *AMICI* JUDGES' UNOPPOSED MOTION FOR WITHDRAWAL OF JUDGE PROCTOR AS *AMICUS CURIAE*

| | |
|---|---|
| DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, and DAVID BADEN, Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN, in his individual capacity,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1, counsel for movants certifies that he has conferred with counsel for the parties and other *amici*, and that no party or *amicus* opposes the relief sought in this motion.

## MOTION

The Honorable Kathleen J. Proctor no longer wishes to continue as an *amicus curiae* in these consolidated matters. *Amici* judges, therefore, respectfully move the Court for entry of an order withdrawing her as one of the *amici* state court judges.

DATED:　　　December 29, 2023.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith M. Garza*
　　　　　　　　　　　　　　　　　　　Keith M. Garza, OSB No. 940773

　　　　　　　　　　　　　　　　　　　Law Office of Keith M. Garza
　　　　　　　　　　　　　　　　　　　P.O. Box 68106
　　　　　　　　　　　　　　　　　　　Oak Grove, Oregon  97268
　　　　　　　　　　　　　　　　　　　(503) 344-4766
　　　　　　　　　　　　　　　　　　　keithgarza@comcast.net

　　　　　　　　　　　　　　　　　　　Attorney for *Amici* Judges

Page 2 – *AMICI* JUDGES' UNOPPOSED MOTION FOR WITHDRAWAL OF JUDGE PROCTOR AS *AMICUS CURIAE*