ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
       Sheila.Potter@doj.state.or.us
       Craig.M.Johnson@doj.state.or.us

Attorneys for Defendants David Baden and Dolores Matteucci

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-MO (Lead Case)<br>Case No.  3:21-cv-01637-MO (Member Case)<br><br>PETITION FOR EXPEDITED RULING ON SUPREMACY CLAUSE ISSUE |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, David Baden, Director of the Oregon Health Authority, in his official | Case No.  3:21-cv-01637-MO |

Page 1 -    PETITION FOR EXPEDITED RULING ON SUPREMACY CLAUSE ISSUE
        CAS/a3m/953738480

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

capacity, and PATRICK ALLEN in his
individual capacity,

           Defendants,

### I.    Introduction

The Oregon State Hospital (OSH) seeks this Court's assistance in resolving a Supremacy Clause issue arising from a recent order by the Marion County Circuit Court. Marion County Judge Audrey Broyles entered an order in a criminal case, calling for a criminal defendant to be transported to OSH for weekly "outpatient" restoration services, following his discharge from OSH after six months of in-patient restoration services failed to restore him to competency. OSH understands that the Marion County Circuit Court's order conflicts with orders issued by this Court and thus invoked the mediation process provided for by section VII of this Court's September 2022 Order, as amended in its July 2023 Order (the Federal Court Order). Judge Stacie Beckerman mediated the Supremacy Clause issue with OSH counsel, the parties in the criminal case, and counsel for the victims. Mediation was unsuccessful. OSH now requests this Court's assistance in resolving the Supremacy Clause issue.

### II.    Analysis of the Supremacy Clause Issue

Section II of the Federal Court Order provides: "OSH shall not admit patients except as provided for by the recommendations in the Neutral Expert's Reports or as otherwise provided by this Court." On February 9, 2024, Marion County Circuit Court Judge Audrey Broyles held a hearing regarding whether community restoration was appropriate for a defendant who had been discharged from OSH to Marion County pursuant to the Federal Court Order after receiving restoration services at OSH for six months. Declaration of Craig Johnson (Johnson Decl.), Ex. 1.[1] This defendant's underlying charges include three counts of felony Assault 4 and one count of Criminal Trespass in the Second Degree, as well as

---

[1] This declaration is filed under seal pursuant to the Health Insurance Portability and Accountability Act (HIPAA).

Page 2 -   PETITION FOR EXPEDITED RULING ON SUPREMACY CLAUSE ISSUE
            CAS/a3m/953738480

probation violations for person offenses. *Id.* The Marion County District Attorney's Office did not seek an extension of this defendant's length of restoration through any of the avenues provided for in the Federal Court Order. *Id.* ¶ 2.

On February 9, following the hearing, Judge Broyles issued an order, submitted by the Marion County District Attorney's Office, finding that this defendant is a public safety risk and unable to engage in community restoration. *Id.* Instead, Judge Broyles ordered the Marion County Sheriff's Office to transport the defendant every Friday at 10 a.m. on a weekly basis to OSH for "outpatient" restoration services, starting Friday, February 16, 2024, "where custody will transfer for purposes of restoration services until such time as the defendant completes restoration services on that same day." *Id.*

OSH understands, after consultation with the Neutral Expert (Dr. Debra Pinals), that neither this Court's orders nor Dr. Pinals' recommendations contemplate or permit outpatient treatment at OSH for a defendant who has spent the permissible duration of inpatient restoration at OSH under the Federal Court Order. Pursuant to the Supremacy Clause, OSH believes it is precluded from complying with Judge Broyle's order.

Page 3 -   PETITION FOR EXPEDITED RULING ON SUPREMACY CLAUSE ISSUE
           CAS/a3m/953738480

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

### III. Conclusion

In light of February 16, 2024, deadline imposed by Judge Broyles' February 9 order, OSH asks for expedited clarification from this Court whether complying with that order would conflict with the Federal Court Order.

DATED February 15, 2024.

                              Respectfully submitted,

                              ELLEN F. ROSENBLUM
                              Attorney General

                              *s/ Carla A. Scott*
                              CARLA A. SCOTT #054725
                              Senior Assistant Attorney General
                              SHEILA H. POTTER #993485
                              Chief Trial Counsel
                              CRAIG M. JOHNSON #080902
                              Senior Assistant Attorney General
                              Trial Attorneys
                              Tel (971) 673-1880
                              Fax (971) 673-5000
                              Carla.A.Scott@doj.state.or.us
                              Sheila.Potter@doj.state.or.us
                              Craig.M.Johnson@doj.state.or.us
                              Of Attorneys for Defendants

Page 4 -   PETITION FOR EXPEDITED RULING ON SUPREMACY CLAUSE ISSUE
          CAS/a3m/953738480

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000