Erin K. Olson, OSB 934776
Law Office of Erin Olson, P.C.
1631 N.E. Broadway Street #816
Portland, OR  97232-1425
Telephone:  (503) 546-3150
Email:  eolson@erinolsonlaw.com

Rosemary W. Brewer, OSB 110093
Oregon Crime Victims Law Center
7412 SW Beaverton Hillsdale Hwy Ste 209
Portland OR  97225
Telephone:  (503) 208-8160
Email:  rosemary@ocvlc.org
*Attorneys for Proposed Intervenors*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, | Case No.: 3:20-cv-00339-MO (Lead)<br>Case No.: 3:21-cv-01637-MO (Member)<br><br>**DECLARATION OF ASHLEY ROSE ROCHETTO IN SUPPORT OF MOTION TO INTERVENE** |

1 – DECLARATION OF ASHLEY ROSE ROCHETTO IN SUPPORT OF
    MOTION TO INTERVENE

| |
|---|
| LEGACY HEALTH SYSTEM, PEACEHEALTH, and PROVIDENCE HEALTH & SERVICES – OREGON,<br><br>           Intervenors. |

I, Ashley Rose Rochetto, make this declaration from personal knowledge under penalty of perjury:

1.   I am 27 years old, and I live in Salem, Oregon.

2.   On June 14, 2023, I was working at Highland Elementary School as a Special Programs Instructional Assistant for the Salem Keizer School District.  On that particular day, I was working as a One-on-One Instructional Aid for a child with a medical disability.

3.   While I was assisting my client on the playground during her library class, I observed a man walk along the sidewalk bordering the school campus, then turn onto the campus.  The librarian, Laurie Miller, saw him as well, and approached the man and asked him to please use the sidewalk.  He glared at her in a manner I perceived as threatening and continued to walk towards her, so I used my handheld radio to call for assistance from others in the school.  As soon as I made the radio call, the man ran toward Laurie and punched her in the face multiple times with a closed fist. I used my radio again to tell the office to call 9-1-1.

4.   I watched as the children started running to go hide, then looked over and saw the man attacking Laurie start running toward me.  I froze briefly, then started running away from him.  He shoved me to the cement ground, and hit me in

**2 – DECLARATION OF ASHLEY ROSE ROCHETTO IN SUPPORT OF
  MOTION TO INTERVENE**

the head and kicked me in the back. As I was falling to the ground, the last thing I remember was thinking I had to protect my head. He continued to punch me in the head. I next remember the attacker on my back while I was face-down on the ground, hitting my head.

5.  Someone from inside the school ran out to help and started yelling. I looked up and saw the assailant get in a fighting stance.  When more people started running out to help, he turned and started to run away.

6.  I got up and yelled at the students to run into the school. I grabbed my student's medical equipment, made one last loop around the playground to make sure the kids were safe inside the building, then stood at the door with the School Principal while I spoke with the 9-1-1 operator to provide a description of the assailant.

7.  After the school nurse helped me clean the abrasions on my left knee and left elbow, which are now permanent scars, my mother came and took me to the hospital, where I was evaluated, and treated for a head injury.

8.  Since the attack, I have had a hard time getting my thoughts together and speaking.  I get dizzy and lose my balance when going down stairs or slopes or escalators.  I get migraines, and observe black spots in the corners of my eyes.  I experience ringing and other sounds in my ears.  I am forgetful.  I remain under the care of multiple medical and mental health practitioners as a result of the assault.

9.  I spoke at the Marion County Circuit Court hearing on February 9, 2024, and described the attack and its aftermath.  I expressed my fear and concern

**3 – DECLARATION OF ASHLEY ROSE ROCHETTO IN SUPPORT OF MOTION TO INTERVENE**

that if Charly Velasquez-Sanchez is released to the community before he is well, he will attack others.

**I declare under penalty of perjury under the laws of the United States of America and the State of Oregon that the foregoing is true and correct.**

Dated: February 19, 2024.

*Ashley Rochetto*

Ashley Rose Rochetto

4 – DECLARATION OF ASHLEY ROSE ROCHETTO IN SUPPORT OF MOTION TO INTERVENE