Erin K. Olson, OSB 934776
Law Office of Erin Olson, P.C.
1631 N.E. Broadway Street #816
Portland, OR  97232-1425
Telephone:  (503) 546-3150
Email:  eolson@erinolsonlaw.com

Rosemary W. Brewer, OSB 110093
Oregon Crime Victims Law Center
7412 SW Beaverton Hillsdale Hwy Ste 209
Portland OR  97225
Telephone:  (503) 208-8160
Email:  rosemary@ocvlc.org
*Attorneys for Proposed Intervenors*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>　　　　　　　　　Defendants,<br><br>and<br><br>LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH, LEGACY HEALTH SYSTEM, | Case No.:  3:20-cv-00339-MO (Lead)<br>Case No.:  3:21-cv-01637-MO (Member)<br><br>**DECLARATION OF ERIN K. OSLON IN SUPPORT OF MOTION TO INTERVENE** |

1 – DECLARATION OF ERIN K. OLSON IN SUPPORT OF MOTION TO
　　INTERVENE

PEACEHEALTH, and PROVIDENCE
HEALTH & SERVICES – OREGON,

        Intervenors.

I, Erin K. Olson, make this declaration subject to penalty of perjury:

1.    I am one of the attorneys representing Laurie Miller, Andrew Limbeck, and Ashley Rochelle in this matter and in Marion County Circuit Court Case No. 23CR28431, *State of Oregon v. Charly Velasquez-Sanchez.*

2.    I have reviewed the publicly-available criminal history of Charly Velasquez-Sanchez ("the defendant"), a listing of which is attached as <u>Exhibit 1</u>. The factual predicates alleged in each of those cases, which wereas obtained from publicly-filed documents, is as follows:

A. Case No. 19CR17968:

    (1) Incident 1:  On February 17, 2019, the defendant was involved in a motor vehicle accident involving another vehicle, and failed to remain at the scene to exchange information.  He was charged with the Class A misdemeanor of Failure to Perform the Duties of a Driver when Property is Damaged.

    (2) Incident 2:  On July 4, 2019, while on release for Incident 1, the defendant ran into a gate at the Marion County Jail, causing extensive damage, and left the scene even after being directed to stay by a jail employee.  The District Attorney Information for the February 17, 2019, incident was amended to add a charge of a Class A misdemeanor

2 – **DECLARATION OF ERIN K. OLSON IN SUPPORT OF MOTION TO INTERVENE**

of Failure to Perform the Duties of a Driver when Property is Damaged, and a warrant was issued to show cause why the defendant's release should not be revoked.

(3) Incident 3: On August 5, 2019, at 9:50 pm, an Oregon State Police trooper requested assistance locating the defendant's vehicle after the vehicle had eluded the trooper. Keizer Police located the vehicle a short time later, operated by the defendant, and attempted to detain it. The defendant took off in the vehicle, driving erratically and without his lights on to his home with police in pursuit. He was arrested outside his home, with numerous empty beer bottles in his car. He refused a breath test, and was arrested and eventually indicted on the charges for the first two incidents, as well as Felony Fleeing or Attempting to Elude a Police Officer, Driving Under the Influence of Intoxicants, Reckless Driving, and Interfering with a Peace Officer.

B. Case No. 19CR56085: On August 25, 2019, the defendant was arrested for Menacing two Keizer Police officers and Interfering with a Police Officer, all Class A misdemeanors.

C. Case No. 19CR68880: On October 20, 2019, the defendant was arrested for Attempted Assault in the Fourth Degree, perpetrated against his brother. He was detained in custody, then released for an out of custody aid and assist evaluation, then ordered into custody to be transported to the Oregon State Hospital on February 7, 2020.

3 – DECLARATION OF ERIN K. OLSON IN SUPPORT OF MOTION TO INTERVENE

D. Case No. 20CR08901: On February 8, 2020, the defendant was arrested for Assaulting a Public Safety Officer for an assault on a Marion County Sheriff's Deputy. He was transported to the Oregon State Hospital, and after three months of restorative treatment, he was found fit to proceed. Upon his return to Marion County, he entered into a global plea agreement on May 12, 2020.

