

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | March 6, 2024 |
| Case Number: | 3:02−cv−00339−AN |
| Case Title: | Oregon Advocacy Center et al v. Mink et al |

**(A)   Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Michael W. Mosman to the Honorable Adrienne Nelson, United States District Judge. Information on this case may be obtained from the following:

Courtroom Deputy:   Jody Harper
503−326−8355
Email: jody_harper@ord.uscourts.gov

Docket Information:   Telephone: 503−326−8050

**(B)   Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)   Change to the Case Number:** Effective immediately, Judge Nelson's initials (AN) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:   Judge Nelson
Counsel of Record