# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Oregon

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:02-cv-00339-AN

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/19/2002

Date of judgment or order you are appealing: 03/06/2024

Docket entry number of judgment or order you are appealing: 

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
- ● Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Marion County, Oregon
Marion County Comissioners, in their official capacity

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ● Yes   ○ No

If yes, what is the prior appeal case number? 23-5516

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Jane E. Vetto          **Date** 3/29/2024

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Marion County, Oregon
> Marion County Commissioners in their official capacity

Name(s) of counsel (if any):

> Jane Vetto, County Counsel
> Counsel for Intervenor: James Bopp, Jr. (pro hac vice forthcoming)
> Eamon McCarthy Earls (pro hac vice forthcoming)

Address: 555 Court St. N.E., P.O. Box 14500, Salem, OR 97309; The Bopp Law

Telephone number(s): (503) 588-5220; Bopp Law Firm: (812) 232-2434

Email(s): jvetto@co.marion.or.us; jboppjr@aol.com; emearls@bopplaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> David Baden, in his official capacity as director of the Oregon Health Authority
> Dolores Matteucci, in her official capacity as superintendent of the Oregon State Hospital

Name(s) of counsel (if any):

> ELLEN F. ROSENBLUM
> Attorney General
> CARLA A. SCOTT #054725

Address: 100 SW Market Street

Telephone number(s): (971) 673-1880

Email(s): Carla.A.Scott@doj.state.or.us; Sheila.Potter@doj.state.or.us; Craig.M.

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                  1                                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Disability Rights Oregon, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON

Name(s) of counsel (if any):

Emily Cooper OSB #182254; Thomas Stenson OSB #152894; Jesse Merrithew OSB #074564

Address: Disability Rights Oregon

Telephone number(s): (503) 243-2081

Email(s): ecooper@droregon.org; tstenson@droregon.org; jesse@lmhlegal.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                                     2                                            New 12/01/2018