FILED

UNITED STATES COURT OF APPEALS

APR 29 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OREGON ADVOCACY CENTER; et al., | No. 23-35516 |
| Plaintiffs-Appellees, | D.C. No. 3:02-cv-00339-MO District of Oregon, Portland |
| v. | |
| PATRICK ALLEN, Director of the Department of Human Services, in his official capacity; DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity, | ORDER |
| Defendants-Appellees, | |
| v. | |
| MARION COUNTY, Proposed Intervenor, | |
| Movant-Appellant. | |

Before:  McKEOWN, W. FLETCHER, and OWENS, Circuit Judges.

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and records and the decisional process would not be significantly aided by oral argument.  Therefore, this case is ordered submitted without oral argument on May 8, 2024, in Seattle, Washington.  Fed. R. App. P. 34(a)(2).