Scott A. Norris, OSB# 913834
Sr. Assistant Legal Counsel
*snorris@co.marion.or.us*
555 Court Street N.E.
PO Box 14500
Salem, OR 97301
Telephone: (503) 588-5220
Attorney for Marion County

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID BADEN, in his official capacity as head of the Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital<br><br>*Defendants*. | 3:02-cv-00339-MO (Lead Case)<br>3:21-cv-01637-MO (Member Case)<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |
| JAROD BOWMAN and JOSHAWN DOUGLAS-SIMPSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOLORES MATTEUCCI, Superintendent of the Oregon State Hospital, in her individual and official capacity, DAVID BADEN, Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,<br><br>*Defendants*. | 3:21-CV-01637-MO (Member Case) |

Page **1** of **3** – **NOTICE OF SUBSTITUTION OF ATTORNEY**

NOTICE IS HEREBY GIVEN THAT Jane E. Vetto is withdrawing and Scott A. Norris is substituted as attorney for Marion County effective as of June 10, 2024.

By: /s/ Scott A. Norris  
    Scott A. Norris, OSB# 913834  
    Substituted Attorney for Defendant  
    Marion County

By: /s/Jane E.Vetto  
    Jane E. Vetto, OSB# 914564  
    Withdrawing Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Notice of Substitution of Attorney** upon interested counsel by the following indicated method on the date set forth below:

<u>XX</u>    By electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

___    By faxing a copy thereof to each attorney at each attorney's last-known facsimile number on the date set forth below;

___    By mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney's last-known office address listed above and causing it to be deposited in the U.S. mail at Salem, Oregon on the date set forth below;

___    By causing a copy thereof to be hand-delivered to said attorney at each attorney's last-known office address listed above on the date set forth below;

Dated this 10th day of June, 2024

/s/ Scott A. Norris
Scott A. Norris, OSB# 913834
Of Attorneys for Marion county
555 Court St. N.E., Suite 5242
PO Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Email: snorris@co.marion.or.us