```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF OREGON

 3   OREGON ADVOCACY CENTER,      )
     et al.,                      )
 4                                )
             Plaintiffs,          )   Case No. 3:02-cv-00339-AN
 5                                )
         v.                       )
 6                                )
     BOBBY MINK, et al.,          )
 7                                )
             Defendants.          )
 8   _____)
     JAROD BOWMAN, et al.,        )
 9                                )
             Plaintiffs,          )   Case No. 3:21-cv-01637-AN
10                                )
         v.                       )
11                                )   July 11, 2024
     DELORES MATTEUCCI, et al.,   )
12                                )   Portland, Oregon
             Defendants.          )
13   _____)

14

15

16                     Status Conference

17                TRANSCRIPT OF PROCEEDINGS

18          BEFORE THE HONORABLE ADRIENNE NELSON

19           UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25
```

1

2                              APPEARANCES

3    FOR PLAINTIFF
     DISABILITY RIGHTS
4    OREGON:                  Mr. David Boyer
                              Disability Rights Oregon
5                             511 S.W. 10th Avenue, Suite 200
                              Portland, OR 97205
6

7    FOR PLAINTIFF
     METROPOLITAN PUBLIC
8    DEFENDERS:              Mr. Jesse A. Merrithew
                             Levi Merrithew Horst LLP
9                            610 S.W. Alder Street, Suite 415
                             Portland, OR 97205
10

11   FOR THE DEFENDANTS:     Ms. Sheila H. Potter
                             Ms. Carla Scott
12                           Oregon Department of Justice
                             Trial Division
13                           100 S.W. Market Street
                             Portland, OR 97201
14

15   FOR AMICUS MARION
     COUNTY:                 Mr. Scott A. Norris
16                           Marion County Legal Counsel
                             555 Court Street N.E
17                           Salem, OR 97309

18   FOR AMICI JUDGES:       Mr. Keith M. Garza
                             Law Office of Keith M. Garza
19                           P.O. Box 68106
                             Oak Grove, OR 97268
20

21   FOR AMICI DISTRICT
     ATTORNEYS:              Mr. Billy Williams
22                           Best Best & Krieger LLP
                             360 S.W. Bond Street, Suite 400
23                           Bend, OR 97702

24

25

```
 1   FOR AMICUS OREGON
     CRIME VICTIMS LAW
 2   CENTER:                  Ms. Erin K. Olson
                              Law Office of Erin Olson, P.C.
 3                            1631 N.E. Broadway, Suite 816
                              Portland, OR 97232
 4

 5   FOR AMICI HOSPITALS
     AND HEALTH SYSTEMS:      Mr. Eric J. Neiman
 6                            Epstein Becker & Green, P.C.
                              920 S.W. 6th Avenue, Suite 1200
 7                            Portland, OR 97204

 8

 9   ALSO PRESENT:            Dr. Debra Pinals (by video)

10

11

12

13   COURT REPORTER:         Bonita J. Shumway, CSR, RMR, CRR
                              United States District Courthouse
14                            1000 S.W. Third Ave., Room 301
                              Portland, OR  97204
15                            (503) 326-8188

16

17

18

19

20

21

22

23

24

25
```

```
1              (P R O C E E D I N G S)
2            (July 11, 2024; 11:07 a.m.)
3                * * * * * * * * *
4        THE COURT:  Please be seated.
5        We're here in a consolidated case, Oregon Advocacy
6   Center, et al. versus Mink, et al., as well as the companion
7   case, Bowman versus Matteucci.  The lead case is
8   3:21-cv-01637-AN, and the companion case is 21-cv -- I don't
9   think I have that number, but I've referenced it and we'll
10  incorporate it.
11       I know we have a number of counsel present.  We will
12  start with the parties and then if they can identify, the
13  attorneys can put their appearances on the record and who they
14  represent, and then we'll begin.
15       I know we have a limited amount of time based on
16  everyone's schedule.  I am very appreciative of all the work
17  that was done to make sure that everyone who wanted to
18  participate could participate today within this one-hour time
19  limit.
20       And just so -- for the record, we do have the neutral
21  expert here available by video, Dr. Pinals, and I appreciate
22  you making yourself available as well.
23       So we'll start with the parties.
24       MR. MERRITHEW:  Good morning, Your Honor.  Jesse
25  Merrithew, representing Metropolitan Public Defenders.
```

1    THE COURT:  Thank you.

2    MR. BOYER:  Good morning, Your Honor.  Dave Boyer,

3    representing Disability Rights Oregon.

4    THE COURT:  All right.

5    MS. SCOTT:  Good morning, Your Honor, Carla Scott

6    from the Oregon Department of Justice for the Oregon Health

7    Authority and the Oregon State Hospital.

8    THE COURT:  All right.

9    MS. POTTER:  Good morning, Your Honor.  Sheila Potter

10   from the Oregon Department of Justice for the same defendants.

11   THE COURT:  All right.

12   MR. NORRIS:  Good morning, Your Honor.  I'm Scott

13   Norris for Amicus Marion County.

14   MR. WILLIAMS:  Good morning, Your Honor.  Billy

15   Williams on behalf of the three Amici district attorneys:

16   Kevin Barton from Washington County; Paige Clarkson, Marion

17   County; and John Wentworth of Clackamas County.

18   THE COURT:  Okay.

19   MR. GARZA:  Good morning, Your Honor.  Keith Garza.

20   I represent the three amici state court judges.

21   THE COURT:  And those are?

22   MR. GARZA:  Those are Judge Nan Waller, Presiding

23   Judge Jonathan Hill, and Judge Matthew Donohue.

24   MR. NEIMAN:  Good morning, Your Honor.  I'm Eric

25   Neiman, appearing for amici hospitals and health systems:

1    Legacy Health, Providence Health & Services, PeaceHealth,

2    St. Charles Health System.

3            THE COURT:  All right.

4            MS. OLSON:  Good morning, Your Honor.  Erin Olson on

5    behalf of the Oregon Crime Victims Law Center, crime victims

6    amici.  Ms. Brewer, the executive director, is in the courtroom

7    as well.

8            THE COURT:  I see we have a number of people present.

9    Thank you.

10           So I am not the judge that started with the case in

11   2002.  I am not the case -- the judge that started the case as

12   it has continued after that time.  It has been reassigned to

13   me.  And I know that there have been a number of things that

14   have happened even since the time I've been involved, since the

15   winter.  And I appreciate the hospitals and health systems for

16   being involved even though -- and I understand that there is a

17   mediation scheduled for the end of August that I believe

18   everyone will participate in.

19           But what I would like to know is from each of the

20   parties, and then I'll hear from amici, kind of give me an idea

21   of where you think you are and what is needed to comply with

22   the orders that are currently in place specifically around what

23   the expert has indicated as legislation that needs to be put

24   into compliance, particularly for the Health Authority and the

25   State Hospital.

1    And I'm going to take notes as quickly as I can, but

2    I may have to say, "Can you stop, can you slow down and

3    repeat."  I want to give you two minutes, because I want to

4    have time to have further discussion if needed.

5    MR. MERRITHEW:  Thank you, Your Honor.  Again, Jesse

6    Merrithew representing Metropolitan Public Defender.

7    I think if you look at the history of this case over

8    the past 23 years, what you'll see is that over that time the

9    State has largely gained compliance when it fell out of

10   compliance, not by expanding capacity either in the community

11   or at the hospital, but by putting checks and restrictions on

12   who can access the hospital, and by rearranging who they -- the

13   hospital was providing services to.

14   So it used to be that a significant portion of the

15   hospital was taken up by civil patients, and that's no longer

16   the case.  Now most of the hospital is taken up with what they

17   call the criminal population, and early on, in 2018-2019, and

18   even into 2020, when this case restarted, what the hospital was

19   doing was shifting that even further to make it more and more

20   the hospital is being used by this criminal population.

21   And then we regained compliance recently after

22   Dr. Pinals came in by placing court-ordered restrictions on who

23   can come into the hospital.

24   THE COURT:  I understand they've not been in

25   compliance for months.

1          MR. MERRITHEW:  That's correct, Your Honor.

2          So now that worked for a time, and it has ceased

3    working and the numbers are continuing to go in the wrong

4    direction, and that's all driven by referrals.  More people are

5    being ordered into the hospital than can be discharged from the

6    hospital, and so the wait times are increasing.

7          In order to truly get at the problem, that referral

8    number has to go down or capacity has to go up.  I think it's

9    really that simple.  And our preference is that the referral

10   numbers go down, and that they go down by more folks getting

11   treatment in the communities that they live in rather than

12   being sent to the hospital, because that's what the clinicians

13   say is the most appropriate way to get people to recovery and

14   sustained recovery from their mental illness.

15         We were hopeful that when the additional restrictions

16   were placed by Judge Mosman, that that would give the State

17   time to start delivering those services and that those

18   referrals would go down and then eventually we could remove the

19   restrictions or alter them in some way, or at least the

20   legislature could come in and decide how they wanted to do it.

21         That's not happened, and so now we're back in the

22   position that we were before, with people waiting too long in

23   jail to get to the hospital, decompensating in jail, suffering

24   harm in jail.  State court judges around the state are getting

25   frustrated again because the State is not in compliance and

```
 1  we're going to need new solutions.
 2          I continue to view this Court's ability to address
 3  the problem as largely a bandaid until the legislature does
 4  what it needs to do and fully funds a functional behavioral
 5  health system in the state, but I expect that we will be back
 6  in front of Your Honor suggesting more mandates in the near
 7  future.
 8          THE COURT:  All right.  Thank you.
 9          MR. BOYER:  Dave Boyer again from Disability Rights
10  Oregon.
11          I agree with everything Mr. Merrithew says.  We're
12  also concerned about the fact that many people are at the State
13  Hospital for extended periods of time due to a lack of
14  community residential placements.  We have, I think, at the
15  last count, 51 people under a GEI at the State Hospital, 51
16  people that no longer need a hospital level of care, averaging
17  about 190 days waiting for a placement in the community mostly.
18          We're also -- also concerned about community
19  restoration and how that system is being used.  We support
20  Dr. Pinals' recommendation that that be limited in time, and I
21  think that would take some of the burden off as well.
22          THE COURT:  Thank you.
23          MS. SCOTT:  Carla Scott for defendants.
24          Your Honor, would you like a brief update on the
25  compliance status?
```

```
1              THE COURT:  I would, yes.

2              MS. SCOTT:  Thank you.

3              From July of 2023 until May of 2024, the State

4    Hospital was in compliance within the seven-day time frame, due

5    in large part to Dr. Pinals' recommendations and the work being

6    done towards meeting those recommendations, and also the limit

7    on entering the hospital and expediting discharges from the

8    hospital, pursuant to Judge Mosman's orders.

9              THE COURT:  All right.

10             MS. SCOTT:  In May, we received an unprecedented

11   amount of new commitment orders.  We received 122 new orders.

12   Normally, we receive somewhere between 70 and 90 orders a

13   month.  So beginning at the end of May, because of the

14   unprecedented crush of new orders, the State Hospital began

15   being unable to admit aid-and-assist patients within the

16   seven-day time frame.  We don't have any GEI patients who we

17   have not admitted, it's just aid-and-assist patients we're

18   talking about right now.

19             Given that noncompliance, the State is now facing

20   contempt actions in state courts.  In Washington County this

21   morning, there were two show cause hearings and we were found

22   in contempt, even though the hospital had already admitted the

23   defendants at issue.  We have -- state court judges, we expect,

24   will continue to encourage defense attorneys and prosecutors to

25   seek to hold us in contempt.
```

1    It is a drain on both the hospital and the Oregon

2  Health Authority's resources.  Both the director of the Oregon

3  Health Authority and the interim superintendent of the hospital

4  were hailed into court this morning and only released about 20

5  minutes before the hearing was set to begin.  They were

6  otherwise --

7    THE COURT:  In Washington County?

8    MS. SCOTT:  Yes.

9    THE COURT:  Is this happening in other counties?

10    MS. SCOTT:  Not yet, but we expect it to.  Well, we

11  do have one contempt finding in Marion County that happened a

12  couple weeks ago, slightly different circumstances.  That case

13  is now on appeal.

14    THE COURT:  I see.

15    MS. SCOTT:  So to your question about how do we

16  return to compliance, we need to continue to work with

17  Dr. Pinals' recommendations.  My clients are working hard in

18  particular on the ready-to-place list for the aid-and-assist

19  population.  The Oregon statutory scheme is designed for

20  restoration services to be received in the community when a

21  hospital level of care is not required.  We currently have 53

22  aid-and-assist patients on that ready-to-place list, and so we

23  are really focusing our efforts there.

24    Mr. Boyer talked about those that no longer need a

25  hospital level of care for the GEI population.  That's a little

more complicated.  While the hospital might have sent a notice

that they don't need a hospital level of care anymore, they

remain under the jurisdiction of the PSRB, who have a series of

hearings and contested case proceedings that have to proceed

before the patients are discharged.

We are ready and willing to talk to all stakeholders

about whatever steps the State can agree to to return to

compliance.

THE COURT:  All right.  Thank you.

I'll hear from you.

MR. NORRIS:  For Marion County's part, our concern is

the impact on both the public health system and the law

enforcement for people who have been returned from the hospital

and --

THE COURT:  When you say "law enforcement," kind of

help me understand.

MR. NORRIS:  The impact on public safety.

THE COURT:  All right.

MR. NORRIS:  And specifically law enforcement

resources associated with individuals returning from the State

Hospital.

THE COURT:  But that's not necessarily part of the

litigation itself?

