Emily Cooper OSB #182254
ecooper@droregon.org
Hanah Morin OSB #230043
hmorin@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Dave Boyer OSB # 235450
dboyer@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,** & **A.J. MADISON,**<br>Plaintiffs,<br><br>v.<br><br>**SAJEL HATHI,** in her official capacity as head of the Oregon Health Authority, & **SARA WALKER**, in her official capacity as Superintendent of the Oregon State Hospital,<br>Defendants.<br><br>**JAROD BOWMAN** and **JOSHAWN DOUGLAS-SIMPSON**,<br>Plaintiffs,<br><br>v.<br><br>**SARA WALKER**, Interim Superintendent of the Oregon State Hospital, in her official capacity, **SAJEL HATHI**, Director of the Oregon Health Authority, in her official capacity,<br>Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br><br>Case No. 3:21-cv-01637-AN (Member Case)<br><br>PLAINTIFF DISABILITY RIGHTS OREGON'S NOTICE OF SUPPLEMENTAL AUTHORITY |

NOTICE OF SUPPLEMENTAL AUTHORITY
Page 1

**Disability Rights Oregon**
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Disability Rights Oregon wishes to bring to the Court's attention a recent Ninth Circuit opinion from March 19, 2025, in the case *Coleman v. Newsom*, Case No. 24-4023. Because the case opinion was issued yesterday, the opinion is not yet published, but is available via Westlaw. *Coleman v. Newsom*, No. 24-4023, 2025 WL 851077 (9th Cir. Mar. 19, 2025). Plaintiffs understand this opinion to uphold in part and reverse in part the Eastern District of California's opinion in the same matter, which is published as Coleman v. Newsom, No. 2:90-CV-0520 KJM DB P, 2024 WL 3385911, at *1 (E.D. Cal. July 12, 2024). The Ninth Circuit's discussion of the criteria for contempt proceedings (at **4-7), the impossibility defense (**7-8), the due process requirements (**9-11), and the calculation of contempt fines (*11) may be of assistance to this Court.

DATED this 20th day of March 2025.

DISABILITY RIGHTS OREGON

/s Thomas Stenson
Hanah Morin OSB #230043
hmorin@droregon.org
Emily Cooper OSB # 182254
ecooper@droregon.org
Thomas Stenson, OSB # 152894
tstenson@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Telephone: (503) 243 2081
Facsimile: (503) 243 1738
*Counsel for Plaintiff*
*Disability Rights Oregon*

NOTICE OF SUPPLEMENTAL AUTHORITY
Page 2

**Disability Rights Oregon**
511 SW 10th Avenue, 2nd Floor
Portland, OR 97205
(503) 243-2081