DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case) Case No.  3:21-cv-01637-AN (Member Case) Case No. 6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S APRIL 14, 2025, ORDER |
| v. | |
| SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |

Page 1 -    DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S
             APRIL 14, 2025, ORDER
             CAS/j3b/988008371

SARA WALKER, Interim Superintendent of
the Oregon State Hospital, in her official
capacity, DOLORES MATTEUCCI, in her
individual capacity, SAJEL HATHI, Director
of the Oregon Health Authority, in her official
capacity, and PATRICK ALLEN in his
individual capacity,

        Defendants.


LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

        Plaintiffs,
   v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No.  6:22-CV-01460-AN (Member Case)


Defendants hereby inform the Court that they have been able to comply with this

Court's order dated April 14, 2025.  That order directed Defendants to continue to implement

the length of stay recommendations in the Court-appointed neutral expert's June 2022 report

as described in this Court's July 2023 order and to release from Oregon State Hospital (OSH)

and transport to Marion County Jail the state criminal defendant who was the subject of

Defendants' notice of noncompliance dated April 14, 2025.

On April 15, 2025, after receiving this Court's order, OSH reached out to Marion

County Jail (MCJ) to arrange for transport of the state criminal defendant at issue from the

state hospital to the county jail.  MCJ jail responded that this Court's order directed OSH to

transport the defendant, but that it would accept her, transported by OSH, the following day.

Email communications documenting that coordination are attached as Exhibit 1 to the

accompanying declaration of Jill Conbere (Conbere Decl.).

Page 2 -   DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S
         APRIL 14, 2025, ORDER
        CAS/j3b/988008371

OSH's transport team drove the defendant to MCJ on the morning of April 16, 2025, and she was discharged from OSH. Conbere Decl., ¶ 2.

DATED April 23, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General


*s/ Jill O. Conbere*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -    DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S
             APRIL 14, 2025, ORDER
        CAS/j3b/988008371

                            Department of Justice
                            100 SW Market Street
                            Portland, OR 97201
                     (971) 673-1880 / Fax: (971) 673-5000