DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DECLARATION OF JILL CONBERE IN SUPPORT OF DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S APRIL 14, 2025, ORDER |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -   DECLARATION OF JILL CONBERE IN SUPPORT OF DEFENDANTS' STATUS
           REPORT REGARDING COMPLIANCE WITH COURT'S APRIL 14, 2025, ORDER
CAS/j3b/986439532

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

      Defendants.

LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,

      Plaintiffs,

  v.

SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,

      Defendant.

Case No. 6:22-CV-01460-AN (Member Case)

I, Jill Conbere, hereby declare:

1. I am an Assistant Attorney General assigned to represent Oregon State Hospital and Oregon Health Authority in this matter.

2. Attached as Exhibit 1 is a true and correct copy of emails between Oregon State Hospital (OSH) and Marion County Jail (MCJ) regarding the transport from OSH to MCJ of the state criminal defendant who was the subject of Defendants' April 14, 2025, Notice of Inability to Comply.

3. OSH transported the defendant to MCJ on the morning of April 16, 2025, and she was discharged from OSH.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on April  23 , 2025.

                                       *s/ Jill O. Conbere*
                                       JILL CONBERE

Page 2 -  DECLARATION OF JILL CONBERE IN SUPPORT OF DEFENDANTS' STATUS REPORT REGARDING COMPLIANCE WITH COURT'S APRIL 14, 2025, ORDER
CAS/j3b/986439532

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000