**Conbere Jill**

| | |
|---|---|
| **From:** | Jacob Ramsey <Jramsey@co.marion.or.us> |
| **Sent:** | Tuesday, April 15, 2025 4:06 PM |
| **To:** | Eurto Brandy; Walker Brian A; Steffen Victor H |
| **Cc:** | Warren McDaniel; Tamra Coleman; Darrin Krawez |
| **Subject:** | RE: Discharge From OSH |

The Jails address is 4000 Aumsville Hwy Se Salem Oregon 97317. When the transporting staff arrive on the Jail campus,

███████████████████████████████████████████████████████████████████████ My assumption is that you have the contact information for our transport deputies, you are welcome to have your team contact them if they have any questions. You can also contact me directly at either of the below numbers and I will do my best to answer any questions you may have.

Jacob



**Jacob M. Ramsey | Jail Commander**
Marion County Jail
4000 Aumsville Hwy Se | Salem, Oregon 97317
**Phone** 503-540-8044 Cell 503-991-8976
**Email** jramsey@co.marion.or.us

---

**From:** Eurto Brandy <BRANDY.EURTO@oha.oregon.gov>
**Sent:** Tuesday, April 15, 2025 3:17 PM
**To:** Jacob Ramsey <Jramsey@co.marion.or.us>; Walker Brian A <BRIAN.A.WALKER@oha.oregon.gov>; Steffen Victor H <VICTOR.H.STEFFEN2@oha.oregon.gov>
**Cc:** Warren McDaniel <WMcDaniel@co.marion.or.us>; Tamra Coleman <TColeman@co.marion.or.us>; Darrin Krawez <DKrawez@co.marion.or.us>
**Subject:** RE: Discharge From OSH

⚠️ **WARNING:** This email originated outside of Marion County.
**DO NOT CLICK** links or attachments unless you trust the sender and know the content is safe.

Is there an address specifically that we need to bring her to?

**B r a n d y   E u r t o ,  D H C A ,  M B A** | Admissions Director

**OREGON STATE HOSPITAL** | **Oregon Health Authority**
Phone: 503-947-4247 | Email: brandy.eurto@oha.oregon.gov

*CONFIDENTIALITY NOTICE*
*This electronic mail transmission contains information belonging to the Oregon Health Authority and Oregon State Hospital. This information may be confidential and/or legally privileged and is intended only for the use of the addressee(s) designated above. If you are not the intended recipient, please advise me immediately by reply email, keep the contents confidential, and immediately delete the message and any attachements from your system.*

**From:** Jacob Ramsey <Jramsey@co.marion.or.us>
**Sent:** Tuesday, April 15, 2025 2:19 PM
**To:** Eurto Brandy <BRANDY.EURTO@oha.oregon.gov>; Walker Brian A <BRIAN.A.WALKER@oha.oregon.gov>; Steffen Victor H <VICTOR.H.STEFFEN2@oha.oregon.gov>
**Cc:** Warren McDaniel <WMcDaniel@co.marion.or.us>; Tamra Coleman <TColeman@co.marion.or.us>; Darrin Krawez <DKrawez@co.marion.or.us>
**Subject:** Discharge From OSH

> **Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Good afternoon,

Yesterday's federal order requires that "Defendants [OHA Director and OSH Superintendent] are hereby . . . ORDERED to release from the Oregon State Hospital and transport to the Marion County Jail the state criminal defendant who is the subject of defendants' notice and noncompliance." We will accept the defendant transported by OHA/OSH anytime between 8am and 5pm tomorrow.

Respectfully,

Jacob M. Ramsey



**Jacob M. Ramsey | Jail Commander**
Marion County Jail
4000 Aumsville Hwy Se | Salem, Oregon 97317
Phone 503-540-8044 Cell 503-991-8976
Email jramsey@co.marion.or.us