IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDERS INCORPORATED, and A.J. MADISON,<br><br>     Plaintiffs,<br><br>vs.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>     Defendants;<br><br>JAROD BOWMAN and JOSHAWN DOUGLAS SIMPSON,<br><br>     Plaintiffs,<br><br>  v.<br><br>PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority, and DOLORES MATTEUCCI, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>     Defendants. | Case No.: 3:02-cv-00339-AN (Lead)<br>Case No.: 3:21-cv-01637-AN (Member)<br><br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR CRIME VICTIM AMICUS** |

  PLEASE TAKE NOTICE that pursuant to LR 83-9, Emily S. La Brecque hereby appears in the above captioned action as co-counsel of record for Oregon Crime Victim Law Center, crime victim amicus herein, to serve with attorney Erin K. Olson.

  Attorney Erin K. Olson remains as lead counsel for crime victim amicus.

1–NOTICE OF ASSOCIATION OF COUNSEL AND AMICUS
 REPRESENTATIVE FOR CRIME VICTIM AMICUS

Notices, including electronic, regarding this matter should be co-served on Emily S. La Brecque at the following address:

>Emily S. La Brecque, OSB 143678
>Oregon Crime Victims Law Center
>7412 SW Beaverton Hillsdale Hwy Ste 209
>Portland OR  97225
>Phone:  (503) 208-8160
>Email:  emily@ocvlc.org

Dated:  May 15, 2025.

>OREGON CRIME VICTIMS LAW CENTER:
>
>_Emily La Brecque_
>Emily S. La Brecque, OSB 143678
>Phone:  (503) 208-8160
>Email:  emily@ocvlc.org
>Of Attorneys for Oregon Crime Victims Law Center

**2–NOTICE OF ASSOCIATION OF COUNSEL AND AMICUS REPRESENTATIVE FOR CRIME VICTIM AMICUS**