# IRA K. PACKER, Ph.D.
**Forensic Consultation and Training**

Board Certified in Forensic Psychology, ABPP
P.O. Box 469
Sharon, MA 02067
508-981-5952
forensictraining@gmail.com

January 2, 2025

Emily Cooper, Esq.
Disability Rights Oregon (DRO)
511 SW 10th Avenue, Suite 200
Portland, OR 97205

Attorney Cooper,

    Attached is my invoice for services related to *Disability Rights Oregon v. Hathi*, 3:02-cv-00339. Please let me know if you have any questions. Also, please let me know if you will need anything else from me related to this case. It has been a pleasure working with you and Tom.

Sincerely,

*[signature]*

Ira K. Packer, Ph.D., ABPP (Forensic)

Exhibit C
Emily Cooper Decl.
Page 1 of 2

# IRA K. PACKER, Ph.D.
**Forensic Consultation and Training**

Board Certified in Forensic Psychology, ABPP
P.O. Box 469
Sharon, MA 02067
508-981-5952
forensictraining@gmail.com

### INVOICE FOR PROFESSIONAL SERVICES

Date of Invoice:  January 2, 2025
Invoiced to:   Disability Rights Oregon (DRO)
               Emily Cooper, Esq.
               511 SW 10th Avenue, Suite 200
               Portland, OR 97205

Services related to *Disability Rights Oregon v. Hathi*, 3:02-cv-00339

Service details:

| Date | Activity | Hours |
|---|---|---|
| 12/10/24 | Review Dr. Pinals reports | 2.5 |
| 12/12/24 | Review Dr. Pinals reports | 2 |
| 12/13/24 | Review materials | 1 |
| 12/16/24 | Meet with attorneys; review materials | 2 |
| 12/19/24 | Review materials | 2 |
| 12/20/24 | Review materials/draft questions for Dr. Pinals | 2 |
| 12/20/24 | Meet with Dr. Pinals | 0.75 |
| 12/23/24 | Review materials; report writing | 3 |
| 12/24/24 | Review materials; report writing | 4 |
| 12/27/24 | Review materials; report writing | 3 |

Total hours invoiced:                                             22.25 hours

**Total Invoice:**  22.25 hours @$400/hour = **$8900**

*[signature: Ira K. Packer, Ph.D.]*

Exhibit C
Emily Cooper
Decl.
Page 2 of 2