**DRO v. Mink**

**Case No. 3:02-cv-00339-AN (Lead Case); Case No. 3:21-cv-01637-AN (Member Case)**

**Cost Table**

**GRAND TOTAL BY**

| Category | Cost |
|---|---|
| EXPERTS | $8,900 |
| ATTORNEYS' FEES (SEE "FEES" TAB) | $205,318.50 |
| GRAND TOTAL: | $214,218.50 |

Cooper Decl Ex. D