| | | Disability Rights Oregon | | | |
| | | *DRO v. Mink*  Attorneys' Fees | | | |
| Time Employee (Last, First) | Time Date of Time Entry | Time Entry Note | Time Amount in Hours | Rate | Amount |
|---|---|---|---|---|---|
| Boyer, David | 11/6/2024 | Meeting w expert and all plaintiffs | 1 | $625 | $625.00 |
| Boyer, David | 11/12/2024 | Review of D's proposal | 1.5 | $625 | $937.50 |
| Boyer, David | 11/18/2024 | Final prep and attendance at status hearing. | 4 | $625 | $2,500.00 |
| Boyer, David | 11/18/2024 | Post hearing debrief w all parties | 1 | $625 | $625.00 |
| Boyer, David | 11/20/2024 | Call with Dr. Pinels | 0.3 | $625 | $187.50 |
| Boyer, David | 11/27/2024 | All parties meeeting with Dr. Pinals to discuss compliance | 1 | $625 | $625.00 |
| Boyer, David | 12/4/2024 | All parties w Dr. Pinals | 1 | $625 | $625.00 |
| Boyer, David | 12/9/2024 | Drafted motion to extend remed order, sent to all plaintiffs | 1 | $625 | $625.00 |
| Boyer, David | 12/6/2024 | Meeting with plaintiffs/Dr. Pinels | 1 | $625 | $625.00 |
| Boyer, David | 12/11/2024 | Finalized draft motion to extend; circulated | 1.5 | $625 | $937.50 |
| Boyer, David | 12/12/2024 | Call and f/u with Dr. Pinals | 1 | $625 | $625.00 |
| Boyer, David | 12/17/2024 | DRO meeting with Dr. Pinals | 1 | $625 | $625.00 |
| Boyer, David | 12/17/2024 | Internal debrief after meeting with Dr. Pinals | 1 | $625 | $625.00 |
| Boyer, David | 12/20/2024 | Drafted mediation statement, sent to Emily | 1 | $625 | $625.00 |
| Boyer, David | 12/20/2024 | Email to atty re: possible client statement in support of contempt motion | 0.3 | $625 | $187.50 |
| Boyer, David | 12/30/2024 | Prep for mediation | 3 | $625 | $1,875.00 |
| Boyer, David | 1/2/2025 | Mediation | 3 | $625 | $1,875.00 |
| Boyer, David | 1/2/2025 | Review of contempt motion | 2 | $625 | $1,250.00 |
| Boyer, David | 1/3/2025 | Review of mink docket/orders/contempt motion | 2 | $625 | $1,250.00 |
| Boyer, David | 1/7/2025 | Review of filed documents, circulated to team | 1 | $625 | $625.00 |
| Boyer, David | 1/22/2025 | Meeting to prep for contempt hearing | 1 | $625 | $625.00 |
| Boyer, David | 1/22/2025 | Prepared skeleton outline of proof document | 0.5 | $625 | $312.50 |
| Boyer, David | 1/22/2025 | researched possible responses to Judge's questions for status hearing | 1 | $625 | $625.00 |
| Boyer, David | 1/24/2025 | Prep for and attended status conference | 4 | $625 | $2,500.00 |
| Boyer, David | 2/4/2025 | Team meeting | 1.1 | $625 | $687.50 |
| Boyer, David | 2/4/2025 | Follow ups after meeting | 1 | $625 | $625.00 |
| Boyer, David | 2/13/2025 | Team meeting | 1 | $625 | $625.00 |
| Boyer, David | 2/25/2025 | Team meeting | 0.8 | $625 | $500.00 |

Cooper Decl Ex. E

| | | | | | |
|---|---|---|---|---|---|
| Boyer, David | 3/3/2025 | Review of defendant's progress report | 0.5 | $625 | $312.50 |
| Boyer, David | 3/4/2025 | Helped Hanah prep for opening | 0.5 | $625 | $312.50 |
| Boyer, David | 3/7/2025 | Review of latest dashboard | 0.5 | $625 | $312.50 |
| Boyer, David | 3/7/2025 | Moot for opening argument | 1 | $625 | $625.00 |
