DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>    Defendants. | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case)<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF DISABILITY RIGHTS OREGON'S PETITION FOR ATTORNEY FEES |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,<br><br>    Plaintiffs,<br><br>    v. | Case No.  3:21-cv-01637-AN (Member Case) |

Page 1 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
           RESPOND TO PLAINTIFF DISABILITY RIGHTS OREGON'S PETITION FOR
           ATTORNEY FEES
           CAS/j3b/994106080

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her individual capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,<br><br>        Defendants. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HEALTH & SERVICES OREGON,<br><br>        Plaintiffs,<br>v.<br><br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>        Defendant. | Case No.  6:22-CV-01460-AN (Member Case) |

## CERTIFICATE OF CONFERRAL

Pursuant to L.R. 7-1(a), the undersigned counsel for Defendants certifies that she conferred with counsel for Plaintiff Disability Rights Oregon (DRO), and Plaintiff DRO does not oppose this motion.

## MOTION

Defendants seek an additional two weeks to respond to Plaintiff DRO's *Petition for Attorney Fees and Costs* (ECF No. 613), filed June 20, 2025.  Defendants request this additional time because they are in discussions with Plaintiff DRO with the goal of reaching agreement regarding the amount of attorney fees at issue and would like to ensure the parties have enough time to complete those discussions before filing a response.  The current deadline for Defendants' response to Plaintiff DRO's fee petition is July 7, 2025.

Accordingly, Defendants request that that deadline be extended to **July 21, 2025**.  This is

Page 2 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF DISABILITY RIGHTS OREGON'S PETITION FOR ATTORNEY FEES
      CAS/j3b/994106080

Defendant's first request for an extension of this deadline, and it is made in good faith and not to cause undue delay.

DATED July  1, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ Jill L. Conbere_
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF DISABILITY RIGHTS OREGON'S PETITION FOR ATTORNEY FEES
CAS/j3b/994106080

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000