STEVE ELZINGA, OSB #123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
555 Court Street NE
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Attorney for Marion County

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER, in her official capacity as Superintendent of the Oregon State Hospital,<br><br>Defendants. | Case No. 3:02-cv-00339-AN (Lead Case)<br>Case No. 3:21-cv-01637-AN (Member Case)<br>Case No. 6:33-cv-01460-AN (Member Case)<br><br>***AMICI* MARION COUNTY'S REQUEST FOR LEAVE TO FILE MOTION TO WITHDRAW AS *AMICUS CURIAE*** |
| JAROD BOWMAN and JOSHAWN DOUGLAS-SIIMPSON,<br><br>Plaintiffs,<br><br>v.<br><br>SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, SAJEL HATHI, Director of the Oregon Health Authority, in her official capacity,<br><br>Defendants. | Case No. 3:21-cv-01637-AN (Member Case) |

|  |  |
|---|---|
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; and PROVIDENCE HALTH & SERVICES OREGON,<br><br>       Plaintiffs,<br><br> v.<br>SEJAL HATHI, in her official capacity as Director of Oregon Health Authority,<br><br>       Defendant. | Case No.  6:33-cv-01460-AN (Member Case) |

Pursuant to this Court's order (ECF 605), *amici* Marion County requests leave from the Court to file a motion to withdraw as an *amicus curiae* in these consolidated matters. Marion County asked this Court to impose escalating monetary fines against Oregon State Hospital for ongoing violations of this Court's orders, and this Court has now done so.

Dated this 2nd day of July, 2025

Respectfully submitted,

*/s/ Steve Elzinga*
Steve Elzinga, OSB# 123102
Of Attorneys for Marion County
555 Court St. N.E., Suite 5242
PO Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Email: selzinga@co.marion.or.us

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing *AMICI* **MARION COUNTY'S REQUEST FOR LEAVE TO FILE MOTION TO WITHDRAW AS *AMICUS CURIAE*** upon interested counsel by the following indicated method on the date set forth below:

| | |
|---|---|
| XX | By electronic means through the Court's Case Management/Electronic Case File system on the date set forth below; |
| ___ | By faxing a copy thereof to each attorney at each attorney's last-known facsimile number on the date set forth below; |
| ___ | By mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney's last-known office address listed above and causing it to be deposited in the U.S. mail at Salem, Oregon on the date set forth below; |
| ___ | By causing a copy thereof to be hand-delivered to said attorney at each attorney's last-known office address listed above on the date set forth below; |

Dated this 2nd day of July, 2025

*/s/ Steve Elzinga*
Steve Elzinga, OSB# 123102
Of Attorneys for Marion County
555 Court St. N.E., Suite 5242
PO Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Email: selzinga@co.marion.or.us