DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sajel Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case) Case No.  3:21-cv-01637-AN (Member Case) Case No. 6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | DEFENDANT'S SECOND FINE CALCULATION REPORT |
| v. | |
| SAJEL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official | |

Page 1 -   DEFENDANT'S SECOND FINE CALCULATION REPORT
CAS/j3b/995092514

capacity, DOLORES MATTEUCCI, in her
individual capacity, SAJEL HATHI, Director
of the Oregon Health Authority, in her official
capacity, and PATRICK ALLEN in his
individual capacity,

        Defendants.

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

        Plaintiffs,

  v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No.  6:22-CV-01460-AN (Member Case)

Pursuant to this Court's June 6, 2025, Order, Defendants hereby submit as Exhibit 1

the "relevant dashboard data pertaining to the average active waiting period for

*Mink-Bowman* class members."  Exhibit 1 covers the time period of June 30 through July 13,

2025.  Defendants note, however, that Exhibit 1 is not the regular *monthly* published

dashboard, because the monthly dashboard reflecting data for July 2025 will not be created

until the first week of August 2025.  Rather, Exhibit 1 is a bi-weekly report containing the

same data in the dashboard that will be published in the first week of August 2025.

Defendants further that note there are no "class members" in the *Mink* or *Bowman* cases.

The Court's June 6, 2025, Order also requires Defendants to "submit a proposed

calculation of contempt fines" on the fifteenth day of each month beginning on June 15,

2025. ECF No. 604, pp. 18.  The Order "imposes monetary sanctions in the amount of

$500.00 per class member per day." *Id.*, p. 17.  Although there are no class members,

Defendants proposed calculations include all persons ordered committed to the Oregon State

Hospital (OSH) pursuant to ORS 161.370 (a .370 order) from June 16 through July 14,

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

2025,[1] and accrues fines at a rate of $500 per day for each day they waited longer than seven days for admission.  Defendants do not include, however, in their proposed fines days where the delay was caused by circumstances outside Defendants' control (*e.g.*, where OSH offered a bed to the jail, but the jail declined to transport).  Defendants propose fines in the amount of $107,000, for the period of June 16 through July 14, 2025.  The chart attached as Exhibit 2 reflects Defendants' calculations and notes delays outside of Defendants' control in red, which are excluded from the total proposed fine amount.

DATED July  15 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Jill L. Conbere*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
SHEILA H. POTTER #993485
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Sheila.Potter@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

---

[1] Data is available for past days only; accordingly, because June 15, 2025, was a Sunday and Defendants' first fine calculation report was submitted on June 16, 2025, it included data for June 15.  This report, submitted on July 15, 2025, contains data through July 14, and July 15 will be included in the next report.

Page 3 -     DEFENDANT'S SECOND FINE CALCULATION REPORT
CAS/j3b/995092514