| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Adm | Days >7 | Fine | Notes | Days Removed | Adj Days | Adj Fine |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/16/2025 | Deschutes | Circuit Court | Felony C | 06/08/25 | 06/09/25 | 8 | 1 | $500 | | | 1 | $500 |
| 2 | 06/16/2025 | Marion | Circuit Court | Misdemeanor A | 06/09/25 | 06/09/25 | 7 | 0 | $0 | | | 0 | $0 |
| 3 | 06/16/2025 | Linn | Circuit Court | Felony A | 06/09/25 | 06/10/25 | 7 | 0 | $0 | | | 0 | $0 |
| 4 | 06/16/2025 | Jackson | Circuit Court | Felony C | 06/04/25 | 06/04/25 | 12 | 5 | $2,500 | bed offered 6/12, county declined | 4 | 1 | $500 |
| 5 | 06/16/2025 | Linn | Circuit Court | Felony C | 06/06/25 | 06/06/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 6 | 06/16/2025 | Marion | Circuit Court | Felony C | 06/09/25 | 06/09/25 | 7 | 0 | $0 | | | 0 | $0 |
| 7 | 06/16/2025 | Marion | Circuit Court | Felony A | 06/06/25 | 06/09/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 8 | 06/17/2025 | Lane | Circuit Court | Felony C | 06/05/25 | 06/05/25 | 12 | 5 | $2,500 | bed offered 6/16, county declined | 1 | 4 | $2,000 |
| 9 | 06/17/2025 | Multnomah | Circuit Court | Misdemeanor A | 06/09/25 | 06/11/25 | 8 | 1 | $500 | | | 1 | $500 |
| 10 | 06/17/2025 | Lane | Circuit Court | Misdemeanor A | 06/06/25 | 06/06/25 | 11 | 4 | $2,000 | bed offered 6/16, county declined | 1 | 3 | $1,500 |
| 11 | 06/17/2025 | Wasco | Circuit Court | Felony C | 06/05/25 | 06/05/25 | 12 | 5 | $2,500 | bed offered 6/16, county declined | 1 | 4 | $2,000 |
| 12 | 06/17/2025 | Washington | Circuit Court | Misdemeanor A | 06/09/25 | 06/09/25 | 8 | 1 | $500 | | | 1 | $500 |
| 13 | 06/17/2025 | Lane | Circuit Court | Misdemeanor A | 06/06/25 | 06/06/25 | 11 | 4 | $2,000 | bed offered 6/16, county declined | 1 | 3 | $1,500 |
| 14 | 06/18/2025 | Lane | Circuit Court | Felony C | 06/11/25 | 06/11/25 | 7 | 0 | $0 | | | 0 | $0 |
| 15 | 06/18/2025 | Lane | Municipal Court | Misdemeanor A | 06/11/25 | 06/11/25 | 7 | 0 | $0 | | | 0 | $0 |
| 16 | 06/18/2025 | Multnomah | Circuit Court | Misdemeanor-U (Unclassified) | 06/10/25 | 06/11/25 | 8 | 1 | $500 | | | 1 | $500 |
| 17 | 06/18/2025 | Lane | Municipal Court | Misdemeanor A | 06/10/25 | 06/10/25 | 8 | 1 | $500 | | | 1 | $500 |
| 18 | 06/18/2025 | Lane | Circuit Court | Felony C | 06/11/25 | 06/11/25 | 7 | 0 | $0 | | | 0 | $0 |
| 19 | 06/18/2025 | Multnomah | Circuit Court | Misdemeanor-U (Unclassified) | 06/10/25 | 06/11/25 | 8 | 1 | $500 | | | 1 | $500 |
| 20 | 06/18/2025 | Multnomah | Circuit Court | Felony A | 06/10/25 | 06/10/25 | 8 | 1 | $500 | | | 1 | $500 |
| 21 | 06/20/2025 | Linn | Circuit Court | Felony C | 06/11/25 | 06/11/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 22 | 06/20/2025 | Jackson | Circuit Court | Felony C | 06/11/25 | 06/11/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 23 | 06/20/2025 | Washington | Circuit Court | Felony C | 06/10/25 | 06/10/25 | 10 | 3 | $1,500 | bed offered 6/18, county declined | 2 | 1 | $500 |
| 24 | 06/20/2025 | Washington | Circuit Court | Misdemeanor A | 06/10/25 | 06/10/25 | 10 | 3 | $1,500 | bed offered 6/18, county declined | 2 | 1 | $500 |
| 25 | 06/20/2025 | Jackson | Circuit Court | Felony C | 06/11/25 | 06/11/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 26 | 06/20/2025 | Washington | Circuit Court | Felony C | 06/10/25 | 06/10/25 | 10 | 3 | $1,500 | bed offered 6/18, county declined | 2 | 1 | $500 |
