DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Sheila.Potter@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No.  6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | JOINT MOTION FOR ENTRY OF ORDER ON ATTORNEY'S FEES AND COSTS |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official | |

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

capacity, DOLORES MATTEUCCI, in her
individual capacity, SEJAL HATHI, Director
of the Oregon Health Authority, in her official
capacity, and PATRICK ALLEN in his
individual capacity,

        Defendants.


LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

        Plaintiffs,
   v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

        Defendant.

Case No.  6:22-CV-01460-AN (Member Case)

## JOINT MOTION

The parties jointly move for entry of the attached stipulated order awarding Disability

Rights Oregon (DRO) attorney's fees in the amount of $144,123.50 in accordance with

Federal Rule of Civil Procedure 54(d).  As provided in the proposed order, DRO and

Defendants further move that the award be contingent on DRO remaining the prevailing

party on a fee-bearing claim after the appellate mandate issues following Defendants' appeal

from this Court's June 6, 2025, Opinion and Order.

## BACKGROUND

On June 6, 2025, this Court granted DRO's motion for contempt and entered an

Opinion and Order finding Defendants in contempt (the Contempt Order). Thereafter, DRO

filed a motion for an award of attorney fees and costs incurred in connection with its motion

for contempt.  Defendants have appealed the Contempt Order. To avoid the need to litigate

the amount of fees and costs DRO seeks, the parties have settled the amount to be awarded

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

under Rule 54(d) and ask this Court to enter the attached proposed stipulated order to

effectuate that settlement.

        DATED August  13, 2025.

                             Respectfully submitted,

DAN RAYFIELD
Attorney General

| | |
|---|---|
| *s/ Carla A. Scott* | *s/ Emily cooper* |
| CARLA A. SCOTT #054725 | EMILY COOPER # 182254 |
| CRAIG M. JOHNSON #080902 | ecooper@droregon.org |
| SHEILA H. POTTER #993485 | DAVID BOYER 235450 |
| Senior Assistant Attorneys General | dboyer@droregon.org |
| JILL CONBERE # 193430 | THOMAS STENSON #152894 |
| Assistant Attorney General | tstenson@droregon.org |
| Trial Attorneys | Tel (503) 243-2081 |
| Tel (971) 673-1880 | JESSE A. MERRITHEW # 074564 |
| Fax (971) 673-5000 | jesse@lmhlegal.com |
| Carla.A.Scott@doj.oregon.gov | Tel (971) 229-1241 |
| Sheila.Potter@doj.oregon.gov | |
| Craig.M.Johnson@doj.oregon.gov | *Attorneys for Plaintiffs* |
| Jill.Conbere@doj.oregon.gov | |
|      *Of Attorneys for Defendants* | |

Page 3 -    JOINT MOTION FOR ENTRY OF ORDER ON ATTORNEY'S FEES AND COSTS
      CAS/j3b/996886831

DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
SHEILA H. POTTER #993485
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
         Sheila.Potter@doj.oregon.gov
         Craig.M.Johnson@doj.oregon.gov
         Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case)<br>Case No.  3:21-cv-01637-AN (Member Case)<br>Case No. 6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | STIPULATED ORDER ON ATTORNEY'S FEES AND COSTS |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |

Page 1 -    STIPULATED ORDER ON ATTORNEY'S FEES AND COSTS

CAS/j3b/996887977

JAMES DIEGEL, Interim Superintendent of
the Oregon State Hospital, in his official
capacity, DOLORES MATTEUCCI, in her
individual capacity, SEJAL HATHI, Director
of the Oregon Health Authority, in her official
capacity, and PATRICK ALLEN in his
individual capacity,

            Defendants.

Case No.  6:22-CV-01460-AN (Member Case)

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

            Plaintiffs,
     v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

            Defendant.

On June 6, 2025, this Court granted Plaintiff Disability Rights Oregon's (DRO)

motion for contempt and entered an Opinion and Order finding Defendants in contempt (the

Contempt Order). Defendants have appealed the Contempt Order. During the pendency of

the appeal, Defendants and DRO have settled DRO's pending motion for attorney fees and

costs (ECF No. 613) by agreeing on an amount for the requested award.

Per the parties' agreement, DRO is awarded $144,123.50 in attorney's fees and no

costs. This award resolves all attorney's fees and other costs in this matter recoverable under

Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988 relating to the district court

litigation of this matter between November 2024 and June 2025.  This attorney's fees and

costs award is contingent on DRO remaining the prevailing party on a fee-bearing claim after

the appellate mandate issues for this matter.

Page 2 -    STIPULATED ORDER ON ATTORNEY'S FEES AND COSTS

DATED August  13 , 2025.


**IT IS SO STIPULATED:**


DAN RAYFIELD
Attorney General

*s/ Carla A. Scott*                           *s/ Emily Cooper*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902         EMILY COOPER # 182254
SHEILA H. POTTER #993485          ecooper@droregon.org
Senior Assistant Attorneys General   DAVID BOYER 235450
JILL CONBERE # 193430             dboyer@droregon.org
Assistant Attorney General           THOMAS STENSON #152894
Trial Attorneys                       tstenson@droregon.org
Tel (971) 673-1880                 Tel (503) 243-2081
Fax (971) 673-5000                JESSE A. MERRITHEW # 074564
Carla.A.Scott@doj.oregon.gov      jesse@lmhlegal.com
Sheila.Potter@doj.oregon.gov       Tel (971) 229-1241
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov          *Attorneys for Plaintiffs*
      *Of Attorneys for Defendants*


DATED: _____


_____
HONORABLE ADRIENNE C. NELSON
U. S. District Court Judge


Submitted by:  Carla A. Scott
                Senior Assistant Attorney General
                Attorneys for Defendants


Page 3 -    STIPULATED ORDER ON ATTORNEY'S FEES AND COSTS

CAS/j3b/996887977