| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | AUG 14 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

| | |
|---|---|
| DISABILITY RIGHTS OREGON, fka Oregon Advocacy Center; et al., | No. 24-2229 |
| Plaintiffs - Appellees, | D.C. No. 3:02-cv-00339-AN |
| v. | District of Oregon, Portland |
| PATRICK ALLEN, Director of the Department of Human Services, in his official capacity and DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity, | MANDATE |
| Defendants - Appellees, | |
| v. | |
| COUNTY OF MARION, Proposed Intervenor, | |
| Movant - Appellant. | |

The judgment of this Court, entered July 23, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellant in the amount of $40.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT