IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON,[1]<br>METROPOLITAN PUBLIC DEFENDER<br>SERVICES, INC., and A.J. MADISON,<br><br>            Plaintiffs,<br>    v.<br><br>SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority, and JAMES DIEGAL, in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>            Defendants. | Case No.: 3:02-cv-00339-AN (lead)<br>          3:21-cv-01637-AN<br>          (consolidated)<br><br>FIRST JUDGMENT REGARDING CONTEMPT FINES |

Based on this Court's Opinion and Order of June 6, 2025, ECF [604], and Opinion and Order of August 6, 2025, ECF [645],

    1.    Judgment is entered against defendants in the total amount of $161,500.00, in contempt fines covering the period of June 7, 2025, through July 14, 2025.

    2.    Delineated, this total amount consists of $41,000.00 for the period of June 7, 2025, through June 15, 2025; and $120,500.00 for the period of June 16, 2025, through July 14, 2025.

    3.    The total amount of $161,500.00 shall be paid via cashier's check or certified check, payable to the Clerk, U.S. District Court.

---

[1] Plaintiff Disability Rights Oregon ("DRO") is named on the docket as "Oregon Advocacy Center" but has been largely referred to as DRO in this case since approximately January of 2023.

4.       This Judgment shall bear interest at the federal statutory rate until satisfied. This interest shall begin to accrue one calendar day following the date of entry of the Judgment and shall continue to accrue until satisfied.

IT IS SO ORDERED.

DATED this 4th day of September, 2025.

*Adrienne E. Nelson*
Adrienne Nelson
United States District Judge