BILLY J. WILLIAMS, Bar No. 901366
billy.williams@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
SARAH MONKTON, Bar No. 196018
sarah.monkton@bbklaw.com
BEST BEST & KRIEGER LLP
360 SW Bond Street, Suite 400
Bend, Oregon  97702
Telephone:  (541) 382-3011
Facsimile:  (541) 388-5410

*Of Attorneys for Amici Curiae Washington County District Attorney, Clackamas County District Attorney, and Marion County District Attorney*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,<br><br>Plaintiffs,<br><br>v.<br><br>SEJAH HATHI, in her official capacity as Director of Oregon Health Authority, and SARA WALKER, in her official capacity as INTERIM Superintendent of the Oregon State Hospital,<br><br>Defendants.<br>(*caption continued next page*) | Case No.: 3:02-cv-00339-AN (Lead Case)<br>Case No.: 3:21-cv-01637-AN (Member Case)<br><br>***AMICI* DISTRICT ATTORNEYS' REQUEST FOR LEAVE TO FILE MOTION TO WITHDRAW AS *AMICUS CURIAE*** |

Page 1 – **AMICI REQUEST FOR LEAVE TO FILE A MOTION TO WITHDRAW AS AMICUS CURIAE**
13914.00001\43956569.1

| | |
|---|---|
| JAROD BOWMAN, and JOSHAWN DOUGLAS-SIMPSON, | Case No.: 3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| SARAH WALKER, Superintendent of the Oregon State Hospital, in her individual and official capacity, SEJAL HATHI, Director of Oregon Health Authority, in her official capacity; and PATRICK ALLEN, in his individual capacity, | |
| Defendants. | |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER d/b/a UNITY CENTER FOR BEHAVIORAL HEALTH; LEGACY HEALTH SYSTEM; PEACEHEALTH; PROVIDENCE HEALTH & SERVICES – OREGON, and ST. CHARLES HEALTH SYSTEM, INC. | Case No.: 6:22-cv-01460-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| SEJAH HATHI, MD, in her official capacity as Director of Oregon Health Authority, | |
| Defendant. | |

Pursuant to the Court's order (ECF 605), *amici* District Attorneys request leave from the

Court to file a motion to withdraw as an *amicus curiae* in these consolidated matters.

Page 2 – **AMICI REQUEST FOR LEAVE TO FILE A MOTION TO WITHDRAW AS AMICUS CURIAE**
13914.00001\43956569.1

```
```

Dated: September 9, 2025

BEST BEST & KRIEGER LLP

By: *s/ Billy J. Williams*
BILLY J. WILLIAMS, Bar No. 901366
billy.williams@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
SARAH MONKTON, Bar No. 196018
sarah.monkton@bbklaw.com

Attorneys for Amicus Curiae
Washington County District Attorney,
Clackamas County District Attorney, and
Marion County District Attorney

Dated: September 9, 2025

BEST BEST & KRIEGER LLP

By: *s/ Billy J. Williams*
BILLY J. WILLIAMS, Bar No. 901366
billy.williams@bbklaw.com
JOSH NEWTON, Bar No. 983087
josh.newton@bbklaw.com
SARAH MONKTON, Bar No. 196018
sarah.monkton@bbklaw.com

Attorneys for Amicus Curiae
Washington County District Attorney,
Clackamas County District Attorney, and
Marion County District Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on September 9, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

    BEST BEST & KRIEGER LLP

    *s/ Billy Williams*
    Billy Williams, Bar No. 901366
    Billy.williams@bbklaw.com

    *Of Attorneys for Amici Curiae*