IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DISABILITY RIGHTS OREGON,[1]<br>METROPOLITAN PUBLIC DEFENDER<br>SERVICES, INC., and A.J. MADISON,<br><br>        Plaintiffs,<br>  v.<br><br>SEJAL HATHI, in her official capacity as Director of the Oregon Health Authority, and JAMES DIEGAL, in his official capacity as Interim Superintendent of the Oregon State Hospital,<br><br>        Defendants. | Case No.: 3:02-cv-00339-AN (lead)<br>             3:21-cv-01637-AN<br>             (consolidated)<br><br>OPINION AND ORDER |

        Plaintiff Disability Rights Oregon ("DRO") and defendants Sejal Hathi, in her official capacity as Director of the Oregon Health Authority, and James Diegal, in his official capacity as Interim Superintendent of the Oregon State Hospital, filed a Joint Motion for Entry of Order on Attorney's Fees and Costs on August 13, 2025. For the reasons set forth below, the motion is GRANTED.

## BACKGROUND

        On June 6, 2025, this Court granted DRO's motion for contempt and entered an opinion and order finding defendants in contempt (the "June 6 Opinion and Order"). *See* Op. & Order of June 6, 2025, ECF [604]. Thereafter, defendants appealed the June 6 Opinion and Order, *see* Notice of Appeal to the 9th Cir., ECF [607], and DRO moved for attorneys' fees and costs, *see* DRO Mot. for Atty Fees, ECF [613]. During the pendency of the appeal, DRO and defendants settled DRO's motion for attorney fees and costs by agreeing on an amount for the requested award. DRO & Defs. Joint Mot. for Entry of Order on Atty Fees & Costs, ECF [649], at 2-3. DRO and defendants now jointly move for entry of an order on fees

---

[1] Plaintiff Disability Rights Oregon ("DRO") is named on the docket as "Oregon Advocacy Center" and has been referred to as both DRO and Oregon Advocacy Center since approximately January of 2023. The Court uses "DRO" in this Opinion and Order.

1

and costs in the agreed-upon amount. *Id.* at 2-6.

## DISCUSSION

Per the parties' agreement, DRO is awarded $144,123.50 in attorneys' fees and no costs. This award resolves all attorneys' fees and other costs in this matter recoverable under Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988 relating to the district court litigation of this matter between November 2024 and June 2025. This award of attorneys' fees and costs is contingent upon DRO remaining the prevailing party on a fee-bearing claim after the appellate mandate issues for this matter are resolved.

## CONCLUSION

For the reasons stated herein, plaintiff Disability Rights Oregon's ("DRO") Motion for Attorney Fees, ECF [613], is DENIED as moot, and DRO and defendants' Joint Motion for Entry of Order on Attorney's Fees and Costs, ECF [649], is GRANTED. DRO is awarded $144,123.50 in attorneys' fees and no costs, contingent upon DRO remaining the prevailing party on a fee-bearing claim after the appellate mandate issues for this matter are resolved.

IT IS SO ORDERED.

DATED this 18th day of November, 2025.

_____
Adrienne Nelson
United States District Judge