| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes | Approved (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/15/2025 | Washington | Circuit Court | Felony B | 09/30/25 | 09/30/25 | 0 | 15 | 8 | 8 | $4,000 | | |
| 2 | 10/16/2025 | Klamath | Circuit Court | Felony B | 09/30/25 | 09/30/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 3 | 10/16/2025 | Lane | Circuit Court | Felony C | 10/14/25 | 10/14/25 | 0 | 2 | 0 | 0 | $0 | | |
| 4 | 10/16/2025 | Marion | Circuit Court | Misdemeanor B | 09/30/25 | 09/30/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 5 | 10/17/2025 | Lane | Circuit Court | Felony B | 09/30/25 | 09/30/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| 6 | 10/17/2025 | Lane | Circuit Court | Misdemeanor A | 09/30/25 | 09/30/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| 7 | 10/17/2025 | Multnomah | Circuit Court | Felony A | 09/30/25 | 10/01/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 8 | 10/17/2025 | Linn | Circuit Court | Felony C | 10/06/25 | 10/07/25 | 1 | 11 | 4 | 4 | $2,000 | | |
| 9 | 10/20/2025 | Multnomah | Circuit Court | Felony-U (Uncla | 09/30/25 | 10/01/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| 10 | 10/20/2025 | Multnomah | Circuit Court | Felony C | 09/30/25 | 10/01/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| 11 | 10/20/2025 | Multnomah | Circuit Court | Felony C | 09/30/25 | 10/01/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| 12 | 10/21/2025 | Josephine | Circuit Court | Felony C | 10/03/25 | 10/03/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 13 | 10/21/2025 | Polk | Circuit Court | Felony A | 10/03/25 | 10/03/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 14 | 10/21/2025 | Linn | Circuit Court | Felony C | 10/03/25 | 10/03/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 15 | 10/21/2025 | Josephine | Circuit Court | Felony B | 10/03/25 | 10/03/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 16 | 10/21/2025 | Lane | Circuit Court | Felony C | 10/03/25 | 10/03/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 17 | 10/21/2025 | Polk | Circuit Court | Felony A | 10/03/25 | 10/03/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 18 | 10/21/2025 | Umatilla | Circuit Court | Felony C | 10/02/25 | 10/02/25 | 0 | 19 | 12 | 12 | $6,000 | | |
| 19 | 10/22/2025 | Lane | Municipal Court | Misdemeanor A | 10/06/25 | 10/06/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 20 | 10/22/2025 | Multnomah | Circuit Court | Misdemeanor A | 09/30/25 | 10/01/25 | 1 | 22 | 15 | 14 | $7,000 | Bed offered for 10/21, county declined (delayed admission by 1 day) | Y |
| 21 | 10/22/2025 | Multnomah | Circuit Court | Misdemeanor A | 09/30/25 | 10/01/25 | 1 | 22 | 15 | 14 | $7,000 | Bed offered for 10/21, county declined (delayed admission by 1 day) | Y |
| 22 | 10/22/2025 | Multnomah | Circuit Court | Felony C | 09/30/25 | 10/01/25 | 1 | 22 | 15 | 14 | $7,000 | Bed offered for 10/21, county declined (delayed admission by 1 day) | Y |
| 23 | 10/22/2025 | Multnomah | Circuit Court | Misdemeanor A | 09/30/25 | 10/01/25 | 1 | 22 | 15 | 14 | $7,000 | Bed offered for 10/21, county declined (delayed admission by 1 day) | Y |
| 24 | 10/23/2025 | Coos | Circuit Court | Felony B | 10/06/25 | 10/07/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 25 | 10/23/2025 | Washington | Circuit Court | Misdemeanor A | 10/07/25 | 10/07/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 26 | 10/23/2025 | Washington | Circuit Court | Felony A | 10/07/25 | 10/07/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 27 | 10/23/2025 | Curry | Circuit Court | Felony C | 10/06/25 | 10/07/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 28 | 10/23/2025 | Columbia | Circuit Court | Misdemeanor A | 10/06/25 | 10/06/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| 29 | 10/23/2025 | Clatsop | Circuit Court | Misdemeanor A | 10/07/25 | 10/08/25 | 1 | 16 | 9 | 9 | $4,500 | | |
| 30 | 10/23/2025 | Marion | Circuit Court | Misdemeanor A | 10/16/25 | 10/17/25 | 1 | 7 | 0 | 0 | $0 | | |
