FILED 12 FEB '26 10:15 USDC-ORP

PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Telephone: (503) 947-3764
Preston@CitizensForMentalHealthReform.com

Non-Party Movant, appearing pro se

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON;<br>METROPOLITAN PUBLIC DEFENDER<br>SERVICES, INC; A.J. MADISON,<br><br>         Plaintiffs,<br><br>v.<br><br>SEJAL HATHI, in her official capacity as<br>Director of the Oregon Health Authority;<br>JAMES DIEGEL, in his official capacity as<br>Interim Superintendent of the Oregon State<br>Hospital,<br><br>         Defendants. | Case No:  3:02-cv-00339-AN (lead)<br>           3:21-cv-01637-AN<br>           (consolidated)<br><br><br>NON-PARTY PRESTON BERMAN'S MOTION<br>FOR LEAVE TO FILE AMICUS BRIEF |

## CERTIFICATION OF CONFERRAL (LR 7-1)

Pursuant to LR 7-1(a), Movant certifies that they made a good faith effort to confer with counsel for Plaintiffs and Defendants regarding the relief requested in this motion. Movant attempted to confer with counsel regarding the Motion, the proposed Amicus Brief, and the accompanying Exhibit.

On January 19, 2026, Movant sent an email to Emily Cooper (OSB #182254), Thomas Stenson (OSB #152894), and David Boyer (OSB #235450), counsel for Plaintiff Disability Rights Oregon.

On January 19, 2026, Movant sent an email to Jesse Merrithew (OSB #074564), counsel for Plaintiffs Metropolitan Public Defender Services, Inc. and A. J. Madison.

In addition, on January 19, 2026, Movant sent an email to counsel for Defendants, Carla A. Scott (OSB #054725), Sheila H. Potter (OSB #993485), Craig M. Johnson (OSB #080902), and Jill Conbere (OSB #193430), requesting consent or a statement of position regarding this motion.

As of January 26, 2026, Movant has not received a response from counsel for Plaintiffs or Defendants stating a position (support, oppose, or no position). Movant understands that a lack of response does not necessarily reflect consent.

## MOTION

Non-Party Movant Preston Berman ("Movant"), appearing pro se, respectfully moves for leave to file a single amicus curiae brief in these consolidated matters. The proposed brief is

PAGE 2 - NON-PARTY PRESTON BERMAN'S MOTION FOR LEAVE TO FILE AMICUS BRIEF

limited to a single operational lever: reinstatement of the REACH Store as the redemption endpoint of OSH's discontinued REACH token economy, and its expected impact on engagement, unit stability, and throughput. REACH was an OSH-designed token economy intended to increase treatment engagement through positive reinforcement, and the REACH Store served as the redemption mechanism where patients exchanged earned points for small items.

This motion is brought under Federal Rule of Civil Procedure 7(b)(1), D. Or. LR 7-1, and the Court's inherent authority to permit amicus participation. District courts have broad discretion to allow amici where a submission is timely and helpful. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982); *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

Movant files this motion to comply with the Court's June 6, 2025 Order (ECF 605), which requires amici to seek leave prior to filing any pleading and to explain how the proposed filing will be "of aid to the Court and offer insights not available from the parties." See *Castaneda Juarez v. Asher*, No. C20-0700JLR-MLP, 2020 WL 3104919, at *1 (W.D. Wash. June 11, 2020) (quoting *Warren v. United States*, No. 06-CV-0226S, 2009 WL 1663991, at *1 (W.D.N.Y. June 15, 2009)); see also *Cmty. Ass'n for Restoration of the Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). Movant also files this motion to comply with the Court's January 15, 2026 Order (ECF 705), which directs that any future amicus filing must follow ECF 605.

Consistent with ECF 605 and ECF 705, Movant does not attach the proposed amicus brief to this motion and will not file the proposed amicus brief unless and until leave is granted by the Court.

Movant states expressly that Movant seeks leave only to file a single amicus brief for the Court's consideration. Movant does not seek ongoing amicus status, continued participation, or leave to file additional pleadings beyond that single submission.

## GROUNDS FOR REQUESTED RELIEF

1. **Movant's proposed filing will assist the Court with operational and remedial issues tied to compliance.**

   The consolidated matters concern timely admissions and restoration obligations. In practice, compliance is constrained by effective capacity and throughput across OSH. The proposed brief explains that reinstating the REACH Store would provide a structured positive-reinforcement mechanism that can increase treatment participation among Aid and Assist patients, improve throughput, and increase effective admissions capacity. Movant's proposed amicus brief focuses narrowly on operational incentives and engagement mechanisms that affect unit functioning, length of stay, step-down readiness, and bed turnover. These practical drivers of throughput bear directly on whether OSH can reliably meet court-ordered timelines.

2. **The proposed amicus brief offers a distinct perspective not available from the parties.**

   The parties appropriately litigate system compliance, staffing, timelines, and institutional obligations. Movant offers a different and complementary category of information: lived

experience with how day-to-day incentives, treatment participation structures, and unit
routines affect behavior, engagement, and stability inside OSH. That perspective is
relevant to remedial design because it addresses friction points that can either accelerate
or slow patient progression through levels of care.

