DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.oregon.gov
        Craig.M.Johnson@doj.oregon.gov
        Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, | Case No.  3:02-cv-00339-AN (Lead Case) Case No.  3:21-cv-01637-AN (Member Case) Case No.  6:22-CV-01460-AN (Member Case) |
| Plaintiffs, | DEFENDANTS' NINTH FINE CALCULATION REPORT |
| v. | |
| SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital, | |
| Defendants. | |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, | Case No.  3:21-cv-01637-AN (Member Case) |
| Plaintiffs, | |
| v. | |
| SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her individual capacity, SEJAL HATHI, Director of the Oregon Health Authority, in her official | |

capacity, and PATRICK ALLEN in his
individual capacity,

      Defendants.

LEGACY EMANUEL HOSPITAL &
HEALTH CENTER d/b/a UNITY CENTER
FOR BEHAVIORAL HEALTH; LEGACY
HEALTH SYSTEM; PEACEHEALTH; and
PROVIDENCE HEALTH & SERVICES
OREGON,

Case No.  6:22-CV-01460-AN (Member Case)

      Plaintiffs,

    v.

SEJAL HATHI, in her official capacity as
Director of Oregon Health Authority,

      Defendant.

    Pursuant to this Court's June 6, 2025, Order, Defendants hereby submit as Exhibit 1

the "relevant dashboard data pertaining to the average active waiting period" for incompetent

pretrial detainees.  Exhibit 1 contains the full January and a partial February monthly

dashboard.

    The Court's June 6, 2025, Order also requires Defendants to "submit a proposed

calculation of contempt fines" on the fifteenth day of each month beginning on June 15,

2025.  ECF No. 604, pp. 18.  The Order "imposes monetary sanctions in the amount of

$500.00 per class member per day."  *Id.*, p. 17.  Defendants' proposed calculations include

all persons ordered committed to the Oregon State Hospital (OSH) pursuant to ORS 161.370

(a .370 order) from January 15, 2026, through February 14, 2026, and accrues fines at a rate

of $500 per day for each day they waited longer than seven days for admission, excepting

any days that resulted from late transmittal of a commitment order from the committing court

or jail transport delays after timely and appropriate communication with the jail and court.

Pursuant to this Court's direction, Defendants have calculated fines in the amount of

$558,000, for the period of January 15, 2026, through February 14, 2026.  The chart attached

as Exhibit 2 reflects Defendants' calculations.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

There were no late commitment orders during this fine-reporting period, and there were three jail transport delays. Those transport delays came from Douglas County (1 day), Jackson County (5 days), and Josephine County (4 days), for a total of 10 days. In each of those circumstances, OSH met the requirements in this Court's order to warrant a fine exclusion (timely notice to the county jail, issuance of a constitutional rights directive to the jail, and informing the appropriate state court of the circumstances. Defendants did not seek exclusions for those delays, however, because they do not yet have clarity about what is required of them beyond those steps for an exclusion to be granted. Defendants again note that the counties are separate and distinct governmental entities that OSH does not control; nonetheless, they are maintaining an open dialogue with the Court Monitor about the issue of requirements for fine exclusions.

DATED March 2, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_____s/ Jill L. Conbere_____
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

CAS/j3b/1014857336
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**OSH Forensic Admission and Discharge Dashboard**

**January 2026**

### Aid & Assist Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 44 | 9.8 |
| Admitted During the Month | 109 | 20.7 |



### PSRB / GEI Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 2 | 6.5 |
| Admitted During the Month | 4 | 17.8 |



### Aid & Assist No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| No Longer Needs Hospital Level of Care (as of the last day of the month) | 61 | 40.9 |
| Discharged for Community Restoration After Having Been Assessed to No Longer Need HLOC | 21 | 69.8 |
| Total Discharged During the Month | 101 | |



### PSRB / GEI No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| No Longer Needs Hospital Level of Care (as of the last day of the month) | 36 | 205.0 |
| Conditionally Released to the PSRB After Having Been Assessed to No Longer Need HLOC | 7 | 253.6 |
| Total Discharged During the Month | 7 | |



OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 1 of 5
2/3/2026

**Exhibit 1**
**Page 1 of 8**

## Aid & Assist Orders & Readmission Rates







| County | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|
| Baker | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.2 | 0.0 |
| Benton | 0.3 | 0.8 | 1.1 | 1.9 | 1.8 | 2.8 | 2.3 | 4.0 |
| Clackamas | 2.4 | 1.8 | 4.1 | 4.6 | 6.5 | 3.9 | 6.3 | 2.0 |
| Clatsop | 0.8 | 1.3 | 1.3 | 1.7 | 1.4 | 1.8 | 1.5 | 1.0 |
| Columbia | 0.7 | 0.5 | 1.3 | 1.2 | 1.3 | 0.9 | 1.7 | 1.0 |
| Coos | 2.2 | 2.4 | 2.7 | 1.1 | 2.5 | 1.9 | 2.8 | 1.0 |
| Crook | 0.3 | 0.1 | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.0 |
| Curry | 0.7 | 1.3 | 1.7 | 1.3 | 1.0 | 1.3 | 1.1 | 2.0 |
| Deschutes | 1.5 | 1.7 | 3.2 | 2.6 | 3.0 | 2.8 | 2.2 | 4.0 |
| Douglas | 1.9 | 1.8 | 3.8 | 3.3 | 3.7 | 4.1 | 4.7 | 4.0 |
| Gilliam | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Grant | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 | 0.0 |
| Harney | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 |
| Hood River | 0.4 | 0.1 | 0.3 | 0.1 | 0.6 | 0.8 | 0.3 | 0.0 |
| Jackson | 4.4 | 3.0 | 4.8 | 4.3 | 5.9 | 6.5 | 6.0 | 5.0 |
| Jefferson | 0.4 | 0.1 | 0.0 | 0.3 | 0.1 | 0.4 | 0.5 | 0.0 |
| Josephine | 1.7 | 0.8 | 1.0 | 1.5 | 1.5 | 1.3 | 1.8 | 1.0 |
| Klamath | 0.4 | 0.6 | 1.4 | 1.3 | 2.1 | 2.3 | 1.6 | 1.0 |
| Lake | 0.0 | 0.2 | 0.2 | 0.0 | 0.0 | 0.1 | 0.2 | 0.0 |
| Lane | 7.2 | 5.8 | 9.3 | 11.3 | 15.4 | 15.4 | 12.7 | 13.0 |
| Lincoln | 2.2 | 1.9 | 2.2 | 1.9 | 0.9 | 1.4 | 1.7 | 3.0 |
| Linn | 2.3 | 2.3 | 2.2 | 2.8 | 3.0 | 2.8 | 3.4 | 1.0 |
| Malheur | 0.6 | 0.5 | 0.3 | 0.6 | 0.8 | 0.8 | 0.7 | 0.0 |
| Marion | 5.8 | 7.1 | 8.2 | 9.3 | 8.9 | 8.8 | 9.2 | 6.0 |
| Morrow | 0.1 | 0.2 | 0.2 | 0.4 | 0.1 | 0.0 | 0.0 | 1.0 |
| Multnomah | 9.7 | 9.1 | 9.9 | 10.4 | 15.7 | 18.7 | 20.3 | 13.0 |
| Polk | 1.6 | 1.1 | 1.1 | 2.3 | 2.8 | 2.2 | 2.3 | 4.0 |
| Sherman | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tillamook | 1.0 | 0.7 | 0.6 | 1.3 | 0.8 | 0.9 | 0.8 | 0.0 |
| Umatilla | 0.5 | 0.9 | 1.0 | 1.4 | 1.9 | 1.7 | 0.9 | 2.0 |
| Union | 0.1 | 0.1 | 0.2 | 0.3 | 0.1 | 0.0 | 0.3 | 1.0 |
| Wallowa | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Wasco | 0.3 | 0.3 | 0.3 | 0.3 | 0.5 | 0.5 | 0.6 | 0.0 |
| Washington | 5.8 | 7.5 | 8.9 | 10.8 | 10.8 | 12.0 | 11.7 | 16.0 |
| Wheeler | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Yamhill | 1.3 | 0.4 | 0.9 | 1.1 | 1.5 | 1.5 | 1.3 | 0.0 |
| **Total** | **56.8** | **54.4** | **72.0** | **79.3** | **94.9** | **97.8** | **99.0** | **86.0** |

