DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
       Craig.M.Johnson@doj.oregon.gov
       Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Sejal Hathi, Dolores Matteucci, and Sara Walker

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON, <br><br> Plaintiffs, <br><br> v. <br><br> SEJAL HATHI, in her official capacity as head of the Oregon Health Authority, and SARA WALKER in her official capacity as Interim Superintendent of the Oregon State Hospital, <br><br> Defendants. | Case No. 3:02-cv-00339-AN (Lead Case) <br> Case No. 3:21-cv-01637-AN (Member Case) <br><br> DEFENDANTS' TWELFTH FINE CALCULATION REPORT |
| JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> SARA WALKER, Interim Superintendent of the Oregon State Hospital, in her official capacity, DOLORES MATTEUCCI, in her individual capacity, SEJAL HATHI, Director | Case No. 3:21-cv-01637-AN (Member Case) |

Page 1 -    DEFENDANTS' TWELFTH FINE CALCULATION REPORT

of the Oregon Health Authority, in her official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

Pursuant to this Court's June 6, 2025, Order, Defendants hereby submit as Exhibit 1 the "relevant dashboard data pertaining to the average active waiting period" for incompetent pretrial detainees. Exhibit 1 contains the full April and a partial May monthly dashboard.

The Court's June 6, 2025, Order also requires Defendants to "submit a proposed calculation of contempt fines" on the fifteenth day of each month beginning on June 15, 2025. ECF No. 604, pp. 18. That deadline was changed to the first of each month beginning November 1, 2025, to allow time for court monitor review of proposed exemptions. ECF No. 673. Although the orders allowing exemptions were vacated, ECF No. 736, the order adjusting the deadline was not; accordingly, absent other direction from this Court, Defendants will continue submitting fine calculations on the first of each month for the previous fine period.

The June 6 Order "imposes monetary sanctions in the amount of $500.00 per class member per day." *Id.*, p. 17. Defendants' proposed calculations include all persons ordered committed to the Oregon State Hospital (OSH) pursuant to ORS 161.370 (a .370 order) from April 15, 2026, through May 14, 2026, and accrues fines at a rate of $500 per day for each day they waited longer than seven days for admission, regardless of the reason for those delays. Pursuant to this Court's direction, Defendants have calculated fines in the amount of

Page 2 -   DEFENDANTS' TWELFTH FINE CALCULATION REPORT

$378,500, for the period of April 15, 2026, through May 14, 2026.  The chart attached as

Exhibit 2 reflects Defendants' calculations.[1]

DATED June 2, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


_s/ Jill L. Conbere_
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

---

[1] Defendants' fine calculations note in red the days for which delays resulted from jail transport or commitment order transmittal delays; however, pursuant to this Court's order vacating exemptions for such delays, ECF No. 736, the days are included in Defendants' calculations and are highlighted for recordkeeping purposes.

Page 3 -    DEFENDANTS' TWELFTH FINE CALCULATION REPORT

## OSH/PSRB Conditional Release Dashboard
### April 2026

## Current Patients at OSH in the Conditional Release Process and Evaluation/Hearing Decisions (as of May 1, 2026)

| Conditional Release Process Stage | Count |
|---|---|
| Meets criteria to start the conditional release process, pending order for community evaluation | 3 |
| Evaluation ordered, pending written evaluation result & plan from community | 13 |
| Evaluation result & plan received, pending hearing request | 0 |
| Hearing requested, pending hearing & result | 9 |
| **Total patients currently in the conditional release process** | **25** |

| Conditional Release Granted / Pending Release Reason | Count |
|---|---|
| Waiting for bed (SRTF) | 9 |
| Waiting for bed (RTF/RTH) | 6 |
| Waiting for bed (AFH, DOC, Independent, Other) | 0 |
| Other | 0 |
| **Total patients granted conditional release, pending conditional release** | **15** |

