Emily Cooper OSB #182254
ecooper@droregon.org
Thomas Stenson OSB #152894
tstenson@droregon.org
Disability Rights Oregon
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081
*Counsel for Plaintiff, Disability Rights Oregon*

Jesse Merrithew OSB #074564
jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
(971) 229-1241
*Counsel for Plaintiff, Metropolitan Public Defender*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,** and **A.J. MADISON,**<br>Plaintiffs,<br><br>v.<br><br>**SEJAL HATHI,** in her official capacity as Director of the Oregon Health Authority; and **JAMES DIEGEL**, in his official capacity as Interim Superintendent of the Oregon State Hospital,<br>Defendants.<br><br>**JAROD BOWMAN**, **JOSHAWN DOUGLAS-SIMPSON**, and **METROPOLITAN PUBLIC DEFENDER SERVICES, INC.,**<br>Plaintiffs,<br><br>v.<br><br>**JAMES DIEGEL**, Interim Superintendent of the Oregon State Hospital, in his official capacity, | Case No. 3:02-cv-00339-AN (Lead Case)<br><br>Case No. 3:21-cv-01637-AN (Member Case)<br><br><br>PLAINTIFFS' MOTION TO EXTEND THE REMEDIAL ORDERS |

**SEJAL HATHI**, Director of the Oregon Health Authority, in her official capacity,
Defendants.

## PLAINTIFFS' MOTION TO EXTEND THE REMEDIAL ORDERS

The Defendants continue to be out of compliance with the long-standing permanent injunction in this matter. *See* Court Monitor's Fourth Report. Following the July 2023 remedial order in this case, ECF 416, Defendants were able to make some progress towards compliance, even experiencing a few months of compliance with the permanent injunction. While the waiting list for detainees has ebbed and flowed, the remedial order has had a significant impact on the overall census at the Oregon State Hospital, as confirmed by Dr. Pinals' reports. That remedial order has been renewed repeatedly over the past several years.

Recently, the court granted a new remedial order, further altering the circumstances under which patients would be admitted to and released from the state hospital. ECF 756. These new remedial measures, the "remedial order currently in effect and the remedial measures implemented in the contempt order, shall be set to expire on June 30, 2026." ECF 756, at 6. Those measures "shall be renewed as necessary upon review of defendants' compliance." *Id.*

Dr. Pinals recommended the extension of these measures as necessary and helpful to the continued compliance of Defendants. *See* Court Monitor's Fourth Report, at 30-31. A federal court has broad inherent authority to issue remedial relief to enforce the Constitution, to preserve its own jurisdiction, and to ensure compliance with its orders. *Stone v. City & County of San Francisco*, 968 F.2d 850, 861 (1992). Because the state remains out of compliance with the permanent injunction and would fall even further out of compliance if these remedial orders were

PLAINTIFFS' MOTION TO RENEW
REMEDIAL ORDERS
Page 2

**Disability Rights Oregon**
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081

lifted, Plaintiffs ask the Court to renew the remedial components of these orders (ECF 416, ECF 604, and ECF 756) for another six months through December 31, 2026, at which time the Court can reassess defendants' compliance and whether the remedial orders remain necessary.

DATED this 8th day of June, 2026

DISABILITY RIGHTS OREGON

/s *Emily Cooper*
Emily Cooper OSB # 182254
ecooper@droregon.org
Thomas Stenson, OSB # 152894
tstenson@droregon.org
Dave Boyer OSB # 235450
dboyer@droregon.org
511 SW 10th, Suite 200
Portland OR 97205
Telephone: (503) 243 2081
Facsimile: (503) 243 1738

*Counsel for Plaintiff*
*Disability Rights Oregon*

Jesse Merrithew OSB #074564
jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
(971) 229-1241
*Counsel for Plaintiff*
*Metropolitan Public Defender*

PLAINTIFFS' MOTION TO RENEW
REMEDIAL ORDERS
Page 3

**Disability Rights Oregon**
900 SW 5th Avenue, Suite 1800
Portland, OR 97204
(503) 243-2081