DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Fariborz Pakseresht, Dolores Matteucci, and Sean Murphy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,

Plaintiffs,

v.

FARIBORZ PAKSERESHT, in his official capacity as interim head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital,

Defendants.

Case No. 3:02-cv-00339-AN (Lead Case)
Case No. 3:21-cv-01637-AN (Member Case)

DEFENDANTS' FIFTEENTH FINE CALCULATION REPORT

JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,

Plaintiffs,

v.

JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her individual capacity, FARIBORZ

Case No. 3:21-cv-01637-AN (Member Case)

PAKSERESHT, Interim Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

Pursuant to this Court's June 6, 2025, Order, Defendants hereby submit as Exhibit 1 the "relevant dashboard data pertaining to the average active waiting period" for incompetent pretrial detainees. Exhibit 1 contains the full July and a partial August monthly dashboard.

The Court's June 6, 2025, Order also requires Defendants to "submit a proposed calculation of contempt fines" on the fifteenth day of each month beginning on June 15, 2025. ECF No. 604, pp. 18. That deadline was changed to the first of each month beginning November 1, 2025, to allow time for court monitor review of proposed exemptions, ECF No. 673, and this Court's Order on June 1, 2026, directs that Defendants will submit their fine calculations on the first of each month, ECF No. 756.

The June 6 Order "imposes monetary sanctions in the amount of $500.00 per class member per day." *Id.*, p. 17. Defendants' proposed calculations include all persons ordered committed to the Oregon State Hospital (OSH) pursuant to ORS 161.370 (a .370 order) from June 15, 2026, through July 14, 2026, and accrues fines at a rate of $500 per day for each day they waited longer than seven days for admission, regardless of the reason for those delays.

There were two court orders that Umatill County did not timely send to OSH during this fine reporting period. The first was sent by the court to OSH 27 days after it was signed, and OSH admitted the individual within 4 days after receipt of the order. The second late order was sent by the court to OSH 37 days after it was signed, and OSH admitted the individual 3 days after the receipt of the order. Exhibit 3 contains communications between OSH and Umatilla County following up on those orders and requesting action be taken to avoid any further order delays. There were also two jail transport delays during the fine reporting period; however, neither of those delays resulted in an individual waiting more than seven days for admission to OSH. Due only to the delay in receiving two court orders, and despite admitting the individuals under those orders within 7 days of receiving the


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

commitment orders, Defendants have calculated fines in the amount of $28,500, for the period of July 15, 2026, through August 14, 2026. The chart attached as Exhibit 2 reflects Defendants' calculations.[1]

DATED September 1, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Jill L. Conbere*

CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

[1] Defendants' fine calculations note in red the late court order transmittals and jail transport delays referenced in this report.


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

# OSH Forensic Admission and Discharge Dashboard

**July 2026**

## Aid & Assist Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 12 | 4.8 |
| Admitted During the Month | 82 | 4.4 |







## PSRB / GEI Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 0 | N/A |
| Admitted During the Month | 7 | 5.4 |







## Aid & Assist No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| **No Longer Needs Hospital Level of Care** (as of the last day of the month) | 74 | 32.0 |
| **Discharged for Community Restoration** After Having Been Assessed to No Longer Need HLOC | 26 | 38.1 |
| **Total Discharged During the Month** | 99 | |







## PSRB / GEI No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| **No Longer Needs Hospital Level of Care** (as of the last day of the month) | 48 | 197.2 |
| **Conditionally Released to the PSRB** After Having Been Assessed to No Longer Need HLOC | 1 | 161.0 |
| **Total Discharged During the Month** | 2 | |






