DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Fariborz Pakseresht, Dolores Matteucci, and James Diegel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,

Plaintiffs,

v.

FARIBORZ PAKSERESHT, in his official capacity as interim head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital,

Defendants.

Case No. 3:02-cv-00339-AN (Lead Case)
Case No. 3:21-cv-01637-AN (Member Case)

DECLARATION OF BRANDY EURTO IN SUPPORT MOTION TO PURGE CONTEMPT

JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,

Plaintiffs,

v.

JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official

Case No. 3:21-cv-01637-AN (Member Case)

capacity, DOLORES MATTEUCCI, in her individual capacity, FARIBORZ PAKSERESHT, Interim Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

I, Brandy Eurto, do hereby declare:

1. I am the Admissions Director at the Oregon State Hospital (OSH) and have been in this position since 2016. I oversee the Admissions department that manages forensic and civil admissions. We manage all referrals and court orders that commit patients to the Oregon State Hospital.

2. I make this declaration based upon a combination of personal knowledge and in reliance upon records which are regularly maintained in the ordinary course of OSH business.

3. When a court issues an order committing a criminal defendant to OSH for competency restoration (.370 Order), the court is required to send it to OSH within one judicial day. ORS 161.362(4). In 2019, when this statute became effective, OSH notified Oregon courts through the Oregon Judicial Department (OJD) of this requirement and provided them with an OSH email address to send orders, including .370 Orders: OSH.Courtorders@odhsoha.oregon.gov. OSH regularly reminds the courts through OJD of the requirement that they send commitment orders to OSH within one judicial day and where to send the orders. OSH also has a FAQ document on its website at https://www.oregon.gov/oha/OSH/LEGAL/Documents/2019-SB-25-FAQ.pdf, which describes this requirement and the process for emailing orders to OSH. Sometimes a court will fax a .370 Order to OSH or send it to OSH's admissions inbox; when that occurs, OSH has a process in place that automatically forwards the order to the email inbox designated for receipt of .370 Orders.



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

4. OSH staff monitor the email inbox during business hours. All orders are processed the day that OSH receives them, and the incoming patient is placed on the admissions list.

5. OSH has been admitting those found unable to aid and assist in their own defense within seven days since June 13, 2026, except for situations where the circuit court did not send OSH the commitment order within one judicial day after it was signed.

6. Since June 13, 2026, through the date of this declaration, there were five .370 Orders that were not sent to OSH within six judicial days, which made it impossible for OSH to admit the patient within seven days of the order date. Those situations are set forth in the chart below and copies of the commitment orders and OSH's communications with the committing courts are attached as exhibits:

| Patient # | County of Commitment | Court Type | Order Signed | Order Sent to OSH | Admission Date | Supporting Exhibits |
|---|---|---|---|---|---|---|
| 1 | Polk | Circuit Court | 8/13/26 | 8/27/26 | 8/31/26 | Exhibit 1 |
| 2 | Polk | Circuit Court | 8/14/26 | 8/25/26 | 8/27/26 | Exhibit 2 |
| 3 | Lane | Circuit Court | 7/29/26 | 8/20/26 | 8/21/26 | Exhibit 3 |
| 4 | Umatilla | Circuit Court | 7/1/26 | 8/7/26 | 8/10/26 | Exhibit 4 |
| 5 | Umatilla | Circuit Court | 7/4/26 | 8/3/26 | 8/4/26 | Exhibit 5 |

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September 3, 2026.

BRANDY EURTO

*s/ Brandy Eurto*
BRANDY EURTO



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000