DAN RAYFIELD
Attorney General
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE #193430
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov

Attorneys for Defendants Patrick Allen, Fariborz Pakseresht, Dolores Matteucci, and Sean Murphy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DISABILITY RIGHTS OREGON, METROPOLITAN PUBLIC DEFENDER SERVICES, INC., and A.J. MADISON,

Plaintiffs,

v.

FARIBORZ PAKSERESHT, in his official capacity as interim head of the Oregon Health Authority, and JAMES DIEGEL in his official capacity as Interim Superintendent of the Oregon State Hospital,

Defendants.

Case No. 3:02-cv-00339-AN (Lead Case)
Case No. 3:21-cv-01637-AN (Member Case)

DEFENDANTS' SEVENTEENTH FINE CALCULATION REPORT

JAROD BOWMAN, JOSHAWN DOUGLAS-SIMPSON,

Plaintiffs,

v.

JAMES DIEGEL, Interim Superintendent of the Oregon State Hospital, in his official capacity, DOLORES MATTEUCCI, in her individual capacity, FARIBORZ

Case No. 3:21-cv-01637-AN (Member Case)

PAKSERESHT, Interim Director of the Oregon Health Authority, in his official capacity, and PATRICK ALLEN in his individual capacity,

Defendants.

Pursuant to this Court's June 6, 2025, Order, Defendants submit as Exhibit 1 the "relevant dashboard data pertaining to the average active waiting period" for incompetent pretrial detainees. Exhibit 1 contains a full September 2026 and partial October 2026 monthly dashboard.

The Court's June 6, 2025, Order also requires Defendants to "submit a proposed calculation of contempt fines" on the fifteenth day of each month beginning on June 15, 2025. ECF No. 604, pp. 18. This Court's June 1, 2026, Order subsequently directed Defendants to submit these fine calculations on the first of each month. ECF No. 756.

Defendants' proposed calculations include all persons ordered committed to the Oregon State Hospital (OSH) pursuant to ORS 161.370 from September 15, 2026, through October 14, 2026, and accrues fines at a rate of $500 per day for each day they waited longer than seven days for admission, regardless of the reason for those delays. Pursuant to this Court's direction, Defendants have calculated fines in the amount of $7,000 for this fine-reporting period. The chart attached as Exhibit 2 reflects these calculations.

As Exhibit 2 reflects, the fines for this time period accrued solely due to three court orders that the committing courts did not timely send to OSH. The first order was sent by the Douglas County Circuit Court to OSH 13 days after it was signed; OSH admitted the individual within one day after receipt of the order. The second order was sent by the Klamath County Circuit Court to OSH seven days after it was signed; OSH admitted the individual two days after the receipt of the order. The third order was sent by the Josephine County Circuit Court to OSH 11 days after it was signed; OSH admitted the individual one day after the receipt of the order. Due only to the delay in receiving these court orders, and despite admitting the individuals under those orders within 7 days of receiving the


Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

commitment orders, Defendants have calculated fines in the amount of $7,000 for the period of September 15 through October 14, 2026.

DATED November 2, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Carla A. Scott*
CARLA A. SCOTT #054725
CRAIG M. JOHNSON #080902
Senior Assistant Attorneys General
JILL CONBERE # 193430
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Carla.A.Scott@doj.oregon.gov
Craig.M.Johnson@doj.oregon.gov
Jill.Conbere@doj.oregon.gov
Of Attorneys for Defendants

# OSH Forensic Admission and Discharge Dashboard

**September 2026**

## Aid & Assist Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 9 | 2.7 |
| Admitted During the Month | 79 | 4.0 |







## PSRB / GEI Admission List

| | Count | Avg Days |
|---|---|---|
| On the Admission List as of the last day of the month | 1 | 1.0 |
| Admitted During the Month | 6 | 9.5 |







## Aid & Assist No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| No Longer Needs Hospital Level of Care (as of the last day of the month) | 47 | 53.7 |
| Discharged for Community Restoration After Having Been Assessed to No Longer Need HLOC | 19 | 48.1 |
| Total Discharged During the Month | 86 | |







## PSRB / GEI No Longer Needing HLOC

| | Count | Avg Days |
|---|---|---|
| No Longer Needs Hospital Level of Care (as of the last day of the month) | 50 | 197.4 |
| Conditionally Released to the PSRB After Having Been Assessed to No Longer Need HLOC | 3 | 468.0 |
| Total Discharged During the Month | 4 | |