E. Case No. 21CR46350: On September 22, 2021, the defendant was arrested for assaulting his brother and pushing his mother in the presence of his six year-old niece. He was charged with Assault IV and Harassment, evaluated for fitness to proceed, and sent to the Oregon State Hospital for treatment. He was found fit to proceed four months later, and upon his return to Marion County, entered a plea in February 2022.

F. Case No. 22CR35776: On June 9, 2022, the defendant was arrested in a city park where he "cause alarm and placed several people in fear when he * * * was cussing, throwing an axe, and pointing at adults and children while holding the axe." He was again found unfit to proceed, and was treated at the Oregon State Hospital until he was found fit to proceed four months later in November of 2022.

G. Case No. 23C28431: On June 20, 2023, the defendant was arrested after assaulting three school employees on an elementary school playground. The accompanying declarations of Laurie Miller, Ashley Rochelle, and

4 – **DECLARATION OF ERIN K. OLSON IN SUPPORT OF MOTION TO INTERVENE**

Andrew Limbeck describe this incident. The defendant was found unfit to proceed on July 12, 2023, and sent to the Oregon State Hospital for treatment. He was discharged in January 2024, after six months of treatment that reportedly did not restore his fitness to proceed.

**I declare under penalty of perjury under the laws of the United States of America and the State of Oregon that the foregoing is true and correct.**

Dated: February 21, 2024.

*[signature]*

Erin K. Olson, OSB 934776

5 – DECLARATION OF ERIN K. OLSON IN SUPPORT OF MOTION TO INTERVENE

**EXHIBIT 1**
**Page 1 of 1**

# Criminal, Traffic and Parking Case Records Search Results

Skip to Main Content  Logout  My Account  Search Menu  Search Criminal, Traffic and Parking Case Records  Refine Search   Location : All Locations   Help

**Record Count:** 7
**Search By:** Defendant   **Exact Name:** on   **Party Search Mode:** Name   **Last Name:** velasquez*   **First Name:** Charly   **All** All   **Sort By:** Filed Date

| Case Number | Citation Number | Defendant Info | Filed/Location | Type/Status | Charge(s) |
|---|---|---|---|---|---|
| 19CR17968 | | Velasquez-Sanchez, Charly 1996 | 03/15/2019 Marion | Offense Felony Closed | Failure to Perform Duties of Driver-Property Damage<br>Failure to Perform Duties of Driver-Property Damage<br>Fleeing or Attempting to Elude a Police Officer<br>Driving Under the Influence of Intoxicants<br>Refusal to Take a Test for Intoxicants<br>Interfering w/ Peace/Parole and Probation Officer<br>Reckless Driving |
| 19CR56085 | | Velasquez-Sanchez, Charley Josh 1996 | 08/26/2019 Marion | Offense Misdemeanor Closed | Menacing<br>Menacing<br>Interfering w/ Peace/Parole and Probation Officer |
| 19CR68880 | | Velasquez-Sanchez, Charly Josh 1996 | 10/21/2019 Marion | Offense Misdemeanor Closed | Attempt to Commit a Class A Misdemeanor |
| 20CR08901 | | Velasquez-Sanchez, Charly Josh 1996 | 02/10/2020 Marion | Offense Felony Pending Fitness to Proceed | Assaulting a Public Safety Officer |
| 21CR46350 | | Velasquez-Sanchez, Charly Josh 1996 | 09/23/2021 Marion | Offense Felony Pending Fitness to Proceed | Assault in the Fourth Degree<br>Harassment |
| 22CR35776 | | Velasquez-Sanchez, Charly Josh 1996 | 07/26/2022 Marion | Offense Misdemeanor Pending Fitness to Proceed | Disorderly Conduct in the Second Degree |
| 23CR28431 | | Velasquez-Sanchez, Charly Josh 1996 | 06/15/2023 Marion | Offense Felony Pending Fitness to Proceed | Assault in the Fourth Degree<br>Assault in the Fourth Degree<br>Assault in the Fourth Degree<br>Criminal Trespass in the Second Degree |