MR. NORRIS:  But it is --

THE COURT:  I'm just trying to --

```
1            MR. NORRIS:  It is a direct result.

2            THE COURT:  I understand.  Litigation often has

3    results, but I'm just trying to make sure I focus on the

4    original complaint that has continued.

5            MR. NORRIS:  Yes.  We -- that is the County's

6    interest in this situation.  In short, we don't want -- we're

7    concerned about the parties -- the resolution of the parties

8    becoming the County's problem.

9            THE COURT:  In terms of?

10            MR. NORRIS:  In terms of -- in terms of public safety

11    to those who come out of the State Hospital and in terms of the

12    impact on the public health system.

13            THE COURT:  So how would that be different than any

14    other type of legislation or decision that would be made in a

15    court or the legislature?  Often it has layers in it, and so

16    I'm just trying to see.

17            MR. NORRIS:  Well, it's the direct result of the

18    decisions that are made by the parties in this litigation is

19    having impacts at the local level.

20            THE COURT:  All right.  Is that it?

21            MR. NORRIS:  That's it.

22            THE COURT:  All right.  Fair enough.

23            MR. WILLIAMS:  Good morning, Your Honor.  Billy

24    Williams on behalf of the district attorneys.

25            A variety of things, but let me start with the fact
```

1    that going back to when we joined in late August of 2022 with

2    other counsel, what we have been working on is bringing all

3    possible stakeholders to the table to discuss options, not just

4    compliance, which is incredibly difficult and at times seems

5    impossible, but in order to solve the problem, it's our view

6    that you got to have folks at the table who can address the

7    issues and be able to hopefully at some point offer advice and

8    then -- for the next legislative session, for instance, because

9    the fact of the matter is the reason this has gone on for so

10    long -- this has been well documented in some very good media

11    coverage since I've been involved since August of '22.  I keep

12    a folder of all of the media stories, because I go back to

13    them.  There's some great historical perspectives that have

14    been offered.  And one of those, the common takeaway from all

15    of that coverage, and based on statements that have been made

16    in court in various matters, is the system is in crisis, has

17    been for a long time.  There's insufficient bed space at both

18    the state level, and insufficient resources and space, however

19    that is defined, at the county level.  So here we are now

20    almost 24 years later, and nothing has been fixed.  Otherwise,

21    we wouldn't be here, right?

22            So we had a great experience a year ago through

23    mediation with Judge Beckerman that led to some amendments that

24    were adopted by Judge Mosman, including the safety valve for

25    violent felons.  We're gearing up for another round of

1   mediation, some sharing of ideas that we've already as a group

2   of stakeholders done some preliminary discussion.  But the fact

3   of the matter is there's going to be pushback when it comes to

4   whatever is recommended to the legislature.  As far as I know,

5   there's two different work groups currently in play coming up

6   with recommendations.  I know District Attorney Barton and

7   Judge Waller serve on one of those work groups.

8            THE COURT:  Are there other representatives from the

9   stakeholders in the other group, other committee?

10           MR. WILLIAMS:  As far as I know, the one that

11  Mr. Barton and Judge Waller participates on, there are several

12  members from OHA on, and Jesse Merrithew is on that as well.

13           THE COURT:  But the other committee, no one?

14           MR. WILLIAMS:  I'm not totally aware.  I was advised

15  there was another one in a conversation a week ago.  So I'm not

16  familiar with that particular subcommittee.

17           But the fact of the matter is there's -- I think it's

18  fair to say there's going to be pushback on adopting --

19           THE COURT:  Pushback from whom?

20           MR. WILLIAMS:  From participants in this group.

21           THE COURT:  That's what I'm trying to understand.

22           MR. WILLIAMS:  Pushback in terms of specific

23  timelines, whether or not to adopt the timelines in what's been

24  referred to as the Mosman order.  There's a question of

25  resources again at the state and county level.

1          But all this to say what's been positive about this
2    is ongoing discussion.  Not everybody is going to agree.  We
3    need to know what the resources are.  But the Oregon state
4    mental health system is, in fact, in crisis, and it has been.
5    Judges need more options.  Victims need to be recognized in
6    this process, public safety, which counsel has already
7    addressed, in the community.  So none of this is new.  What
8    needs to be new is somebody to fix it so that the State isn't
9    reporting to the federal court, trying to come into compliance.
10   So that's a tall order.  There's a lot of things at issue.

11         I just got last night a copy of the most recent
12   report on the system.  It's 129 pages.  Haven't been through it
13   yet.  It's a follow-up to a report released earlier in the
14   year.  But I say all this because I don't want to lose sight of
15   the fact that everyone wants the State to be in compliance so
16   that they satisfy the Court's orders.  Honestly, that's not
17   going to happen until the State does something to fix the
18   problem.  That's my assessment of it.

19         And again, the good part is -- and I include
20   Dr. Pinals in this -- is working on real issues.  And it's not
21   just numbers, it's capacity and resources and bed space, which
22   I read even in an argument made by the State in a recent Ninth
23   Circuit case, there's insufficient capacity at the State
24   Hospital.  With the three-legged stool of things we're dealing
25   with between substance abuse disorders and homelessness and

1  mental illness in the state, like other states -- we're not the

2  only state, but we're not set up to deal with it and we need to

3  take that step and the legislature has to work, and ultimately

4  the governor has to make a step forward.

5          That's my assessment.

6          THE COURT:  Fair enough.  Thank you.

7          MR. GARZA:  Good morning again, Your Honor.  Keith

8  Garza for the amici state court judges.

9          Let me begin by acknowledging kind of the unusual

10  circumstance of having a cadre of state court judges

11  participating in ongoing active federal litigation, and maybe

12  give you a little bit of the back story.

13          In August of 2022, Judge Mosman entered an order

14  that, among other things, enjoined state court contempt

15  proceedings against OSH and OHA officials in this particular

16  context, and that was viewed with, you know, enough

17  significance that the judicial branch collected some judges

18  together and they hired me to represent their interests --

19          THE COURT:  Collectively?

20          MR. GARZA:  Collectively, yes, those judges, joint

21  representation with the goal of having the injunction against

22  state court contempt proceedings removed.

23          And ultimately, in October of 2022, that happened.

24  But in the interim, we also, as many other parties -- well,

25  interested entities were seeking amici status, the judges did

1    as well, and Judge Mosman granted that.  And from that point

2    forward, we have been trying to provide the Court with answers

3    to questions that it had asked and attempting to provide kind

4    of the -- what we see as the unique judicial perspective on

5    this.  By statute, judges are assigned the responsibility of

6    making these determinations about the commitment, and on the

7    back end, where these individuals go upon discharge from the

8    State Hospital.

9            And I think -- I can't remember who mentioned it -- I

10   think it was Ms. Scott -- about the frustration that judges are

11   feeling now.  They have been since the entry of the first

12   remedial order in September of 2022.  And primarily the concern

13   is that the statutes vest in the judges a lot of discretion as

14   to what to do, but functionally, with the lack of resources,

15   particularly with respect to community restoration at the back

16   end, it becomes very difficult to exercise discretion in any

17   meaningful way because there's simply no resources available

18   that are appropriate for a number of these discharged

19   defendants to be sent to.

20           I think at the end of the day, Mr. Merrithew's logic

21   that either the referrals have to go down or capacity has to go

22   up is correct.  I don't see that there's any way around that.

23   I think that the plaintiffs have preferences, Mr. Merrithew

24   stated, to have the referrals go down.  I think the policy of

25   the State of Oregon suggests a different emphasis, you know,

1   because under state law, which has now been kind of overwritten

2   by this Court in its remedial orders, you can have up to three

3   years or the maximum extent of the penalty for the charge

4   that's at issue for which the State has the option of trying to

5   continue to restore these defendants so they can aid and assist

6   in their defense and the prosecution can continue.

7           And so, you know, that seems to reflect a significant

8   investment, and so long as the State can do that in respect and

9   not violate defendant's constitutional rights, you know, that

10  seems to be kind of the question about does capacity really

11  need to -- going up really need to be kind of an elemental part

12  of the discussion going forward.

13          And so, you know, that's more of a policy question.

14  And again, you know, because of the role that they play in this

15  whole process, we've tried to, as much as possible, kind of

16  limit our participation to providing the assistance that the

17  Court wants, consistent with the judicial function.

18          And you'll see that, for example, when the amended

19  remedial order came out in July of last year, although the

20  judges participated in the mediation, they did not believe it

21  would be appropriate for them to make recommendations to the

22  Court or to support recommendations that might otherwise affect

23  or impact existing Oregon law, because that's not their job.

24          THE COURT:  Fair enough.

25          MR. GARZA:  Thank you, Your Honor.

1     MR. NEIMAN:  Good morning again, Your Honor.  Eric
2  Neiman for the hospitals and health systems which became
3  involved in this case in September of 2022, at the same time
4  that they filed a separate lawsuit --
5     THE COURT:  Right.
6     MR. NEIMAN:  -- against Oregon Health Authority.
7  That case has been in the Ninth Circuit for a year.
8     THE COURT:  But it's recently been remanded.
9     MR. NEIMAN:  It's been remanded but apparently not
10  reactivated, as far as we can tell.  So I'm curious about the
11  status of that case, which is 6:22-cv-01460-MO.
12     THE COURT:  I have no idea.  It is not on my docket.
13  It is not a part of the cases that have been assigned to me, is
14  what I can tell you.
15     MR. NEIMAN:  So we are prepared to return to work on
16  that case.
17     THE COURT:  Understood.
18     MR. NEIMAN:  Which involves --
19     THE COURT:  And you will participate in the mediation
20  scheduled in August?
21     MR. NEIMAN:  Yes, yes.
22     This case involving the forensic or criminal system
23  sits within the context of the larger mental health system,
24  which is quite dysfunctional.  I think everybody in this
25  courtroom would agree with that.  And this case focuses on the

1    State Hospital and people discharged from the State Hospital.

2    The hospitals and health systems in the community which we

3    represent are here to offer their perspective on issues that

4    are arising in this case having to do with things like what

5    they see in the community and patients who are discharged from

6    the State Hospital who are unstable and end up in our emergency

7    departments.

8            More significantly, though, is the fact that the

9    State Hospital is now almost fully occupied, or 95 percent

10   occupied by patients in the forensic system, aid and assist,

11   and guilty except for insanity.  There are approximately 680

12   beds in the State Hospital, 30 or fewer civilly committed

13   patients compared to just 15 years ago, when there were 200

14   civilly committed patients.  The numbers of people who are

15   civilly committed in Oregon have not significantly gone down,

16   and that raises the question of where people who are civilly

17   committed are going for treatment.  The answer is that they are

18   largely going to community hospitals, which are -- for

19   long-term treatment, which are not equipped or right for

20   long-term treatment.  To me, the hospitals' own lawsuit against

21   OHA addresses what we believe is a constitutional deficiency in

22   the resources and beds of civilly committed individuals, which

23   is, in part -- in large part a function of not just what's

24   going on in the State Hospital, but underinvestment over

25   generations in the State's mental health system.

1          So we are here to offer information to the Court, to

2     participate in mediation, to provide technical expertise, and

3     our input and perspective on the issues involved in the Mink

4     and Bowman cases, but our belief is that those issues have to

5     be dealt with in the context of the entire system, including

6     civilly committed patients, which is what the other lawsuit is

7     about.

8          And I'm happy to answer any questions that the Court

9     has.

10          THE COURT:  I don't have any right now.  I may in a

11     minute, but not right now.

12          I want to hear from the crime victims.

13          MR. NEIMAN:  Very good.  Thank you.

14          MS. OLSON:  Thank you, Your Honor.  I will be brief.

15          The Oregon Crime Victims Law Center asked to

16     participate for very limited reasons, and that is to ensure

17     that crime victims' rights that are constitutional in nature

18     are recognized, the rights to notice, the rights to reasonable

19     protection.  So I don't have anything to offer you on where we

20     are in terms of the capacity issues and the restoration limits

21     and things like that, and not anything to offer on how to come

22     into compliance with the State's order, but we do hope to ask

23     for some modifications to the order to -- particularly the

24     safety valve and to ask for some additional recognitions of

25     victims' rights, including the rights to notice, so that some

1   of the recent occurrences will not reoccur.  So --

2            THE COURT:  Okay.  Thank you.

3            So to the stakeholders, I appreciate your giving me a

4   very summarized perspective, but it's clear to the Court coming

5   in at this juncture that with the acknowledgment that the

6   system, however you want to describe it, is overburdened,

7   strained, deficient, the different adjectives that have been

8   used to describe, where do you feel or where do you see -- not

9   where do you feel.  Where do you see your perspective in

10  compliance?  Because I understand that there's a limited amount

11  of resources.  Then how do they get assessed, in particular for

12  Marion County?  If you know that the State has not enough

13  resources, people have to be taken care of or it will go to the

14  next level, which would be county, if it would be regional, it

15  would be regional, and then local.  And, quite frankly, county

16  can be seen as local.  Not putting you on the spot, but just

17  trying to understand.  If you know you have a limited amount of

18  resources and you know you have all these things that you have

19  to achieve, is there a willingness to be creative in terms of

20  negotiate -- not necessarily negotiations, discussions and

21  considerations?  Because the Court has the litigation it has to

22  address, but I would like to know from the stakeholders,

23  because I think that the stakeholders' voices need to be

24  involved, and I appreciate everything.  We're still missing

25  some.  We don't know exactly what the legislature will do, and

1    that's a huge component, because if they make this a priority

2    and fully funded it, maybe no one would be here.  But I'm not

3    sure that that is going to be the result of the committee.

4         So I'm curious about that.  I'm going to give you a

5    moment to think about that.

6         I'd like to know from the parties, in light of the

7    recommendations that are in place -- and, again, I believe that

8    Dr. Pinals' involvement has been critical to the success that

9    has been achieved thus far.  Do you believe that -- because I

10   went through the report and what needs to be done.  Can it be

11   achieved before the end of this year?

12        I think I have an answer, but I want to hear from

13   everyone else.  In full disclosure, the reason I'm asking is

14   because I prepared -- when I was reassigned this case and I

15   started to prepare, around September, the Court has to make

16   some decisions about continuing the neutral, the neutral

17   expert, and we're in July.  So it's coming.

18        MS. SCOTT:  Carla Scott for defendants.  Your Honor,

19   that's an excellent and very tough question.