| Boyer, David | 3/10/2025 | Moot for opening | 0.5 | $625 | $312.50 |
| Boyer, David | 3/10/2025 | Prep for contempt hearing | 2 | $625 | $1,250.00 |
| Boyer, David | 3/12/2025 | Prep and attendance at Mink contempt hearing | 7 | $625 | $4,375.00 |
| Boyer, David | 3/13/2025 | Attended closing | 2 | $625 | $1,250.00 |
| Boyer, David | 4/24/2025 | Pleadings to Hanah for atty fee petition | 1 | $625 | $625.00 |
| Boyer, David | 4/29/2025 | created report for fees | 0.8 | $625 | $500.00 |
| | | **Boyer Subtotal:** | **53.8** | | **$33,625.00** |
| | | | | | |
| Cooper, Emily | 11/18/2024 | Prep and attend hearing | 1.9 | $650 | $1,235.00 |
| Cooper, Emily | 11/20/2024 | Drafted table of outstanding recommendations (1.9) and communicated with expert (.6) | 2.5 | $650 | $1,625.00 |
| Cooper, Emily | 12/6/2024 | Call with neutral re contempt | 0.9 | $650 | $585.00 |
| Cooper, Emily | 12/16/2024 | call with contempt expert | 0.8 | $650 | $520.00 |
| Cooper, Emily | 12/20/2024 | Research (1.4), talk internally (.5) and draft (1.2) contempt brief. | 3.1 | $650 | $2,015.00 |
| Cooper, Emily | 12/24/2024 | Research, write contempt motion | 4.2 | $650 | $2,730.00 |
| Cooper, Emily | 1/2/2025 | Attend mediation | 4.1 | $650 | $2,665.00 |
| Cooper, Emily | 1/2/2025 | Reviewed expert report and drafted declaration. | 1.9 | $650 | $1,235.00 |
| Cooper, Emily | 1/3/2025 | Worked on motion and supporting declaration | 4.2 | $650 | $2,730.00 |
| Cooper, Emily | 1/6/2025 | Revised contempt pleadings for filing. | 4.6 | $650 | $2,990.00 |
| Cooper, Emily | 1/7/2025 | File motion and share with parties. | 1.2 | $650 | $780.00 |
| Cooper, Emily | 1/23/2025 | Prep for hearing | 2.9 | $650 | $1,885.00 |
| Cooper, Emily | 1/24/2025 | Prep (1.3), attend (2.7) and debrief after hearing (.3) | 4.3 | $650 | $2,795.00 |
| Cooper, Emily | 1/31/2025 | Prep for oral argument for contempt | 2 | $650 | $1,300.00 |
| Cooper, Emily | 2/3/2025 | Call with neutral re contempt | 0.8 | $650 | $520.00 |
| Cooper, Emily | 2/3/2025 | Met with DRW re Trueblood and related contempt | 1 | $650 | $650.00 |
| Cooper, Emily | 2/4/2025 | Discuss reply brief (1.1) and write reply brief (3.5) | 4.6 | $650 | $2,990.00 |
| Cooper, Emily | 2/12/2025 | Revised reply brief | 1.8 | $650 | $1,170.00 |
| Cooper, Emily | 2/13/2025 | Internal meeting to discuss strategy | 1 | $650 | $650.00 |
| Cooper, Emily | 2/21/2025 | Prepped for oral argument | 1 | $650 | $650.00 |
| Cooper, Emily | 2/25/2025 | Meet internally (.8) and with expert (1.1) | 1.9 | $650 | $1,235.00 |

| | | | | | |
|---|---|---|---|---|---|
| Cooper, Emily | 2/26/2025 | Travel and meet with fact witnesses | 2.4 | $650 | $1,560.00 |
| Cooper, Emily | 3/11/2025 | Travel (2.6), attend Mink tours (4.8), and prep for hearing (2.4) | 9.8 | $650 | $6,370.00 |
| Cooper, Emily | 3/12/2025 | Attend hearing | 7 | $650 | $4,550.00 |
| Cooper, Emily | 3/13/2025 | Attend hearing | 4 | $650 | $2,600.00 |
| Cooper, Emily | 4/29/2025 | Travel and meet with lawmakers re Mink | 4.5 | $650 | $2,925.00 |