| 27 | 06/23/2025 | Deschutes | Circuit Court | Misdemeanor A | 06/13/25 | 06/13/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 28 | 06/23/2025 | Wasco | Circuit Court | Felony C | 06/12/25 | 06/12/25 | 11 | 4 | $2,000 | | | 4 | $2,000 |
| 29 | 06/23/2025 | Linn | Circuit Court | Misdemeanor A | 06/13/25 | 06/13/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 30 | 06/23/2025 | Josephine | Circuit Court | Felony B | 06/13/25 | 06/13/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 31 | 06/23/2025 | Marion | Circuit Court | Felony C | 06/12/25 | 06/12/25 | 11 | 4 | $2,000 | | | 4 | $2,000 |
| 32 | 06/24/2025 | Lane | Circuit Court | Felony C | 06/16/25 | 06/16/25 | 8 | 1 | $500 | | | 1 | $500 |
| 33 | 06/24/2025 | Coos | Circuit Court | Felony C | 06/16/25 | 06/16/25 | 8 | 1 | $500 | | | 1 | $500 |
| 34 | 06/24/2025 | Lane | Circuit Court | Felony C | 06/16/25 | 06/16/25 | 8 | 1 | $500 | | | 1 | $500 |
| 35 | 06/24/2025 | Marion | Circuit Court | Misdemeanor A | 06/16/25 | 06/17/25 | 8 | 1 | $500 | | | 1 | $500 |
| 36 | 06/24/2025 | Marion | Circuit Court | Felony C | 06/13/25 | 06/13/25 | 11 | 4 | $2,000 | bed offered 6/23, county declined | 1 | 3 | $1,500 |
| 37 | 06/25/2025 | Washington | Circuit Court | Felony B | 06/16/25 | 06/17/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 38 | 06/25/2025 | Lincoln | Circuit Court | Misdemeanor A | 06/16/25 | 06/17/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 39 | 06/25/2025 | Clackamas | Circuit Court | Felony C | 06/16/25 | 06/16/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 40 | 06/25/2025 | Clackamas | Circuit Court | Felony C | 06/16/25 | 06/16/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 41 | 06/25/2025 | Clackamas | Circuit Court | Felony C | 06/16/25 | 06/16/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 42 | 06/26/2025 | Baker | Circuit Court | Felony C | 06/17/25 | 06/18/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 43 | 06/26/2025 | Multnomah | Circuit Court | Felony C | 06/17/25 | 06/18/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 44 | 06/26/2025 | Josephine | Circuit Court | Felony B | 06/17/25 | 06/17/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 45 | 06/26/2025 | Multnomah | Circuit Court | Felony-U (Unclassified) | 06/17/25 | 06/18/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 46 | 06/26/2025 | Multnomah | Circuit Court | Misdemeanor A | 06/17/25 | 06/18/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 47 | 06/26/2025 | Multnomah | Circuit Court | Felony C | 06/17/25 | 06/18/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 48 | 06/27/2025 | Multnomah | Circuit Court | Misdemeanor A | 06/17/25 | 06/18/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 49 | 06/27/2025 | Josephine | Circuit Court | Misdemeanor A | 06/18/25 | 06/23/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 50 | 06/27/2025 | Marion | Circuit Court | Misdemeanor A | 06/18/25 | 06/18/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 51 | 06/27/2025 | Douglas | Circuit Court | Misdemeanor A | 06/17/25 | 06/17/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 52 | 06/27/2025 | Marion | Circuit Court | Felony A | 06/18/25 | 06/20/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 53 | 06/30/2025 | Umatilla | Circuit Court | Felony C | 06/20/25 | 06/23/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 54 | 06/30/2025 | Umatilla | Circuit Court | Felony C | 06/20/25 | 06/23/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 55 | 06/30/2025 | Lincoln | Circuit Court | Felony C | 06/23/25 | 06/23/25 | 7 | 0 | $0 | | | 0 | $0 |