| 31 | 10/24/2025 | Marion | Circuit Court | Misdemeanor A | 10/08/25 | 10/08/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 32 | 10/24/2025 | Multnomah | Circuit Court | Misdemeanor A | 10/07/25 | 10/08/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 33 | 10/24/2025 | Multnomah | Circuit Court | Felony A | 10/07/25 | 10/08/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 34 | 10/24/2025 | Washington | Circuit Court | Misdemeanor A | 10/07/25 | 10/08/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 35 | 10/24/2025 | Klamath | Circuit Court | Felony C | 10/07/25 | 10/08/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 36 | 10/24/2025 | Multnomah | Circuit Court | Felony B | 10/07/25 | 10/08/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 37 | 10/27/2025 | Lane | Circuit Court | Felony A | 10/09/25 | 10/09/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 38 | 10/27/2025 | Lane | Circuit Court | Felony A | 10/09/25 | 10/09/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 39 | 10/28/2025 | Jackson | Circuit Court | Misdemeanor A | 10/08/25 | 10/08/25 | 0 | 20 | 13 | 12 | $6,000 | Bed offered for 10/27, county declined (delayed admission by 1 day) | Y |
| 40 | 10/28/2025 | Jackson | Circuit Court | Felony C | 10/08/25 | 10/08/25 | 0 | 20 | 13 | 12 | $6,000 | Bed offered for 10/27, county declined (delayed admission by 1 day) | Y |
| 41 | 10/28/2025 | Jackson | Circuit Court | Felony C | 10/09/25 | 10/09/25 | 0 | 19 | 12 | 12 | $6,000 | | |
| 42 | 10/29/2025 | Clackamas | Circuit Court | Misdemeanor A | 10/13/25 | 10/13/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 43 | 10/29/2025 | Washington | Circuit Court | Felony B | 10/14/25 | 10/14/25 | 0 | 15 | 8 | 8 | $4,000 | | |
| 44 | 10/29/2025 | Marion | Circuit Court | Misdemeanor A | 10/09/25 | 10/09/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 45 | 10/29/2025 | Benton | Circuit Court | Misdemeanor A | 10/09/25 | 10/09/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 46 | 10/29/2025 | Clackamas | Circuit Court | Felony C | 10/13/25 | 10/13/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 47 | 10/30/2025 | Multnomah | Circuit Court | Felony B | 10/14/25 | 10/15/25 | 1 | 16 | 9 | 9 | $4,500 | | |
| 48 | 10/30/2025 | Washington | Circuit Court | Misdemeanor A | 10/14/25 | 10/14/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 49 | 10/30/2025 | Jackson | Circuit Court | Misdemeanor A | 10/14/25 | 10/15/25 | 1 | 16 | 9 | 9 | $4,500 | | |
| 50 | 10/30/2025 | Lake | Circuit Court | Felony C | 10/14/25 | 10/14/25 | 0 | 16 | 9 | 9 | $4,500 | | |
| 51 | 10/30/2025 | Curry | Circuit Court | Misdemeanor A | 10/10/25 | 10/10/25 | 0 | 20 | 13 | 12 | $6,500 | | |
| 52 | 10/30/2025 | Curry | Circuit Court | Misdemeanor A | 10/15/25 | 10/15/25 | 0 | 15 | 8 | 8 | $4,000 | | |
| 53 | 10/30/2025 | Douglas | Circuit Court | Felony C | 10/15/25 | 10/15/25 | 0 | 15 | 8 | 8 | $4,000 | | |
| 54 | 10/31/2025 | Marion | Circuit Court | Felony A | 10/14/25 | 10/14/25 | 0 | 17 | 10 | 10 | $5,000 | | |

| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes | Approved (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 10/31/2025 | Multnomah | Circuit Court | Felony C | 10/14/25 | 10/22/25 | 8 | 17 | 10 | 2 | $1,000 | Late order (received 8 days after it was signed, admitted 9 days after receipt) | Y |
| 56 | 10/31/2025 | Multnomah | Circuit Court | Felony C | 10/14/25 | 10/15/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 57 | 10/31/2025 | Multnomah | Circuit Court | Misdemeanor B | 10/14/25 | 10/15/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 58 | 11/03/2025 | Washington | Circuit Court | Felony C | 10/14/25 | 10/14/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 59 | 11/04/2025 | Marion | Circuit Court | Felony B | 10/17/25 | 10/20/25 | 3 | 18 | 11 | 11 | $5,500 | | |
| 60 | 11/04/2025 | Washington | Circuit Court | Felony C | 10/14/25 | 10/14/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| 61 | 11/04/2025 | Deschutes | Circuit Court | Felony A | 10/16/25 | 10/17/25 | 1 | 19 | 12 | 12 | $6,000 | | |