**3. The proposed amicus brief is narrowly tailored and will not expand the scope of the
case.**

The brief addresses one discrete remedial option (REACH Store reinstatement) as a
throughput-oriented measure and does not propose broader programmatic changes or
collateral relief. Movant does not seek to intervene, add parties, add claims, or litigate
collateral disputes. The proposed brief will be limited to administratively feasible
remedial recommendations, framed as options for the Court and Court Monitor to
evaluate, with suggested metrics for accountability. The filing is intended to supplement
the Court's understanding of practical operational levers that can support durable
compliance.

4. **The requested relief is procedurally proper and respects the Court's constraints on
amicus participation.**

Movant requests only leave to file a single amicus brief and acknowledges the Court's
discretion to grant or deny leave. Movant further commits to comply with any page
limits, timing requirements, and scope limitations the Court may impose.

## **PRAYER FOR RELIEF**

WHEREFORE, Non-Party Movant Preston Berman respectfully prays that the Court:

1.  Grant Movant leave to file a single amicus curiae brief in these consolidated matters by a

    deadline set by the Court; and

2.  Grant such other and further relief as the Court deems just and proper.


DATED: January 26, 2026.          Respectfully submitted,

                                  s/ *Preston Berman*
                                  PRESTON BERMAN
                                  2600 Center St. NE
                                  Salem, OR 97301-2669
                                  Telephone: (503) 947-3764
                                  Preston@CitizensForMentalHealthReform.com

                                  Non-Party Movant, appearing pro se

FILED12 FEB '26 10:15USDC-ORP

## CERTIFICATE OF SERVICE

I certify that on January 26, 2026, I served the foregoing NON-PARTY PRESTON

BERMAN'S MOTION FOR LEAVE TO FILE AMICUS BRIEF upon the parties hereto by the

method indicated below, and addressed to the following:

| | |
|---|---|
| DAN RAYFIELD | ___ HAND DELIVERY |
| Attorney General | ___ MAIL DELIVERY |
| CARLA A. SCOTT #054725 | ___ OVERNIGHT MAIL |
| SHEILA H. POTTER #993485 | ___ TELECOPY (FAX) |
| CRAIG M. JOHNSON #080902 | _X_ E-MAIL |
| Senior Assistant Attorneys General | ___ E-SERVE |

JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
 Sheila.Potter@doj.oregon.gov
 Craig.M.Johnson@doj.oregon.gov
 Jill.Conbere@doj.oregon.gov

*Attorneys for Defendants Patrick Allen, Sejal Hathi,*
*Dolores Matteucci, and James Diegel*

DATED: January 26, 2026.                Respectfully submitted,

                                        s/ *Preston Berman*
                                        PRESTON BERMAN
                                        2600 Center St. NE
                                        Salem, OR 97301-2669
                                        Preston@CitizensForMentalHealthReform.com

                                        Non-Party Movant, appearing pro se

PAGE 1 - CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I certify that on January 26, 2026, I served the foregoing NON-PARTY PRESTON

BERMAN'S MOTION FOR LEAVE TO FILE AMICUS BRIEF upon the parties hereto by the

method indicated below, and addressed to the following:

Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
David Boyer OSB # 235450
dboyer@droregon.org
Disability Rights Oregon
511 SW 10th Avenue, Suite 200
Portland, Oregon 97205
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

    ___ HAND DELIVERY
    ___ MAIL DELIVERY
    ___ OVERNIGHT MAIL
    ___ TELECOPY (FAX)
    _X_ E-MAIL
    ___ E-SERVE

DATED: January 26, 2026.

Respectfully submitted,

s/ *Preston Berman*
PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Preston@CitizensForMentalHealthReform.com

Non-Party Movant, appearing pro se

## CERTIFICATE OF SERVICE

I certify that on January 26, 2026, I served the foregoing NON-PARTY PRESTON

BERMAN'S MOTION FOR LEAVE TO FILE AMICUS BRIEF upon the parties hereto by the

method indicated below, and addressed to the following:

Jesse Merrithew OSB #074564
Email: jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

___ HAND DELIVERY
___ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
_X_ E-MAIL
___ E-SERVE

Counsel for Plaintiffs Metropolitan Public Defender;
A.J. Madison

DATED: January 26, 2026.

Respectfully submitted,

s/ *Preston Berman*
PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Preston@CitizensForMentalHealthReform.com

Non-Party Movant, appearing pro se

951481X1X1XPRI



| PRIORITY MAIL EXPRESS |
| U.S. POSTAGE PAID |
| C2M |
| eVS |

# PRIORITY MAIL EXPRESS®

Preston Berman
2600 Center St NE
Salem, OR 97301-2669

Clerk, US District Court
Mark O. Hatfield U.S. Courthouse
1000 SW 3rd Ave
Portland, OR 97204-2930

**USPS SIGNATURE TRACKING # eVS**



9281 7901 5266 1900 2317 3758 04