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

**Aid & Assist**

| County | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | No Longer Needing HLOC (as of last day of month) — Recommended LOCUS | | | | | | | | Patients Discharged for Community Restoration — Recommended LOCUS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | | | | | | | | | | | | | | | | | | | | |
| Benton | 2 | 13.0 | 10 | 16 | 5 | 20.6 | 17 | 27 | 1 | | | | | 1 | | 10.0 | | | | | | | | |
| Clackamas | 1 | 6.0 | 6 | 6 | 3 | 18.7 | 8 | 25 | 6 | | 1 | 2 | 3 | | | 61.0 | | | | | | | | |
| Clatsop | 1 | 18.0 | 18 | 18 | 1 | 27.0 | 27 | 27 | 1 | | | | 1 | | | 12.0 | | | | | | | | |
| Columbia | 1 | 17.0 | 17 | 17 | | | | | | | | | | | | | | | | | | | | |
| Coos | 1 | 9.0 | 9 | 9 | 4 | 21.3 | 11 | 27 | 1 | | | | | 1 | | 12.0 | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | | | | | | | | | |
| Curry | 2 | 10.5 | 5 | 16 | 1 | 27.0 | 27 | 27 | 1 | | | | | | 1 | 59.0 | 1 | | | | 1 | | | 27.0 |
| Deschutes | 2 | 9.5 | 8 | 11 | 6 | 23.5 | 16 | 28 | 2 | | | | 1 | 1 | | 39.5 | | | | | | | | |
| Douglas | 2 | 9.0 | 6 | 12 | 5 | 20.2 | 15 | 24 | 3 | | | | | 3 | | 93.3 | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | 1 | | | | 1 | | | 75.0 | | | | | | | | |
| Jackson | 2 | 14.5 | 11 | 18 | 6 | 20.3 | 5 | 28 | 3 | | | | 2 | 1 | | 37.3 | 2 | | | | 1 | | 1 | 114.5 |
| Jefferson | | | | | | | | | 1 | | | | 1 | | | 58.0 | | | | | | | | |
| Josephine | 1 | 23.0 | 23 | 23 | | | | | | | | | | | | | 2 | | | | 1 | 1 | | 96.0 |
| Klamath | 1 | 10.0 | 10 | 10 | | | | | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 5 | 12.2 | 5 | 18 | 15 | 19.7 | 10 | 31 | 9 | | | 1 | 2 | 6 | | 29.3 | 4 | | | | 1 | 3 | | 93.3 |
| Lincoln | 2 | 6.0 | 6 | 6 | 3 | 23.0 | 18 | 27 | 1 | | | | | 1 | | 12.0 | 1 | | | | | 1 | | 15.0 |
| Linn | | | | | 3 | 21.0 | 13 | 26 | 3 | | | | 1 | 2 | | 19.7 | | | | | | | | |
| Malheur | | | | | | | | | 1 | | | | | 1 | | 52.0 | | | | | | | | |
| Marion | 5 | 5.6 | 2 | 11 | 9 | 21.0 | 7 | 27 | 1 | | | | | 1 | | 41.0 | 3 | | | | | 1 | 2 | 56.0 |
| Morrow | | | | | 1 | 16.0 | 16 | 16 | | | | | | | | | | | | | | | | |
| Multnomah | 3 | 7.0 | 5 | 11 | 21 | 20.0 | 10 | 28 | 11 | | | 2 | 1 | 8 | | 48.0 | 7 | | | | 3 | 4 | | 57.6 |
| Polk | 2 | 16.5 | 16 | 17 | 4 | 21.5 | 19 | 26 | 3 | | | | 1 | 1 | 1 | 41.0 | 1 | | | | 1 | | | 58.0 |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | | | | | 1 | 28.0 | 28 | 28 | | | | | | | | | | | | | | | | |
| Umatilla | 1 | 4.0 | 4 | 4 | 2 | 23.5 | 20 | 27 | 1 | | | | | 1 | | 39.0 | | | | | | | | |
| Union | 1 | 9.0 | 9 | 9 | | | | | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | 1 | | | | | 1 | | 11.0 | | | | | | | | |
| Washington | 9 | 7.4 | 2 | 16 | 17 | 19.1 | 7 | 28 | 8 | | | 1 | 2 | 5 | | 31.0 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | 2 | 26.5 | 26 | 27 | 2 | | | | 1 | 1 | | 28.5 | | | | | | | | |
| **Total** | **44** | **9.8** | **2** | **23** | **109** | **20.7** | **5** | **31** | **61** | **0** | **1** | **6** | **17** | **35** | **2** | **40.9** | **21** | **0** | **0** | **0** | **8** | **10** | **3** | **69.8** |

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 3 of 5
2/3/2026
**Exhibit 1**
**Page 3 of 8**

**PSRB / GEI**

| County | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | Patients Conditionally Released to PSRB | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Level of Care Needed | | | | | | | |
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | 1 | 21.0 | 21 | 21 | | | | | | | | |
| Clackamas | | | | | | | | | 1 | 1 | | | | | | 474.0 |
| Clatsop | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | 1 | | 1 | | | | | 413.0 |
| Coos | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | | | | | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | | | | | | | | | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | | | | | | | | | 1 | | 1 | | | | | 51.0 |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | | | | | 1 | 1 | | | | | | 70.0 |
| Lincoln | 1 | 11.0 | 11 | 11 | | | | | | | | | | | | |
| Linn | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | | | | | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | | | | | 2 | 25.0 | 25 | 25 | 2 | | 2 | | | | | 321.0 |
| Polk | | | | | | | | | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | | | | | | | | | 1 | 1 | | | | | | 125.0 |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | 1 | 2.0 | 2 | 2 | 1 | 0.0 | 0 | 0 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | |
| **Total** | **2** | **6.5** | **2** | **11** | **4** | **17.8** | **0** | **25** | **7** | **3** | **4** | **0** | **0** | **0** | **0** | **253.6** |

*Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.*

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

## Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.
    **Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.
    **Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.
    **Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month.  For Aid & Assist patients, only those discharged to community restoration are included.
    **Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.
    **1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.
    **2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.
    **3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.
    **4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.
    **5** – Class 2 SRTF or RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.
    **6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness.  The PSRB mission is community and public safety therefore the driver for placement is safety to the community.
    **SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.
    **DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.
    **Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.
    **Other** – Patients who have a more uncommon level of need not identified in the other categories.

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 5 of 5
2/3/2026
**Exhibit 1**
**Page 5 of 8**

## OSH Forensic Admission and Discharge Bi-Weekly Report
### February 1-16, 2026

### Aid & Assist

| County | Admission List (as of February 16) | | | | Patients Admitted During the Two Weeks | | | | No Longer Needing HLOC (as of February 16) Recommended LOCUS | | | | | | | | Patients Discharged for Community Restoration Recommended LOCUS | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | | | | | | | | | | | | | | | | | | | | |
| Benton | | | | | 2 | 18.5 | 18 | 19 | 2 | | | | | 2 | | 22.0 | | | | | | | | |
| Clackamas | 5 | 9.8 | 7 | 14 | 2 | 13.5 | 11 | 16 | 3 | | | 1 | 1 | 1 | | 44.3 | 3 | | | | 1 | 2 | | 44.0 |
| Clatsop | 1 | 13.0 | 13 | 13 | 1 | 20.0 | 20 | 20 | 1 | | | | 1 | | | 27.0 | | | | | | | | |
| Columbia | | | | | 1 | 19.0 | 19 | 19 | 1 | | | | | 1 | | 6.0 | | | | | | | | |
| Coos | 2 | 4.0 | 4 | 4 | 1 | 18.0 | 18 | 18 | 2 | | | | | 2 | | 23.0 | | | | | | | | |
| Crook | 1 | 13.0 | 13 | 13 | | | | | | | | | | | | | | | | | | | | |
| Curry | | | | | 2 | 17.0 | 16 | 18 | | | | | | | | | | | | | | | | |
| Deschutes | 1 | 12.0 | 12 | 12 | 2 | 16.5 | 15 | 18 | | | | | | | | | | | | | | | | |
| Douglas | 1 | 11.0 | 11 | 11 | 2 | 16.5 | 16 | 17 | 3 | | | | | 3 | | 62.3 | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | 1 | | | | 1 | | | 90.0 | | | | | | | | |
| Jackson | 2 | 8.5 | 5 | 12 | 2 | 20.0 | 20 | 20 | 4 | | | | 1 | 3 | | 34.0 | | | | | | | | |
| Jefferson | | | | | | | | | 1 | | | | 1 | | | 73.0 | | | | | | | | |
| Josephine | 2 | 10.0 | 10 | 10 | 1 | 25.0 | 25 | 25 | | | | | | | | | | | | | | | | |
| Klamath | 1 | 11.0 | 11 | 11 | 1 | 15.0 | 15 | 15 | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 6 | 12.3 | 5 | 20 | 4 | 17.5 | 16 | 19 | 11 | | | | 4 | 7 | | 28.5 | 1 | | | | | 1 | | 108.0 |
| Lincoln | 1 | 10.0 | 10 | 10 | 2 | 16.0 | 16 | 16 | 2 | | | 1 | 1 | | | 15.5 | | | | | | | | |
| Linn | 2 | 12.0 | 10 | 14 | | | | | 3 | | | | 1 | 2 | | 34.7 | | | | | | | | |
| Malheur | 1 | 3.0 | 3 | 3 | | | | | 1 | | | | | 1 | | 67.0 | | | | | | | | |
| Marion | 2 | 11.0 | 5 | 17 | 4 | 14.8 | 13 | 18 | 4 | | | 1 | 2 | 1 | | 26.5 | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | | | | | | | | | |
| Multnomah | 12 | 10.7 | 6 | 20 | 1 | 15.0 | 15 | 15 | 11 | | | 1 | 2 | 8 | | 46.5 | 1 | | | | | 1 | | 125.0 |
| Polk | 2 | 5.0 | 3 | 7 | 2 | 18.5 | 18 | 19 | 5 | | 1 | | 2 | | 2 | 35.6 | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | | | | | | | | | |
| Umatilla | 1 | 19.0 | 19 | 19 | | | | | 1 | | | | 1 | | | 54.0 | | | | | | | | |
| Union | | | | | 1 | 18.0 | 18 | 18 | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | | 1 | | | | 1 | | | 20.0 |
| Washington | 12 | 12.4 | 6 | 17 | 7 | 16.3 | 15 | 19 | 13 | | | 1 | 2 | 10 | | 30.2 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | 1 | | | | | 1 | | 21.0 | | | | | | | | |
| **Total** | **55** | **10.8** | **3** | **20** | **38** | **17.0** | **11** | **25** | **70** | **0** | **1** | **5** | **20** | **42** | **2** | **36.0** | **6** | **0** | **0** | **0** | **2** | **4** | **0** | **64.2** |