Percent of completed community evaluations where the patient is deemed appropriate for placement and accepted

| | |
|---|---|
| April 2026 | 100% (4/4) |
| Since January 2023 | 96.2% (202/210) |

Percent of PSRB hearings where the patient is granted conditional release from OSH

| | |
|---|---|
| April 2026 | 100% (3/3) |
| Since January 2023 | 94.7% (179/189) |

## Percent of Patients Who Complete Each Stage Within the Expected Timeframe













*Each of the six graphs above has been updated to present a rolling 12-month time period to more accurately reflect changes over time in the target metrics and success rates at each stage in the conditional release process. That is a change from prior versions, which included historical data back to 2021.*

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*



## Conditional Release Process Map

Full Process 121 days

Within 10 calendar days of CRR | Without unreasonable delay | Within 15 days of order | Within 15 days of eval

**OSH Approves Conditional Readiness Release (CRR)**

| OSH | PSRB | CMHP | CMHP |

Submits request for residential placement eval to PSRB → Reviews request, orders CMHP to conduct residential placement eval → Schedules and completes residential placement eval with OSH → Submits written residential placement eval and Conditional Release Plan to OSH

Within 7 calendar days | Within 60 days of request | At the hearing or without unreasonable delay | Within 14 days / or when a bed becomes available

| OSH | OSH | OSH | PSRB | PSRB | PSRB | OSH |

Gets Conditional Release Agreement signed by patient and treatment team → Submits Conditional Release Agreement to PSRB and either placement site or CMHP → Submits application for PSRB hearing → Holds Conditional Release Hearing → Provides results of hearing → Result approves conditional release → Facilitates Conditional Release as soon as bed is available → **Patient is Conditionally Released**

Conditional Release Process V1.0 2/25/2025

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 2 of 3
5/5/2026
Exhibit 1
Page 2 of 6

## GLOSSARY

**Conditional Release:** the circumstance in which a patient is permitted to leave the hospital and live in the community under the jurisdiction of the Psychiatric Security Review Board (PSRB). The designated PSRB CMHP assumes supervision of the patient in accordance with the specified conditions, including placement, treatment, reporting responsibilities, and other special conditions as are in the best interests of justice, the protection of society and the welfare of the person (ORS 161.336(1) and OAR 859-070-0015).

**(Hospital Request for) Conditional Release Hearing:** A hearing scheduled by the PSRB to find whether a person can be adequately supervised in the community, with treatment as a condition of release.

**Conditional Release Readiness (CRR):** designation by the internal OSH risk review process that a patient has stabilized with treatment; authorizes the patient's treatment team to submit a request to PSRB to order a residential placement evaluation.

**PSRB County Mental Health Program (CMHP):** A local mental health program designated by the PSRB and subject to contractual requirements to conduct community evaluations, develop conditional release requirements, operate conditional release programs, implement conditions of release, report progress and compliance to the PSRB, and provide PSRB with jurisdictional opinions.

**Residential Placement Evaluation:** An assessment ordered by the PSRB and conducted by a Qualified Mental Health Professional (QMHP) from a Community Mental Health Program (CMHP) in accordance with OAR 309-019-0160. The evaluation determines whether the person can be appropriately managed in the community with the necessary treatment and supervision.

**Residential Placement Options:**
- Secure Residential Treatment Facility (SRTF): A level of care at which a person resides in a licensed residential treatment facility that is approved to restrict an individual's exit from the facility.
- Residential Treatment Home (RTH): A level of care at which a person resides in a licensed residential facility that provided 24-hour services for up to 5 individuals.
- Residential Treatment Facility (RTF): A level of care at which a person resides in a licensed residential facility that provides 24-hour services for 6 – 16 individuals.
- Adult Foster Home (AFH): A level of care at which a person resides in a licensed single-family residence that provides care in a home-like setting for up to 5 individuals.
- DOC: Department of Corrections
- Independent: A level of care at which a person resides on their own with limited services and supports outside of the home.
- Semi-independent – A level of care at which a person independently or in shared living space with limited, on-site services and supports.
- Intensive Case Management (ICM): A level of care at which a person resides in their own housing and which the program provides community-based case management and support services appropriate to the person's risk and clinical needs.