# Aid & Assist Orders & Readmission Rates










| | Aid & Assist Orders per Month | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| Baker | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.2 | 0.4 |
| Benton | 0.3 | 0.8 | 1.1 | 1.9 | 1.8 | 2.8 | 2.3 | 1.6 |
| Clackamas | 2.4 | 1.8 | 4.1 | 4.6 | 6.5 | 3.9 | 6.3 | 5.3 |
| Clatsop | 0.8 | 1.3 | 1.3 | 1.7 | 1.4 | 1.8 | 1.5 | 1.1 |
| Columbia | 0.7 | 0.5 | 1.3 | 1.2 | 1.3 | 0.9 | 1.7 | 1.0 |
| Coos | 2.2 | 2.4 | 2.7 | 1.1 | 2.5 | 1.9 | 2.8 | 3.0 |
| Crook | 0.3 | 0.1 | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 |
| Curry | 0.7 | 1.3 | 1.7 | 1.3 | 1.0 | 1.3 | 1.1 | 1.0 |
| Deschutes | 1.5 | 1.7 | 3.2 | 2.6 | 3.0 | 2.8 | 2.2 | 2.7 |
| Douglas | 1.9 | 1.8 | 3.8 | 3.3 | 3.7 | 4.1 | 4.7 | 3.9 |
| Gilliam | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Grant | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 | 0.1 |
| Harney | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.2 | 0.1 | 0.0 |
| Hood River | 0.4 | 0.1 | 0.3 | 0.1 | 0.6 | 0.8 | 0.3 | 0.0 |
| Jackson | 4.4 | 3.0 | 4.8 | 4.3 | 5.9 | 6.5 | 6.0 | 5.3 |
| Jefferson | 0.4 | 0.1 | 0.0 | 0.3 | 0.1 | 0.4 | 0.5 | 0.1 |
| Josephine | 1.7 | 0.8 | 1.0 | 1.5 | 1.5 | 1.3 | 1.8 | 2.1 |
| Klamath | 0.4 | 0.6 | 1.4 | 1.3 | 2.1 | 2.3 | 1.6 | 1.1 |
| Lake | 0.0 | 0.2 | 0.2 | 0.0 | 0.0 | 0.1 | 0.2 | 0.0 |
| Lane | 7.2 | 5.8 | 9.3 | 11.3 | 15.4 | 15.4 | 12.7 | 10.4 |
| Lincoln | 2.2 | 1.9 | 2.2 | 1.9 | 0.9 | 1.4 | 1.7 | 1.4 |
| Linn | 2.3 | 2.3 | 2.2 | 2.8 | 3.0 | 2.8 | 3.4 | 1.7 |
| Malheur | 0.6 | 0.5 | 0.3 | 0.6 | 0.8 | 0.8 | 0.7 | 0.9 |
| Marion | 5.8 | 7.1 | 8.2 | 9.3 | 8.9 | 8.8 | 9.2 | 8.6 |
| Morrow | 0.1 | 0.2 | 0.2 | 0.4 | 0.1 | 0.0 | 0.0 | 0.1 |
| Multnomah | 9.7 | 9.1 | 9.9 | 10.4 | 15.7 | 18.7 | 20.3 | 18.0 |
| Polk | 1.6 | 1.1 | 1.1 | 2.3 | 2.8 | 2.2 | 2.3 | 2.4 |
| Sherman | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tillamook | 1.0 | 0.7 | 0.6 | 1.3 | 0.8 | 0.9 | 0.8 | 0.9 |
| Umatilla | 0.5 | 0.9 | 1.0 | 1.4 | 1.9 | 1.7 | 0.9 | 2.0 |
| Union | 0.1 | 0.1 | 0.2 | 0.3 | 0.1 | 0.0 | 0.3 | 0.3 |
| Wallowa | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Wasco | 0.3 | 0.3 | 0.3 | 0.3 | 0.5 | 0.5 | 0.6 | 0.7 |
| Washington | 5.8 | 7.5 | 8.9 | 10.8 | 10.8 | 12.0 | 11.7 | 13.9 |
| Wheeler | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| Yamhill | 1.3 | 0.4 | 0.9 | 1.1 | 1.5 | 1.5 | 1.3 | 0.0 |
| **Total** | **56.8** | **54.4** | **72.0** | **79.3** | **94.9** | **97.8** | **99.0** | **90.4** |

# Aid & Assist

| | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | No Longer Needing HLOC (as of last day of month) | | | | | | | | Patients Discharged for Community Restoration | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Recommended LOCUS | | | | | | | | Recommended LOCUS | | | | | | |
| County | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | | | | | | | | | | | | | 1 | | | 1 | | | | 47.0 |
| Benton | | | | | | | | | 2 | | | | 1 | 1 | | 90.5 | | | | | | | | |
| Clackamas | | | | | 3 | 3.0 | 3 | 3 | 2 | | | | | 2 | | 38.0 | 2 | | | | | 2 | | 27.5 |
| Clatsop | | | | | 1 | 3.0 | 3 | 3 | 1 | | | | | 1 | | 11.0 | | | | | | | | |
| Columbia | | | | | | | | | 1 | | | | | 1 | | 4.0 | 1 | | | | | 1 | | 18.0 |
| Coos | 1 | 1.0 | 1 | 1 | 5 | 5.6 | 5 | 7 | 2 | | | | | 2 | | 9.0 | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | | | | | | | | | |
| Curry | | | | | 2 | 2.0 | 2 | 2 | | | | | | | | | | | | | | | | |
| Deschutes | 2 | 3.0 | 3 | 3 | 3 | 4.3 | 2 | 6 | 1 | | | | 1 | | | 10.0 | 1 | | | | | 1 | | 104.0 |
| Douglas | | | | | 3 | 5.7 | 5 | 7 | 4 | | | | | 2 | 2 | 72.5 | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | 1 | 4.0 | 4 | 4 | | | | | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | | | | | | | | | |
| Jackson | | | | | 2 | 7.0 | 7 | 7 | 2 | | | | | 2 | | 19.0 | | | | | | | | |
| Jefferson | | | | | 1 | 5.0 | 5 | 5 | | | | | | | | | | | | | | | | |
| Josephine | | | | | 1 | 5.0 | 5 | 5 | 2 | | | | 2 | | | 82.5 | | | | | | | | |
| Klamath | 1 | 3.0 | 3 | 3 | | | | | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 3 | 2.0 | 1 | 3 | 12 | 4.6 | 2 | 6 | 9 | | | | 4 | 5 | | 22.3 | 3 | | | | 2 | 1 | | 55.3 |
| Lincoln | | | | | | | | | 1 | | | | 1 | | | 18.0 | | | | | | | | |
| Linn | | | | | 1 | 3.0 | 3 | 3 | 1 | | | | | 1 | | 30.0 | 1 | | | | | | 1 | 41.0 |
| Malheur | | | | | 1 | 7.0 | 7 | 7 | 1 | | | | | 1 | | 31.0 | | | | | | | | |
| Marion | 1 | 3.0 | 3 | 3 | 9 | 4.9 | 3 | 6 | 9 | | | | 2 | 6 | 1 | 27.2 | 1 | | | | | 1 | | 19.0 |
| Morrow | | | | | | | | | | | | | | | | | | | | | | | | |
| Multnomah | 1 | 4.0 | 4 | 4 | 20 | 4.5 | 3 | 7 | 14 | | | | 6 | 8 | | 12.3 | 11 | | | | 4 | 6 | 1 | 31.5 |
| Polk | 1 | 2.0 | 2 | 2 | | | | | 3 | | | | | 3 | | 26.3 | 4 | | | | 2 | 1 | 1 | 39.8 |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | 1 | | | | 1 | | | 23.0 | | | | | | | | |
| Umatilla | 1 | 28.0 | 28 | 28 | | | | | | | | | | | | | | | | | | | | |
| Union | | | | | | | | | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | 1 | 6.0 | 6 | 6 | 1 | | | | | 1 | | 16.0 | | | | | | | | |
| Washington | | | | | 17 | 3.2 | 2 | 6 | 17 | | | 1 | 1 | 15 | | 44.8 | 1 | | | | | 1 | | 35.0 |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total** | **12** | **4.8** | **1** | **28** | **82** | **4.4** | **2** | **7** | **74** | **0** | **0** | **1** | **19** | **51** | **3** | **32.0** | **26** | **0** | **0** | **1** | **8** | **14** | **3** | **38.1** |