## Aid & Assist Orders & Readmission Rates










| County | Aid & Assist Orders per Month | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
| Baker | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.2 | 0.4 |
| Benton | 0.3 | 0.8 | 1.1 | 1.9 | 1.8 | 2.8 | 2.3 | 1.3 |
| Clackamas | 2.4 | 1.8 | 4.1 | 4.6 | 6.5 | 3.9 | 6.3 | 5.2 |
| Clatsop | 0.8 | 1.3 | 1.3 | 1.7 | 1.4 | 1.8 | 1.5 | 1.1 |
| Columbia | 0.7 | 0.5 | 1.3 | 1.2 | 1.3 | 0.9 | 1.7 | 1.0 |
| Coos | 2.2 | 2.4 | 2.7 | 1.1 | 2.5 | 1.9 | 2.8 | 2.7 |
| Crook | 0.3 | 0.1 | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 |
| Curry | 0.7 | 1.3 | 1.7 | 1.3 | 1.0 | 1.3 | 1.1 | 0.8 |
| Deschutes | 1.5 | 1.7 | 3.2 | 2.6 | 3.0 | 2.8 | 2.2 | 2.7 |
| Douglas | 1.9 | 1.8 | 3.8 | 3.3 | 3.7 | 4.1 | 4.7 | 3.9 |
| Gilliam | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Grant | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 | 0.1 |
| Harney | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.2 | 0.1 | 0.0 |
| Hood River | 0.4 | 0.1 | 0.3 | 0.1 | 0.6 | 0.8 | 0.3 | 0.0 |
| Jackson | 4.4 | 3.0 | 4.8 | 4.3 | 5.9 | 6.5 | 6.0 | 5.1 |
| Jefferson | 0.4 | 0.1 | 0.0 | 0.3 | 0.1 | 0.4 | 0.5 | 0.1 |
| Josephine | 1.7 | 0.8 | 1.0 | 1.5 | 1.5 | 1.3 | 1.8 | 1.8 |
| Klamath | 0.4 | 0.6 | 1.4 | 1.3 | 2.1 | 2.3 | 1.6 | 1.0 |
| Lake | 0.0 | 0.2 | 0.2 | 0.0 | 0.0 | 0.1 | 0.2 | 0.1 |
| Lane | 7.2 | 5.8 | 9.3 | 11.3 | 15.4 | 15.4 | 12.7 | 10.9 |
| Lincoln | 2.2 | 1.9 | 2.2 | 1.9 | 0.9 | 1.4 | 1.7 | 1.2 |
| Linn | 2.3 | 2.3 | 2.2 | 2.8 | 3.0 | 2.8 | 3.4 | 2.0 |
| Malheur | 0.6 | 0.5 | 0.3 | 0.6 | 0.8 | 0.8 | 0.7 | 0.7 |
| Marion | 5.8 | 7.1 | 8.2 | 9.3 | 8.9 | 8.8 | 9.2 | 8.2 |
| Morrow | 0.1 | 0.2 | 0.2 | 0.4 | 0.1 | 0.0 | 0.0 | 0.1 |
| Multnomah | 9.7 | 9.1 | 9.9 | 10.4 | 15.7 | 18.7 | 20.3 | 18.1 |
| Polk | 1.6 | 1.1 | 1.1 | 2.3 | 2.8 | 2.2 | 2.3 | 2.1 |
| Sherman | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tillamook | 1.0 | 0.7 | 0.6 | 1.3 | 0.8 | 0.9 | 0.8 | 1.0 |
| Umatilla | 0.5 | 0.9 | 1.0 | 1.4 | 1.9 | 1.7 | 0.9 | 1.9 |
| Union | 0.1 | 0.1 | 0.2 | 0.3 | 0.1 | 0.0 | 0.3 | 0.4 |
| Wallowa | 0.0 | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Wasco | 0.3 | 0.3 | 0.3 | 0.3 | 0.5 | 0.5 | 0.6 | 0.6 |
| Washington | 5.8 | 7.5 | 8.9 | 10.8 | 10.8 | 12.0 | 11.7 | 12.7 |
| Wheeler | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Yamhill | 1.3 | 0.4 | 0.9 | 1.1 | 1.5 | 1.5 | 1.3 | 0.2 |
| **Total** | **56.8** | **54.4** | **72.0** | **79.3** | **94.9** | **97.8** | **99.0** | **87.6** |