20        THE COURT:  Understood.

21        MS. SCOTT:  We -- given the crush of orders that came

22   in May, right now we don't have projections showing a

23   likelihood of returning to compliance by the end of the year.

24   That's not saying it's not possible.  If orders drop

25   significantly, we can move the ready-to-place list.  We have

1    spent significant funds to the counties to build up capacity in

2    the counties.  That's going to take some time.  But that really

3    is the end goal to solve the problem.  But I don't have an

4    exact answer to your question.  It's not looking likely, but

5    it's still possible.

6              THE COURT:  Well, that's an answer.

7              Would anyone else like to share a perspective?

8              MR. BOYER:  Your Honor, I'd like to be optimistic,

9    but, I mean, the trajectory of the case doesn't seem to be

10    going in that way.  We are optimistic that the money allocated

11    by the legislature will be used for community placements,

12    but --

13              THE COURT:  How much money was allotted?  And it

14    doesn't have to necessarily be you, it could be anyone who

15    knows.  And how much increase in capacity did that increase in

16    funding give?

17              MS. SCOTT:  Your Honor, Carla Scott again.  I don't

18    have any clients with me today who would know.  I know people

19    who would know the answer to that question, and we can

20    certainly submit something to you in writing.

21              THE COURT:  I would like to know that answer.  I

22    would like to know.  I think it would be helpful information to

23    have.

24              MS. SCOTT:  Perhaps we can do a status report.

25              MS. POTTER:  If memory serves, in the last session,

1  there was a lot.  I want to say it was something like

2  $120 million.  There's a lot of money that went out.

3          DR. PINALS:  Your Honor, may I speak?

4          THE COURT:  Yes, Doctor.  Yes.  Thank you.

5          DR. PINALS:  Hi.  I just want to thank and appreciate

6  all the amici and the parties for their words and helping to

7  put some details on what their perspectives are.

8          One of the recommendations was to have more

9  transparency about the spending.  I believe there is still a

10  website available that gives that information about the

11  expenditures and what that has done around community

12  augmentation.

13          I think the question of capacity is very complicated,

14  because there's also the question of capacity for what.  So

15  there's different capacities for GEI, for community

16  restoration, and then for straight services for people that

17  aren't tied up in the forensic system, and it's all kind of --

18  these are all humans passing through these different legal

19  statuses with longer-term needs than just through a restoration

20  process.  So that's something that we're continuing to -- I'm

21  continuing to push on and the State is trying to build out, is

22  a greater flexibility of use of funds to be able to serve

23  people longer term.

24          THE COURT:  Thank you.

25          Yes?

1          MR. MERRITHEW:  I just have one other comment to add

2    to that, Your Honor, which is that from our perspective, the

3    questions that you're asking are the correct questions, and the

4    other question that needs to be asked is would more money

5    create more capacity.  If everybody agrees that capacity is the

6    issue, and the answer to that question is yes, then I think

7    under the doctrines of comity and federalism, that would be the

8    place the Court should go to first in ordering the State to

9    spend more money, if that's what's necessary.

10          THE COURT:  Okay.  And you say that because?  Kind of

11   give me an idea of why you're taking that perspective.

12          MR. MERRITHEW:  From our perspective, we've been

13   reluctant to ask the Court to order the State to spend money on

14   capacity, because we view that as very much beyond our pay

15   grade in terms of -- and we don't want to create unintended

16   consequences, where money is just dumped into the community

17   that doesn't produce those results.  And so I've been

18   repeatedly asking our -- all the stakeholders that same

19   question in hopes that somebody can give a definitive answer

20   that, you know, essentially tells the Court, yes, if you write

21   a check for this amount of money to this place, then it will

22   increase capacity and reduce the number of constitutional

23   violations that are occurring.

24          THE COURT:  Okay.

25          DR. PINALS:  And, again, if I can speak?

1          THE COURT:  Yes.

2          DR. PINALS:  It does sound like sort of an easy thing

3   of just putting money out there.  There has been money that has

4   gone out to the communities, and I believe the State has an

5   intention of reviewing again how that money was utilized with

6   regard to aid-and-assist work.

7          I meet regularly with the community mental health and

8   the CMHPs as well, and it is a very complicated formula of

9   where the money goes and then also whether there's staffing to

10  support where the money goes.  So as programs have opened,

11  there have also been closures related to staffing.  So getting

12  those numbers -- it's not just where do people go as if, you

13  know, pillows and beds are the only thing that matters.  It's

14  really the human services supporting people with complex

15  conditions.

16         So I think -- I think there's some sense of, you

17  know, the solution being building up beds.  That may be part of

18  it, especially in community-based beds like SRTF and other

19  services, but there's more that needs to happen that I believe,

20  you know, the State is going to do -- need to do some more

21  drilling down with the communities and seeing where that money

22  has gone and what more is needed.

23         THE COURT:  Do you know how much time would be needed

24  to gather that information to know if it's the right direction,

25  the right amount?  Because I'm curious about timelines.

1          DR. PINALS:  Yes.  I think that the State, OHA's

2    Intensive Services Unit would have the ability to look at the

3    funding that went out for aid and assist and get feedback back

4    from them about.  And they should be monitoring that money

5    anyway, so they should have some information available about

6    how that money was spent.  The communities had an opportunity

7    to ask for money, and then the communities asked for different

8    things that they thought they needed to manage the population.

9    Some asked for evaluator money, some asked for money to build

10   out, you know, kind of housing supports.  They all asked for

11   different things that they thought that they would need to help

12   improve the population.  And so I think there could be a report

13   out from the communities back to the State around where they're

14   at with that.  And, again, that should be being monitored

15   anyway.

16          But as I said from the very beginning, I still

17   believe that part of the issue for capacity of moving people

18   out of the State Hospital is that long periods of beds are

19   taken up in community restoration services that aren't serving

20   the value of restoration, and so if one of the issues is the

21   flow through the system as much as it is capacity in the

22   system, if there's no flow, it's not going to work anyway.  So

23   until there's limits on community restoration, there's going to

24   be a logjam getting out of the hospital as well.

25          THE COURT:  Yes?

MR. NEIMAN:  In terms of dollar estimates, we have a
study commissioned by the Oregon Health Authority done by the
Public Consulting Group, which I'm calling the PCG report,
which has been out for two weeks.  I don't know that everybody
has had an opportunity to read it and absorb it and assess the
impact because it's dense, but it is an important document for
everybody in this room in starting to put a dollar figure on
what it's going to cost to build out adequate capacity and an
assessment of what that capacity should be.

That's available to the Court if you don't have it
yet.

THE COURT:  All right.  I don't have it and I'm going
to get it.  So thank you.

I want to be mindful of the time because I know that
we have a hard stop at noon for at least one of the set of
attorneys.

Understanding that, in my mind, eight hours for
mediation is not going to resolve anything, it will be the
beginning of a continued conversation, I'd like to consider
having another status conference somewhere around mid to late
October.  And I'm curious if that is something that is
reasonable or if you think it needs to be pushed back into
November.  And if the time frame works, I would -- as we did to
schedule this status conference -- have my staff work to find a
mutually agreeable time.

1          And with that also I'm wondering, we were under a

2    time frame, a limited time frame.  I wanted to get in,

3    introduce myself to everyone.  I am familiar with almost

4    everyone, all of the counsel, so it's not as if we're starting

5    from the beginning.  But I am new to the case.  And I wanted to

6    make sure that we had adequate time to discuss issues that the

7    Court had questions about, as well as to address issues that --

8    not just the parties but the stakeholders have as well.

9          So I'm curious if you think an hour is enough or if

10   we should expand the next status conference beyond an hour, and

11   if so, how much time.  And I'll give you some time to think

12   about it.  And then whomever has an answer may stand up -- or

13   perspective.  Because I'm going to be very careful with the

14   word "answer," that one person has to come up with an answer,

15   because the one person that has to is me, and I recognize that.

16         MR. MERRITHEW:  Your Honor, recognizing that the

17   mediation will happen in August, that the State is out of

18   compliance, and they're forecasting that we're likely going to

19   be asking the Court to do something, I expect that, given the

20   different perspectives in this room, that something, no matter

21   which way it goes, is going to be divisive with somebody, and

22   the Court will have to make a decision about what to do with

23   that.  So I would suggest that more time is probably necessary.

24         THE COURT:  Okay.

25         MR. MERRITHEW:  And I think the Court also mentioned

1  that Dr. Pinals' reauthorization was in September, so --

2        THE COURT:  It was definitely early fall is what I

3  would say.  Because I think you have to make a -- a decision

4  has to be made before the end of December.

5        MR. MERRITHEW:  Mindful of those two things, I would

6  suggest that getting something on the calendar to address the

7  reauthorization and the expected -- any expected dispute

8  between the parties and amici about potential new remedial

9  orders, I would -- I don't know how much time you want to block

10  off on your own calendar.

11        THE COURT:  I don't have a lot of time.  I'm in a lot

12  of trials in the fall.  It just is the nature of what happens,

13  and I -- but I will make time.  I mean, I will make time.

14  That's why I'm asking.  And if we know some time frames, we can

15  then work within it.  So it sounded like you think October is a

16  bit optimistic, so you're going for something later.

17        MR. MERRITHEW:  No, I wasn't suggesting that October

18  was too optimistic in terms of when to be back in front of the

19  Court.  I was suggesting an hour is too optimistic.

20        THE COURT:  Yes, yes.  And are you suggesting two

21  hours?  Three hours?

22        MR. MERRITHEW:  I think, with the number of lawyers

23  involved in this case, we would fill whatever time you gave us.

24        THE COURT:  I have been impressed with how much

25  restraint has been exhibited this morning.  So I do recognize

1    you will meet whatever timeline requested, but I would think at

2    the minimum -- I believe a three-hour hearing is probably what

3    is required.

4         Anyone else have any -- anything to share?

5         (No response.)

6         MS. SCOTT:  Your Honor, this is Carla Scott.

7         If Dr. Pinals' continued work with the Court is not

8    time-limited, it's just Judge Mosman's order that is --

9         THE COURT:  That's right.

10        MS. SCOTT:  And so I just wanted to build in prior to

11   the hearing some sort of opportunity for a briefing schedule I

12   think would be helpful.  But we're here to fill whatever time

13   the Court gives us, but I think we want to build in some time.

14   I think plaintiffs might be filing some sort of motions ahead

15   of that hearing.

16        THE COURT:  Okay.

17        MS. SCOTT:  So whatever time they might need and

18   whatever time the Court will allow us, we will participate.

19        THE COURT:  The Court will allow for a briefing

20   schedule.  I was just trying to get an understanding as to how

21   long a hearing would be, and then I just put out October, and

22   then looking at my calendar, that is so unrealistic.  It's

23   really late October or November.  But I'm trying to match

24   the -- what everyone is saying moving forward.

25        So we'll do this.  I will find some dates in -- well,

```
1    let me ask you this before I say this.  Where does any
2    potential legislative recommendations fit into this timeline?
3    Because I understand there have been one, maybe two work
4    groups, committees, but there's also, when I was reading, there
5    has not been anything filled in about what's being suggested or
6    recommended from the legislature.  And I know that by that
7    time, in anticipation for the upcoming legislative session,
8    things will have to be submitted.
9              MR. MERRITHEW:  Yes, Your Honor.
10             I can only speak to the -- what's being called the
11   Mink work group, which is the time limitations work group which
12   I'm on.  And that has not come to any conclusions.  I believe
13   that they've already filed for whatever they need to do.  I
14   think it's a placeholder bill number so that there will be a
15   bill that comes out of that that gets submitted.  But nothing
16   is going to take effect until the regular session, and so far
17   too far in the future, from our perspective, in terms of
18   compliance with the Court's orders.
19             MS. POTTER:  Yes, Your Honor.  I think as long as
20   there's been a placeholder, the important thing is that there
21   is a -- something has gone in saying there's going to be --
22   there's going to be something here, and we're going to be
23   asking generally for legislation in this area.  And then that
24   can be modified as work groups work on it and as people weigh
25   in, sometimes, you know, right up to the last day of the
```

1  session.

2          THE COURT:  Absolutely.  Understood.

3          MS. POTTER:  As you may recall.

4          THE COURT:  Understood.

5          What I think I'm going to do is ask for some dates

6  that week of November 18th.  And that will be before the

7  Thanksgiving weekend.  I brought my calendar in.  And I think

8  that would give enough time to set up a briefing schedule, to

9  figure out if a motion is going to be filed, to allow more than

10  one session.  I don't know how many sessions for mediation,

11  continued conversations for people to be updated as reports

12  continue to come out.  And if we can't find agreement, then try

13  to find something in December, because I would like for us to

14  come together again before the end of the year.

15          I think I have less than a minute before we hit noon.

16  Is there anything else we should address?

17          MS. SCOTT:  One last thing.  Given the new contempt

18  cases that we're seeing in state court, can we have a process

19  to mediate some of those disputes with Judge Beckerman before

20  we bring them to you?

21          THE COURT:  Yes, yes.

22          MS. SCOTT:  I just wanted to make sure that that

23  option is still on.

24          THE COURT:  It is.  All of those options to work with

25  Judge Beckerman as a mediation judge remain and are encouraged.

1          Thank you all.  Court is adjourned.

2          (Proceedings concluded at 11:59 a.m.)

--o0o--

I certify, by signing below, that the foregoing is a correct transcript of the record of proceedings in the above-entitled cause.  A transcript without an original signature or conformed signature is not certified.