| Cooper, Emily | 6/16/2025 | Worked on contempt motion and supporting declaration | 2.3 | $650 | $1,495.00 |
| | | **Cooper Subtotal:** | **77.90** | | **$52,455.00** |
| | | | | | |
| Morin, Hanah | 12/20/2024 | Talked to Emily about Mink filing | 0.5 | $275 | $137.50 |
| Morin, Hanah | 12/24/2024 | Read updated contempt motion | 0.5 | $275 | $137.50 |
| Morin, Hanah | 12/27/2024 | Worked on creating a visual representation of the legislative work | 2.5 | $275 | $687.50 |
| Morin, Hanah | 1/21/2025 | Looked at timelines for the clients who hadn't been admitted to OSH within 7 days | 0.5 | $275 | $137.50 |
| Morin, Hanah | 1/21/2025 | Read prior filings and reports | 1 | $275 | $275.00 |
| Morin, Hanah | 1/22/2025 | Meeting with Melissa, Emily C., Dave, and Tom re contempt hearing and planning | 1 | $275 | $275.00 |
| Morin, Hanah | 1/22/2025 | Reviewed data publications regarding A&A and civil commitments | 0.5 | $275 | $137.50 |
| Morin, Hanah | 1/23/2025 | Read through contempt responses; began preparing for contempt motion hearing | 2 | $275 | $550.00 |
| Morin, Hanah | 1/24/2025 | Status conference | 2.5 | $275 | $687.50 |
| Morin, Hanah | 1/27/2025 | Read submissions for contempt hearing | 1 | $275 | $275.00 |
| Morin, Hanah | 1/27/2025 | Read through Marion County reply brief | 0.5 | $275 | $137.50 |
| Morin, Hanah | 1/28/2025 | Reviewed outline for opening and other materials to draft opening and direct questions | 1 | $275 | $275.00 |
| Morin, Hanah | 1/31/2025 | Meeting with Emily to talk about opening for contempt hearing | 2 | $275 | $550.00 |
| Morin, Hanah | 1/31/2025 | Read Mink filings | 1 | $275 | $275.00 |
| Morin, Hanah | 2/3/2025 | Call with neutral re contempt | 0.8 | $275 | $220.00 |
| Morin, Hanah | 2/3/2025 | Met with DRW re Trueblood | 1 | $275 | $275.00 |
| Morin, Hanah | 2/4/2025 | Meeting with Dave, Emily, and Tom re response brief | 1.1 | $275 | $302.50 |
| Morin, Hanah | 2/4/2025 | Read amici briefs and started drafting response and prepared for meeting to plan response. | 2 | $275 | $550.00 |
| Morin, Hanah | 2/6/2025 | Reviewed documents in aid of drafting response brief; wrote and edited response brief | 3 | $275 | $825.00 |
| Morin, Hanah | 2/7/2025 | Reviewed documents in aid of drafting response brief; wrote and edited response brief | 3.5 | $275 | $962.50 |
| Morin, Hanah | 2/11/2025 | Edited response brief | 1 | $275 | $275.00 |

| | | | | | |
|---|---|---|---|---|---|
| Morin, Hanah | 2/13/2025 | Met with Emily, Dave, and Tom re response brief and oral arguments | 1 | $275 | $275.00 |
| Morin, Hanah | 2/13/2025 | Read cases and materials to prepare for contempt hearing; drafted some of opening | 2.5 | $275 | $687.50 |
| Morin, Hanah | 2/19/2025 | Read case law; reviewed Mink documents/filings | 2.8 | $275 | $770.00 |
| Morin, Hanah | 2/24/2025 | Met with jail fact witness regarding people waiting to transfer to OSH | 0.8 | $275 | $220.00 |
| Morin, Hanah | 2/27/2025 | Reviewed Dr. Pinals' reports for contempt hearing | 2.5 | $275 | $687.50 |
| Morin, Hanah | 2/28/2025 | Read case law; prepared for contempt hearing | 2.5 | $275 | $687.50 |