| 56 | 06/30/2025 | Clatsop | Circuit Court | Felony C | 06/23/25 | 06/24/25 | 7 | 0 | $0 | | | 0 | $0 |
| 57 | 06/30/2025 | Klamath | Circuit Court | Misdemeanor A | 06/18/25 | 06/24/25 | 12 | 5 | $2,500 | | | 5 | $2,500 |
| 58 | 06/30/2025 | Clatsop | Circuit Court | Felony C | 06/23/25 | 06/24/25 | 7 | 0 | $0 | | | 0 | $0 |
| 59 | 06/30/2025 | Benton | Circuit Court | Misdemeanor A | 06/23/25 | 06/24/25 | 7 | 0 | $0 | | | 0 | $0 |
| 60 | 07/01/2025 | Washington | Circuit Court | Felony C | 06/23/25 | 06/24/25 | 8 | 1 | $500 | | | 1 | $500 |
| 61 | 07/01/2025 | Douglas | Circuit Court | Felony C | 06/19/25 | 06/20/25 | 12 | 5 | $2,500 | Bed offered for 6/30, no response from county | 1 | 4 | $2,000 |
| 62 | 07/01/2025 | Douglas | Circuit Court | Felony C | 06/20/25 | 06/20/25 | 11 | 4 | $2,000 | Bed offered for 6/30, no response from county | 1 | 3 | $1,500 |

| # | Date | County | Court | Charge | Date1 | Date2 | Days | Col9 | Amount | Notes | Col12 | Col13 | Col14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 07/01/2025 | Washington | Circuit Court | Felony C | 06/23/25 | 06/24/25 | 8 | 1 | $500 | | | 1 | $500 |
| 64 | 07/01/2025 | Lane | Circuit Court | Felony B | 06/18/25 | 06/18/25 | 13 | 6 | $3,000 | Bed offered for 6/30, county declined | 1 | 5 | $2,500 |
| 65 | 07/01/2025 | Lane | Circuit Court | Misdemeanor A | 06/18/25 | 06/18/25 | 13 | 6 | $3,000 | Bed offered for 6/30, county declined | 1 | 5 | $2,500 |
| 66 | 07/02/2025 | Marion | Circuit Court | Felony B | 06/23/25 | 06/23/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 67 | 07/02/2025 | Lane | Municipal Court | Misdemeanor A | 06/25/25 | 06/25/25 | 7 | 0 | $0 | admitted early, female bed vacancy | | 0 | $0 |
| 68 | 07/02/2025 | Multnomah | Circuit Court | Felony C | 06/24/25 | 06/24/25 | 8 | 1 | $500 | | | 1 | $500 |
| 69 | 07/02/2025 | Multnomah | Circuit Court | Felony A | 06/24/25 | 06/25/25 | 8 | 1 | $500 | | | 1 | $500 |
| 70 | 07/02/2025 | Multnomah | Circuit Court | Felony A | 06/24/25 | 06/24/25 | 8 | 1 | $500 | | | 1 | $500 |
| 71 | 07/03/2025 | Washington | Circuit Court | Misdemeanor A | 06/24/25 | 06/25/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 72 | 07/03/2025 | Multnomah | Circuit Court | Misdemeanor A | 06/24/25 | 06/25/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 73 | 07/03/2025 | Multnomah | Circuit Court | Felony A | 06/24/25 | 06/25/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 74 | 07/03/2025 | Clackamas | Circuit Court | Felony C | 06/24/25 | 06/24/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 75 | 07/03/2025 | Marion | Circuit Court | Misdemeanor A | 07/01/25 | 07/01/25 | 2 | 0 | $0 | admitted early, female bed vacancy | | 0 | $0 |
| 76 | 07/07/2025 | Multnomah | Circuit Court | Misdemeanor A | 06/24/25 | 06/25/25 | 13 | 6 | $3,000 | | | 6 | $3,000 |
| 77 | 07/07/2025 | Lane | Municipal Court | Misdemeanor A | 06/25/25 | 06/25/25 | 12 | 5 | $2,500 | | | 5 | $2,500 |
| 78 | 07/07/2025 | Multnomah | Circuit Court | Misdemeanor B | 07/01/25 | 07/02/25 | 6 | 0 | $0 | admitted early, female bed vacancy | | 0 | $0 |
| 79 | 07/07/2025 | Columbia | Circuit Court | Felony A | 06/26/25 | 06/26/25 | 11 | 4 | $2,000 | | | 4 | $2,000 |