| 62 | 11/04/2025 | Multnomah | Circuit Court | Felony B | 10/14/25 | 10/15/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| 63 | 11/04/2025 | Linn | Circuit Court | Felony C | 10/15/25 | 10/16/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| 64 | 11/04/2025 | Marion | Circuit Court | Felony C | 10/15/25 | 10/15/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 65 | 11/05/2025 | Curry | Circuit Court | Misdemeanor B | 10/15/25 | 10/15/25 | 0 | 21 | 14 | 13 | $6,500 | Bed offered for 11/4, county declined (delayed admission by 1 day) | Y |
| 66 | 11/05/2025 | Curry | Circuit Court | Felony C | 10/16/25 | 10/16/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 67 | 11/05/2025 | Linn | Circuit Court | Felony C | 10/17/25 | 10/17/25 | 0 | 19 | 12 | 12 | $6,000 | | |
| 68 | 11/05/2025 | Polk | Circuit Court | Felony B | 10/16/25 | 10/23/25 | 7 | 20 | 13 | 6 | $3,000 | Late order (received 7 days after it was signed, admitted 13 days after receipt) | Y |
| 69 | 11/05/2025 | Multnomah | Circuit Court | Felony A | 10/15/25 | 10/16/25 | 1 | 21 | 14 | 14 | $7,000 | | |
| 70 | 11/05/2025 | Josephine | Circuit Court | Felony A | 10/16/25 | 10/17/25 | 1 | 20 | 13 | 13 | $6,500 | | |
| 71 | 11/06/2025 | Douglas | Circuit Court | Felony B | 10/20/25 | 10/21/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 72 | 11/06/2025 | Multnomah | Circuit Court | Felony A | 10/29/25 | 10/29/25 | 0 | 8 | 1 | 1 | $500 | | |
| 73 | 11/06/2025 | Marion | Circuit Court | Felony C | 10/20/25 | 10/20/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| 74 | 11/07/2025 | Yamhill | Circuit Court | Misdemeanor A | 10/24/25 | 10/27/25 | 3 | 14 | 7 | 7 | $3,500 | | |
| 75 | 11/07/2025 | Clackamas | Circuit Court | Felony C | 10/20/25 | 10/20/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 76 | 11/07/2025 | Clackamas | Circuit Court | Felony A | 10/20/25 | 10/20/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 77 | 11/10/2025 | Linn | Circuit Court | Felony A | 10/21/25 | 10/24/25 | 3 | 20 | 13 | 13 | $6,500 | | |
| 78 | 11/10/2025 | Clackamas | Circuit Court | Felony C | 10/20/25 | 10/20/25 | 0 | 21 | 14 | 14 | $7,000 | | |
| 79 | 11/10/2025 | Benton | Circuit Court | Felony A | 10/21/25 | 10/21/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 80 | 11/12/2025 | Columbia | Circuit Court | Felony C | 10/23/25 | 10/23/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 81 | 11/12/2025 | Lane | Circuit Court | Felony C | 10/23/25 | 10/23/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 82 | 11/12/2025 | Deschutes | Circuit Court | Felony A | 10/21/25 | 10/21/25 | 0 | 22 | 15 | 15 | $7,500 | | |
| 83 | 11/12/2025 | Lane | Circuit Court | Felony B | 10/23/25 | 10/23/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 84 | 11/13/2025 | Lane | Circuit Court | Misdemeanor A | 10/24/25 | 10/27/25 | 3 | 20 | 13 | 13 | $6,500 | | |
| 85 | 11/13/2025 | Josephine | Circuit Court | Felony A | 10/24/25 | 10/24/25 | 0 | 20 | 13 | 13 | $6,500 | | |
| 86 | 11/13/2025 | Douglas | Circuit Court | Felony C | 10/27/25 | 10/27/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| 87 | 11/13/2025 | Douglas | Circuit Court | Felony C | 10/27/25 | 10/27/25 | 0 | 17 | 10 | 10 | $5,000 | | |
| 88 | 11/14/2025 | Clackamas | Circuit Court | Felony C | 10/27/25 | 10/27/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 89 | 11/14/2025 | Washington | Circuit Court | Felony C | 10/27/25 | 10/28/25 | 1 | 18 | 11 | 11 | $5,500 | | |
| 90 | 11/14/2025 | Clackamas | Circuit Court | Felony C | 10/27/25 | 10/27/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 91 | 11/14/2025 | Washington | Circuit Court | Felony C | 10/28/25 | 10/29/25 | 1 | 17 | 10 | 10 | $5,000 | | |
| 92 | 11/14/2025 | Clackamas | Circuit Court | Felony C | 10/27/25 | 10/27/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 93 | 11/14/2025 | Linn | Circuit Court | Felony C | 10/27/25 | 10/27/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| 94 | 11/14/2025 | Clackamas | Circuit Court | Felony A | 10/27/25 | 10/27/25 | 0 | 18 | 11 | 11 | $5,500 | | |
| | | | | | | | | 1,014 | | 991 | $496,000 | | |