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 1 of 3
2/17/2026

**Exhibit 1**
**Page 6 of 8**

**PSRB / GEI**

| County | Admission List (as of February 16) | | | | Patients Admitted During the Two Weeks | | | | Patients Conditionally Released to PSRB Level of Care Needed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | 1 | 0.0 | 0 | 0 | | | | | | | | |
| Clackamas | | | | | | | | | | | | | | | | |
| Clatsop | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | | | | | | | | |
| Coos | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | | | | | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | 1 | 5.0 | 5 | 5 | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | 1 | 14.0 | 14 | 14 | | | | | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | | | | | | | | | | | | |
| Lincoln | | | | | 1 | 16.0 | 16 | 16 | | | | | | | | |
| Linn | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | | | | | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | | | | | | | | | | | | | | | | |
| Polk | | | | | | | | | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | | | | | | | | | | | | | | | | |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | | | | | 1 | 7.0 | 7 | 7 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | |
| **Total** | **2** | **9.5** | **5** | **14** | **3** | **7.7** | **0** | **16** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **N/A** |

*Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.*

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 2 of 3
2/17/2026
**Exhibit 1**
**Page 7 of 8**

## Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.
    **Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.
    **Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.
    **Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month.  For Aid & Assist patients, only those discharged to community restoration are included.
    **Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.
    **1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.
    **2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.
    **3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.
    **4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.
    **5** – RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.
    **6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness.  The PSRB mission is community and public safety therefore the driver for placement is safety to the community.
    **SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.
    **DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.
    **Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.
    **Other** – Patients who have a more uncommon level of need not identified in the other categories.