**Summary of Conditional Release Plan ("Plan"):** The "verified plan" required under ORS 161.341(1), which stems from the recommendations made in the community evaluation conducted by the Qualified Mental Health Professional (QMHP). The plan includes the proposed placement and conditions for the person's conditional release and accompanies the community evaluation.

**Treatment Team:** interdisciplinary treatment team at OSH, comprised of specialists in psychiatry, psychology, social work, nursing, and other clinicians.

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 3 of 3
5/5/2026
Exhibit 1
Page 3 of 6

**OSH Forensic Admission and Discharge Bi-Weekly Report**

**May 1-15, 2026**

## Aid & Assist

| County | Admission List (as of May 16) | | | | Patients Admitted During the Period | | | | No Longer Needing HLOC (as of May 16) | | | | | | | | Patients Discharged for Community Restoration | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Recommended LOCUS | | | | | | | | Recommended LOCUS | | | | | | |
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | | | | | | | | | | | | | | | | | | | | |
| Benton | | | | | 1 | 15.0 | 15 | 15 | 2 | | | | | 2 | | 46.0 | | | | | | | | |
| Clackamas | 2 | 12.0 | 12 | 12 | 8 | 7.6 | 2 | 16 | 1 | | | | | 1 | | 9.0 | | | | | | | | |
| Clatsop | | | | | | | | | | | | | | | | | | | | | | | | |
| Columbia | | | | | 2 | 10.5 | 6 | 15 | 1 | | | | | 1 | | 4.0 | 1 | | | | | 1 | | 73.0 |
| Coos | 1 | 1.0 | 1 | 1 | 1 | 18.0 | 18 | 18 | 1 | | | | | 1 | | 32.0 | 1 | | | | | 1 | | 31.0 |
| Crook | | | | | | | | | 1 | | | | | 1 | | 46.0 | | | | | | | | |
| Curry | | | | | 1 | 18.0 | 18 | 18 | | | | | | | | | | | | | | | | |
| Deschutes | | | | | 1 | 14.0 | 14 | 14 | 4 | | | | 2 | 2 | | 37.5 | | | | | | | | |
| Douglas | 4 | 10.8 | 3 | 16 | | | | | 7 | | | | 2 | 5 | | 52.7 | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | | | | | | | | | |
| Jackson | 3 | 3.0 | 3 | 3 | 3 | 15.0 | 6 | 20 | 3 | | | | | 3 | | 46.0 | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | | | | | | | | | |
| Josephine | 2 | 13.0 | 11 | 15 | 1 | 20.0 | 20 | 20 | 3 | | | | 2 | 1 | | 26.0 | | | | | | | | |
| Klamath | 1 | 10.0 | 10 | 10 | | | | | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 3 | 5.7 | 2 | 11 | 6 | 12.7 | 6 | 17 | 6 | | | | 3 | 3 | | 34.2 | 2 | | | | 1 | 1 | | 62.0 |
| Lincoln | | | | | 1 | 12.0 | 12 | 12 | 3 | | | | 1 | 2 | | 48.0 | | | | | | | | |
| Linn | | | | | 2 | 19.0 | 17 | 21 | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | 1 | | | | 1 | | | 59.0 | | | | | | | | |
| Marion | 7 | 9.3 | 3 | 12 | 2 | 11.5 | 5 | 18 | 3 | | | | 2 | | 1 | 27.7 | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | | | | | | | | | |
| Multnomah | 4 | 7.5 | 4 | 11 | 7 | 12.3 | 2 | 19 | 8 | | | | 2 | 5 | 1 | 13.4 | 1 | | | | | 1 | | 26.0 |
| Polk | 2 | 6.0 | 3 | 9 | | | | | 6 | | | | 1 | 4 | 1 | 59.3 | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | 1 | 2.0 | 2 | 2 | | | | | 1 | | | | | 1 | | 17.0 | | | | | | | | |
| Umatilla | 2 | 2.0 | 1 | 3 | 1 | 2.0 | 2 | 2 | 4 | | | | 3 | 1 | | 35.5 | | | | | | | | |
| Union | | | | | 1 | 2.0 | 2 | 2 | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | 1 | 19.0 | 19 | 19 | | | | | | | | | | | | | | | | |
| Washington | 6 | 7.3 | 4 | 10 | 5 | 15.0 | 14 | 16 | 14 | | | 3 | 4 | 7 | | 34.2 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total** | **38** | **7.6** | **1** | **16** | **44** | **12.4** | **2** | **21** | **69** | **0** | **0** | **3** | **23** | **40** | **3** | **36.4** | **5** | **0** | **0** | **0** | **1** | **4** | **0** | **50.8** |