# PSRB / GEI

| | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | Patients Conditionally Released to PSRB | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Level of Care Needed | | | | | | |
| County | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | 1 | 5.0 | 5 | 5 | | | | | | | | |
| Clackamas | | | | | | | | | | | | | | | | |
| Clatsop | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | | | | | | | | |
| Coos | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | | | | | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | | | | | 1 | 7.0 | 7 | 7 | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | | | | | 1 | 6.0 | 6 | 6 | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | | | | | | | | | | | | |
| Lincoln | | | | | | | | | | | | | | | | |
| Linn | | | | | 1 | 6.0 | 6 | 6 | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | 1 | 6.0 | 6 | 6 | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | | | | | 2 | 4.0 | 3 | 5 | 1 | 1 | | | | | | 161.0 |
| Polk | | | | | | | | | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | | | | | | | | | | | | | | | | |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | | | | | | | | | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | |
| **Total** | **0** | **N/A** | **N/A** | **N/A** | **7** | **5.4** | **3** | **7** | **1** | **1** | **0** | **0** | **0** | **0** | **0** | **161.0** |

**Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.*

## Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.

**Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.

**Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.

**Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month. For Aid & Assist patients, only those discharged to community restoration are included.

**Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.

**1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.

**2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.

**3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.

**4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.

**5** – Class 2 SRTF or RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.

**6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness. The PSRB mission is community and public safety therefore the driver for placement is safety to the community.

**SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.

**RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.

**AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.

**DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.

**Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.

**Other** – Patients who have a more uncommon level of need not identified in the other categories.

# OSH Forensic Admission and Discharge Bi-Weekly Report

**August 1-15, 2026**

## Aid & Assist

| | Admission List (as of August 16) | | | | Patients Admitted During the Period | | | | No Longer Needing HLOC (as of August 16) | | | | | | | | Patients Discharged for Community Restoration | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Recommended LOCUS | | | | | | | | Recommended LOCUS | | | | | | |
| County | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | | | | | | | | | | | | | | | | | | | | |
| Benton | | | | | | | | | 1 | | | | | 1 | | 31.0 | | | | | | | | |
| Clackamas | | | | | 2 | 2.0 | 2 | 2 | | | | | | | | | 1 | | | | | 1 | | 70.0 |
| Clatsop | | | | | 1 | 2.0 | 2 | 2 | 1 | | | | | 1 | | 26.0 | | | | | | | | |
| Columbia | | | | | | | | | | | | | | | | | 1 | | | | | 1 | | 13.0 |
| Coos | | | | | 1 | 6.0 | 6 | 6 | 2 | | | | | 2 | | 24.0 | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | | | | | | | | | |
| Deschutes | 1 | 1.0 | 1 | 1 | 2 | 6.0 | 6 | 6 | 1 | | | | 1 | | | 25.0 | | | | | | | | |
| Douglas | | | | | 4 | 3.0 | 2 | 6 | 2 | | | | | 1 | 1 | 97.5 | 1 | | | | | 1 | | 127.0 |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | | | | | 1 | 6.0 | 6 | 6 | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | | | | | | | | | |
| Jackson | | | | | 4 | 5.0 | 2 | 6 | 2 | | | | | 2 | | 34.0 | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | | | | | | | | | |
| Josephine | | | | | 1 | 6.0 | 6 | 6 | | | | | | | | | 1 | | | | 1 | | | 34.0 |
| Klamath | | | | | 1 | 7.0 | 7 | 7 | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 3 | 2.7 | 2 | 3 | 9 | 4.6 | 2 | 6 | 8 | | | | 2 | 6 | | 33.0 | 2 | | | | 1 | 1 | | 25.5 |
| Lincoln | | | | | 1 | 3.0 | 3 | 3 | | | | | | | | | | | | | | | | |
| Linn | | | | | 1 | 2.0 | 2 | 2 | | | | | | | | | 1 | | | | | 1 | | 33.0 |
| Malheur | | | | | | | | | 1 | | | | | 1 | | 46.0 | | | | | | | | |
| Marion | | | | | 3 | 5.0 | 5 | 5 | 8 | | | | 2 | 6 | | 36.8 | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | | | | | | | | | |
| Multnomah | | | | | 9 | 3.4 | 2 | 6 | 12 | | | | 4 | 8 | | 25.4 | 1 | | | | 1 | | | 28.0 |
| Polk | | | | | 1 | 6.0 | 6 | 6 | 1 | | | | | 1 | | 26.0 | 2 | | | | | 2 | | 44.0 |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | 1 | | | | 1 | | | 38.0 | | | | | | | | |
| Umatilla | 1 | 2.0 | 2 | 2 | 2 | 35.5 | 31 | 40 | | | | | | | | | | | | | | | | |
| Union | | | | | | | | | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | | 1 | | | | | 1 | | 20.0 |
| Washington | | | | | | | | | 13 | | | 1 | 1 | 11 | | 63.7 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total** | **5** | **2.2** | **1** | **3** | **43** | **5.7** | **2** | **40** | **53** | **0** | **0** | **1** | **11** | **40** | **1** | **41.4** | **11** | **0** | **0** | **0** | **3** | **8** | **0** | **42.2** |