# Aid & Assist

| County | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | No Longer Needing HLOC (as of last day of month) | | | | | | | | Patients Discharged for Community Restoration | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Recommended LOCUS | | | | | | | | Recommended LOCUS | | | | | | |
| County | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | 1 | 3.0 | 3 | 3 | | | | | | | | | | | | | | | | |
| Benton | | | | | 1 | 5.0 | 5 | 5 | 1 | | | | | 1 | | 77.0 | | | | | | | | |
| Clackamas | 3 | 3.0 | 3 | 3 | 5 | 2.2 | 2 | 3 | 1 | | | | | | 1 | 41.0 | | | | | | | | |
| Clatsop | | | | | 1 | 2.0 | 2 | 2 | | | | | | | | | | | | | | | | |
| Columbia | | | | | 2 | 5.0 | 5 | 5 | | | | | | | | | | | | | | | | |
| Coos | | | | | 2 | 4.0 | 2 | 6 | 1 | | | 1 | | | | 27.0 | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | | | | | | | | | |
| Deschutes | 1 | 3.0 | 3 | 3 | 3 | 5.0 | 5 | 5 | | | | | | | | | 1 | | | | | 1 | | 15.0 |
| Douglas | | | | | 4 | 6.3 | 2 | 14 | 3 | | | | 1 | 1 | 1 | 50.7 | 1 | | | | | 1 | | 152.0 |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | 1 | | | | | | 1 | 41.0 | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | | | | | | | | | |
| Jackson | | | | | 4 | 5.5 | 1 | 7 | 4 | | | | | 3 | 1 | 44.0 | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | | | | | | | | | |
| Klamath | | | | | 2 | 3.5 | 2 | 5 | 1 | | | | 1 | | | 27.0 | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 1 | 3.0 | 3 | 3 | 10 | 4.4 | 2 | 7 | 10 | | | | 4 | 6 | | 47.1 | 1 | | | | | 1 | | 29.0 |
| Lincoln | | | | | | | | | | | | | | | | | | | | | | | | |
| Linn | | | | | 4 | 4.3 | 3 | 5 | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | 1 | | | | | 1 | | 92.0 | | | | | | | | |
| Marion | | | | | 6 | 3.8 | 1 | 6 | 6 | | | | 1 | 4 | 1 | 79.5 | 2 | | | | 1 | 1 | | 38.0 |
| Morrow | | | | | | | | | | | | | | | | | | | | | | | | |
| Multnomah | 3 | 2.0 | 2 | 2 | 21 | 4.1 | 2 | 6 | 3 | | | | | 2 | 1 | 37.0 | 10 | | | | 4 | 6 | | 42.0 |
| Polk | | | | | | | | | 2 | | | | 2 | | | 21.5 | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | | | | | 3 | 2.7 | 2 | 3 | 1 | | | | | | 1 | 41.0 | | | | | | | | |
| Umatilla | | | | | | | | | 2 | | | | | 2 | | 28.5 | | | | | | | | |
| Union | | | | | | | | | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | | | | | | | | | |
| Washington | 1 | 3.0 | 3 | 3 | 9 | 2.9 | 2 | 6 | 10 | | | 1 | 2 | 6 | 1 | 68.9 | 4 | | | 1 | 1 | 2 | | 55.3 |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | 1 | 5.0 | 5 | 5 | | | | | | | | | | | | | | | | |
| **Total** | **9** | **2.7** | **2** | **3** | **79** | **4.0** | **1** | **14** | **47** | **0** | **0** | **2** | **11** | **26** | **8** | **53.7** | **19** | **0** | **0** | **1** | **6** | **12** | **0** | **48.1** |

# PSRB / GEI

| | Admission List (as of last day of month) | | | | Patients Admitted During Month | | | | Patients Conditionally Released to PSRB | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Level of Care Needed | | | | | | |
| County | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | | | | | | | | | | | | |
| Clackamas | | | | | | | | | | | | | | | | |
| Clatsop | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | | | | | | | | |
| Coos | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | | | | | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | | | | | | | | | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | | | | | 2 | 11.0 | 6 | 16 | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | | | | | 2 | 2 | | | | | | 524.0 |
| Lincoln | | | | | | | | | | | | | | | | |
| Linn | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | 1 | 15.0 | 15 | 15 | 1 | 1 | | | | | | 356.0 |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | | | | | | | | | | | | | | | | |
| Polk | | | | | 1 | 17.0 | 17 | 17 | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | | | | | | | | | | | | | | | | |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | 1 | 1.0 | 1 | 1 | 1 | 3.0 | 3 | 3 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | 1 | 0.0 | 0 | 0 | | | | | | | | |
| **Total** | **1** | **1.0** | **1** | **1** | **6** | **9.5** | **0** | **17** | **3** | **3** | **0** | **0** | **0** | **0** | **0** | **468.0** |

**Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.*

# Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.

**Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.

**Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.

**Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month. For Aid & Assist patients, only those discharged to community restoration are included.

**Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.

**1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.

**2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.

**3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.

**4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.

**5** – Class 2 SRTF or RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.

**6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness. The PSRB mission is community and public safety therefore the driver for placement is safety to the community.

**SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.

**RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.

**AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.

**DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.

**Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.

**Other** – Patients who have a more uncommon level of need not identified in the other categories.

# OSH Forensic Admission and Discharge Bi-Weekly Report

**October 1-15, 2026**

## Aid & Assist

| County | Admission List (as of October 16) | | | | Patients Admitted During the Period | | | | No Longer Needing HLOC (as of October 16) | | | | | | | | Patients Discharged for Community Restoration | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Recommended LOCUS | | | | | | | | Recommended LOCUS | | | | | | |
| | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days | Count | 1 | 2 | 3 | 4 | 5 | 6 | Avg Days |
| Baker | | | | | | | | | | | | | | | | | | | | | | | | |
| Benton | 1 | 2.0 | 2 | 2 | | | | | | | | | | | | | 1 | | | | | 1 | | 82.0 |
| Clackamas | | | | | 5 | 2.6 | 2 | 3 | 2 | | | | 1 | | 1 | 35.0 | | | | | | | | |
| Clatsop | | | | | | | | | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | 1 | | | | | 1 | | 9.0 | | | | | | | | |
| Coos | | | | | 1 | 5.0 | 5 | 5 | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | | | | | | | | | |
| Deschutes | | | | | 1 | 4.0 | 4 | 4 | 3 | | | | | 3 | | 15.7 | | | | | | | | |
| Douglas | | | | | 1 | 2.0 | 2 | 2 | 5 | | | | 1 | 3 | 1 | 44.0 | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | 1 | | | | | | 1 | 56.0 | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | | | | | | | | | |
| Jackson | 1 | 3.0 | 3 | 3 | 1 | 7.0 | 7 | 7 | 4 | | | 1 | 2 | 1 | | 28.8 | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | | | | | | | | | |
| Josephine | | | | | 3 | 8.3 | 6 | 12 | | | | | | | | | | | | | | | | |
| Klamath | 1 | 3.0 | 3 | 3 | | | | | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | | | | | | | | | |
| Lane | 3 | 1.0 | 1 | 1 | 3 | 4.0 | 2 | 6 | 11 | | | | 3 | 8 | | 38.5 | 4 | | | | 1 | 3 | | 33.5 |
| Lincoln | | | | | 1 | 5.0 | 5 | 5 | | | | | | | | | | | | | | | | |
| Linn | | | | | 1 | 5.0 | 5 | 5 | | | | | | | | | | | | | | | | |
| Malheur | | | | | 1 | 4.0 | 4 | 4 | | | | | | | | | 1 | | | | | 1 | | 103.0 |
| Marion | 2 | 1.0 | 0 | 2 | 5 | 3.4 | 2 | 5 | 7 | | | | 2 | 4 | 1 | 64.3 | 2 | | | | | 2 | | 22.5 |
| Morrow | | | | | | | | | | | | | | | | | | | | | | | | |
| Multnomah | 1 | 3.0 | 3 | 3 | 6 | 4.0 | 3 | 6 | 4 | | | 1 | | 3 | | 16.0 | 2 | | | | | 2 | | 48.5 |
| Polk | 1 | 1.0 | 1 | 1 | 1 | 6.0 | 6 | 6 | 2 | | | | 2 | | | 36.5 | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | | 1 | | | | | | 1 | 52.0 |
| Umatilla | | | | | | | | | | | | | | | | | | | | | | | | |
| Union | | | | | 1 | 2.0 | 2 | 2 | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | | | | | | | | | |
| Washington | 1 | 2.0 | 2 | 2 | 8 | 2.9 | 2 | 4 | 6 | | | | 2 | 3 | 1 | 77.7 | 1 | | | | | 1 | | 58.0 |
| Wheeler | | | | | | | | | | | | | | | | | | | | | | | | |
| Yamhill | | | | | 2 | 5.0 | 5 | 5 | | | | | | | | | | | | | | | | |
| **Total** | **11** | **1.7** | **0** | **3** | **41** | **4.0** | **2** | **12** | **46** | **0** | **0** | **2** | **13** | **26** | **5** | **43.3** | **12** | **0** | **0** | **0** | **1** | **10** | **1** | **47.6** |

## PSRB / GEI

| | | | | | | | | | Patients Conditionally Released to PSRB | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Admission List (as of October 16) | | | | Patients Admitted During the Period | | | | | Level of Care Needed | | | | | | |
| County | Count | Avg Days | Low | High | Count | Avg Days | Low | High | Count | SRTF | RTF | AFH | DOC | Ind. | Other | Avg Days |
| Baker | | | | | | | | | | | | | | | | |
| Benton | | | | | | | | | | | | | | | | |
| Clackamas | | | | | | | | | | | | | | | | |
| Clatsop | | | | | | | | | | | | | | | | |
| Columbia | | | | | | | | | | | | | | | | |
| Coos | | | | | | | | | | | | | | | | |
| Crook | | | | | | | | | | | | | | | | |
| Curry | | | | | | | | | | | | | | | | |
| Deschutes | | | | | | | | | | | | | | | | |
| Douglas | | | | | | | | | | | | | | | | |
| Gilliam | | | | | | | | | | | | | | | | |
| Grant | | | | | | | | | | | | | | | | |
| Harney | | | | | | | | | | | | | | | | |
| Hood River | | | | | | | | | | | | | | | | |
| Jackson | | | | | 2 | 2.5 | 0 | 5 | | | | | | | | |
| Jefferson | | | | | | | | | | | | | | | | |
| Josephine | | | | | | | | | | | | | | | | |
| Klamath | | | | | | | | | | | | | | | | |
| Lake | | | | | | | | | | | | | | | | |
| Lane | | | | | | | | | | | | | | | | |
| Lincoln | | | | | | | | | | | | | | | | |
| Linn | | | | | | | | | | | | | | | | |
| Malheur | | | | | | | | | | | | | | | | |
| Marion | | | | | | | | | | | | | | | | |
| Morrow | | | | | | | | | | | | | | | | |
| Multnomah | 1 | 2.0 | 2 | 2 | | | | | 2 | | 1 | | 1 | | | 171.0 |
| Polk | | | | | | | | | | | | | | | | |
| Sherman | | | | | | | | | | | | | | | | |
| Tillamook | | | | | | | | | | | | | | | | |
| Umatilla | | | | | | | | | 1 | 1 | | | | | | 203.0 |
| Union | | | | | | | | | | | | | | | | |
| Wallowa | | | | | | | | | | | | | | | | |
| Wasco | | | | | | | | | | | | | | | | |
| Washington | | | | | 1 | 5.0 | 5 | 5 | | | | | | | | |
| Wheeler | | | | | | | | | | | | | | | | |
| Yamhill | | | | | | | | | | | | | | | | |
| **Total** | **1** | **2.0** | **2** | **2** | **3** | **3.3** | **0** | **5** | **3** | **1** | **1** | **0** | **1** | **0** | **0** | **181.7** |

**Data related to PSRB / GEI patients who no longer need hospital level of care are not listed until they discharge since the county and level of care is not known until placement.*

## Definition Guide

**Aid & Assist** – Includes patients under an ORS 161.370 court order needing competency restoration.

**PSRB / GEI** – Includes patients under a GEI court order (ORS 161.327 and ORS 161.336) or a PSRB court order (ORS 419C.530, ORS 426.220, ORS 426.701, and ORS 426.702).