*/s/Bonita J. Shumway*                    *July 24, 2024*
_____        _____
BONITA J. SHUMWAY, CSR, RMR, CRR      DATE
Official Court Reporter

DR. PINALS: [5]  26/3 26/5 27/25 28/2
29/1
MR. BOYER: [3]  5/2 9/9 25/8
MR. GARZA: [5]  5/19 5/22 17/7 17/20
19/25
MR. MERRITHEW: [11]  4/24 7/5 8/1
27/1 27/12 31/16 31/25 32/5 32/17 32/22
34/9
MR. NEIMAN: [9]  5/24 20/1 20/6 20/9
20/15 20/18 20/21 22/13 30/1
MR. NORRIS: [10]  5/12 12/11 12/17
12/19 12/24 13/1 13/5 13/10 13/17 13/21
MR. WILLIAMS: [6]  5/14 13/23 15/10
15/14 15/20 15/22
MS. OLSON: [2]  6/4 22/14
MS. POTTER: [4]  5/9 25/25 34/19 35/3
MS. SCOTT: [16]  5/5 9/23 10/2 10/10
11/8 11/10 11/15 24/18 24/21 25/17
25/24 33/6 33/10 33/17 35/17 35/22
THE COURT: [65]

## $
$120 [1]  26/2
$120 million [1]  26/2

## '
'22 [1]  14/11

## -
--o0o [1]  37/2

## /
/s/Bonita [1]  37/9

## 1
100 [1]  2/13
1000 [1]  3/14
10th [1]  2/5
11 [2]  1/11 4/2
11:07 [1]  4/2
11:59 [1]  36/2
1200 [1]  3/6
122 [1]  10/11
129 [1]  16/12
15 [1]  21/13
1631 [1]  3/3
18th [1]  35/6
190 [1]  9/17

## 2
20 [1]  11/4
200 [2]  2/5 21/13
2002 [1]  6/11
2018-2019 [1]  7/17
2019 [1]  7/17
2020 [1]  7/18
2022 [5]  14/1 17/13 17/23 18/12 20/3
2023 [1]  10/3
2024 [4]  1/11 4/2 10/3 37/9
21-cv [1]  4/8
23 [1]  7/8
24 [1]  14/20 37/9

## 3
30 [1]  21/12
301 [1]  3/14
326-8188 [1]  3/15
360 [1]  2/22
3:02-cv-00339-AN [1]  1/4
3:21-cv-01637-AN [2]  1/9 4/8

## 4
400 [1]  2/22
415 [1]  2/9

## 5
503 [1]  3/15
51 [2]  9/15 9/15
511 [1]  2/5
53 [1]  11/21
555 [1]  2/16

## 6
610 [1]  2/9
680 [1]  21/11
68106 [1]  2/19
6:22-cv-01460-MO [1]  20/11
6th [1]  3/6

## 7
70 [1]  10/12

## 8
816 [1]  3/3
8188 [1]  3/15

## 9
90 [1]  10/12
920 [1]  3/6
95 percent [1]  21/9
97201 [1]  2/13
97204 [2]  3/7 3/14
97205 [2]  2/5 2/9
97232 [1]  3/3
97268 [1]  2/19
97309 [1]  2/17
97702 [1]  2/23

## A
a.m [2]  4/2 36/2
ability [2]  9/2 29/2
able [2]  14/7 26/22
about [28]  9/12 9/17 9/18 10/18 11/4
11/15 11/24 12/7 13/7 16/1 18/6 18/10
19/10 20/10 22/7 24/4 24/5 24/16 26/9
26/10 28/25 29/4 29/5 31/7 31/12 31/22
32/8 34/5
above [1]  37/6
above-entitled [1]  37/6
Absolutely [1]  35/2
absorb [1]  30/5
abuse [1]  16/25
access [1]  7/12
achieve [1]  23/19
achieved [2]  24/9 24/11
acknowledging [1]  17/9
acknowledgment [1]  23/5
actions [1]  10/20

active [1]  17/11
add [1]  27/1
additional [2]  8/15 22/24
address [6]  9/2 14/6 23/22 31/7 32/6
35/16
addressed [1]  16/7
addresses [1]  21/21
adequate [2]  30/8 31/6
adjectives [1]  23/7
adjourned [1]  36/1
admit [1]  10/15
admitted [2]  10/17 10/22
adopt [1]  15/23
adopted [1]  14/24
adopting [1]  15/18
ADRIENNE [1]  1/18
advice [1]  14/7
advised [1]  15/14
ADVOCACY [2]  1/3 4/5
affect [1]  19/22
after [2]  6/12 7/21
again [14]  7/5 8/25 9/9 15/25 16/19 17/7
19/14 20/1 24/7 25/17 27/25 28/5 29/14
35/14
against [4]  17/15 17/21 20/6 21/20
ago [4]  9/11 14/22 15/15 21/13
agree [4]  9/11 12/7 16/2 20/25
agreeable [1]  30/25
agreement [1]  35/12
agrees [1]  27/5
ahead [1]  33/14
aid [8]  10/15 10/17 11/18 11/22 19/5
21/10 28/6 29/3
al [6]  1/3 1/6 1/8 1/11 4/6 4/6
Alder [1]  2/9
all [28]  4/16 5/4 5/8 5/11 6/3 8/4 9/8
10/9 12/6 12/9 12/18 13/20 13/22 14/2
14/12 14/14 16/1 16/14 23/18 26/6 26/17
26/18 27/18 29/10 30/12 31/4 35/24 36/1
allocated [1]  25/10
allotted [1]  25/13
allow [3]  33/18 33/19 35/9
almost [3]  14/20 21/9 31/3
already [4]  10/22 15/1 16/6 34/13
also [12]  3/9 9/12 9/18 9/18 10/6 17/24
26/14 28/9 28/11 31/1 31/25 34/4
alter [1]  8/19
although [1]  19/19
am [5]  4/16 6/10 6/11 31/3 31/5
amended [1]  19/18
amendments [1]  14/23
amici [12]  2/18 2/21 3/5 5/15 5/20 5/25
6/6 6/20 17/8 17/25 26/6 32/8
AMICUS [3]  2/15 3/1 5/13
among [1]  17/14
amount [6]  4/15 10/11 23/10 23/17
27/21 28/25
another [3]  14/25 15/15 30/20
answer [12]  21/17 22/8 24/12 25/4 25/6
25/19 25/21 27/6 27/19 31/12 31/14
31/14
answers [1]  18/2
anticipation [1]  34/7
any [11]  10/16 13/13 18/16 18/22 22/8
22/10 25/18 32/7 33/4 34/1 34/12

## A

**anymore [1]** 12/2
**anyone [3]** 25/7 25/14 33/4
**anything [6]** 22/19 22/21 30/18 33/4 34/5 35/16
**anyway [3]** 29/5 29/15 29/22
**apparently [1]** 20/9
**appeal [1]** 11/13
**appearances [2]** 2/2 4/13
**appearing [1]** 5/25
**appreciate [5]** 4/21 6/15 23/3 23/24 26/5
**appreciative [1]** 4/16
**appropriate [3]** 8/13 18/18 19/21
**approximately [1]** 21/11
**are [47]**
**area [1]** 34/23
**aren't [2]** 26/17 29/19
**argument [1]** 16/22
**arising [1]** 21/4
**around [7]** 6/22 8/24 18/22 24/15 26/11 29/13 30/20
**as [48]**
**ask [6]** 22/22 22/24 27/13 29/7 34/1 35/5
**asked [7]** 18/3 22/15 27/4 29/7 29/9 29/9 29/10
**asking [6]** 24/13 27/3 27/18 31/19 32/14 34/23
**assess [1]** 30/5
**assessed [1]** 23/11
**assessment [3]** 16/18 17/5 30/9
**assigned [2]** 18/5 20/13
**assist [8]** 10/15 10/17 11/18 11/22 19/5 21/10 28/6 29/3
**assistance [1]** 19/16
**associated [1]** 12/20
**attempting [1]** 18/3
**Attorney [1]** 15/6
**attorneys [6]** 2/21 4/13 5/15 10/24 13/24 30/16
**augmentation [1]** 26/12
**August [6]** 6/17 14/1 14/11 17/13 20/20 31/17
**Authority [5]** 5/7 6/24 11/3 20/6 30/2
**Authority's [1]** 11/2
**available [4]** 4/21 4/22 18/17 26/10 29/5 30/10
**Ave [1]** 3/14
**Avenue [2]** 2/5 3/6
**averaging [1]** 9/16
**aware [1]** 15/14

## B

**back [11]** 8/21 9/5 14/1 14/12 17/12 18/7 18/15 29/3 29/13 30/22 32/18
**bandaid [1]** 9/3
**Barton [3]** 5/16 15/6 15/11
**based [3]** 4/15 14/15 28/18
**be [69]**
**became [1]** 20/2
**because [28]** 7/3 8/12 8/25 10/13 14/8 14/12 16/14 18/7 19/1 19/14 19/23 23/10 23/21 23/23 24/1 24/9 24/14 26/14 27/10 27/14 28/25 30/6 30/14 31/13

31/15 32/3 34/3 35/13
**Becker [1]** 3/6
**Beckerman [3]** 14/23 35/19 35/25
**becomes [1]** 18/16
**becoming [1]** 13/8
**bed [2]** 14/17 16/21
**beds [6]** 21/12 21/22 28/13 28/17 28/18 29/18
**been [36]** 6/12 6/13 6/14 7/24 12/13 14/2 14/10 14/11 14/14 14/15 14/17 14/20 15/23 16/1 16/4 16/12 18/2 18/11 19/1 20/7 20/8 20/9 20/13 23/7 24/8 24/9 27/12 27/17 28/3 28/11 30/4 32/24 32/25 34/3 34/5 34/20
**before [11]** 1/18 8/22 11/5 12/5 24/11 32/4 34/1 35/6 35/14 35/15 35/19
**began [1]** 10/14
**begin [4]** 4/14 11/5 17/9
**beginning [4]** 10/13 29/16 30/19 31/5
**behalf [3]** 5/15 6/5 13/24
**behavioral [1]** 9/4
**being [11]** 6/16 7/20 8/5 8/12 9/19 10/5 10/15 28/17 29/14 34/5 34/10
**belief [1]** 22/4
**believe [11]** 6/17 19/20 21/21 24/7 24/9 26/9 28/4 28/19 29/17 33/2 34/12
**below [1]** 37/4
**Bend [1]** 2/23
**Best [2]** 2/22 2/22
**between [3]** 10/12 16/25 32/8
**beyond [2]** 27/14 31/10
**bill [2]** 34/14 34/15
**Billy [3]** 2/21 5/14 13/23
**bit [2]** 17/12 32/16
**block [1]** 32/9
**BOBBY [1]** 1/6
**Bond [1]** 2/22
**Bonita [3]** 3/13 37/9 37/10
**both [4]** 11/1 11/2 12/12 14/17
**BOWMAN [3]** 1/8 4/7 22/4
**Box [1]** 2/19
**Boyer [4]** 2/4 5/2 9/9 11/24
**branch [1]** 17/17
**Brewer [1]** 6/6
**brief [2]** 9/24 22/14
**briefing [3]** 33/11 33/19 35/8
**bring [1]** 35/20
**bringing [1]** 14/2
**Broadway [1]** 3/3
**brought [1]** 35/7
**build [6]** 25/1 26/21 29/9 30/8 33/10 33/13
**building [1]** 28/17
**burden [1]** 9/21

## C

**cadre [1]** 17/10
**calendar [4]** 32/6 32/10 33/22 35/7
**call [1]** 7/17
**called [1]** 34/10
**calling [1]** 30/3
**came [3]** 7/22 19/19 24/21
**can [27]** 4/12 4/13 7/1 7/2 7/2 7/12 7/23 8/5 12/7 14/6 19/2 19/5 19/6 19/8 20/10 20/14 23/16 24/10 24/25 25/19 25/24

27/19 27/25 32/14 34/10 34/24 35/18
**can't [2]** 18/9 35/12
**capacities [1]** 26/15
**capacity [19]** 7/10 8/8 16/21 16/23 18/21 19/10 22/20 25/1 25/15 26/13 26/14 27/5 27/5 27/14 27/22 29/17 29/21 30/8 30/9
**care [5]** 9/16 11/21 11/25 12/2 23/13
**careful [1]** 31/13
**Carla [1]** 2/11 5/5 9/23 24/18 25/17 33/6
**case [26]** 1/4 1/9 4/5 4/7 4/7 4/8 6/10 6/11 6/11 7/7 7/16 7/18 11/12 12/4 16/23 20/3 20/7 20/11 20/16 20/22 20/25 21/4 24/14 25/9 31/5 32/23
**cases [3]** 20/13 22/4 35/18
**cause [2]** 10/21 37/6
**ceased [1]** 8/2
**CENTER [5]** 1/3 3/2 4/6 6/5 22/15
**certainly [1]** 25/20
**certified [1]** 37/7
**certify [1]** 37/4
**charge [1]** 19/3
**Charles [1]** 6/2
**check [1]** 27/21
**checks [1]** 6/11
**Circuit [2]** 16/23 20/7
**circumstance [1]** 17/10
**circumstances [1]** 11/12
**civil [1]** 7/15
**civilly [6]** 21/12 21/14 21/15 21/16 21/22 22/6
**Clackamas [1]** 5/17
**Clarkson [1]** 5/16
**clear [1]** 23/4
**clients [2]** 11/17 25/18
**clinicians [1]** 8/12
**closures [1]** 28/11
**CMHPs [1]** 28/8
**collected [1]** 17/17
**Collectively [2]** 17/19 17/20
**come [9]** 7/23 8/20 13/11 16/9 22/21 31/14 34/12 35/12 35/14
**comes [2]** 15/3 34/15
**coming [3]** 15/5 23/4 24/7
**comity [1]** 27/7
**comment [1]** 27/1
**commissioned [1]** 30/2
**commitment [2]** 10/11 18/6
**committed [6]** 21/12 21/14 21/15 21/17 21/22 22/6
**committee [3]** 15/9 15/13 24/3
**committees [1]** 34/4
**common [1]** 14/14
**communities [6]** 8/11 28/4 28/21 29/6 29/7 29/13
**community [18]** 7/10 9/14 9/17 9/18 11/20 16/7 18/15 21/2 21/5 21/8 25/11 26/11 26/15 27/16 28/7 28/18 29/19 29/23
**community-based [1]** 28/18
**companion [2]** 4/6 4/8
**compared [1]** 21/13
**complaint [1]** 13/4
**complex [1]** 28/14
**compliance [18]** 6/24 7/9 7/10 7/21