| Morin, Hanah | 2/27/2025 | Worked on opening | 1 | $275 | $275.00 |
| Morin, Hanah | 2/25/2025 | Mink hearing meeting | 0.8 | $275 | $220.00 |
| Morin, Hanah | 2/25/2025 | Preparing for contempt hearing - read case law, filings | 3 | $275 | $825.00 |
| Morin, Hanah | 2/24/2025 | Read filings | 1 | $275 | $275.00 |
| Morin, Hanah | 2/21/2025 | Met with Emily re contempt opening | 1 | $275 | $275.00 |
| Morin, Hanah | 2/21/2025 | Worked on opening and reading case law and filings to prepare for contempt hearing | 3.5 | $275 | $962.50 |
| Morin, Hanah | 2/20/2025 | Watched examples of opening arguments | 1.5 | $275 | $412.50 |
| Morin, Hanah | 2/26/2025 | Prepared for contempt hearing | 1.6 | $275 | $440.00 |
| Morin, Hanah | 3/12/2025 | Contempt hearing | 8 | $275 | $2,200.00 |
| Morin, Hanah | 3/13/2025 | Contempt hearing attendance | 4 | $275 | $1,100.00 |
| Morin, Hanah | 3/10/2025 | Mink moot | 0.5 | $275 | $137.50 |
| Morin, Hanah | 3/5/2025 | Prepared for contempt hearing | 2.3 | $275 | $632.50 |
| Morin, Hanah | 3/7/2025 | Moot for Mink contempt hearing | 1 | $275 | $275.00 |
| Morin, Hanah | 3/7/2025 | Prepared for contempt hearing | 3.6 | $275 | $990.00 |
| Morin, Hanah | 3/6/2025 | Prepared for contempt hearing | 3.9 | $275 | $1,072.50 |
| Morin, Hanah | 3/4/2025 | Prepared for contempt hearing | 5.3 | $275 | $1,457.50 |
| Morin, Hanah | 3/10/2025 | Prepared for contempt hearing | 4.6 | $275 | $1,265.00 |
| Morin, Hanah | 3/11/2025 | Prepared for contempt hearing | 5.5 | $275 | $1,512.50 |
| Morin, Hanah | 3/3/2025 | Prepared for contempt hearing | 5.5 | $275 | $1,512.50 |
| Morin, Hanah | 3/20/2025 | Reviewed ruling on sanctions against Marion County | 0.8 | $275 | $220.00 |
| Morin, Hanah | 3/20/2025 | Looked at notice of supplemental authority | 0.8 | $275 | $220.00 |
| Morin, Hanah | 4/15/2025 | Reviewed Emily's previous motion for attorneys fees and began outlining. | 1.2 | $275 | $330.00 |
| Morin, Hanah | 4/21/2025 | Worked on motion for attorneys' fees | 1 | $275 | $275.00 |
| Morin, Hanah | 4/24/2025 | Worked on motion for attorneys' fees | 1.2 | $275 | $330.00 |
| Morin, Hanah | 4/28/2025 | Worked on motion for attorneys' fees | 1 | $275 | $275.00 |
| Morin, Hanah | 4/29/2025 | Worked on motion for attorneys' fees and associated research | 2 | $275 | $550.00 |

| | | | | | |
|---|---|---|---|---|---|
| Morin, Hanah | 4/30/2025 | Worked on motion for attorneys' fees | 1 | $275 | $275.00 |
| Morin, Hanah | 5/1/2025 | Research for attorneys' fees motion | 0.5 | $275 | $137.50 |
| Morin, Hanah | 5/6/2025 | Requested transcript of the contempt hearing | 0.5 | $275 | $137.50 |
| Morin, Hanah | 5/28/2025 | Worked on motion for attorney fees | 2 | $275 | $550.00 |
| Morin, Hanah | 5/20/2025 | Researched the local and federal rules that apply to motion for attorney fees | 2 | $275 | $550.00 |
| Morin, Hanah | 5/21/2025 | Research re motions for attorney fees | 1 | $275 | $275.00 |
| Morin, Hanah | 5/27/2025 | Put together statement of facts/introduction | 1 | $275 | $275.00 |