| 80 | 07/08/2025 | Columbia | Circuit Court | Felony C | 07/03/25 | 07/03/25 | 5 | 0 | $0 | approved expedited admission | | 0 | $0 |
| 81 | 07/08/2025 | Multnomah | Circuit Court | Felony A | 06/25/25 | 06/26/25 | 13 | 6 | $3,000 | Bed offered 7/7, county did not transport | 1 | 5 | $2,500 |
| 82 | 07/08/2025 | Klamath | Circuit Court | Felony C | 07/01/25 | 07/02/25 | 7 | 0 | $0 | admitted early, Springs bed available | | 0 | $0 |
| 83 | 07/08/2025 | Multnomah | Circuit Court | Misdemeanor A | 07/01/25 | 07/02/25 | 7 | 0 | $0 | admitted early, female bed vacancy | | 0 | $0 |
| 84 | 07/08/2025 | Marion | Circuit Court | Felony C | 06/25/25 | 06/25/25 | 13 | 6 | $3,000 | Bed offered 7/7, county did not transport | 1 | 5 | $2,500 |
| 85 | 07/08/2025 | Lincoln | Circuit Court | Felony C | 06/26/25 | 06/27/25 | 12 | 5 | $2,500 | | | 5 | $2,500 |
| 86 | 07/08/2025 | Multnomah | Circuit Court | Felony C | 07/01/25 | 07/02/25 | 7 | 0 | $0 | admitted early, female bed vacancy | | 0 | $0 |
| 87 | 07/09/2025 | Multnomah | Circuit Court | Felony C | 07/01/25 | 07/02/25 | 8 | 1 | $500 | admitted early, female bed vacancy | | 1 | $500 |
| 88 | 07/09/2025 | Curry | Circuit Court | Misdemeanor B | 06/25/25 | 06/25/25 | 14 | 7 | $3,500 | bed offered 7/3 & 7/8, county declined | 6 | 1 | $500 |
| 89 | 07/09/2025 | Washington | Circuit Court | Misdemeanor A | 07/02/25 | 07/02/25 | 7 | 0 | $0 | admitted early, female bed vacancy | | 0 | $0 |
| 90 | 07/09/2025 | Douglas | Circuit Court | Felony C | 07/02/25 | 07/02/25 | 7 | 0 | $0 | returning on sell order | | 0 | $0 |
| 91 | 07/10/2025 | Washington | Circuit Court | Felony C | 06/30/25 | 07/01/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 92 | 07/10/2025 | Josephine | Circuit Court | Misdemeanor A | 06/26/25 | 06/27/25 | 14 | 7 | $3,500 | | | 7 | $3,500 |
| 93 | 07/10/2025 | Clackamas | Circuit Court | Felony B | 07/02/25 | 07/07/25 | 8 | 1 | $500 | admitted early, female bed vacancy | | 1 | $500 |
| 94 | 07/10/2025 | Multnomah | Circuit Court | Felony A | 07/01/25 | 07/02/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 95 | 07/10/2025 | Multnomah | Circuit Court | Felony A | 07/01/25 | 07/02/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 96 | 07/10/2025 | Deschutes | Circuit Court | Felony B | 06/26/25 | 06/26/25 | 14 | 7 | $3,500 | | | 7 | $3,500 |
| 97 | 07/11/2025 | Benton | Circuit Court | Felony A | 07/02/25 | 07/08/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 98 | 07/11/2025 | Lane | Municipal Court | Misdemeanor A | 07/01/25 | 07/01/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 99 | 07/11/2025 | Marion | Circuit Court | Felony C | 07/02/25 | 07/02/25 | 9 | 2 | $1,000 | | | 2 | $1,000 |
| 100 | 07/11/2025 | Multnomah | Circuit Court | Felony A | 07/01/25 | 07/02/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 101 | 07/11/2025 | Washington | Circuit Court | Felony B | 07/03/25 | 07/03/25 | 8 | 1 | $500 | | | 1 | $500 |
| 102 | 07/11/2025 | Multnomah | Circuit Court | Felony A | 07/01/25 | 07/02/25 | 10 | 3 | $1,500 | | | 3 | $1,500 |
| 103 | 07/14/2025 | Coos | Circuit Court | Felony C | 07/03/25 | 07/07/25 | 11 | 4 | $2,000 | | | 4 | $2,000 |
| 104 | 07/14/2025 | Coos | Circuit Court | Felony B | 07/03/25 | 07/07/25 | 11 | 4 | $2,000 | | | 4 | $2,000 |
| | | | | | | | | **241** | **$120,500** | | **27** | **214** | **$107,000** |