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 3 of 3
2/17/2026

**Exhibit 1**
**Page 8 of 8**

| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/15/2026 | Linn | Circuit Court | Felony A | 01/02/26 | 01/02/26 | 0 | 13 | 6 | 6 | $3,500 | requested early, female bed vacancy |
| 2 | 01/15/2026 | Lane | Municipal Court | Misdemeanor A | 01/05/26 | 01/05/26 | 0 | 10 | 3 | 3 | $1,500 | requested early, female bed vacancy |
| 3 | 01/15/2026 | Marion | Circuit Court | Felony A | 12/19/25 | 12/19/25 | 0 | 27 | 20 | 20 | $10,000 | |
| 4 | 01/15/2026 | Benton | Circuit Court | Felony A | 12/19/25 | 12/22/25 | 3 | 27 | 20 | 20 | $10,000 | |
| 5 | 01/15/2026 | Coos | Circuit Court | Felony A | 12/19/25 | 12/22/25 | 3 | 27 | 20 | 20 | $10,000 | |
| 6 | 01/15/2026 | Lane | Circuit Court | Felony C | 12/31/25 | 12/31/25 | 0 | 15 | 8 | 8 | $4,000 | requested early, female bed vacancy |
| 7 | 01/15/2026 | Douglas | Circuit Court | Felony C | 12/22/25 | 12/22/25 | 0 | 24 | 17 | 17 | $8,500 | |
| 8 | 01/16/2026 | Multnomah | Circuit Court | Felony A | 01/06/26 | 01/07/26 | 1 | 10 | 3 | 3 | $1,500 | requested early, female bed vacancy |
| 9 | 01/16/2026 | Washington | Circuit Court | Felony C | 12/23/25 | 12/23/25 | 0 | 24 | 17 | 17 | $8,500 | |
| 10 | 01/16/2026 | Clackamas | Circuit Court | Misdemeanor A | 12/22/25 | 12/22/25 | 0 | 25 | 18 | 18 | $9,000 | |
| 11 | 01/16/2026 | Lane | Circuit Court | Felony C | 01/06/26 | 01/06/26 | 0 | 10 | 3 | 3 | $1,500 | requested early, female bed vacancy |
| 12 | 01/16/2026 | Deschutes | Circuit Court | Felony C | 12/23/25 | 12/23/25 | 0 | 24 | 17 | 17 | $8,500 | |
| 13 | 01/16/2026 | Marion | Circuit Court | Misdemeanor A | 12/23/25 | 12/23/25 | 0 | 24 | 17 | 17 | $8,500 | |
| 14 | 01/20/2026 | Washington | Circuit Court | Felony A | 12/30/25 | 12/30/25 | 0 | 22 | 15 | 15 | $7,500 | |
| 15 | 01/20/2026 | Tillamook | Circuit Court | Felony A | 12/23/25 | 12/24/25 | 1 | 28 | 21 | 21 | $10,500 | |
| 16 | 01/20/2026 | Lane | Circuit Court | Felony B | 12/23/25 | 12/23/25 | 0 | 28 | 21 | 21 | $10,500 | |
| 17 | 01/20/2026 | Washington | Circuit Court | Felony C | 12/29/25 | 12/30/25 | 1 | 22 | 15 | 15 | $7,500 | |
| 18 | 01/20/2026 | Multnomah | Circuit Court | Misdemeanor A | 01/06/26 | 01/07/26 | 1 | 14 | 7 | 7 | $3,500 | requested early, female bed vacancy |
| 19 | 01/20/2026 | Coos | Circuit Court | Misdemeanor A | 12/29/25 | 12/30/25 | 1 | 22 | 15 | 15 | $7,500 | |
| 20 | 01/21/2026 | Douglas | Circuit Court | Felony C | 12/29/25 | 12/29/25 | 0 | 23 | 16 | 16 | $8,000 | bed offered for 1/20, county declined (delayed admission by 1 day) |
| 21 | 01/21/2026 | Jackson | Circuit Court | Felony A | 12/30/25 | 12/31/25 | 1 | 22 | 15 | 15 | $7,500 | |
| 22 | 01/21/2026 | Jackson | Circuit Court | Felony C | 01/16/26 | 01/16/26 | 0 | 5 | 0 | 0 | $0 | approved expedited admission |
| 23 | 01/21/2026 | Multnomah | Circuit Court | Felony C | 01/07/26 | 01/07/26 | 1 | 22 | 15 | 15 | $7,500 | |
| 24 | 01/21/2026 | Washington | Circuit Court | Felony A | 01/07/26 | 01/07/26 | 0 | 14 | 7 | 7 | $3,500 | requested early, female bed vacancy |
| 25 | 01/21/2026 | Multnomah | Circuit Court | Felony B | 12/30/25 | 12/31/25 | 1 | 22 | 15 | 15 | $7,500 | |
| 26 | 01/22/2026 | Washington | Circuit Court | Misdemeanor A | 01/07/26 | 01/07/26 | 0 | 15 | 8 | 8 | $4,000 | requested early, female bed vacancy |
| 27 | 01/22/2026 | Benton | Circuit Court | Felony C | 01/05/26 | 01/06/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 28 | 01/22/2026 | Polk | Circuit Court | Felony C | 12/31/25 | 12/31/25 | 0 | 22 | 15 | 15 | $7,500 | |
| 29 | 01/22/2026 | Lane | Circuit Court | Felony B | 01/02/26 | 12/22/25 | -11 | 20 | 13 | 13 | $6,500 | back in custody as of 1/2 |
| 30 | 01/22/2026 | Lane | Circuit Court | Not Applicable | 12/31/25 | 12/31/25 | 0 | 22 | 15 | 15 | $7,500 | |
| 31 | 01/22/2026 | Marion | Circuit Court | Misdemeanor A | 12/31/25 | 12/31/25 | 0 | 22 | 15 | 15 | $7,500 | |
| 32 | 01/23/2026 | Benton | Circuit Court | Misdemeanor A | 01/06/26 | 01/07/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 33 | 01/23/2026 | Multnomah | Circuit Court | Felony A | 01/06/26 | 01/07/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 34 | 01/23/2026 | Morrow | Circuit Court | Misdemeanor A | 01/06/26 | 01/07/26 | 0 | 16 | 9 | 9 | $4,500 | requested early, female bed vacancy |
| 35 | 01/23/2026 | Multnomah | Circuit Court | Felony A | 01/06/26 | 01/07/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 36 | 01/23/2026 | Washington | Circuit Court | Felony C | 01/06/26 | 01/07/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 37 | 01/23/2026 | Lane | Municipal Court | Misdemeanor A | 01/06/26 | 01/07/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 38 | 01/23/2026 | Lane | Municipal Court | Misdemeanor A | 01/06/26 | 01/06/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 39 | 01/26/2026 | Washington | Circuit Court | Felony C | 01/06/26 | 01/07/26 | 1 | 20 | 13 | 13 | $6,500 | |