OSH Quality Management – Data and Analysis

*'Informing the Pursuit of Excellence'*

Page 1 of 3
5/18/2026
Exhibit 1
Page 4 of 6

**PSRB / GEI**

| County | Admission List (as of May 16) | | | | Patients Admitted During the Period | | | | Patients Conditionally Released to PSRB — Level of Care Needed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | | | | | | | | | | | | |
| Clackamas | 1 | 2.0 | 2 | 2 | | | | | 1 | | | | | | 1 | 200.0 |
| Clatsop | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | | | | | | | | |
| Coos | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | | | | | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | | | | | | | | | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | 1 | 10.0 | 10 | 10 | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | | | | | | 1 | | | | | | 1 | 247.0 |
| Lincoln | | | | | | | | | | | | | | | | |
| Linn | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | | | | | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | | | | | | | | | | | | | | | | |
| Polk | | | | | | 1 | 16.0 | 16 | 16 | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | | | | | | | | | | 1 | 1 | | | | | | 89.0 |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | | | | | | | | | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | |
| **Total** | **2** | **6.0** | **2** | **10** | **1** | **16.0** | **16** | **16** | **3** | **1** | **0** | **0** | **0** | **0** | **2** | **178.7** |

*Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.*

OSH Quality Management – Data and Analysis
*'Informing the Pursuit of Excellence'*

Page 2 of 3
5/18/2026
Exhibit 1
Page 5 of 6

## Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.
    **Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.
    **Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.
    **Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month.  For Aid & Assist patients, only those discharged to community restoration are included.
    **Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.
    **1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.
    **2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.
    **3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.
    **4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.
    **5** – RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.
    **6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness.  The PSRB mission is community and public safety therefore the driver for placement is safety to the community.
    **SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.
    **AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.
    **DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.
    **Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.
    **Other** – Patients who have a more uncommon level of need not identified in the other categories.

OSH Quality Management – Data and Analysis    Page 3 of 3
*'Informing the Pursuit of Excellence'*    5/18/2026
Exhibit 1
Page 6 of 6

| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04/15/2026 | Polk | Circuit Court | Misdemeanor A | 04/09/26 | 04/10/26 | 1 | 6 | 0 | 0 | $0 | requested early, female bed vacancy |
| 2 | 04/15/2026 | Umatilla | Circuit Court | Misdemeanor-U (Unclassified) | 03/25/26 | 04/01/26 | 7 | 21 | 14 | 14 | $7,000 | late order (received 7 days after it was signed, admitted 14 days after receipt) |
| 3 | 04/15/2026 | Marion | Circuit Court | Felony C | 03/27/26 | 03/27/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 4 | 04/15/2026 | Malheur | Circuit Court | Felony C | 04/10/26 | 04/10/26 | 0 | 5 | 0 | 0 | $0 | requested early, female bed vacancy |
| 5 | 04/15/2026 | Marion | Circuit Court | Felony A | 04/10/26 | 04/13/26 | 3 | 5 | 0 | 0 | $0 | requested early, female bed vacancy |
| 6 | 04/16/2026 | Clackamas | Circuit Court | Felony A | 03/30/26 | 03/30/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 7 | 04/16/2026 | Marion | Circuit Court | Felony C | 03/30/26 | 03/31/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 8 | 04/16/2026 | Marion | Circuit Court | Misdemeanor A | 03/18/26 | 03/19/26 | 1 | 29 | 22 | 22 | $11,000 | |
| 9 | 04/16/2026 | Jackson | Circuit Court | Misdemeanor A | 04/08/26 | 04/08/26 | 0 | 8 | 1 | 1 | $500 | bed offered 4/15, county declined |
| 10 | 04/16/2026 | Marion | Circuit Court | Felony B | 03/30/26 | 03/31/26 | 1 | 17 | 10 | 10 | $5,000 | |
| 11 | 04/16/2026 | Linn | Circuit Court | Felony B | 03/30/26 | 03/30/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 12 | 04/17/2026 | Lane | Circuit Court | Felony C | 03/31/26 | 03/31/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 13 | 04/17/2026 | Lane | Circuit Court | Felony C | 04/15/26 | 04/15/26 | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 14 | 04/17/2026 | Multnomah | Circuit Court | Felony A | 04/15/26 | 04/15/26 | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 15 | 04/20/2026 | Multnomah | Circuit Court | Misdemeanor A | 03/31/26 | 03/31/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 16 | 04/20/2026 | Multnomah | Circuit Court | Misdemeanor A | 03/31/26 | 03/31/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 17 | 04/20/2026 | Washington | Circuit Court | Felony C | 03/31/26 | 03/31/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 18 | 04/21/2026 | Washington | Circuit Court | Felony A | 04/01/26 | 04/01/26 | 0 | 20 | 13 | 13 | $6,500 | returning on original .370 case |
| 19 | 04/21/2026 | Jackson | Circuit Court | Felony C | 04/01/26 | 04/01/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 20 | 04/21/2026 | Tillamook | Circuit Court | Misdemeanor A | 03/31/26 | 03/31/26 | 0 | 21 | 14 | 14 | $7,000 | |
| 21 | 04/21/2026 | Benton | Circuit Court | Felony C | 04/02/26 | 04/02/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 22 | 04/21/2026 | Douglas | Circuit Court | Felony C | 03/31/26 | 03/31/26 | 0 | 21 | 14 | 14 | $7,000 | |
| 23 | 04/21/2026 | Jackson | Circuit Court | Felony C | 04/16/26 | 04/16/26 | 0 | 5 | 0 | 0 | $0 | requested early, female bed vacancy |