## PSRB / GEI

| | Admission List (as of August 16) | | | | Patients Admitted During the Period | | | | Patients Conditionally Released to PSRB | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Level of Care Needed | | | | | | |
| County | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | | | | | | | | | | | | |
| Clackamas | | | | | | | | | | | | | | | | |
| Clatsop | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | 1 | | 1 | | | | | 246.0 |
| Coos | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | 1 | 4.0 | 4 | 4 | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | | | | | | | | | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | | | | | 1 | 1.0 | 1 | 1 | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | 1 | 1.0 | 1 | 1 | | | | | | | | |
| Lincoln | | | | | | | | | | | | | | | | |
| Linn | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | | | | | 1 | 1 | | | | | | 308.0 |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | | | | | | | | | | | | | | | | |
| Polk | | | | | | | | | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | | | | | | | | | | | | | | | | |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | | | | | | | | | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | |
| **Total** | **0** | **N/A** | **N/A** | **N/A** | **3** | **2.0** | **1** | **4** | **2** | **1** | **1** | **0** | **0** | **0** | **0** | **277.0** |

**Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.*

## Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.

**Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.

**Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.

**Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month. For Aid & Assist patients, only those discharged to community restoration are included.

**Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.

**1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.

**2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.

**3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.

**4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.

**5** – RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.

**6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness. The PSRB mission is community and public safety therefore the driver for placement is safety to the community.

**SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.

**RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.

**AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.

**DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.

**Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.

**Other** – Patients who have a more uncommon level of need not identified in the other categories.

| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/15/2026 | Washington | Circuit Court | Felony-U (Unclassified) | 07/13/26 | 07/14/26 | 1 | 2 | 0 | 0 | $0 | |
| 2 | 07/16/2026 | Washington | Circuit Court | Felony C | 07/14/26 | 07/14/26 | 0 | 2 | 0 | 0 | $0 | |
| 3 | 07/16/2026 | Coos | Circuit Court | Felony B | 07/09/26 | 07/14/26 | 5 | 7 | 0 | 0 | $0 | |
| 4 | 07/16/2026 | Curry | Circuit Court | Felony C | 07/14/26 | 07/14/26 | 0 | 2 | 0 | 0 | $0 | |
| 5 | 07/16/2026 | Washington | Circuit Court | Felony C | 07/14/26 | 07/14/26 | 0 | 2 | 0 | 0 | $0 | |
| 6 | 07/17/2026 | Multnomah | Circuit Court | Felony A | 07/14/26 | 07/15/26 | 1 | 3 | 0 | 0 | $0 | |
| 7 | 07/17/2026 | Multnomah | Circuit Court | Felony B | 07/14/26 | 07/15/26 | 1 | 3 | 0 | 0 | $0 | |
| 8 | 07/17/2026 | Multnomah | Circuit Court | Felony A | 07/14/26 | 07/15/26 | 1 | 3 | 0 | 0 | $0 | |
| 9 | 07/17/2026 | Multnomah | Circuit Court | Felony A | 07/14/26 | 07/15/26 | 1 | 3 | 0 | 0 | $0 | |
| 10 | 07/17/2026 | Clatsop | Circuit Court | Misdemeanor A | 07/14/26 | 07/15/26 | 1 | 3 | 0 | 0 | $0 | |
| 11 | 07/20/2026 | Lane | Municipal Court | Misdemeanor A | 07/15/26 | 07/15/26 | 0 | 5 | 0 | 0 | $0 | |
| 12 | 07/20/2026 | Washington | Circuit Court | Misdemeanor-U (Unclassified) | 07/14/26 | 07/14/26 | 0 | 6 | 0 | 0 | $0 | |
| 13 | 07/20/2026 | Lane | Municipal Court | Misdemeanor A | 07/15/26 | 07/15/26 | 0 | 5 | 0 | 0 | $0 | |
| 14 | 07/20/2026 | Multnomah | Circuit Court | Felony C | 07/15/26 | 07/15/26 | 0 | 5 | 0 | 0 | $0 | |
| 15 | 07/20/2026 | Deschutes | Circuit Court | Felony B | 07/14/26 | 07/15/26 | 1 | 6 | 0 | 0 | $0 | |
| 16 | 07/21/2026 | Marion | Circuit Court | Misdemeanor A | 07/16/26 | 07/17/26 | 1 | 5 | 0 | 0 | $0 | |
| 17 | 07/21/2026 | Lane | Circuit Court | Misdemeanor A | 07/15/26 | 07/15/26 | 0 | 6 | 0 | 0 | $0 | |
| 18 | 07/21/2026 | Coos | Circuit Court | Felony B | 07/16/26 | 07/17/26 | 1 | 5 | 0 | 0 | $0 | |
| 19 | 07/22/2026 | Josephine | Circuit Court | Misdemeanor A | 07/17/26 | 07/20/26 | 3 | 5 | 0 | 0 | $0 | |
| 20 | 07/22/2026 | Lane | Municipal Court | Misdemeanor A | 07/20/26 | 07/20/26 | 0 | 2 | 0 | 0 | $0 | |
| 21 | 07/22/2026 | Douglas | Circuit Court | Felony B | 07/17/26 | 07/17/26 | 0 | 5 | 0 | 0 | $0 | |
| 22 | 07/23/2026 | Lane | Circuit Court | Misdemeanor A | 07/20/26 | 07/20/26 | 0 | 3 | 0 | 0 | $0 | |
| 23 | 07/23/2026 | Clackamas | Circuit Court | Felony C | 07/20/26 | 07/20/26 | 0 | 3 | 0 | 0 | $0 | |
| 24 | 07/23/2026 | Clackamas | Circuit Court | Felony C | 07/20/26 | 07/20/26 | 0 | 3 | 0 | 0 | $0 | |
| 25 | 07/24/2026 | Washington | Circuit Court | Misdemeanor A | 07/20/26 | 07/20/26 | 0 | 4 | 0 | 0 | $0 | |
| 26 | 07/24/2026 | Malheur | Circuit Court | Misdemeanor A | 07/17/26 | 07/17/26 | 0 | 7 | 0 | 0 | $0 | bed offered 7/22, county declined |
| 27 | 07/24/2026 | Multnomah | Circuit Court | Misdemeanor A | 07/21/26 | 07/21/26 | 0 | 3 | 0 | 0 | $0 | |
| 28 | 07/24/2026 | Multnomah | Circuit Court | Felony A | 07/21/26 | 07/21/26 | 0 | 3 | 0 | 0 | $0 | |
| 29 | 07/24/2026 | Multnomah | Circuit Court | Felony A | 07/21/26 | 07/21/26 | 0 | 3 | 0 | 0 | $0 | |
| 30 | 07/24/2026 | Washington | Circuit Court | Misdemeanor A | 07/21/26 | 07/21/26 | 0 | 3 | 0 | 0 | $0 | |
| 31 | 07/27/2026 | Marion | Circuit Court | Felony C | 07/22/26 | 07/22/26 | 0 | 5 | 0 | 0 | $0 | |
| 32 | 07/27/2026 | Washington | Circuit Court | Misdemeanor A | 07/21/26 | 07/21/26 | 0 | 6 | 0 | 0 | $0 | |
| 33 | 07/27/2026 | Multnomah | Circuit Court | Misdemeanor A | 07/21/26 | 07/21/26 | 0 | 6 | 0 | 0 | $0 | |
| 34 | 07/27/2026 | Multnomah | Circuit Court | Felony A | 07/21/26 | 07/21/26 | 0 | 6 | 0 | 0 | $0 | |
| 35 | 07/27/2026 | Marion | Circuit Court | Misdemeanor A | 07/22/26 | 07/22/26 | 0 | 5 | 0 | 0 | $0 | |
| 36 | 07/27/2026 | Marion | Circuit Court | Misdemeanor A | 07/22/26 | 07/22/26 | 0 | 5 | 0 | 0 | $0 | |
| 37 | 07/28/2026 | Coos | Circuit Court | Felony C | 07/23/26 | 07/23/26 | 0 | 5 | 0 | 0 | $0 | |
| 38 | 07/28/2026 | Lane | Circuit Court | Misdemeanor B | 07/22/26 | 07/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 39 | 07/28/2026 | Washington | Circuit Court | Felony A | 07/23/26 | 07/23/26 | 0 | 5 | 0 | 0 | $0 | |
| 40 | 07/28/2026 | Lane | Circuit Court | Felony C | 07/22/26 | 07/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 41 | 07/28/2026 | Marion | Circuit Court | Felony C | 07/22/26 | 07/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 42 | 07/29/2026 | Curry | Circuit Court | Misdemeanor B | 07/27/26 | 07/27/26 | 0 | 2 | 0 | 0 | $0 | |
| 43 | 07/29/2026 | Lane | Circuit Court | Misdemeanor A | 07/24/26 | 07/24/26 | 0 | 5 | 0 | 0 | $0 | |
| 44 | 07/30/2026 | Washington | Circuit Court | Misdemeanor A | 07/28/26 | 07/28/26 | 0 | 2 | 0 | 0 | $0 | |
| 45 | 07/30/2026 | Washington | Circuit Court | Misdemeanor A | 07/28/26 | 07/28/26 | 0 | 2 | 0 | 0 | $0 | |
| 46 | 07/30/2026 | Deschutes | Circuit Court | Misdemeanor A | 07/28/26 | 07/28/26 | 0 | 2 | 0 | 0 | $0 | |
| 47 | 07/30/2026 | Lane | Circuit Court | Misdemeanor B | 07/27/26 | 07/27/26 | 0 | 3 | 0 | 0 | $0 | |