**Currently on the Admission List** – Includes patients awaiting admission to OSH for whom OSH has received the court order.

**Avg Days** – The average days a patient currently on the admission list has been waiting for admission to OSH, measured from the date the court order was signed.

**Admitted During the Month** – Includes patients who were admitted to OSH during the month.

**Avg Days** – The average days a patient admitted to OSH had been waiting for admission, measured from the date the court order was signed.

**No Longer Needs Hospital Level of Care** – Includes patients who have been assessed to no longer need Hospital Level of Care (HLOC) and are ready to be discharged from OSH. Aid & Assist patients are added to the Ready to Place (RTP) list and PSRB/GEI patients are added to the Conditional Release Ready (CRR) list.

**Avg Days** – The average days a patient assessed to no longer need HLOC has been waiting for discharge, measured from the date the assessment was made.

**Discharged After Having Been Assessed to No Longer Need Hospital Level of Care** – Includes patients who had been assessed to no longer need HLOC and were discharged from OSH during the month. For Aid & Assist patients, only those discharged to community restoration are included.

**Avg Days** – The average days a patient discharged from OSH had been waiting for discharge, measured from the date the assessment was made.

**LOCUS Score** – The Level of Care Utilization System (LOCUS) is a dynamic instrument that is used to determine and recommend a continuum of service needs, e.g. the environment of care, hours of contact and types of services.

**1** – Independent Living - Patients who are living either independently or with minimal support in the community and who have achieved significant recovery from past episodes of illness.

**2** – Independent Living - Patients who need ongoing treatment, but who are living either independently or with minimal support in the community.

**3** – Independent Living – Patients who need intensive support and treatment, but who are living either independently or with minimal support in the community.

**4** – Supportive/Supported Housing and ACT Services - Patients can live in the community either in supportive or independent settings, but treatment needs require intensive management by a multi-disciplinary treatment team.

**5** – RTF/RTH - This level of care has traditionally been provided in non-hospital; free standing residential facilities based in the community.

**6** – Class 1 SRTF or Psychiatric Hospital - Traditionally provided in a hospital setting, but could, in some cases, can be provided in a free-standing non-hospital setting.

**Level of Care Needed** – All levels of supervision under the PSRB are assessed not just by clinical stability but also by dangerousness. The PSRB mission is community and public safety therefore the driver for placement is safety to the community.

**SRTF** – Patients who need placement in a locked Secure Residential Treatment Facility (SRTF) that provides support for daily living, medication monitoring, and crisis intervention.

**RTF** – Patients who need placement in an unlocked Residential Treatment Facility (RTF) that provides support for daily living, medication monitoring, and crisis intervention.

**AFH** – Patients with specific needs who require Adult Foster Home (AFH) placements that provide support for training or assistance with personal care and activities of daily living, supervision of medications and/or behavior, crisis prevention, and management of diet and health care.

**DOC** – Patients that have been dually sentenced to both PSRB and DOC at the same time and are ready to be released to DOC care.

**Ind.** – Patients who may still require treatment but who are appropriate for either an independent living (Ind.) arrangement or with minimal support in the community.