## C

**compliance...** [14]  7/25 8/25 9/25 10/4 11/16 12/8 14/4 16/9 16/15 22/22 23/10 24/23 31/18 34/18
**complicated** [3]  12/1 26/13 28/8
**comply** [1]  6/21
**component** [1]  24/1
**concern** [2]  12/11 18/12
**concerned** [3]  9/12 9/18 13/7
**concluded** [1]  36/2
**conclusions** [1]  34/12
**conditions** [1]  28/15
**conference** [4]  1/16 30/20 30/24 31/10
**conformed** [1]  37/7
**consequences** [1]  27/16
**consider** [1]  30/19
**considerations** [1]  23/21
**consistent** [1]  19/17
**consolidated** [1]  4/5
**constitutional** [4]  19/9 21/21 22/17 27/22
**Consulting** [1]  30/3
**contempt** [7]  10/20 10/22 10/25 11/11 17/14 17/22 35/17
**contested** [1]  12/4
**context** [3]  17/16 20/23 22/5
**continue** [6]  9/2 10/24 11/16 19/5 19/6 35/12
**continued** [5]  6/12 13/4 30/19 33/7 35/11
**continuing** [4]  8/3 24/16 26/20 26/21
**conversation** [2]  15/15 30/19
**conversations** [1]  35/11
**copy** [1]  16/11
**correct** [4]  8/1 18/22 27/3 37/5
**cost** [1]  30/8
**could** [5]  4/18 8/18 8/20 25/14 29/12
**counsel** [5]  2/16 4/11 14/2 16/6 31/4
**count** [1]  9/15
**counties** [3]  11/9 25/1 25/2
**county** [14]  2/15 2/16 5/13 5/16 5/17 5/17 10/20 11/7 11/11 14/19 15/25 23/12 23/14 23/15
**County's** [3]  12/11 13/5 13/8
**couple** [1]  11/12
**court** [41]
**Court's** [3]  9/2 16/16 34/18
**court-ordered** [1]  7/22
**Courthouse** [1]  3/13
**courtroom** [2]  6/6 20/25
**courts** [1]  10/20
**coverage** [2]  14/11 14/15
**create** [2]  27/5 27/15
**creative** [1]  23/19
**crime** [6]  3/1 6/5 6/5 22/12 22/15 22/17
**criminal** [3]  7/17 7/20 20/22
**crisis** [2]  14/16 16/4
**critical** [1]  24/8
**CRR** [2]  3/13 37/10
**crush** [2]  10/14 24/21
**CSR** [2]  3/13 37/10
**curious** [5]  20/10 24/4 28/25 30/21 31/9
**currently** [3]  6/22 11/21 15/5
**cv** [5]  1/4 1/9 4/8 4/8 20/11

## D

**DATE** [1]  37/10
**dates** [2]  33/25 35/5
**Dave** [2]  5/2 9/9
**David** [1]  2/4
**day** [4]  10/4 10/16 18/20 34/25
**days** [1]  9/17
**deal** [1]  17/2
**dealing** [1]  16/24
**dealt** [1]  22/5
**Debra** [1]  3/9
**December** [2]  32/4 35/13
**decide** [1]  8/20
**decision** [3]  13/14 31/22 32/3
**decisions** [2]  13/18 24/16
**decompensating** [1]  8/23
**defendant's** [1]  19/9
**defendants** [9]  1/7 1/12 2/11 5/10 9/23 10/23 18/19 19/5 24/18
**Defender** [1]  7/6
**DEFENDERS** [2]  2/8 4/25
**defense** [2]  10/24 19/6
**deficiency** [1]  21/21
**deficient** [1]  23/7
**defined** [1]  14/19
**definitely** [1]  32/2
**definitive** [1]  27/19
**delivering** [1]  8/17
**DELORES** [1]  1/11
**dense** [1]  30/6
**Department** [3]  2/12 5/6 5/10
**departments** [1]  21/7
**describe** [2]  23/6 23/8
**designed** [1]  26/7
**details** [1]  26/7
**determinations** [1]  18/6
**did** [4]  17/25 19/20 25/15 30/23
**different** [10]  11/12 13/13 15/5 18/25 23/7 26/15 26/18 29/7 29/11 31/20
**difficult** [2]  14/4 18/16
**direct** [2]  13/1 13/17
**direction** [2]  8/4 28/24
**director** [2]  6/6 11/2
**DISABILITY** [4]  2/3 2/4 5/3 9/9
**discharge** [1]  18/7
**discharged** [5]  8/5 12/5 18/18 21/1 21/5
**discharges** [1]  10/7
**disclosure** [1]  24/13
**discretion** [2]  18/13 18/16
**discuss** [2]  14/3 31/6
**discussion** [4]  7/4 15/2 16/2 19/12
**discussions** [1]  23/20
**disorders** [1]  16/25
**dispute** [1]  32/7
**disputes** [1]  35/19
**district** [8]  1/1 1/2 1/19 2/21 3/13 5/15 13/24 15/6
**Division** [1]  2/12
**divisive** [1]  31/21
**do** [27]  4/20 8/20 9/4 11/11 11/15 18/14 19/8 21/4 22/22 23/8 23/8 23/9 23/9 23/11 23/25 24/9 25/24 28/12 28/20 28/20 28/23 31/19 31/22 32/25 33/25 34/13 35/5
**docket** [1]  20/12

## D

**Doctor** [1]  26/4
**doctrines** [1]  27/7
**document** [1]  30/6
**documented** [1]  14/10
**does** [5]  9/3 16/17 19/10 28/2 34/1
**doesn't** [3]  25/9 25/14 27/17
**doing** [1]  7/19
**dollar** [2]  30/1 30/7
**don't** [19]  4/8 10/16 12/2 13/6 16/14 18/22 22/10 22/19 23/25 24/22 25/3 25/17 27/15 30/4 30/10 30/12 32/9 32/11 35/10
**done** [6]  4/17 10/6 15/2 24/10 26/11 30/2
**Donohue** [1]  5/23
**down** [9]  7/2 8/8 8/10 8/10 8/18 18/21 18/24 21/15 28/21
**Dr** [1]  3/9
**Dr.** [9]  4/21 7/22 9/20 10/5 11/17 16/20 24/8 32/1 33/7
**Dr. Pinals** [3]  4/21 7/22 16/20
**Dr. Pinals'** [6]  9/20 10/5 11/17 24/8 32/1 33/7
**drain** [1]  11/1
**drilling** [1]  28/21
**driven** [1]  8/4
**drop** [1]  24/24
**due** [2]  9/13 10/4
**dumped** [1]  27/16
**dysfunctional** [1]  20/24

## E

**each** [1]  6/19
**earlier** [1]  16/13
**early** [2]  7/17 32/2
**easy** [1]  28/2
**effect** [1]  34/16
**efforts** [1]  11/23
**eight** [1]  30/17
**either** [2]  7/10 18/21
**elemental** [1]  19/11
**else** [4]  24/13 25/7 33/4 35/16
**emergency** [1]  21/6
**emphasis** [1]  18/25
**encourage** [1]  10/24
**encouraged** [1]  35/25
**end** [11]  6/17 10/13 18/7 18/16 18/20 21/6 24/11 24/23 25/3 32/4 35/14
**enforcement** [3]  12/13 12/15 12/19
**enjoined** [1]  17/14
**enough** [7]  13/22 17/6 17/16 19/24 23/12 31/9 35/8
**ensure** [1]  22/16
**entered** [1]  17/13
**entering** [1]  10/7
**entire** [1]  22/5
**entities** [1]  17/25
**entitled** [1]  37/6
**entry** [1]  18/11
**Epstein** [1]  3/6
**equipped** [1]  21/19
**Eric** [3]  3/5 5/24 20/1
**Erin** [3]  3/2 3/2 6/4
**especially** [1]  28/18
**essentially** [1]  27/20

**E**

estimates [1] 30/1
et [6] 1/3 1/6 1/8 1/11 4/6 4/6
evaluator [1] 29/9
even [6] 6/14 6/16 7/18 7/19 10/22 16/22
eventually [1] 8/18
everybody [5] 16/2 20/24 27/5 30/4 30/7
everyone [7] 4/17 6/18 16/15 24/13 31/3 31/4 33/24
everyone's [1] 4/16
everything [2] 9/11 23/24
exact [1] 25/4
exactly [1] 23/25
example [1] 19/18
excellent [1] 24/19
except [1] 21/11
executive [1] 6/6
exercise [1] 18/16
exhibited [1] 32/25
existing [1] 19/23
expand [1] 31/10
expanding [1] 7/10
expect [4] 9/5 10/23 11/10 31/19
expected [2] 32/7 32/7
expediting [1] 10/7
expenditures [1] 26/11
experience [1] 14/22
expert [3] 4/21 6/23 24/17
expertise [1] 22/2
extended [1] 9/13
extent [1] 19/3

**F**

facing [1] 10/19
fact [8] 9/12 13/25 14/9 15/2 15/17 16/4 16/15 21/8
fair [4] 13/22 15/18 17/6 19/24
fall [2] 32/2 32/12
familiar [2] 15/16 31/3
far [6] 15/4 15/10 20/10 24/9 34/16 34/17
federal [2] 16/9 17/11
federalism [1] 27/7
feedback [1] 29/3
feel [2] 23/8 23/9
feeling [1] 18/11
fell [1] 7/9
felons [1] 14/25
fewer [1] 21/12
figure [2] 30/7 35/9
filed [3] 20/4 34/13 35/9
filing [1] 33/14
fill [2] 32/23 33/12
filled [1] 34/5
find [4] 30/24 33/25 35/12 35/13
finding [1] 11/11
first [2] 18/11 27/8
fit [1] 34/2
fix [2] 16/8 16/17
fixed [1] 14/20
flexibility [1] 26/22
flow [2] 29/21 29/22
focus [1] 13/3

focuses [1] 20/25
focusing [1] 11/23
folder [1] 14/12
folks [2] 8/10 14/6
follow [1] 16/13
follow-up [1] 16/13
forecasting [1] 31/18
foregoing [1] 37/4
forensic [3] 20/22 21/10 26/17
formula [1] 28/8
forward [4] 17/4 18/2 19/12 33/24
found [1] 10/21
frame [5] 10/4 10/16 30/23 31/2 31/2
frames [1] 32/14
frankly [1] 23/15
front [2] 9/6 32/18
frustrated [1] 8/25
frustration [1] 18/10
full [1] 24/13
fully [3] 9/4 21/9 24/2
function [2] 19/17 21/23
functional [1] 9/4
functionally [1] 18/14
funded [1] 24/2
funding [2] 25/16 29/3
funds [3] 9/4 25/1 26/22
further [2] 7/4 7/19
future [2] 9/7 34/17

**G**

gained [1] 7/9
Garza [4] 2/18 2/18 5/19 17/8
gather [1] 28/24
gave [1] 32/23
gearing [1] 14/25
GEI [4] 9/15 10/16 11/25 26/15
generally [1] 34/23
generations [1] 21/25
get [8] 8/7 8/13 8/23 23/11 29/3 30/13 31/2 33/20
gets [1] 34/15
getting [5] 8/10 8/24 28/11 29/24 32/6
give [10] 6/20 7/3 8/16 17/12 24/4 25/16 27/11 27/19 31/11 35/8
given [4] 10/19 24/21 31/19 35/17
gives [2] 26/10 33/13
giving [1] 23/3
go [14] 8/3 8/8 8/8 8/10 8/10 8/18 14/12 18/7 18/21 18/21 18/24 23/13 27/8 28/12
goal [2] 17/21 25/3
goes [3] 28/9 28/10 31/21
going [32] 7/1 9/1 14/1 15/3 15/18 16/2 16/17 19/11 19/12 21/17 21/18 21/24 24/3 24/4 25/2 25/10 28/20 29/22 29/23 30/8 30/12 30/18 31/13 31/18 31/21 32/16 34/16 34/21 34/22 34/22 35/5 35/9
gone [5] 14/9 21/15 28/4 28/22 34/21
good [15] 4/24 5/2 5/5 5/9 5/12 5/14 5/19 5/24 6/4 13/23 14/10 16/19 17/7 20/1 22/13
got [1] 14/6 16/11
governor [1] 17/4
grade [1] 27/15
granted [1] 18/1
great [2] 14/13 14/22

greater [1] 26/22
Green [1] 3/6
group [6] 15/1 15/9 15/20 30/3 34/11 34/11
groups [4] 15/5 15/7 34/4 34/24
Grove [1] 2/19
guilty [1] 21/11

**H**

had [7] 10/22 14/22 18/3 29/6 30/5 31/6 31/7
hailed [1] 11/4
happen [3] 16/17 28/19 31/17
happened [4] 6/14 8/21 11/11 17/23
happening [1] 11/9
happens [1] 32/12
happy [1] 22/8
hard [2] 11/17 30/15
harm [1] 8/24
has [44]
have [69]
Haven't [1] 16/12
having [5] 13/19 17/10 17/21 21/4 30/20
health [21] 3/5 5/6 5/25 6/1 6/1 6/2 6/15 6/24 9/5 11/2 11/3 12/12 13/12 16/4 20/2 20/6 20/23 21/2 21/25 28/7 30/2
hear [4] 6/20 12/10 22/12 24/12
hearing [5] 11/5 33/2 33/11 33/15 33/21
hearings [2] 10/21 12/4
help [2] 12/16 29/11
helpful [2] 25/22 33/12
helping [1] 26/6
here [9] 4/5 4/21 14/19 14/21 21/3 22/1 24/2 33/12 34/22
Hi [1] 26/5
Hill [1] 5/23
hired [1] 17/18
historical [1] 14/13
history [1] 7/7
hit [1] 35/15
hold [1] 10/25
homelessness [1] 16/25
Honestly [1] 16/16
Honor [27] 4/24 5/2 5/5 5/9 5/12 5/14 5/19 5/24 6/4 7/5 8/1 9/6 9/24 13/23 17/7 19/25 20/1 22/14 24/18 25/8 25/17 26/3 27/2 31/16 33/6 34/9 34/19
HONORABLE [1] 1/18
hope [1] 22/22
hopeful [1] 8/15
hopefully [1] 14/7
hopes [1] 27/19
Horst [1] 2/8
hospital [41]
hospitals [6] 3/5 5/25 6/15 20/2 21/2 21/18
hospitals' [1] 21/20
hour [6] 4/18 31/9 31/10 32/19 33/2
hours [3] 30/17 32/21 32/21
housing [1] 29/10
how [16] 8/20 9/19 11/15 13/13 22/21 23/11 25/13 25/15 28/5 28/23 29/6 31/11 32/9 32/24 33/20 35/10
however [2] 14/18 23/6
huge [1] 24/1