| Morin, Hanah | 6/9/2025 | Read through Judge Nelson's opinion and order and applied it to the motion for attorney fees and memorandum in support. | 3 | $275 | $825.00 |
| Morin, Hanah | 6/6/2025 | Reviewed Judge Nelson's decision; reviewed updated dashboard | 1 | $275 | $275.00 |
| Morin, Hanah | 6/12/2025 | Worked on citations in the attorney fees memorandum | 1 | $275 | $275.00 |
| | | **Morin Subtotal:** | **118.60** | | **$32,615.00** |
| | | | | | |
| Stenson, Tom | 11/20/2024 | meet with potential expert; review expert agreement | 0.9 | $645 | $580.50 |
| Stenson, Tom | 11/18/2024 | attend mink hearing | 3 | $645 | $1,935.00 |
| Stenson, Tom | 11/25/2024 | review of outstanding case information regarding PSRB detainees | 1.8 | $645 | $1,161.00 |
| Stenson, Tom | 11/21/2024 | factual research and outline of contempt issues | 3.8 | $645 | $2,451.00 |
| Stenson, Tom | 11/22/2024 | discussion of outstanding issues regarding contempt and enforcement with stakeholder | 1 | $645 | $645.00 |
| Stenson, Tom | 12/12/2024 | call w pinals, follow up to call w emails | 1.5 | $645 | $967.50 |
| Stenson, Tom | 12/2/2024 | pull exhibits and materials re enforcement in preparation for mediation/contempt | 2.9 | $645 | $1,870.50 |
| Stenson, Tom | 12/3/2024 | review data re enforcement process | 2.8 | $645 | $1,806.00 |
| Stenson, Tom | 12/5/2024 | develop proposal for settlement | 2.6 | $645 | $1,677.00 |
| Stenson, Tom | 12/6/2024 | work on settlement proposal | 3.6 | $645 | $2,322.00 |
| Stenson, Tom | 12/9/2024 | settlement proposal updates | 1.6 | $645 | $1,032.00 |
| Stenson, Tom | 12/11/2024 | review interim agreement and state's progress (or lack of progress) | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 12/12/2024 | emails w opp counsel, co-counsel re settlement | 0.4 | $645 | $258.00 |
| Stenson, Tom | 12/16/2024 | met w expert | 1 | $645 | $645.00 |
| Stenson, Tom | 12/16/2024 | research re contempt motion | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 12/17/2024 | meet w dr pinals--follow up discussion | 1.5 | $645 | $967.50 |
| Stenson, Tom | 12/20/2024 | drafting motion for contempt | 5.2 | $645 | $3,354.00 |
| Stenson, Tom | 12/23/2024 | work on draft motion on contempt | 5.8 | $645 | $3,741.00 |
| Stenson, Tom | 1/6/2025 | review, research, make changes to motion for contempt | 3.6 | $645 | $2,322.00 |
| Stenson, Tom | 1/10/2025 | motion to intervene | 2.8 | $645 | $1,806.00 |

| | | | | | |
|---|---|---|---|---|---|
| Stenson, Tom | 1/10/2025 | draft response to motion to intervene | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 1/13/2025 | motion for sanctions | 1 | $645 | $645.00 |
| Stenson, Tom | 1/13/2025 | opp to motion to intervene | 2.3 | $645 | $1,483.50 |
| Stenson, Tom | 1/14/2025 | research and finalization of motion for sanctions | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 1/16/2025 | research into other psychiatric hospital contempt cases | 1.5 | $645 | $967.50 |
| Stenson, Tom | 1/31/2025 | review state's brief | 1 | $645 | $645.00 |
| Stenson, Tom | 1/23/2025 | review state's filings for hearing, confer with cocounsel | 2.1 | $645 | $1,354.50 |