| 40 | 01/26/2026 | Multnomah | Circuit Court | Misdemeanor A | 01/06/26 | 01/07/26 | 1 | 20 | 13 | 13 | $6,500 | |
| 41 | 01/26/2026 | Jackson | Circuit Court | Felony C | 01/08/26 | 01/08/26 | 0 | 18 | 11 | 11 | $5,500 | requested early, female bed vacancy |
| 42 | 01/27/2026 | Jackson | Circuit Court | Felony C | 01/07/26 | 01/07/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 43 | 01/27/2026 | Jackson | Circuit Court | Felony C | 01/07/26 | 01/07/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 44 | 01/27/2026 | Deschutes | Circuit Court | Felony C | 01/07/26 | 01/08/26 | 1 | 20 | 13 | 13 | $6,500 | |
| 45 | 01/27/2026 | Multnomah | Circuit Court | Felony A | 01/06/26 | 01/07/26 | 1 | 21 | 14 | 14 | $7,000 | |
| 46 | 01/28/2026 | Lincoln | Circuit Court | Felony C | 01/06/26 | 01/06/26 | 0 | 18 | 11 | 11 | $5,500 | requested early, female bed vacancy |
| 47 | 01/27/2026 | Douglas | Circuit Court | Felony C | 01/06/26 | 01/06/26 | 0 | 21 | 14 | 14 | $7,000 | |
| 48 | 01/28/2026 | Clackamas | Circuit Court | Misdemeanor A | 01/20/26 | 01/20/26 | 0 | 8 | 1 | 1 | $500 | approved expedited admission |
| 49 | 01/28/2026 | Polk | Circuit Court | Felony C | 01/09/26 | 01/09/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 50 | 01/29/2026 | Polk | Circuit Court | Felony C | 01/09/26 | 01/09/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 51 | 01/29/2026 | Lane | Circuit Court | Felony C | 01/12/26 | 01/12/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 52 | 01/29/2026 | Umatilla | Circuit Court | Misdemeanor A | 01/09/26 | 01/12/26 | 3 | 20 | 13 | 13 | $6,500 | |
| 53 | 01/29/2026 | Multnomah | Circuit Court | Felony A | 01/13/26 | 01/13/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 54 | 01/29/2026 | Multnomah | Circuit Court | Felony A | 01/13/26 | 01/13/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 55 | 01/29/2026 | Washington | Circuit Court | Misdemeanor A | 01/12/26 | 01/13/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 56 | 01/29/2026 | Washington | Circuit Court | Felony A | 01/12/26 | 01/12/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 57 | 01/30/2026 | Douglas | Circuit Court | Felony C | 01/12/26 | 01/13/26 | 1 | 18 | 11 | 11 | $5,500 | |
| 58 | 01/30/2026 | Lane | Circuit Court | Felony C | 01/14/26 | 01/14/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 59 | 01/30/2026 | Multnomah | Circuit Court | Misdemeanor A | 01/13/26 | 01/14/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 60 | 01/30/2026 | Deschutes | Circuit Court | Felony A | 01/14/26 | 01/15/26 | 1 | 16 | 9 | 9 | $4,500 | |
| 61 | 01/30/2026 | Lane | Circuit Court | Misdemeanor-U (Unclassified) | 01/13/26 | 01/13/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 62 | 01/30/2026 | Marion | Circuit Court | Felony C | 01/14/26 | 01/14/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 63 | 01/30/2026 | Lane | Circuit Court | Misdemeanor-U (Unclassified) | 01/14/26 | 01/14/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 64 | 02/02/2026 | Lane | Circuit Court | Misdemeanor A | 01/14/26 | 01/14/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 65 | 02/02/2026 | Polk | Circuit Court | Felony C | 01/15/26 | 01/15/26 | 0 | 18 | 11 | 11 | $5,500 | |
| 66 | 02/03/2026 | Lane | Circuit Court | Misdemeanor A | 01/15/26 | 01/15/26 | 0 | 18 | 11 | 11 | $5,500 | |
| 67 | 02/03/2026 | Clatsop | Circuit Court | Felony B | 01/14/26 | 01/14/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 68 | 02/03/2026 | Josephine | Circuit Court | Felony C | 01/09/26 | 01/09/26 | 0 | 25 | 18 | 18 | $9,000 | bed offered for 1/30, county declined (delayed admission by 4 days) |
| 69 | 02/03/2026 | Columbia | Circuit Court | Felony C | 01/15/26 | 01/15/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 70 | 02/03/2026 | Jackson | Circuit Court | Felony C | 01/14/26 | 01/14/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 71 | 02/03/2026 | Curry | Circuit Court | Felony C | 01/16/26 | 01/16/26 | 0 | 18 | 11 | 11 | $5,500 | |
| 72 | 02/03/2026 | Washington | Circuit Court | Felony C | 01/16/26 | 01/16/26 | 4 | 19 | 12 | 12 | $6,000 | |
| 73 | 02/04/2026 | Polk | Circuit Court | Felony B | 01/16/26 | 01/16/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 74 | 02/04/2026 | Benton | Circuit Court | Felony C | 01/16/26 | 01/16/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 75 | 02/05/2026 | Douglas | Circuit Court | Felony C | 01/20/26 | 01/20/26 | 0 | 16 | 9 | 9 | $4,500 | |