| 24 | 04/22/2026 | Linn | Circuit Court | Felony B | 04/03/26 | 04/03/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 25 | 04/22/2026 | Multnomah | Circuit Court | Felony-U (Unclassified) | 04/03/26 | 04/03/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 26 | 04/22/2026 | Clackamas | Circuit Court | Misdemeanor A | 04/06/26 | 04/06/26 | 0 | 16 | 9 | 9 | $4,500 | requested early, female bed vacancy |
| 27 | 04/22/2026 | Lane | Circuit Court | Felony C | 04/02/26 | 04/02/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 28 | 04/22/2026 | Multnomah | Circuit Court | Felony B | 04/14/26 | 04/14/26 | 0 | 8 | 1 | 1 | $500 | requested early, springs bed vacancy |
| 29 | 04/22/2026 | Lane | Circuit Court | Felony-U (Unclassified) | 04/02/26 | 04/02/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 30 | 04/22/2026 | Clackamas | Circuit Court | Felony C | 04/20/26 | 04/20/26 | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 31 | 04/23/2026 | Josephine | Circuit Court | Felony B | 04/20/26 | 04/20/26 | 0 | 3 | 0 | 0 | $0 | requested early, female bed vacancy |
| 32 | 04/23/2026 | Benton | Circuit Court | Felony C | 04/06/26 | 04/06/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 33 | 04/23/2026 | Clackamas | Circuit Court | Felony C | 04/06/26 | 04/06/26 | 0 | 17 | 10 | 10 | $5,000 | |
| 34 | 04/24/2026 | Marion | Circuit Court | Felony A | 04/06/26 | 04/07/26 | 1 | 18 | 11 | 11 | $5,500 | |
| 35 | 04/24/2026 | Marion | Circuit Court | Misdemeanor A | 04/06/26 | 04/07/26 | 1 | 18 | 11 | 11 | $5,500 | |
| 36 | 04/27/2026 | Deschutes | Circuit Court | Misdemeanor B | 04/07/26 | 04/08/26 | 1 | 20 | 13 | 13 | $6,500 | |
| 37 | 04/27/2026 | Multnomah | Circuit Court | Misdemeanor A | 04/07/26 | 04/07/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 38 | 04/28/2026 | Douglas | Circuit Court | Felony A | 04/07/26 | 04/07/26 | 0 | 21 | 14 | 14 | $7,000 | |
| 39 | 04/28/2026 | Umatilla | Circuit Court | Felony B | 04/07/26 | 04/07/26 | 0 | 21 | 14 | 14 | $7,000 | |
| 40 | 04/28/2026 | Jackson | Circuit Court | Felony A | 04/08/26 | 04/08/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 41 | 04/28/2026 | Deschutes | Circuit Court | Felony C | 04/08/26 | 04/09/26 | 1 | 20 | 13 | 13 | $6,500 | |
| 42 | 04/28/2026 | Jackson | Circuit Court | Felony C | 04/08/26 | 04/08/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 43 | 04/28/2026 | Marion | Circuit Court | Misdemeanor A | 04/20/26 | 04/20/26 | 0 | 8 | 1 | 1 | $500 | requested early, female bed vacancy |
| 44 | 04/29/2026 | Multnomah | Circuit Court | Misdemeanor A | 04/14/26 | 04/14/26 | 0 | 15 | 8 | 8 | $4,000 | |
| 45 | 04/29/2026 | Multnomah | Circuit Court | Misdemeanor A | 04/21/26 | 04/21/26 | 0 | 8 | 1 | 1 | $500 | requested early, female bed vacancy |
| 46 | 04/29/2026 | Washington | Circuit Court | Misdemeanor A | 04/10/26 | 04/10/26 | 0 | 19 | 12 | 12 | $6,000 | |