| 48 | 07/30/2026 | Marion | Circuit Court | Felony C | 07/27/26 | 07/27/26 | 0 | 3 | 0 | 0 | $0 | |
| 49 | 07/31/2026 | Multnomah | Circuit Court | Felony C | 07/28/26 | 07/29/26 | 1 | 3 | 0 | 0 | $0 | |
| 50 | 07/31/2026 | Lane | Circuit Court | Felony A | 07/28/26 | 07/28/26 | 0 | 3 | 0 | 0 | $0 | |
| 51 | 07/31/2026 | Washington | Circuit Court | Misdemeanor A | 07/28/26 | 07/28/26 | 0 | 3 | 0 | 0 | $0 | |
| 52 | 07/31/2026 | Multnomah | Circuit Court | Misdemeanor A | 07/28/26 | 07/29/26 | 1 | 3 | 0 | 0 | $0 | |
| 53 | 07/31/2026 | Washington | Circuit Court | Felony C | 07/28/26 | 07/28/26 | 0 | 3 | 0 | 0 | $0 | |
| 54 | 08/03/2026 | Multnomah | Circuit Court | Felony C | 07/28/26 | 07/29/26 | 1 | 6 | 0 | 0 | $0 | |
| 55 | 08/03/2026 | Lane | Municipal Court | Misdemeanor A | 07/29/26 | 07/29/26 | 0 | 5 | 0 | 0 | $0 | |
| 56 | 08/03/2026 | Grant | Circuit Court | Felony C | 07/28/26 | 07/29/26 | 1 | 6 | 0 | 0 | $0 | |
| 57 | 08/03/2026 | Marion | Circuit Court | Misdemeanor A | 07/29/26 | 07/29/26 | 0 | 5 | 0 | 0 | $0 | |
| 58 | 08/04/2026 | Deschutes | Circuit Court | Felony C | 07/29/26 | 07/29/26 | 0 | 6 | 0 | 0 | $0 | |
| 59 | 08/04/2026 | Lane | Circuit Court | Felony B | 07/30/26 | 07/30/26 | 0 | 5 | 0 | 0 | $0 | |
| 60 | 08/04/2026 | Umatilla | Circuit Court | Felony C | 07/04/26 | 07/31/26 | 27 | 31 | 24 | 24 | $12,000 | late order (received 27 days after it was signed, admitted 4 days after receipt) |
| 61 | 08/04/2026 | Deschutes | Circuit Court | Misdemeanor A | 07/29/26 | 07/29/26 | 0 | 6 | 0 | 0 | $0 | |
| 62 | 08/05/2026 | Lane | Circuit Court | Misdemeanor-U (Unclassified) | 07/31/26 | 07/31/26 | 0 | 5 | 0 | 0 | $0 | |
| 63 | 08/05/2026 | Klamath | Circuit Court | Felony C | 07/29/26 | 07/31/26 | 2 | 7 | 0 | 0 | $0 | |
| 64 | 08/05/2026 | Polk | Circuit Court | Misdemeanor A | 07/30/26 | 07/31/26 | 1 | 6 | 0 | 0 | $0 | |
| 65 | 08/06/2026 | Coos | Circuit Court | Felony A | 07/31/26 | 08/03/26 | 3 | 6 | 0 | 0 | $0 | |
| 66 | 08/06/2026 | Lincoln | Circuit Court | Felony B | 08/03/26 | 08/04/26 | 1 | 3 | 0 | 0 | $0 | |
| 67 | 08/06/2026 | Clatsop | Circuit Court | Felony C | 08/04/26 | 08/04/26 | 0 | 2 | 0 | 0 | $0 | |
| 68 | 08/06/2026 | Lane | Municipal Court | Misdemeanor A | 08/03/26 | 08/03/26 | 0 | 3 | 0 | 0 | $0 | |
| 69 | 08/07/2026 | Multnomah | Circuit Court | Misdemeanor A | 08/04/26 | 08/04/26 | 0 | 3 | 0 | 0 | $0 | |
| 70 | 08/07/2026 | Multnomah | Circuit Court | Felony A | 08/04/26 | 08/04/26 | 0 | 3 | 0 | 0 | $0 | |
| 71 | 08/07/2026 | Multnomah | Circuit Court | Misdemeanor-U (Unclassified) | 08/04/26 | 08/04/26 | 0 | 3 | 0 | 0 | $0 | |
| 72 | 08/07/2026 | Multnomah | Circuit Court | Felony C | 08/04/26 | 08/04/26 | 0 | 3 | 0 | 0 | $0 | |
| 73 | 08/07/2026 | Multnomah | Circuit Court | Misdemeanor A | 08/04/26 | 08/04/26 | 0 | 3 | 0 | 0 | $0 | |
| 74 | 08/10/2026 | Multnomah | Circuit Court | Felony C | 08/04/26 | 08/04/26 | 0 | 6 | 0 | 0 | $0 | |
| 75 | 08/10/2026 | Marion | Circuit Court | Misdemeanor A | 08/05/26 | 08/05/26 | 0 | 5 | 0 | 0 | $0 | |
| 76 | 08/10/2026 | Lane | Circuit Court | Felony C | 08/04/26 | 08/05/26 | 1 | 6 | 0 | 0 | $0 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | 08/10/2026 | Umatilla | Circuit Court | Felony C | 07/01/26 | 08/07/26 | 37 | 40 | 33 | 33 | $16,500 | late order (received 37 days after it was signed, admitted 3 days after receipt) |
| 78 | 08/10/2026 | Lane | Circuit Court | Felony C | 08/04/26 | 08/05/26 | 1 | 6 | 0 | 0 | $0 | |
| 79 | 08/10/2026 | Lane | Circuit Court | Felony A | 08/05/26 | 08/05/26 | 0 | 5 | 0 | 0 | $0 | |
| 80 | 08/10/2026 | Douglas | Circuit Court | Felony B | 08/04/26 | 08/05/26 | 1 | 6 | 0 | 0 | $0 | |
| 81 | 08/11/2026 | Marion | Circuit Court | Felony C | 08/06/26 | 08/07/26 | 1 | 5 | 0 | 0 | $0 | |
| 82 | 08/11/2026 | Jackson | Circuit Court | Felony B | 08/05/26 | 08/06/26 | 1 | 6 | 0 | 0 | $0 | |
| 83 | 08/11/2026 | Jackson | Circuit Court | Misdemeanor A | 08/05/26 | 08/06/26 | 1 | 6 | 0 | 0 | $0 | |
| 84 | 08/11/2026 | Jackson | Circuit Court | Felony C | 08/05/26 | 08/06/26 | 1 | 6 | 0 | 0 | $0 | |
| 85 | 08/11/2026 | Lane | Circuit Court | Felony A | 08/07/26 | 08/07/26 | 0 | 4 | 0 | 0 | $0 | |
| 86 | 08/12/2026 | Clackamas | Circuit Court | Felony C | 08/10/26 | 08/10/26 | 0 | 2 | 0 | 0 | $0 | |
| 87 | 08/12/2026 | Clackamas | Circuit Court | Felony A | 08/10/26 | 08/10/26 | 0 | 2 | 0 | 0 | $0 | |
| 88 | 08/13/2026 | Multnomah | Circuit Court | Felony C | 08/11/26 | 08/11/26 | 0 | 2 | 0 | 0 | $0 | |
| 89 | 08/13/2026 | Douglas | Circuit Court | Felony C | 08/11/26 | 08/11/26 | 0 | 2 | 0 | 0 | $0 | |
| 90 | 08/13/2026 | Douglas | Circuit Court | Felony C | 08/11/26 | 08/11/26 | 0 | 2 | 0 | 0 | $0 | |
| 91 | 08/13/2026 | Josephine | Circuit Court | Felony C | 08/07/26 | 08/10/26 | 3 | 6 | 0 | 0 | $0 | bed offered 8/12, county declined |
| 92 | 08/13/2026 | Jackson | Circuit Court | Felony C | 08/11/26 | 08/12/26 | 1 | 2 | 0 | 0 | $0 | |
| 93 | 08/13/2026 | Multnomah | Circuit Court | Felony C | 08/11/26 | 08/11/26 | 0 | 2 | 0 | 0 | $0 | |
| 94 | 08/14/2026 | Lane | Circuit Court | Felony C | 08/12/26 | 08/12/26 | 0 | 2 | 0 | 0 | $0 | |
| 95 | 08/14/2026 | Douglas | Circuit Court | Not Applicable | 08/12/26 | 08/12/26 | 0 | 2 | 0 | 0 | $0 | |
| 96 | 08/14/2026 | Linn | Circuit Court | Felony C | 08/12/26 | 08/12/26 | 0 | 2 | 0 | 0 | $0 | |
| | | | | | | | | | **57** | **57** | **$28,500** | |