**Other** – Patients who have a more uncommon level of need not identified in the other categories.

| Patient | Admit Date | County of Commitment | Court Type | Highest Charge Classification | Order Signed | Order Received | Signed-Received | Signed-Adm | Days >7 | Fine Days | Fine | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/15/2026 | Jackson | Circuit Court | Felony B | 09/08/26 | 09/09/26 | 1 | 7 | 0 | 0 | $0 | bed offered 9/11, county declined |
| 2 | 09/15/2026 | Jackson | Circuit Court | Felony C | 09/08/26 | 09/09/26 | 1 | 7 | 0 | 0 | $0 | bed offered 9/11, county declined |
| 3 | 09/15/2026 | Linn | Circuit Court | Felony B | 09/10/26 | 09/11/26 | 1 | 5 | 0 | 0 | $0 | |
| 4 | 09/16/2026 | Clackamas | Circuit Court | Felony C | 09/14/26 | 09/14/26 | 0 | 2 | 0 | 0 | $0 | |
| 5 | 09/16/2026 | Clackamas | Circuit Court | Misdemeanor A | 09/14/26 | 09/14/26 | 0 | 2 | 0 | 0 | $0 | |
| 6 | 09/16/2026 | Marion | Circuit Court | Felony-U (Unclassified) | 09/15/26 | 09/15/26 | 0 | 1 | 0 | 0 | $0 | |
| 7 | 09/17/2026 | Linn | Circuit Court | Misdemeanor B | 09/14/26 | 09/14/26 | 0 | 3 | 0 | 0 | $0 | |
| 8 | 09/17/2026 | Marion | Circuit Court | Felony A | 09/14/26 | 09/14/26 | 0 | 3 | 0 | 0 | $0 | |
| 9 | 09/17/2026 | Multnomah | Circuit Court | Misdemeanor A | 09/15/26 | 09/15/26 | 0 | 2 | 0 | 0 | $0 | |
| 10 | 09/18/2026 | Multnomah | Circuit Court | Felony A | 09/15/26 | 09/15/26 | 0 | 3 | 0 | 0 | $0 | |
| 11 | 09/18/2026 | Lane | Circuit Court | Misdemeanor A | 09/15/26 | 09/15/26 | 0 | 3 | 0 | 0 | $0 | |
| 12 | 09/18/2026 | Multnomah | Circuit Court | Misdemeanor A | 09/15/26 | 09/15/26 | 0 | 3 | 0 | 0 | $0 | |
| 13 | 09/18/2026 | Linn | Circuit Court | Misdemeanor A | 09/14/26 | 09/15/26 | 1 | 4 | 0 | 0 | $0 | bed offered 9/17, county declined |
| 14 | 09/18/2026 | Multnomah | Circuit Court | Felony C | 09/15/26 | 09/15/26 | 0 | 3 | 0 | 0 | $0 | |
| 15 | 09/18/2026 | Washington | Circuit Court | Felony B | 09/15/26 | 09/15/26 | 0 | 3 | 0 | 0 | $0 | |
| 16 | 09/21/2026 | Multnomah | Circuit Court | Misdemeanor B | 09/15/26 | 09/15/26 | 0 | 6 | 0 | 0 | $0 | |
| 17 | 09/21/2026 | Multnomah | Circuit Court | Felony C | 09/15/26 | 09/15/26 | 0 | 6 | 0 | 0 | $0 | |
| 18 | 09/21/2026 | Multnomah | Circuit Court | Felony C | 09/15/26 | 09/15/26 | 0 | 6 | 0 | 0 | $0 | |
| 19 | 09/21/2026 | Multnomah | Circuit Court | Felony B | 09/15/26 | 09/16/26 | 1 | 6 | 0 | 0 | $0 | |
| 20 | 09/22/2026 | Benton | Circuit Court | Misdemeanor A | 09/17/26 | 09/18/26 | 1 | 5 | 0 | 0 | $0 | |
| 21 | 09/22/2026 | Jackson | Circuit Court | Misdemeanor A | 09/15/26 | 09/16/26 | 1 | 7 | 0 | 0 | $0 | bed offered 9/21, county declined |
| 22 | 09/22/2026 | Lane | Circuit Court | Felony C | 09/17/26 | 09/17/26 | 0 | 5 | 0 | 0 | $0 | |
| 23 | 09/22/2026 | Douglas | Circuit Court | Felony-U (Unclassified) | 09/08/26 | 09/21/26 | 13 | 14 | 7 | 7 | $3,500 | late order (received 13 days after it was signed, admitted 1 day after receipt) |
| 24 | 09/23/2026 | Clackamas | Circuit Court | Felony C | 09/21/26 | 09/21/26 | 0 | 2 | 0 | 0 | $0 | |
| 25 | 09/23/2026 | Washington | Circuit Court | Felony C | 09/21/26 | 09/21/26 | 0 | 2 | 0 | 0 | $0 | |
| 26 | 09/23/2026 | Clackamas | Circuit Court | Felony A | 09/21/26 | 09/21/26 | 0 | 2 | 0 | 0 | $0 | |
| 27 | 09/23/2026 | Washington | Circuit Court | Misdemeanor A | 09/21/26 | 09/21/26 | 0 | 2 | 0 | 0 | $0 | |
| 28 | 09/24/2026 | Clackamas | Circuit Court | Misdemeanor B | 09/21/26 | 09/21/26 | 0 | 3 | 0 | 0 | $0 | |
| 29 | 09/24/2026 | Baker | Circuit Court | Felony B | 09/21/26 | 09/21/26 | 0 | 3 | 0 | 0 | $0 | |