## H

**human [1]** 28/14
**humans [1]** 26/18

## I

**I'd [3]** 24/6 25/8 30/19
**I'll [3]** 6/20 12/10 31/11
**I'm [28]** 5/12 5/24 7/1 12/25 13/3 13/16
15/14 15/15 15/21 20/10 22/8 24/2 24/4
24/4 24/13 26/20 28/25 30/3 30/12 30/21
31/1 31/9 31/13 32/11 32/14 33/23 34/17
35/5
**I've [4]** 4/9 6/14 14/11 27/17
**idea [3]** 6/20 20/12 27/11
**ideas [1]** 15/1
**identify [1]** 4/12
**illness [2]** 8/14 17/1
**impact [5]** 12/12 12/17 13/12 19/23 30/6
**impacts [1]** 13/19
**important [2]** 30/6 34/20
**impossible [1]** 14/5
**impressed [1]** 32/24
**improve [1]** 29/12
**include [1]** 16/19
**including [3]** 14/24 22/5 22/25
**incorporate [1]** 4/10
**increase [3]** 25/15 25/15 27/22
**increasing [1]** 8/6
**incredibly [1]** 14/4
**indicated [1]** 6/23
**individuals [1]** 12/20 18/7 21/22
**information [5]** 22/1 25/22 26/10 28/24
29/5
**injunction [1]** 17/21
**input [1]** 22/3
**insanity [1]** 21/11
**instance [1]** 14/8
**insufficient [3]** 14/17 14/18 16/23
**Intensive [1]** 29/2
**intention [1]** 28/5
**interest [1]** 13/6
**interested [1]** 17/25
**interests [1]** 17/18
**interim [2]** 11/3 17/24
**introduce [1]** 31/3
**investment [1]** 19/8
**involved [7]** 6/14 6/16 14/11 20/3 22/3
23/24 32/23
**involvement [1]** 24/8
**involves [1]** 20/18
**involving [1]** 20/22
**is [110]**
**isn't [1]** 16/8
**issue [5]** 10/23 16/10 19/4 27/6 29/17
**issues [9]** 14/7 16/20 21/3 22/3 22/4
22/20 29/20 31/6 31/7
**it [63]**
**it's [27]** 8/8 10/17 13/17 14/5 15/17
16/12 16/13 16/20 16/21 20/8 20/9 23/4
24/17 24/24 25/4 25/5 26/17 28/12 28/13
28/24 29/22 30/6 30/8 31/4 33/8 33/22
34/14
**its [1]** 19/2
**itself [1]** 12/23

## J

**jail [3]** 8/23 8/23 8/24
**JAROD [1]** 1/8
**Jesse [4]** 2/8 4/24 7/5 15/12
**job [1]** 19/23
**John [1]** 5/17
**joined [1]** 14/1
**joint [1]** 17/20
**Jonathan [1]** 5/23
**judge [18]** 1/19 5/22 5/23 5/23 6/10 6/11
8/16 10/8 14/23 14/24 15/7 15/11 17/13
18/1 33/8 35/19 35/25 35/25
**judges [14]** 2/18 5/20 8/24 10/23 16/5
17/8 17/10 17/17 17/20 17/25 18/5 18/10
18/13 19/20
**judicial [3]** 17/17 18/4 19/17
**July [6]** 1/11 4/2 10/3 19/19 24/17 37/9
**juncture [1]** 23/5
**jurisdiction [1]** 12/3
**just [24]** 4/20 10/17 12/25 13/3 13/16
14/3 16/11 16/21 21/13 23/16 26/5
26/19 27/1 27/16 28/3 28/12 31/8 32/12
33/8 33/10 33/20 33/21 35/22
**Justice [3]** 2/12 5/6 5/10

## K

**keep [1]** 14/11
**Keith [4]** 2/18 2/18 5/19 17/7
**Kevin [1]** 5/16
**kind [11]** 6/20 12/15 17/9 18/3 19/1
19/10 19/11 19/15 26/17 27/10 29/10
**know [39]**
**knows [1]** 25/15
**Krieger [1]** 2/22

## L

**lack [2]** 9/13 18/14
**large [2]** 10/5 21/23
**largely [2]** 7/9 9/3 21/18
**larger [1]** 20/23
**last [6]** 9/15 16/11 19/19 25/25 34/25
35/17
**late [3]** 14/1 30/20 33/23
**later [2]** 14/20 32/16
**law [10]** 2/18 3/1 3/2 6/5 12/12 12/15
12/19 19/1 19/23 22/15
**lawsuit [3]** 20/4 21/20 22/6
**lawyers [1]** 32/22
**layers [1]** 13/15
**lead [1]** 4/7
**least [2]** 8/19 30/15
**led [1]** 14/23
**Legacy [1]** 6/1
**legal [2]** 2/16 26/18
**legged [1]** 16/24
**legislation [3]** 6/23 13/14 34/23
**legislative [3]** 14/8 34/2 34/7
**legislature [8]** 8/20 9/3 13/15 15/4 17/3
23/25 25/11 34/6
**less [1]** 35/15
**let [3]** 13/25 17/9 34/1
**level [9]** 9/16 11/21 11/25 12/2 13/19
14/18 14/19 15/25 23/14
**Levi [1]** 2/8
**light [1]** 24/6

## like [17]
6/19 9/24 17/1 21/4 22/21
23/22 24/6 25/7 25/8 25/21 25/22 26/1
28/2 28/18 30/19 32/15 35/13
**likelihood [1]** 24/23
**likely [2]** 25/4 31/18
**limit [3]** 4/19 10/6 19/16
**limitations [1]** 34/11
**limited [7]** 4/15 9/20 22/16 23/10 23/7
31/2 33/8
**limits [2]** 22/20 29/23
**list [3]** 11/18 11/22 24/25
**litigation [5]** 12/23 13/2 13/18 17/11
23/21
**little [2]** 11/25 17/12
**live [1]** 8/11
**LLP [2]** 2/8 2/22
**local [3]** 13/19 23/15 23/16
**logic [1]** 18/20
**logjam [1]** 29/24
**long [9]** 8/22 14/10 14/17 19/8 21/19
21/20 29/18 33/21 34/19
**long-term [2]** 21/19 21/20
**longer [5]** 7/15 9/16 11/24 26/19 26/23
**longer-term [1]** 26/19
**look [2]** 7/7 29/2
**looking [2]** 25/4 33/22
**lose [1]** 16/14
**lot [6]** 16/10 18/13 26/1 26/2 32/11
32/11

## M

**made [5]** 13/14 13/18 14/15 16/22 32/4
**make [13]** 4/17 7/19 13/3 17/4 19/21
24/1 24/15 31/6 31/22 32/3 32/13 32/13
35/22
**making [2]** 4/22 18/6
**manage [1]** 29/8
**mandates [1]** 9/6
**many [3]** 9/12 17/24 35/10
**MARION [7]** 2/15 2/16 5/13 5/16 11/11
12/11 23/12
**Market [1]** 2/13
**match [1]** 33/23
**matter [4]** 14/9 15/3 15/17 31/20
**matters [2]** 14/16 28/13
**MATTEUCCI [2]** 1/11 4/7
**Matthew [1]** 5/23
**maximum [1]** 19/3
**may [10]** 7/2 10/3 10/10 10/13 22/10
24/22 26/3 28/17 31/12 35/3
**maybe [3]** 17/11 24/2 34/3
**me [13]** 6/13 6/20 12/16 13/25 17/9
17/18 20/13 21/20 23/3 25/18 27/11
31/15 34/1
**mean [2]** 25/9 32/13
**meaningful [1]** 18/17
**media [2]** 14/10 14/12
**mediate [1]** 35/19
**mediation [10]** 6/17 14/23 15/1 19/20
20/19 22/2 30/18 31/17 35/10 35/25
**meet [2]** 28/7 33/1
**meeting [1]** 10/6
**members [1]** 15/12
**memory [1]** 25/25
**mental [6]** 8/14 16/4 17/1 20/23 21/25

**M**

**mental... [1]** 28/7
**mentioned [2]** 18/9 31/25
**Merrithew [7]** 2/8 2/8 4/25 7/6 9/11 15/12 18/23
**Merrithew's [1]** 18/20
**METROPOLITAN [3]** 2/7 4/25 7/6
**mid [1]** 30/20
**might [4]** 12/1 19/22 33/14 33/17
**million [1]** 26/2
**mind [1]** 30/17
**mindful [2]** 30/14 32/5
**minimum [1]** 33/2
**MINK [4]** 1/6 4/6 22/3 34/11
**minute [2]** 22/11 35/15
**minutes [2]** 7/3 11/5
**missing [1]** 23/24
**MO [1]** 20/11
**modifications [1]** 22/23
**modified [1]** 34/24
**moment [1]** 24/5
**money [19]** 25/10 25/13 26/2 27/4 27/9 27/13 27/16 27/21 28/3 28/3 28/5 28/9 28/10 28/21 29/4 29/6 29/7 29/9 29/9
**monitored [1]** 29/14
**monitoring [1]** 29/4
**month [1]** 10/13
**months [1]** 7/25
**more [18]** 7/19 7/19 8/4 8/10 9/6 12/1 16/5 19/13 21/8 26/8 27/4 27/5 27/9 28/19 28/20 28/22 31/23 35/9
**morning [15]** 4/24 5/2 5/5 5/9 5/12 5/14 5/19 5/24 6/4 10/21 11/4 13/23 17/7 20/1 32/25
**Mosman [5]** 8/16 14/24 15/24 17/13 18/1
**Mosman's [2]** 10/8 33/8
**most [3]** 7/16 8/13 16/11
**mostly [1]** 9/17
**motion [1]** 35/9
**motions [1]** 33/14
**move [1]** 24/25
**moving [2]** 29/17 33/24
**Mr [6]** 2/4 2/8 2/15 2/18 2/21 3/5
**Mr. [5]** 9/11 11/24 15/11 18/20 18/23
**Mr. Barton [1]** 15/11
**Mr. Boyer [1]** 11/24
**Mr. Merrithew [2]** 9/11 18/23
**Mr. Merrithew's [1]** 18/20
**Ms [3]** 2/11 2/11 3/2
**Ms. [2]** 6/6 18/10
**Ms. Brewer [1]** 6/6
**Ms. Scott [1]** 18/10
**much [9]** 19/15 25/13 25/15 27/14 28/23 29/21 31/11 32/9 32/24
**mutually [1]** 30/25
**my [8]** 11/17 16/18 17/5 20/12 30/17 30/24 33/22 35/7
**myself [1]** 31/3

**N**

**N.E [2]** 2/16 3/3
**Nan [1]** 5/22
**nature [2]** 22/17 32/12
**near [1]** 9/6

**necessarily [3]** 12/22 23/20 25/14
**necessary [2]** 27/9 31/23
**need [16]** 9/1 9/16 11/16 11/24 12/2 16/3 16/5 16/5 17/2 19/11 19/11 23/23 28/20 29/11 33/17 34/13
**needed [5]** 6/21 7/4 28/22 28/23 29/8
**needs [8]** 6/23 9/4 16/8 24/10 26/19 27/4 28/19 30/22
**negotiate [1]** 23/20
**negotiations [1]** 23/20
**Neiman [3]** 3/5 5/25 20/2
**NELSON [1]** 1/18
**neutral [3]** 4/20 24/16 24/16
**new [9]** 9/1 10/11 10/11 10/14 16/7 16/8 31/5 32/8 35/17
**next [3]** 14/8 23/14 31/10
**night [1]** 16/11
**Ninth [2]** 16/22 20/7
**no [13]** 1/4 1/9 7/15 9/16 11/24 15/13 18/17 20/12 24/2 29/22 31/20 32/17 33/5
**noncompliance [1]** 10/19
**none [1]** 16/7
**noon [2]** 30/15 35/15
**Normally [1]** 10/12
**Norris [2]** 2/15 5/13
**not [48]**
**notes [1]** 7/1
**nothing [1]** 14/20 34/15
**notice [3]** 12/1 22/18 22/25
**November [3]** 30/23 33/23 35/6
**November 18th [1]** 35/6
**now [13]** 7/16 8/2 8/21 10/18 10/19 11/13 14/19 18/11 19/1 21/9 22/10 22/11 24/22
**number [9]** 4/9 4/11 6/8 6/13 8/8 18/18 27/22 32/22 34/14
**numbers [5]** 8/3 8/10 16/21 21/14 28/12

**O**

**o0o [1]** 37/2
**Oak [1]** 2/19
**occupied [2]** 21/9 21/10
**occurrences [1]** 23/1
**occurring [1]** 27/23
**October [6]** 17/23 30/21 32/15 32/17 33/21 33/23
**off [2]** 9/21 32/10
**offer [5]** 14/7 21/3 22/1 22/19 22/21
**offered [1]** 14/14
**Office [2]** 2/18 3/2
**Official [1]** 37/11
**officials [1]** 17/15
**often [2]** 13/2 13/15
**OHA [3]** 15/12 17/15 21/21
**OHA's [1]** 29/1
**Okay [6]** 5/18 23/2 27/10 27/24 31/24 33/16
**Olson [3]** 3/2 3/2 6/4
**one [17]** 4/18 11/11 14/14 15/7 15/10 15/13 15/15 24/2 26/8 27/1 29/20 30/15 31/14 31/15 34/3 35/10 35/17
**one-hour [1]** 4/18
**ongoing [2]** 16/2 17/11
**only [4]** 11/4 17/2 28/13 34/10
**opened [1]** 28/10