| Stenson, Tom | 1/23/2025 | research into cfaas re mink | 2 | $645 | $1,290.00 |
| Stenson, Tom | 1/23/2025 | review pleadings from amici re hearing | 1 | $645 | $645.00 |
| Stenson, Tom | 1/24/2025 | prepare for, attend hearing | 4 | $645 | $2,580.00 |
| Stenson, Tom | 2/4/2025 | memorandum update re marion co intv | 3.6 | $645 | $2,322.00 |
| Stenson, Tom | 2/4/2025 | memorandum update re marion co intv | 3.6 | $645 | $2,322.00 |
| Stenson, Tom | 2/6/2025 | marion co memorandum re intv and reply | 3.8 | $645 | $2,451.00 |
| Stenson, Tom | 2/6/2025 | conferral with marion county | 0.8 | $645 | $516.00 |
| Stenson, Tom | 2/10/2025 | mink fact research, document collection re reply | 2.6 | $645 | $1,677.00 |
| Stenson, Tom | 2/11/2025 | work on elements of reply brief re counties and funding | 2.1 | $645 | $1,354.50 |
| Stenson, Tom | 2/12/2025 | mink reply drafting | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 2/14/2025 | drafting reply doc | 3.1 | $645 | $1,999.50 |
| Stenson, Tom | 2/21/2025 | research re issues for contempt | 1 | $645 | $645.00 |
| Stenson, Tom | 2/25/2025 | conv with hospitals counsel re proposed mtn to intervene | 0.8 | $645 | $516.00 |
| Stenson, Tom | 2/26/2025 | emails w hospital counsel | 0.8 | $645 | $516.00 |
| Stenson, Tom | 3/6/2025 | fact research in preparation for hearing | 2 | $645 | $1,290.00 |
| Stenson, Tom | 3/7/2025 | drafting reply re marion county sanctions | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 3/11/2025 | prepared for hearing, reviewed exhibits, prepared exhibits for record | 6 | $645 | $3,870.00 |
| Stenson, Tom | 3/11/2025 | read briefing from amici | 1.5 | $645 | $967.50 |
| Stenson, Tom | 3/12/2025 | attended hearing | 7 | $645 | $4,515.00 |
| Stenson, Tom | 3/12/2025 | drafted closing statement | 2 | $645 | $1,290.00 |
| Stenson, Tom | 3/12/2025 | review memorandum from amici and court opinion | 1 | $645 | $645.00 |
| Stenson, Tom | 3/13/2025 | post hearing discussion; proposed follow up re remedies | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 3/13/2025 | attended hearing on contempt | 2 | $645 | $1,290.00 |
| Stenson, Tom | 4/16/2025 | review and analyze court order; review state court proceedings; emails with DRO team re order | 1.8 | $645 | $1,161.00 |
| Stenson, Tom | 5/1/2025 | review records and update team re robertson prosecution | 0.3 | $645 | $193.50 |
| Stenson, Tom | 5/2/2025 | review of OHA records and fact development | 2.8 | $645 | $1,806.00 |

| | | | | | |
|---|---|---|---|---|---|
| Stenson, Tom | 5/5/2025 | review of oha records and fact development re statistics and consistency of narrative | 2.9 | $645 | $1,870.50 |
| Stenson, Tom | 5/13/2025 | review updated OHA data regarding bed space | 1.5 | $645 | $967.50 |
| Stenson, Tom | 5/13/2025 | response to county filings | 2.5 | $645 | $1,612.50 |
| Stenson, Tom | 5/14/2025 | finalizing opposition to motion | 0.6 | $645 | $387.00 |
| | | **Stenson Subtotal:** | **134.3** | | **$86,623.50** |
| | | **TOTAL ATTORNEYS' FEES** | **384.60** | | **$205,318.50** |