**Exhibit 2**
**Page 1 of 2**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | 02/05/2026 | Marion | Circuit Court | Felony C | 01/21/26 | 01/21/26 | 0 | 15 | 8 | 8 | $4,000 | |
| 77 | 02/05/2026 | Lane | Circuit Court | Felony A | 01/20/26 | 01/20/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 78 | 02/05/2026 | Deschutes | Circuit Court | Felony A | 01/21/26 | 01/22/26 | 1 | 15 | 8 | 8 | $4,000 | |
| 79 | 02/05/2026 | Washington | Circuit Court | Misdemeanor A | 01/21/26 | 01/21/26 | 0 | 15 | 8 | 8 | $4,000 | |
| 80 | 02/05/2026 | Washington | Circuit Court | Misdemeanor A | 01/21/26 | 01/21/26 | 0 | 15 | 8 | 8 | $4,000 | |
| 81 | 02/06/2026 | Washington | Circuit Court | Felony A | 01/22/26 | 01/22/26 | 0 | 15 | 8 | 8 | $4,000 | |
| 82 | 02/06/2026 | Klamath | Circuit Court | Felony A | 01/22/26 | 01/23/26 | 1 | 15 | 8 | 8 | $4,000 | |
| 83 | 02/09/2026 | Benton | Circuit Court | Felony C | 01/22/26 | 01/26/26 | 4 | 18 | 11 | 11 | $5,500 | |
| 84 | 02/09/2026 | Lane | Circuit Court | Misdemeanor-U (Unclassified) | 01/23/26 | 01/23/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 85 | 02/10/2026 | Union | Circuit Court | Felony A | 01/23/26 | 01/23/26 | 0 | 18 | 11 | 11 | $5,500 | |
| 86 | 02/10/2026 | Jackson | Circuit Court | Felony A | 01/21/26 | 01/21/26 | 0 | 20 | 13 | 13 | $6,500 | bed offered for 2/5, county declined (delayed admission by 5 days) |
| 87 | 02/10/2026 | Marion | Circuit Court | Felony A | 01/23/26 | 01/23/26 | 0 | 18 | 11 | 11 | $5,500 | |
| 88 | 02/10/2026 | Coos | Circuit Court | Felony B | 01/23/26 | 01/23/26 | 0 | 18 | 11 | 11 | $5,500 | |
| 89 | 02/11/2026 | Clackamas | Circuit Court | Felony C | 01/26/26 | 01/26/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 90 | 02/11/2026 | Lincoln | Circuit Court | Felony C | 01/26/26 | 01/27/26 | 1 | 16 | 9 | 9 | $4,500 | |
| 91 | 02/11/2026 | Marion | Circuit Court | Misdemeanor A | 01/29/26 | 01/29/26 | 0 | 13 | 6 | 6 | $3,000 | requested early, female bed vacancy |
| 92 | 02/11/2026 | Deschutes | Circuit Court | Felony C | 01/24/26 | 01/26/26 | 2 | 18 | 11 | 11 | $5,500 | |
| 93 | 02/11/2026 | Marion | Circuit Court | Misdemeanor A | 01/29/26 | 01/30/26 | 1 | 13 | 6 | 6 | $3,000 | requested early, female bed vacancy |
| 94 | 02/11/2026 | Lincoln | Circuit Court | Felony C | 01/26/26 | 01/28/26 | 2 | 16 | 9 | 9 | $4,500 | |
| 95 | 02/12/2026 | Douglas | Circuit Court | Felony C | 01/26/26 | 01/28/26 | 2 | 17 | 10 | 10 | $5,000 | |
| 96 | 02/12/2026 | Washington | Circuit Court | Felony C | 01/27/26 | 01/27/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 97 | 02/12/2026 | Curry | Circuit Court | Felony B | 01/27/26 | 01/27/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 98 | 02/13/2026 | Clackamas | Circuit Court | Misdemeanor A | 02/02/26 | 02/02/26 | 0 | 11 | 4 | 4 | $2,000 | requested early, female bed vacancy |
| 99 | 02/13/2026 | Washington | Circuit Court | Felony C | 01/27/26 | 01/27/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 100 | 02/13/2026 | Washington | Circuit Court | Felony C | 01/27/26 | 01/27/26 | 0 | 17 | 10 | 10 | $5,000 | |
| | | | | | | | | | 1,116 | 1,116 | $558,000 | |

**Exhibit 2**
**Page 2 of 2**