| 47 | 04/29/2026 | Coos | Circuit Court | Misdemeanor A | 04/09/26 | 04/09/26 | 0 | 20 | 13 | 13 | $6,500 | |
| 48 | 04/29/2026 | Polk | Circuit Court | Misdemeanor A | 04/09/26 | 04/10/26 | 1 | 20 | 13 | 13 | $6,500 | |
| 49 | 04/29/2026 | Multnomah | Circuit Court | Felony C | 04/14/26 | 04/15/26 | 1 | 15 | 8 | 8 | $4,000 | |
| 50 | 04/29/2026 | Lane | Municipal Court | Misdemeanor A | 04/01/26 | 04/27/26 | 26 | 28 | 21 | 21 | $10,500 | late order (received 26 days after it was signed, admitted 2 days after receipt) |
| 51 | 04/30/2026 | Douglas | Circuit Court | Felony A | 04/13/26 | F | | 17 | 10 | 10 | $5,000 | bed offered 4/29, county declined |
| 52 | 04/30/2026 | Clackamas | Circuit Court | Felony A | 04/27/26 | 04/27/26 | 0 | 3 | 0 | 0 | $0 | approved expedited admission |
| 53 | 04/30/2026 | Multnomah | Circuit Court | Felony B | 04/14/26 | 04/15/26 | 1 | 16 | 9 | 9 | $4,500 | |
| 54 | 04/30/2026 | Douglas | Circuit Court | Misdemeanor A | 04/13/26 | 04/14/26 | 1 | 17 | 10 | 10 | $5,000 | bed offered 4/29, county declined |
| 55 | 04/30/2026 | Douglas | Circuit Court | Felony C | 04/22/26 | 04/22/26 | 0 | 8 | 1 | 1 | $500 | requested early, female bed vacancy |
| 56 | 05/01/2026 | Linn | Circuit Court | Felony A | 04/14/26 | 04/20/26 | 6 | 17 | 10 | 10 | $5,000 | |
| 57 | 05/01/2026 | Clackamas | Circuit Court | Felony-U (Unclassified) | 04/15/26 | 04/15/26 | 0 | 16 | 9 | 9 | $4,500 | |
| 58 | 05/04/2026 | Clackamas | Circuit Court | Misdemeanor-U (Unclassified) | 04/20/26 | 04/20/26 | 0 | 14 | 7 | 7 | $3,500 | |
| 59 | 05/04/2026 | Lincoln | Circuit Court | Misdemeanor A | 04/22/26 | 04/23/26 | 1 | 12 | 5 | 5 | $2,500 | requested early, springs bed vacancy |
| 60 | 05/04/2026 | Coos | Circuit Court | Felony C | 04/16/26 | 04/17/26 | 1 | 18 | 11 | 11 | $5,500 | bed offered 5/1, county declined |
| 61 | 05/05/2026 | Marion | Circuit Court | Felony C | 04/30/26 | 04/30/26 | 0 | 5 | 0 | 0 | $0 | requested early, female bed vacancy |
| 62 | 05/05/2026 | Washington | Circuit Court | Felony A | 04/21/26 | 04/21/26 | 0 | 14 | 7 | 7 | $3,500 | |
| 63 | 05/05/2026 | Lane | Municipal Court | Misdemeanor A | 04/28/26 | 04/28/26 | 0 | 7 | 0 | 0 | $0 | requested early, female bed vacancy |
| 64 | 05/05/2026 | Clackamas | Circuit Court | Misdemeanor A | 04/20/26 | 04/20/26 | 0 | 15 | 8 | 8 | $4,000 | |
| 65 | 05/05/2026 | Jackson | Circuit Court | Felony C | 04/16/26 | 04/17/26 | 1 | 19 | 12 | 12 | $6,000 | bed offered 5/4, county declined |
| 66 | 05/05/2026 | Washington | Circuit Court | Misdemeanor A | 04/21/26 | 04/21/26 | 0 | 14 | 7 | 7 | $3,500 | |
| 67 | 05/05/2026 | Lane | Circuit Court | Felony C | 04/29/26 | 04/29/26 | 0 | 6 | 0 | 0 | $0 | requested early, female bed vacancy |
| 68 | 05/06/2026 | Washington | Circuit Court | Misdemeanor A | 04/21/26 | 04/21/26 | 0 | 15 | 8 | 8 | $4,000 | |
| 69 | 05/06/2026 | Multnomah | Circuit Court | Felony C | 04/21/26 | 04/22/26 | 1 | 15 | 8 | 8 | $4,000 | |
| 70 | 05/06/2026 | Multnomah | Circuit Court | Felony C | 04/21/26 | 04/22/26 | 1 | 15 | 8 | 8 | $4,000 | |