**Archived:** Tuesday, September 1, 2026 8:51:42 AM
**From:** "Kina E. Harp"
**Mail received time:** Mon, 10 Aug 2026 16:54:02 +0000
**Subject:** RE: Request for Admission Date

---

You don't often get email from kina.e.harp@ojd.state.or.us. Learn why this is important

Brandy,
I have let management know the situation so it can be addressed with individuals that arenâ€™t following procedure. Thank you for bringing it to my attention. Please let me know if there are any other concerns.

Thank you!!

**Kina Harp**
Judicial Assistant to the Honorable Judge Daniel J. Hill
Courtroom5@ojd.state.or.us

Umatilla County Circuit Court
915 SE Columbia Dr.
Hermiston, OR 97838
541-667-3020 EXT 3034

Oregon Courts
Oregon Judicial Department

***NOTICE*: This communication may contain privileged, confidential, or other information except from disclosure under applicable law. If you received it in error, please advise me and immediately delete or destroy the communication and any attachments without further reviewing, copying, or disclosing the contents. Thank you!**

---

**From:** Eurto Brandy <BRANDY.EURTO@oha.oregon.gov> **On Behalf Of** OSH Admissions
**Sent:** Monday, August 10, 2026 9:28 AM
**To:** Danielle McDowell <danielle.mcdowell@ccsemail.org>; Kina E. Harp <Kina.E.Harp@ojd.state.or.us>; Courtroom5 <courtroom5@ojd.state.or.us>
**Cc:** Tyler Moore <tyler@ipdinc.org>
**Subject:** Re: Request for Admission Date

**WARNING:** This email is from outside of the Oregon Judicial Department. If links or files in this email are unexpected, even if from an email address you trust, please call the sender on the phone and verify them before you click.