| 30 | 09/24/2026 | Douglas | Circuit Court | Felony C | 09/21/26 | 09/22/26 | 1 | 3 | 0 | 0 | $0 | |
| 31 | 09/24/2026 | Klamath | Circuit Court | Felony C | 09/15/26 | 09/22/26 | 7 | 9 | 2 | 2 | $1,000 | late order (received 7 days after it was signed, admitted 2 days after receipt) |
| 32 | 09/24/2026 | Washington | Circuit Court | Felony C | 09/22/26 | 09/22/26 | 0 | 2 | 0 | 0 | $0 | |
| 33 | 09/24/2026 | Washington | Circuit Court | Felony C | 09/22/26 | 09/22/26 | 0 | 2 | 0 | 0 | $0 | |
| 34 | 09/25/2026 | Lane | Circuit Court | Felony A | 09/22/26 | 09/22/26 | 0 | 3 | 0 | 0 | $0 | |
| 35 | 09/25/2026 | Washington | Circuit Court | Misdemeanor A | 09/22/26 | 09/22/26 | 0 | 3 | 0 | 0 | $0 | |
| 36 | 09/25/2026 | Washington | Circuit Court | Misdemeanor A | 09/22/26 | 09/22/26 | 0 | 3 | 0 | 0 | $0 | |
| 37 | 09/25/2026 | Multnomah | Circuit Court | Felony A | 09/22/26 | 09/22/26 | 0 | 3 | 0 | 0 | $0 | |
| 38 | 09/25/2026 | Multnomah | Circuit Court | Misdemeanor A | 09/22/26 | 09/22/26 | 0 | 3 | 0 | 0 | $0 | |
| 39 | 09/25/2026 | Multnomah | Circuit Court | Misdemeanor A | 09/22/26 | 09/22/26 | 0 | 3 | 0 | 0 | $0 | |
| 40 | 09/28/2026 | Multnomah | Circuit Court | Misdemeanor A | 09/22/26 | 09/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 41 | 09/28/2026 | Multnomah | Circuit Court | Misdemeanor A | 09/22/26 | 09/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 42 | 09/28/2026 | Multnomah | Circuit Court | Misdemeanor A | 09/22/26 | 09/23/26 | 1 | 6 | 0 | 0 | $0 | |
| 43 | 09/28/2026 | Lane | Circuit Court | Misdemeanor A | 09/22/26 | 09/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 44 | 09/28/2026 | Washington | Circuit Court | Felony C | 09/22/26 | 09/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 45 | 09/28/2026 | Multnomah | Circuit Court | Felony A | 09/22/26 | 09/22/26 | 0 | 6 | 0 | 0 | $0 | |
| 46 | 09/29/2026 | Marion | Circuit Court | Felony B | 09/23/26 | 09/23/26 | 0 | 6 | 0 | 0 | $0 | |
| 47 | 09/29/2026 | Marion | Circuit Court | Felony C | 09/23/26 | 09/23/26 | 0 | 6 | 0 | 0 | $0 | |
| 48 | 09/29/2026 | Lane | Circuit Court | Misdemeanor A | 09/23/26 | 09/23/26 | 0 | 6 | 0 | 0 | $0 | |
| 49 | 09/29/2026 | Deschutes | Circuit Court | Felony B | 09/24/26 | 09/24/26 | 0 | 5 | 0 | 0 | $0 | |
| 50 | 09/29/2026 | Deschutes | Circuit Court | Misdemeanor A | 09/24/26 | 09/24/26 | 0 | 5 | 0 | 0 | $0 | |
| 51 | 09/29/2026 | Columbia | Circuit Court | Misdemeanor A | 09/24/26 | 09/24/26 | 0 | 5 | 0 | 0 | $0 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 09/29/2026 | Columbia | Circuit Court | Felony C | 09/24/26 | 09/24/26 | 0 | 5 | 0 | 0 | $0 | |
| 53 | 09/30/2026 | Klamath | Circuit Court | Felony A | 09/25/26 | 09/28/26 | 3 | 5 | 0 | 0 | $0 | |
| 54 | 09/30/2026 | Coos | Circuit Court | Misdemeanor A | 09/28/26 | 09/28/26 | 0 | 2 | 0 | 0 | $0 | |
| 55 | 09/30/2026 | Lane | Municipal Court | Misdemeanor A | 09/23/26 | 09/23/26 | 0 | 7 | 0 | 0 | $0 | |
| 56 | 09/30/2026 | Coos | Circuit Court | Felony C | 09/24/26 | 09/25/26 | 1 | 6 | 0 | 0 | $0 | |
| 57 | 09/30/2026 | Linn | Circuit Court | Felony B | 09/25/26 | 09/28/26 | 3 | 5 | 0 | 0 | $0 | |
| 58 | 10/01/2026 | Clackamas | Circuit Court | Misdemeanor A | 09/28/26 | 09/28/26 | 0 | 3 | 0 | 0 | $0 | |
| 59 | 10/01/2026 | Clackamas | Circuit Court | Felony C | 09/28/26 | 09/28/26 | 0 | 3 | 0 | 0 | $0 | |
| 60 | 10/01/2026 | Washington | Circuit Court | Felony B | 09/28/26 | 09/29/26 | 1 | 3 | 0 | 0 | $0 | |
| 61 | 10/01/2026 | Clackamas | Circuit Court | Felony C | 09/28/26 | 09/28/26 | 0 | 3 | 0 | 0 | $0 | |
| 62 | 10/02/2026 | Lane | Municipal Court | Misdemeanor A | 09/28/26 | 09/28/26 | 0 | 4 | 0 | 0 | $0 | |