**opportunity [3]** 29/6 30/5 33/11
**optimistic [5]** 25/8 25/10 32/16 32/18 32/19
**option [1]** 19/4 35/23
**options [3]** 14/3 16/5 35/24
**order [11]** 8/7 14/5 15/24 16/10 17/13 18/12 19/19 22/22 22/23 27/13 33/8
**ordered [2]** 7/22 8/5
**ordering [1]** 27/8
**orders [12]** 6/22 10/8 10/11 10/11 10/12 10/14 16/16 19/2 24/21 24/24 32/9 34/18
**OREGON [25]** 1/2 1/3 1/12 2/4 2/4 2/12 3/1 4/5 5/3 5/6 5/6 5/7 5/10 6/5 9/10 11/1 11/2 11/19 16/3 18/25 19/23 20/6 21/15 22/15 30/2
**original [2]** 13/4 37/6
**OSH [1]** 17/15
**other [14]** 11/9 13/14 14/2 15/8 15/9 15/9 15/13 17/1 17/14 17/24 22/6 27/1 27/4 28/18
**otherwise [3]** 11/6 14/20 19/22
**our [13]** 8/9 11/23 12/11 14/5 19/16 21/6 22/3 22/4 27/2 27/12 27/14 27/18 34/17
**out [19]** 7/9 13/11 19/19 26/2 26/21 28/3 28/4 29/3 29/10 29/13 29/18 29/24 30/4 30/8 31/17 33/21 34/15 35/9 35/12
**over [2]** 7/7 7/8 21/24
**overburdened [1]** 23/6
**overwritten [1]** 19/1
**own [2]** 21/20 32/10

**P**

**P.C [2]** 3/2 3/6
**P.O [1]** 2/19
**pages [1]** 16/12
**Paige [1]** 5/16
**part [10]** 10/5 12/11 12/22 16/19 19/11 20/13 21/23 21/23 28/17 29/17
**participants [1]** 15/20
**participate [7]** 4/18 6/18 20/19 22/2 22/16 33/18
**participated [1]** 19/20
**participates [1]** 15/11
**participating [1]** 17/11
**participation [1]** 19/16
**particular [4]** 11/18 15/16 17/15 23/11
**particularly [3]** 6/24 18/15 22/23
**parties [11]** 4/12 4/23 6/20 13/7 13/7 13/18 17/24 24/6 26/6 31/8 32/8
**passing [1]** 26/18
**past [1]** 7/8
**patients [11]** 7/15 10/15 10/16 10/17 11/22 12/5 21/5 21/10 21/13 21/14 22/6
**pay [1]** 27/14
**PCG [1]** 30/3
**PeaceHealth [1]** 6/1
**penalty [1]** 19/3
**people [20]** 6/8 8/4 8/13 8/22 9/12 9/15 9/16 12/13 21/1 21/14 21/16 23/13 25/18 26/16 26/23 28/12 28/14 29/17 34/24 35/11
**percent [1]** 21/9
**Perhaps [1]** 25/24
**periods [2]** 9/13 29/18

**P**

**person [2]** 31/14 31/15
**perspective [11]** 18/4 21/3 22/3 23/4 23/9 25/7 27/2 27/11 27/12 31/13 34/17
**perspectives [3]** 14/13 26/7 31/20
**pillows [1]** 28/13
**Pinals [4]** 3/9 4/21 7/22 16/20
**Pinals' [6]** 9/20 10/5 11/17 24/8 32/1 33/7
**place [7]** 6/22 11/18 11/22 24/7 24/25 27/8 27/21
**placed [1]** 8/16
**placeholder [2]** 34/14 34/20
**placement [1]** 9/17
**placements [2]** 9/14 25/11
**placing [1]** 7/22
**PLAINTIFF [2]** 2/3 2/7
**plaintiffs [4]** 1/4 1/9 18/23 33/14
**play [2]** 15/5 19/14
**Please [1]** 4/4
**point [2]** 14/7 18/1
**policy [2]** 18/24 19/13
**population [6]** 7/17 7/20 11/19 11/25 29/8 29/12
**portion [1]** 7/14
**Portland [7]** 1/12 2/5 2/9 2/13 3/3 3/7 3/14
**position [1]** 8/22
**positive [1]** 16/1
**possible [4]** 14/3 19/15 24/24 25/5
**potential [2]** 32/8 34/2
**Potter [2]** 2/11 5/9
**preference [1]** 8/9
**preferences [1]** 18/23
**preliminary [1]** 15/2
**prepare [1]** 24/15
**prepared [2]** 20/15 24/14
**present [3]** 3/9 4/11 6/8
**Presiding [1]** 5/9
**primarily [1]** 18/12
**prior [1]** 33/10
**priority [1]** 24/1
**probably [2]** 31/23 32/2
**problem [6]** 8/7 9/3 13/8 14/5 16/18 25/3
**proceed [1]** 12/4
**proceedings [6]** 1/17 12/4 17/15 17/22 36/2 37/5
**process [4]** 16/6 19/15 26/20 35/18
**produce [1]** 27/17
**programs [1]** 28/10
**projections [1]** 24/22
**prosecution [1]** 19/6
**prosecutors [1]** 10/24
**protection [1]** 22/19
**provide [3]** 18/2 18/3 22/2
**Providence [1]** 6/1
**providing [2]** 7/13 19/16
**PSRB [1]** 12/3
**public [9]** 2/7 4/25 7/6 12/12 12/17 13/10 13/12 16/6 30/3
**pursuant [1]** 10/8
**push [1]** 26/21
**pushback [4]** 15/3 15/18 15/19 15/22
**pushed [1]** 30/22

**put [5]** 4/13 6/23 26/7 30/7 33/21
**putting [3]** 7/11 23/16 28/3

**Q**

**question [13]** 11/15 15/24 19/10 19/13 21/16 24/19 25/4 25/19 26/13 26/14 27/4 27/6 27/19
**questions [5]** 18/3 22/8 27/3 27/3 31/7
**quickly [1]** 7/1
**quite [2]** 20/24 23/15

**R**

**raises [1]** 21/16
**rather [1]** 8/11
**reactivated [1]** 20/10
**read [2]** 16/22 30/5
**reading [1]** 34/4
**ready [4]** 11/18 11/22 12/6 24/25
**real [1]** 16/20
**really [7]** 8/9 11/23 19/10 19/11 25/2 28/14 33/23
**rearranging [1]** 7/12
**reason [2]** 14/9 24/13
**reasonable [2]** 22/18 30/22
**reasons [1]** 22/16
**reassigned [2]** 6/12 24/14
**reauthorization [2]** 32/1 32/7
**recall [1]** 35/3
**receive [1]** 10/12
**received [3]** 10/10 10/11 11/20
**recent [3]** 16/11 16/22 23/1
**recently [2]** 7/21 20/8
**recognitions [1]** 22/24
**recognize [2]** 31/15 32/25
**recognized [2]** 16/5 22/18
**recognizing [1]** 31/16
**recommendation [1]** 9/20
**recommendations [9]** 10/5 10/6 11/17 15/6 19/21 19/22 24/7 26/8 34/2
**recommended [2]** 15/4 34/6
**record [2]** 4/13 4/20 37/5
**recovery [2]** 8/13 8/14
**reduce [1]** 27/22
**referenced [1]** 4/9
**referral [2]** 8/7 8/9
**referrals [4]** 8/4 8/18 18/21 18/24
**referred [1]** 15/24
**reflect [1]** 19/7
**regained [1]** 7/21
**regard [1]** 28/6
**regional [2]** 23/14 23/15
**regular [1]** 34/16
**regularly [1]** 28/7
**related [1]** 28/11
**released [2]** 11/4 16/13
**reluctant [1]** 27/13
**remain [2]** 12/3 35/25
**remanded [2]** 20/8 20/9
**remedial [4]** 18/12 19/2 19/19 32/8
**remember [1]** 18/9
**remove [1]** 8/18
**removed [1]** 17/22
**reoccur [1]** 23/1
**repeat [1]** 7/3
**repeatedly [1]** 27/18

**report [6]** 16/12 16/13 24/10 25/24 29/12 30/3
**REPORTER [2]** 3/13 37/11
**reporting [1]** 16/9
**reports [1]** 35/11
**represent [4]** 4/14 5/20 17/18 21/3
**representation [1]** 17/21
**representatives [1]** 15/8
**representing [3]** 4/25 5/3 7/6
**requested [1]** 33/1
**required [2]** 11/21 33/3
**residential [1]** 9/14
**resolution [1]** 13/7
**resolve [1]** 30/18
**resources [12]** 11/2 12/20 14/18 15/25 16/3 16/21 18/14 18/17 21/22 23/11 23/13 23/18
**respect [2]** 18/15 19/8
**response [1]** 33/5
**responsibility [1]** 18/5
**restarted [1]** 7/18
**restoration [9]** 9/19 11/20 18/15 22/20 26/16 26/19 29/19 29/20 29/23
**restore [1]** 19/5
**restraint [1]** 32/16
**restrictions [4]** 7/11 7/22 8/15 8/19
**result [3]** 13/1 13/17 24/3
**results [2]** 13/3 27/17
**return [3]** 11/16 12/7 20/15
**returned [1]** 12/13
**returning [2]** 12/20 24/23
**reviewing [1]** 28/5
**right [22]** 5/4 5/8 5/11 6/3 9/8 10/9 10/18 12/9 12/18 13/20 13/22 14/21 20/5 21/19 22/10 22/11 24/22 28/24 28/25 30/12 33/9 34/25
**rights [10]** 2/3 2/4 5/3 9/9 19/9 22/17 22/18 22/18 22/25 22/25
**RMR [2]** 3/13 37/10
**role [1]** 19/14
**room [3]** 3/14 30/7 31/20
**round [1]** 14/25

**S**

**S.W [6]** 2/5 2/9 2/13 2/22 3/6 3/14
**safety [5]** 12/17 13/10 14/24 16/6 22/24
**said [1]** 29/16
**Salem [1]** 2/17
**same [3]** 5/10 20/3 27/18
**satisfy [1]** 16/16
**say [10]** 7/2 8/13 12/15 15/18 16/1 16/14 26/1 27/10 32/3 34/1
**saying [3]** 24/24 33/24 34/21
**says [1]** 9/11
**schedule [5]** 4/16 30/24 33/11 33/20 35/8
**scheduled [2]** 6/17 20/20
**scheme [1]** 11/19
**Scott [9]** 2/11 2/15 5/5 5/12 9/23 18/10 24/18 25/17 33/6
**seated [1]** 4/4
**see [10]** 6/8 7/8 11/14 13/16 18/4 18/22 19/18 21/5 23/8 23/9
**seeing [2]** 28/21 35/18
**seek [1]** 10/25

**S**

**seeking** [1] 17/25
**seem** [1] 25/9
**seems** [3] 14/4 19/7 19/10
**seen** [1] 23/16
**sense** [1] 28/16
**sent** [3] 8/12 12/1 18/19
**separate** [1] 20/4
**September** [4] 18/12 20/3 24/15 32/1
**series** [1] 12/3
**serve** [2] 15/7 26/22
**serves** [1] 25/25
**services** [9] 6/1 7/13 8/17 11/20 26/16 28/14 28/19 29/2 29/19
**serving** [1] 29/19
**session** [6] 14/8 25/25 34/7 34/16 35/1 35/10
**sessions** [1] 35/10
**set** [4] 11/5 17/2 30/15 35/8
**seven** [2] 10/4 10/16
**seven-day** [2] 10/4 10/16
**several** [1] 15/11
**share** [2] 25/7 33/4
**sharing** [1] 5/1
**Sheila** [2] 2/11 5/9
**shifting** [1] 7/19
**short** [1] 13/6
**should** [7] 27/8 29/4 29/5 29/14 30/9 31/10 35/16
**show** [1] 10/21
**showing** [1] 24/22
**Shumway** [3] 3/13 37/9 37/10
**sight** [1] 16/14
**signature** [2] 37/7 37/7
**significance** [1] 17/17
**significant** [3] 7/14 19/7 25/1
**significantly** [3] 21/8 21/15 24/25
**signing** [1] 37/4
**simple** [1] 8/9
**simply** [1] 18/17
**since** [5] 6/14 6/14 14/11 14/11 18/11
**sits** [1] 20/23
**situation** [1] 13/6
**slightly** [1] 11/12
**slow** [1] 7/2
**so** [58]
**solution** [1] 28/17
**solutions** [1] 9/1
**solve** [2] 14/5 25/3
**some** [29] 8/19 9/21 14/7 14/10 14/13 14/23 15/1 15/2 17/17 22/23 24/24 22/25 23/25 24/16 25/2 26/7 28/16 28/20 29/5 29/9 29/9 31/11 32/14 33/11 33/13 33/14 33/25 35/5 35/19
**somebody** [3] 16/8 27/19 31/21
**something** [12] 16/17 25/20 26/1 26/20 30/21 31/19 31/20 32/6 32/16 34/21 34/22 35/13
**sometimes** [1] 34/25
**somewhere** [2] 10/12 30/20
**sort** [3] 28/2 33/11 33/14
**sound** [1] 28/2
**sounded** [1] 32/15
**space** [3] 14/17 14/18 16/21
**speak** [3] 26/3 27/25 34/10