Exhibit 2
Page 1 of 2

| # | Date | County | Court | Charge | Date | Date | | | | | | $ | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | 05/07/2026 | Multnomah | Circuit Court | Felony A | 05/05/26 | 05/05/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 72 | 05/07/2026 | Washington | Circuit Court | Misdemeanor A | 04/21/26 | 04/22/26 | | 1 | 16 | 9 | 9 | $4,500 | |
| 73 | 05/07/2026 | Multnomah | Circuit Court | Misdemeanor A | 04/21/26 | 04/22/26 | | 1 | 16 | 9 | 9 | $4,500 | |
| 74 | 05/07/2026 | Washington | Circuit Court | Felony C | 04/21/26 | 04/21/26 | | 0 | 16 | 9 | 9 | $4,500 | |
| 75 | 05/08/2026 | Multnomah | Circuit Court | Not Applicable | 05/06/26 | 05/06/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 76 | 05/08/2026 | Multnomah | Circuit Court | Misdemeanor A | 04/21/26 | 04/21/26 | | 0 | 17 | 10 | 10 | $5,000 | |
| 77 | 05/08/2026 | Lane | Municipal Court | Misdemeanor A | 04/21/26 | 04/23/26 | | 2 | 17 | 10 | 10 | $5,000 | |
| 78 | 05/08/2026 | Umatilla | Circuit Court | Misdemeanor A | 05/06/26 | 05/06/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 79 | 05/11/2026 | Curry | Circuit Court | Felony A | 04/23/26 | 04/23/26 | | 0 | 18 | 11 | 11 | $5,500 | |
| 80 | 05/11/2026 | Marion | Circuit Court | Felony C | 04/23/26 | 04/24/26 | | 1 | 18 | 11 | 11 | $5,500 | |
| 81 | 05/11/2026 | Multnomah | Circuit Court | Felony C | 04/22/26 | 04/22/26 | | 0 | 19 | 12 | 12 | $6,000 | |
| 82 | 05/12/2026 | Clackamas | Circuit Court | Misdemeanor A | 05/04/26 | 05/04/26 | | 0 | 8 | 1 | 1 | $500 | approved expedited admission |
| 83 | 05/12/2026 | Jackson | Circuit Court | Felony C | 04/22/26 | 04/22/26 | | 0 | 20 | 13 | 13 | $6,500 | bed offered 5/11, county declined |
| 84 | 05/12/2026 | Wasco | Circuit Court | Felony B | 04/23/26 | 04/24/26 | | 1 | 19 | 12 | 12 | $6,000 | |
| 85 | 05/12/2026 | Jackson | Circuit Court | Felony C | 05/06/26 | 05/06/26 | | 0 | 6 | 0 | 0 | $0 | bed offered 5/11, county declined (admitted 5/12, within 7 days of order) |
| 86 | 05/13/2026 | Clackamas | Circuit Court | Felony C | 05/11/26 | 05/11/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 87 | 05/13/2026 | Clackamas | Circuit Court | Felony C | 05/11/26 | 05/11/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 88 | 05/13/2026 | Columbia | Circuit Court | Felony C | 05/07/26 | 05/07/26 | | 0 | 6 | 0 | 0 | $0 | requested early, female bed vacancy |
| 89 | 05/13/2026 | Clackamas | Circuit Court | Felony A | 05/11/26 | 05/11/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 90 | 05/13/2026 | Clackamas | Circuit Court | Felony A | 05/11/26 | 05/11/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 91 | 05/14/2026 | Lane | Circuit Court | Felony C | 04/29/26 | 04/29/26 | | 0 | 15 | 8 | 8 | $4,000 | |
| 92 | 05/14/2026 | Union | Circuit Court | Felony A | 05/12/26 | 05/12/26 | | 0 | 2 | 0 | 0 | $0 | requested early, female bed vacancy |
| 93 | 05/14/2026 | Linn | Circuit Court | Misdemeanor A | 04/23/26 | 04/23/26 | | 0 | 21 | 14 | 14 | $7,000 | |
| 94 | 05/14/2026 | Lane | Circuit Court | Felony C | 04/28/26 | 04/28/26 | | 0 | 16 | 9 | 9 | $4,500 | |
| 95 | 05/14/2026 | Josephine | Circuit Court | Felony A | 04/24/26 | 04/27/26 | | 3 | 20 | 13 | 13 | $6,500 | |
| | | | | | | | | | **757** | | **757** | **$378,500** | |

Level 3 - Restricted

Exhibit 2
Page 2 of 2