Morning,

We received a very late order by fax to the Admissions department for [redacted]. The court did not send us this order, and we are not sure where it even came from since it did not follow the required process and has no fax cover. All court order must be sent OSH.Courtorders@odhsoha.oregon.gov This includes community restoration orders. I'm including information from 2019 for SB25 that requires courts to be send court orders to OSH within 1 judicial day.

It's very concerning orders are showing up more than a month late, and it's the second time in the past week that this has occurred. This is another person that should have been admitted weeks ago. We are admitting this person today.

Please make sure to follow the process of send court orders to OSH.Courtorders@odhsoha.oregon.gov and that they are within 1 judicial day as required.

Thank you!

Thanks,
Brandy Eurto
Admissions Director
Oregon State Hospital

---

**From:** Danielle McDowell <danielle.mcdowell@ccsemail.org>
**Sent:** Monday, August 3, 2026 9:44 AM
**To:** OSH Admissions <OSH.Admissions@odhsoha.oregon.gov>; Kina E. Harp <Kina.E.Harp@ojd.state.or.us>; Courtroom5 <courtroom5@ojd.state.or.us>
**Cc:** Tyler Moore <tyler@ipdinc.org>
**Subject:** Re: Request for Admission Date

Good morning,
â€‚â€‚â€‚â€‚Thank you for providing me with that update. I looked at the email that we received from the courts. The courts sent the email out on 7/6/2026 however, it does not appear that they included the OSH court orders email. That is why you never received it. I have added the courts to this email so they can ensure this doesn't happen again.

Thank you,
Danielle

*Danielle McDowell, QMHA*

*Regional Aid and Assist Case Manager / Exceptional Needs Care Coordinator (ENCC)*

*Community Counseling Solutions*

*Work Cell Phone: 541-701-1286*

**If you are experiencing an emergency, please contact 911 or go to the nearest Emergency Department**

Important: This email and any attachments may contain confidential information subject to protection under the Federal Standards for Privacy of Individually Identifiable Health Information (45 C.F.R. Parts 160 and 164). If you or your organization is a "Covered Entity" under the above mentioned regulations, you are obligated to treat such information in a manner consistent with the regulations. If this email was sent to you in error you are prohibited from utilizing or disseminating this email or any attachments. Please immediately delete it from your computer and any servers or other locations where it might be stored and call Community Counseling Solutions at (541) 676-9161 advising that you have done so. We appreciate your cooperation.

---

**From:** Eurto Brandy <BRANDY.EURTO@oha.oregon.gov> on behalf of OSH Admissions <OSH.Admissions@odhsoha.oregon.gov>
**Sent:** Monday, August 3, 2026 9:06 AM
**To:** Danielle McDowell <danielle.mcdowell@ccsemail.org>
**Cc:** Tyler Moore <tyler@ipdinc.org>
**Subject:** Re: Request for Admission Date

**CAUTION:** This email originated from outside of the organization. Please be cautious with links or attachments unless you recognize the sender and know the content is safe.

**SECURE EMAIL DELIVERY:** This email message was securely transmitted from a sender at Oregon ODHSOHA to your email system using Transport Layered Security (TLS).

Morning,

OSH is not in receipt of this court order that I can see in our emails. Please let us know what happened as [redacted] would have been admitted weeks ago and this has caused a significant delay on admission. We currently have them set for admission tomorrow, but this is outside of timelines for admission and we have to report the reasons for the delay. If an email was sent to OSH.Courtorders, please provide a copy so I can address this internally.

Thank you,
Brandy Eurto
Admissions Director
Oregon State Hospital

---

**From:** Danielle McDowell <danielle.mcdowell@ccsemail.org>
**Sent:** Friday, July 31, 2026 3:37 PM
**To:** OSH Admissions <OSH.Admissions@odhsoha.oregon.gov>
**Cc:** Tyler Moore <tyler@ipdinc.org>
**Subject:** Request for Admission Date

**Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Good afternoon,
â€‚â€‚â€‚â€‚I have a client [redacted] who was ordered to OSH for restoration and she is still at Umatilla County Jail. I have attached the court order for your information. I was wondering if you have an admission date set for her.

Thank you,
Danielle

*Danielle McDowell, QMHA*

*Regional Aid and Assist Case Manager / Exceptional Needs Care Coordinator (ENCC)*

*Serving Umatilla, Morrow, Wheeler, Grant and Gilliam County*

***C**ommunity **C**ounseling **S**olutions*

*Work cell phone: 541-701-1286*
*Email: Danielle.mcdowell@ccsemail.org*

*Website: https://ccswebsite.org/*

**If you are experiencing an emergency, please contact 911 or go to the nearest Emergency Department**

Important: This email and any attachments may contain confidential information subject to protection under the Federal Standards for Privacy of Individually Identifiable Health Information (45 C.F.R. Parts 160 and 164). If you or your organization is a "Covered Entity" under the above mentioned regulations, you are obligated to treat such information in a manner consistent with the regulations. If this email was sent to you in error you are prohibited from utilizing or disseminating this email or any attachments. Please immediately delete it from your computer and any servers or other locations where it might be stored and call Community Counseling Solutions at (541) 676-9161 advising that you have done so. We appreciate your cooperation.