| 63 | 10/02/2026 | Multnomah | Circuit Court | Felony B | 09/29/26 | 09/30/26 | 1 | 3 | 0 | 0 | $0 | |
| 64 | 10/02/2026 | Multnomah | Circuit Court | Felony A | 09/29/26 | 09/30/26 | 1 | 3 | 0 | 0 | $0 | |
| 65 | 10/02/2026 | Deschutes | Circuit Court | Misdemeanor A | 09/28/26 | 09/29/26 | 1 | 4 | 0 | 0 | $0 | |
| 66 | 10/05/2026 | Multnomah | Circuit Court | Felony C | 09/29/26 | 09/30/26 | 1 | 6 | 0 | 0 | $0 | |
| 67 | 10/05/2026 | Marion | Circuit Court | Misdemeanor A | 09/30/26 | 10/01/26 | 1 | 5 | 0 | 0 | $0 | |
| 68 | 10/06/2026 | Malheur | Circuit Court | Felony C | 10/02/26 | 10/02/26 | 0 | 4 | 0 | 0 | $0 | |
| 69 | 10/06/2026 | Marion | Circuit Court | Felony A | 10/02/26 | 10/02/26 | 0 | 4 | 0 | 0 | $0 | |
| 70 | 10/06/2026 | Marion | Circuit Court | Felony A | 10/02/26 | 10/02/26 | 0 | 4 | 0 | 0 | $0 | |
| 71 | 10/07/2026 | Washington | Circuit Court | Felony-U (Unclassified) | 10/05/26 | 10/05/26 | 0 | 2 | 0 | 0 | $0 | |
| 72 | 10/07/2026 | Washington | Circuit Court | Felony A | 10/05/26 | 10/05/26 | 0 | 2 | 0 | 0 | $0 | |
| 73 | 10/07/2026 | Clackamas | Circuit Court | Felony C | 10/05/26 | 10/05/26 | 0 | 2 | 0 | 0 | $0 | |
| 74 | 10/08/2026 | Josephine | Circuit Court | Felony A | 10/01/26 | 10/01/26 | 0 | 7 | 0 | 0 | $0 | bed offered 10/5, county declined |
| 75 | 10/08/2026 | Douglas | Circuit Court | Felony A | 10/06/26 | 10/06/26 | 0 | 2 | 0 | 0 | $0 | |
| 76 | 10/08/2026 | Lane | Circuit Court | Felony C | 10/06/26 | 10/06/26 | 0 | 2 | 0 | 0 | $0 | |
| 77 | 10/08/2026 | Washington | Circuit Court | Felony A | 10/05/26 | 10/05/26 | 0 | 3 | 0 | 0 | $0 | |
| 78 | 10/08/2026 | Josephine | Circuit Court | Felony A | 10/02/26 | 10/05/26 | 3 | 6 | 0 | 0 | $0 | bed offered 10/7, county declined |
| 79 | 10/08/2026 | Washington | Circuit Court | Felony C | 10/05/26 | 10/05/26 | 0 | 3 | 0 | 0 | $0 | |
| 80 | 10/09/2026 | Multnomah | Circuit Court | Misdemeanor A | 10/06/26 | 10/07/26 | 1 | 3 | 0 | 0 | $0 | |
| 81 | 10/09/2026 | Washington | Circuit Court | Misdemeanor A | 10/05/26 | 10/05/26 | 0 | 4 | 0 | 0 | $0 | |
| 82 | 10/09/2026 | Multnomah | Circuit Court | Misdemeanor A | 10/06/26 | 10/07/26 | 1 | 3 | 0 | 0 | $0 | |
| 83 | 10/09/2026 | Union | Circuit Court | Felony C | 10/07/26 | 10/07/26 | 0 | 2 | 0 | 0 | $0 | |
| 84 | 10/12/2026 | Linn | Circuit Court | Felony A | 10/07/26 | 10/07/26 | 0 | 5 | 0 | 0 | $0 | |
| 85 | 10/12/2026 | Multnomah | Circuit Court | Felony C | 10/06/26 | 10/07/26 | 1 | 6 | 0 | 0 | $0 | |
| 86 | 10/13/2026 | Coos | Circuit Court | Felony B | 10/08/26 | 10/08/26 | 0 | 5 | 0 | 0 | $0 | |
| 87 | 10/13/2026 | Yamhill | Circuit Court | Felony C | 10/08/26 | 10/08/26 | 0 | 5 | 0 | 0 | $0 | |
| 88 | 10/13/2026 | Yamhill | Circuit Court | Felony A | 10/08/26 | 10/08/26 | 0 | 5 | 0 | 0 | $0 | |
| 89 | 10/13/2026 | Jackson | Circuit Court | Felony A | 10/06/26 | 10/07/26 | 1 | 7 | 0 | 0 | $0 | |
| 90 | 10/13/2026 | Lane | Circuit Court | Felony C | 10/07/26 | 10/07/26 | 0 | 6 | 0 | 0 | $0 | |
| 91 | 10/14/2026 | Polk | Circuit Court | NONE LISTED | 10/08/26 | 10/09/26 | 1 | 6 | 0 | 0 | $0 | |
| 92 | 10/14/2026 | Lincoln | Circuit Court | Felony C | 10/09/26 | 10/09/26 | 0 | 5 | 0 | 0 | $0 | |
| 93 | 10/14/2026 | Clackamas | Circuit Court | Felony A | 10/12/26 | 10/12/26 | 0 | 2 | 0 | 0 | $0 | |
| 94 | 10/14/2026 | Josephine | Circuit Court | Misdemeanor A | 10/02/26 | 10/13/26 | 11 | 12 | 5 | 5 | $2,500 | late order (received 11 days after it was signed, admitted 1 day after receipt) |
| | | | | | | | | | **14** | **14** | **$7,000** | |

Level 3 - Restricted

Exhibit 2, Page 2 of 2