**specific** [1] 15/22
**specifically** [2] 6/22 12/19
**spend** [2] 27/9 27/13
**spending** [1] 26/9
**spent** [2] 25/1 29/6
**spot** [1] 23/16
**SRTF** [1] 28/18
**St.** [1] 6/2
**St. Charles** [1] 6/2
**staff** [1] 30/24
**staffing** [2] 28/9 28/11
**stakeholders** [8] 12/6 14/3 15/2 15/9 23/3 23/22 27/18 31/8
**stakeholders'** [1] 23/23
**stand** [1] 31/12
**start** [4] 4/12 4/23 8/17 13/25
**started** [3] 6/10 6/11 24/15
**starting** [2] 30/7 31/4
**state** [55]
**State's** [2] 21/25 22/22
**stated** [1] 18/24
**statements** [1] 14/15
**states** [4] 1/1 1/19 3/13 17/1
**status** [8] 1/16 9/25 17/25 20/11 25/24 30/20 30/24 31/10
**statuses** [1] 26/19
**statute** [1] 18/5
**statutes** [1] 18/13
**statutory** [1] 11/19
**step** [2] 17/3 17/4
**steps** [1] 12/7
**still** [5] 23/24 25/5 26/9 29/16 35/23
**stool** [1] 16/24
**stop** [2] 7/2 30/15
**stories** [1] 14/12
**story** [1] 17/12
**straight** [1] 26/16
**strained** [1] 23/7
**Street** [4] 2/9 2/13 2/16 2/22
**study** [1] 30/2
**subcommittee** [1] 15/16
**submit** [1] 25/20
**submitted** [2] 34/8 34/15
**substance** [1] 16/25
**success** [1] 24/8
**suffering** [1] 8/23
**suggest** [2] 31/23 32/6
**suggested** [1] 34/5
**suggesting** [4] 9/6 32/17 32/19 32/20
**suggests** [1] 18/25
**Suite** [5] 2/5 2/9 2/22 3/3 3/6
**summarized** [1] 23/4
**superintendent** [1] 11/3
**support** [3] 9/19 19/22 28/10
**supporting** [1] 28/14
**supports** [1] 29/10
**sure** [5] 4/17 13/3 24/3 31/6 35/22
**sustained** [1] 8/14
**system** [17] 6/2 9/5 9/19 12/12 13/12 14/16 16/4 16/12 20/22 20/23 21/10 21/25 22/5 23/6 26/17 29/21 29/22
**systems** [3] 3/5 5/25 6/15 20/2 21/2

**T**

**table** [2] 14/3 14/6

**take** [5] 7/1 9/21 17/3 25/2 34/16
**takeaway** [1] 14/14
**taken** [4] 7/15 7/16 23/13 29/19
**taking** [1] 27/11
**talk** [1] 12/6
**talked** [1] 11/24
**talking** [1] 10/18
**tall** [1] 16/10
**technical** [1] 22/2
**tell** [2] 30/10 20/14
**tells** [1] 27/20
**term** [1] 21/19 21/20 26/19 26/23
**terms** [11] 13/9 13/10 13/10 13/11 15/22 22/20 23/19 27/15 30/1 32/18 34/17
**than** [6] 8/5 8/11 13/13 26/19 35/9 35/15
**thank** [17] 5/1 6/9 7/5 9/8 9/22 10/2 12/9 17/6 19/25 22/13 22/14 23/2 26/4 26/5 26/24 30/13 36/1
**Thanksgiving** [1] 35/7
**that** [207]
**that's** [26] 7/15 8/1 8/4 8/12 8/21 11/25 12/22 13/21 15/21 16/10 16/16 16/18 17/5 19/4 19/13 19/23 24/1 24/19 24/24 25/2 25/6 26/20 27/9 30/10 32/14 33/20 34/23 37/7
**their** [8] 4/13 8/14 17/18 19/6 19/23 21/3 26/6 26/7
**them** [5] 8/19 14/13 19/21 29/4 35/20
**then** [19] 4/12 4/14 6/20 7/21 8/18 14/8 23/11 23/15 26/16 26/17 26/7 27/21 28/9 29/7 31/12 32/15 33/21 33/22 34/23 35/12
**there** [21] 6/13 6/16 10/21 11/23 15/8 15/11 15/15 21/11 21/13 23/19 26/1 26/9 28/3 28/3 28/11 29/12 34/3 34/4 34/14 34/20 35/16
**there's** [25] 14/13 14/17 15/3 15/5 15/17 15/18 15/24 16/10 16/23 18/17 18/22 23/10 26/2 26/14 26/15 28/9 28/16 28/19 29/22 29/23 29/23 34/4 34/20 34/21 34/22
**these** [7] 18/6 18/7 18/18 19/5 23/18 26/18 26/18
**they** [30] 4/12 4/13 7/12 7/16 8/10 8/11 8/20 11/5 12/2 12/2 16/16 17/18 18/11 19/5 19/14 19/20 20/4 21/5 21/17 23/11 24/1 29/4 29/5 29/8 29/8 29/10 29/11 29/11 33/17 34/13
**they're** [2] 29/13 31/18
**they've** [2] 7/24 34/13
**thing** [4] 28/2 28/13 34/20 35/17
**things** [12] 6/13 13/25 16/10 16/24 17/14 21/4 22/21 23/18 29/8 29/11 32/5 34/8
**think** [39]
**Third** [1] 3/14
**this** [45]
**those** [16] 5/21 5/22 8/17 8/17 10/6 11/24 13/11 14/14 15/7 17/20 22/4 27/17 28/12 32/5 35/19 35/24
**though** [3] 6/16 10/22 21/8
**thought** [2] 29/8 29/11
**three** [6] 5/15 5/20 16/24 19/2 32/21 33/2
**three-hour** [1] 33/2
**three-legged** [1] 16/24

## T

**through [6]**  14/22 16/12 24/10 26/18 26/19 29/21
**thus [1]**  24/9
**tied [1]**  26/17
**time [39]**
**time-limited [1]**  33/8
**timeline [2]**  33/1 34/2
**timelines [3]**  15/23 15/23 28/25
**times [2]**  8/6 14/4
**today [2]**  4/18 25/18
**together [2]**  17/18 35/14
**too [4]**  8/22 32/18 32/19 34/17
**totally [1]**  15/14
**tough [1]**  24/19
**towards [1]**  10/6
**trajectory [1]**  25/9
**transcript [3]**  1/17 37/5 37/6
**transparency [1]**  26/9
**treatment [4]**  8/11 21/17 21/19 21/20
**Trial [1]**  2/12
**trials [1]**  32/12
**tried [1]**  19/15
**truly [1]**  8/7
**try [1]**  35/12
**trying [11]**  12/25 13/3 13/16 15/21 16/9 18/2 19/4 23/17 26/21 33/20 33/23
**two [7]**  7/3 10/21 15/5 30/4 32/5 32/20 34/3
**type [1]**  13/14

## U

**ultimately [2]**  17/3 17/23
**unable [1]**  10/15
**under [5]**  9/15 12/3 19/1 27/7 31/1
**underinvestment [1]**  21/24
**understand [8]**  6/16 7/24 12/16 13/2 15/21 23/10 23/17 34/3
**understanding [2]**  30/17 33/20
**Understood [4]**  20/17 24/20 35/2 35/4
**unintended [1]**  27/15
**unique [1]**  18/4
**Unit [1]**  29/2
**UNITED [3]**  1/1 1/19 3/13
**unprecedented [2]**  10/10 10/14
**unrealistic [1]**  33/22
**unstable [1]**  21/6
**unusual [1]**  17/9
**up [19]**  7/15 7/16 8/8 14/25 15/5 16/13 17/2 18/22 19/2 19/11 21/6 25/1 26/17 28/17 29/19 31/12 31/14 34/25 35/8
**upcoming [1]**  34/7
**update [1]**  9/24
**updated [1]**  35/11
**upon [1]**  18/7
**us [5]**  10/25 32/23 33/13 33/18 35/13
**use [1]**  26/22
**used [5]**  7/14 7/20 9/19 23/8 25/11
**utilized [1]**  28/5

## V

**value [1]**  29/20
**valve [2]**  14/24 22/24
**variety [1]**  13/25

**various [1]**  14/16
**versus [2]**  4/6 4/7
**very [12]**  4/16 14/10 18/16 22/13 22/16 23/4 24/19 26/13 27/14 28/8 29/16 31/13
**vest [1]**  18/13
**victims [6]**  3/1 6/5 6/5 16/5 22/12 22/15
**victims' [2]**  22/17 22/25
**video [2]**  3/9 4/21
**view [3]**  9/2 14/5 27/14
**viewed [1]**  17/16
**violate [1]**  19/9
**violations [1]**  27/23
**violent [1]**  14/25
**voices [2]**  23/23

## W

**wait [1]**  8/6
**waiting [2]**  8/22 9/17
**Waller [3]**  5/22 15/7 15/11
**want [13]**  7/3 7/3 13/6 16/14 22/12 23/6 24/12 26/1 26/5 27/15 30/14 32/9 33/13
**wanted [6]**  4/17 8/20 31/2 31/5 33/10 35/22
**wants [2]**  16/15 19/17
**was [24]**  4/17 7/13 7/15 7/18 7/19 10/4 11/5 15/14 15/15 17/16 18/10 24/14 25/13 26/1 26/8 28/5 29/6 32/1 32/2 32/18 32/19 34/8 35/20 35/21
**Washington [3]**  5/16 10/20 11/7
**wasn't [1]**  32/17
**way [6]**  8/13 8/19 18/17 18/22 25/10 31/21
**we [72]**
**we'll [4]**  4/9 4/14 4/23 33/25
**we're [19]**  4/5 8/21 9/1 9/11 9/18 10/17 13/6 14/25 16/24 17/1 17/2 23/24 24/17 26/20 31/4 31/18 33/12 34/22 35/18
**we've [3]**  15/1 19/15 27/12
**website [1]**  26/10
**week [2]**  15/15 35/6
**weekend [1]**  35/7
**weeks [2]**  11/12 30/4
**weigh [1]**  34/24
**well [16]**  4/6 4/22 6/7 9/21 11/10 13/17 14/10 15/12 17/24 18/1 25/6 28/8 29/24 31/7 31/8 33/25
**went [3]**  24/10 26/2 29/3
**Wentworth [1]**  5/17
**were [11]**  8/15 8/16 8/22 10/21 10/21 11/4 11/5 14/24 17/25 21/13 31/1
**what [32]**  6/19 6/21 6/22 7/8 7/16 7/18 8/12 9/4 14/2 15/21 16/3 16/7 18/4 18/14 20/14 21/4 21/21 22/6 23/25 24/10 26/7 26/11 26/14 28/22 30/8 30/9 31/22 32/2 32/12 33/2 33/24 35/5
**what's [6]**  15/23 16/1 21/23 27/9 34/5 34/10
**whatever [8]**  12/7 15/4 32/23 33/1 33/12 33/17 33/18 34/13
**when [12]**  7/9 7/18 8/15 11/20 12/15 14/1 15/3 19/18 21/13 24/14 32/18 34/4
**where [15]**  6/21 18/7 21/16 22/19 23/8 23/8 23/9 23/9 27/16 28/9 28/10 28/12 28/21 29/13 34/1
**whether [2]**  15/23 28/9

**which [21]**  14/4 16/6 16/21 19/1 19/4 20/2 20/11 20/18 20/24 21/2 21/18 21/19 21/22 22/6 23/11 24/17 27/2 30/3 30/4 31/21 34/11 34/11
**While [1]**  12/1
**who [18]**  4/13 4/17 7/12 7/12 7/22 10/16 12/3 12/13 13/11 14/6 18/9 21/5 21/6 21/14 21/16 25/14 25/18 25/19
**whole [1]**  19/15
**whom [1]**  15/19
**whomever [1]**  31/12
**why [2]**  27/11 32/14
**will [24]**  4/11 6/18 9/5 10/24 20/19 22/14 23/1 23/13 23/25 25/11 27/21 30/18 31/17 31/22 32/13 32/13 33/1 33/18 33/19 33/25 34/8 34/14 35/6
**Williams [3]**  2/21 5/15 13/24
**willing [1]**  12/6
**willingness [1]**  23/19
**winter [1]**  6/15
**within [5]**  18/10 4/10 15/20 23/32/15
**without [1]**  37/6
**wondering [1]**  31/1
**word [1]**  31/14
**words [1]**  26/6
**work [18]**  14/6 10/5 11/16 15/5 15/7 17/3 20/15 28/6 29/22 30/24 32/15 33/7 34/3 34/11 34/11 34/24 34/24 35/24
**worked [1]**  8/2
**working [4]**  8/3 11/17 14/2 16/20
**works [1]**  30/23
**would [37]**  6/19 8/16 8/18 9/21 9/24 10/1 13/13 13/14 19/1 19/21 20/25 23/14 23/14 23/15 23/22 24/2 25/7 25/18 25/9 25/21 25/22 25/22 27/4 27/7 28/23 29/2 29/11 30/23 31/23 32/3 32/5 32/9 32/23 33/1 33/12 33/21 35/8 35/13
**wouldn't [1]**  14/21
**write [1]**  27/20
**writing [1]**  25/20
**wrong [1]**  8/3

## Y

**year [7]**  14/22 16/14 19/19 20/7 24/11 24/23 35/14
**years [4]**  7/8 14/20 19/3 21/13
**yes [20]**  10/1 11/8 13/5 17/20 20/21 20/21 26/4 26/4 26/25 27/6 27/20 28/1 29/1 29/25 32/20 32/20 34/9 34/19 35/21 35/21
**yet [3]**  11/10 16/13 30/11
**you [76]**
**you'll [2]**  7/8 19/18
**you're [3]**  27/3 27/11 32/16
**your [32]**  4/24 5/2 5/5 5/9 5/12 5/14 5/19 5/24 6/4 7/5 8/1 9/6 9/24 11/15 13/23 17/7 19/25 20/1 22/14 23/3 23/9 24/18 25/4 25/8 25/17 26/3 27/2 31/16 32/10 33/6 34/9 34/19
**yourself [1]**  4/22